Case 2:26-cv-03107 Document 4-5 Filed in TXSB on 04/09/26 Page 1 of 9

CLOSED,DELTA,LAURA

## U.S. District Court
## Western District of Louisiana (Lafayette)
## CIVIL DOCKET FOR CASE #: 6:22-cv-04565-JDC-DJA

| | |
|---|---|
| Zeno v. Allied Trust Insurance Co | Date Filed: 08/25/2022 |
| Assigned to: Judge James D Cain, Jr | Date Terminated: 10/26/2022 |
| Referred to: Magistrate Judge David J Ayo | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity-Insurance Contract | Nature of Suit: 110 Insurance |
| | Jurisdiction: Diversity |

**Special Master**
**Patrick A Juneau, Jr**                    represented by **Patrick A Juneau , Jr**
Juneau David
1200 Camellia Blvd Ste 202
Lafayette, LA 70508
337-269-0052
Fax: 337-269-0061
Email: pjh@juneaudavid.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Special Master**
**Cade Richard Cole**                    represented by **Cade Richard Cole**
Law Office of Cade R Cole
1523 Cypress St
Sulphur, LA 70663
337-905-7777
Email: crcole@colelaw.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Abigail Zeno**                    represented by **Grant P Gardiner**
Gardiner Law (MET)
3129 Bore St
Metairie, LA 70001
504-265-9977
Fax: 504-267-2087
Email: grant@gardiner.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cameron Sean Snowden**
Kyle Law Firm
4960 Bluebonnet Blvd Ste A
Baton Rouge, LA 70809
225-293-8400
Email: cs@kylelaw.net
*ATTORNEY TO BE NOTICED*

**Claude Favrot Reynaud , III**
Kiefer & Kiefer (NO)
1100 Poydras St Ste 1300
New Orleans, LA 70163
504-828-3313
Email: claude@reynaudaromilaw.com
*ATTORNEY TO BE NOTICED*

**R William Huye , III**
2106 Key West Cove
Austin, TX 78746
225-354-5107
Email: huyerw3@gmail.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
**Allied Trust Insurance Co**                    represented by **Matthew D Monson**
Monson Law Firm
5 Sanctuary Blvd Ste 101
Mandeville, LA 70471
985-778-0678
Fax: 985-778-0682
Email: matthew@monsonfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rowan Whitehurst Stoehr**

Monson Law Firm
5 Sanctuary Blvd Ste 101
Mandeville, LA 70471
985-778-0678
Fax: 985-778-0682
Email: rowan@monsonfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C Henry**
Monson Law Firm
5 Sanctuary Blvd Ste 101
Mandeville, LA 70471
985-778-0678
Email: jhenry@monsonfirm.com
*ATTORNEY TO BE NOTICED*

**John Dante Mineo , IV**
Monson Law Firm
5 Sanctuary Blvd Ste 101
Mandeville, LA 70471
985-778-0678
Email: john@monsonfirm.com
*ATTORNEY TO BE NOTICED*

**Kyle Clinton Matthias**
Monson Law Firm
5 Sanctuary Blvd Ste 101
Mandeville, LA 70471
985-273-0260
Fax: 985-778-0682
Email: kyle@monsonfirm.com
*ATTORNEY TO BE NOTICED*

**Rachel Long Flarity**
Monson Law Firm
5 Sanctuary Blvd Ste 101
Mandeville, LA 70471
985-778-0678
Fax: 985-778-0682
Email: rachel@monsonfirm.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/25/2022 | 1 | COMPLAINT against Allied Trust Insurance Company with Jury Demand (In Forma Pauperis status requested and/or granted) filed by Abigail Zeno. (Attachments: # 1 Civil cover sheet)(Attorney Grant Gardiner added to party Abigail Zeno(pty:pla))(aty,Gardiner, Grant) (Entered: 08/25/2022) |
| 09/09/2022 | | ELECTRONIC PAYMENT of Civil Case filing fee by Abigail Zeno. ( Filing Fee: $402, receipt number ALAWDC-5267957) . (aty,Gardiner, Grant) (Entered: 09/09/2022) |
| 09/27/2022 | | CASE Assigned to Judge James D Cain, Jr and Magistrate Judge Carol B Whitehurst. (crt,Thomas, T) (Entered: 09/27/2022) |
| 09/27/2022 | 2 | CASE MANAGEMENT ORDER NO. 1. Signed by Chief Judge S Maurice Hicks, Jr on 9/23/2022. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Additional Neutrals)(crt,Thomas, T) (Entered: 09/27/2022) |
| 09/27/2022 | 3 | SUMMONS ISSUED as to Allied Trust Insurance Co. (crt,Thomas, T) (Entered: 09/27/2022) |
| 10/20/2022 | 4 | JOINT/VOLUNTARY MOTION to Dismiss by Abigail Zeno. Motion Ripe Deadline set for 10/20/2022. (Attachments: # 1 Proposed order)(aty,Huye, R) (Entered: 10/20/2022) |
| 10/20/2022 | 6 | ELECTRONIC MINUTES for proceedings held before Judge James D Cain, Jr: SHOW CAUSE HEARING held on 10/20/2022 in Lake Charles Courtroom 2 from 9:54 AM to 11:02 AM. R. William Huye, III and Grant P Gardiner appeared as counsel for the Plaintiffs. Plaintiffs Hillary Weatherall (22-cv-3096 & 22-cv-4322), Michael and Keatha Poullard (22-cv-4032 & 22-cv-4724), and Patricia LeDay (22-cv-4169) also appeared for the hearing. Issues were addressed by the Court with counsel providing responses. A stay order will be prepared by Chambers and filed into the record for each case listed as an attachment to the order. (Court Reporter: DD Juranka) (crt,Whidden, C) (Entered: 10/26/2022) |
| 10/21/2022 | 5 | ORDER staying cases filed by the McClenny, Moseley, and Associates Firm until further order of this Court. See PDF of order for more information. Signed by Judge James D Cain, Jr on 10/21/2022. (crt,Whidden, C) (Main Document 9 replaced on 10/26/2022 to indicate correct Show Cause Hearing date) (Whidden, C). (Entered: 10/21/2022) |
| 10/26/2022 | 7 | JUDGMENT granting 4 Motion to Dismiss without prejudice, with each party to bear its own attorney's fees and costs. Signed by Judge James D Cain, Jr on 10/26/2022. (crt,Benoit, T) (Entered: 10/26/2022) |
| 10/31/2022 | 8 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings for Motion Hearing held on 10/20/2022 before Judge James D Cain Jr. Court Reporter/Transcriber DD Juranka, Telephone number (337)214-6669. Total pages: 55. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or the Court Reporter. Redaction Request due 11/25/2022. Redacted Transcript Deadline set for 12/5/2022. Release of Transcript Restriction set for 2/2/2023. (crt,Juranka, D) (Entered: 10/31/2022) |
| 11/04/2022 | 9 | NOTICE of Appearance by Rowan Whitehurst Stoehr on behalf of Allied Trust Insurance Co (Attorney Rowan Whitehurst Stoehr added to party Allied Trust Insurance Co(pty:dft)) (aty,Stoehr, Rowan) (Entered: 11/04/2022) |
| 11/07/2022 | 10 | ORDER OF RECUSAL. Referred to Chief Judge for reassignment.. Signed by Magistrate Judge Carol B Whitehurst on 11/7/2022. (crt,Chavis, J) (Entered: 11/07/2022) |
| 11/08/2022 | 11 | MINUTE ENTRY issued by the Clerk. In accordance with Standing Order 1.62, this matter is hereby reassigned. Case reassigned to Magistrate Judge David J Ayo. Magistrate Judge Carol B Whitehurst no longer assigned to case. All future filings should bear the name of the new judge assignment. (crt,Alexander, E) (Entered: 11/08/2022) |

Case 26-03107   Document 7-15   Filed in TXSB on 04/09/26   Page 3 of 9

| 12/14/2022 | 12 | MOTION to Lift Stay by Allied Trust Insurance Co. Motions referred to David J Ayo. Motion Ripe Deadline set for 12/14/2022. (Attachments: # 1 Proposed order, # 2 Proposed pleading)(Attorney Matthew D Monson added to party Allied Trust Insurance Co(pty:dft))(aty,Monson, Matthew) (Entered: 12/14/2022) |
|---|---|---|
| 12/14/2022 | | Motions Transferred regarding 12 MOTION to Lift Stay . Motions referred to Judge James D Cain, Jr. (crt,Thomas, T) (Entered: 12/14/2022) |
| 12/16/2022 | 13 | ORDER granting 12 Motion to Lift Stay. Signed by Judge James D Cain, Jr on 12/16/2022. (crt,Thomas, T) (Entered: 12/16/2022) |
| 12/16/2022 | 14 | ANSWER to 1 Complaint, by Allied Trust Insurance Co.(crt,Thomas, T) (Entered: 12/16/2022) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/02/2026 09:43:43 | | |
| **PACER Login:** | zmoseley | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 6:22-cv-04565-JDC-DJA |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |

Case 26-03107    Document 7-15    Filed in TXSB on 04/09/26    Page 4 of 9

Query    Reports ▾    Utilities ▾    Help    Log Out

CLOSED

# U.S. District Court
## Western District of Louisiana (Alexandria)
### CIVIL DOCKET FOR CASE #: 1:22-cv-04740-DEW-KK

Hataway v. Allied Trust Insurance Co
Assigned to: Judge Donald E Walter
Referred to: Retired Mag Jdg JRS Kathleen Kay
Cause: 28:1332 Diversity-Insurance Contract

Date Filed: 08/25/2022
Date Terminated: 01/04/2024
Jury Demand: Both
Nature of Suit: 110 Insurance
Jurisdiction: Diversity

**Special Master**
**Patrick A Juneau, Jr**

represented by **Patrick A Juneau , Jr**
Juneau David
1200 Camellia Blvd Ste 202
Lafayette, LA 70508
337-269-0052
Fax: 337-269-0061
Email: pjh@juneaudavid.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Special Master**
**Cade Richard Cole**

represented by **Cade Richard Cole**
Law Office of Cade R Cole
1523 Cypress St
Sulphur, LA 70663
337-905-7777
Email: crcole@colelaw.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Michael Hataway**

represented by **Michael Hataway**
P O Box 128
Center Point, LA 71323-0128
PRO SE

**Cameron Sean Snowden**
Kyle Law Firm
4960 Bluebonnet Blvd Ste A
Baton Rouge, LA 70809
225-293-8400
Email: cs@kylelaw.net
*TERMINATED: 10/27/2023*
*LEAD ATTORNEY*

**Claude Favrot Reynaud , III**
Kiefer & Kiefer (NO)
1100 Poydras St Ste 1300
New Orleans, LA 70163
504-828-3313
Email: claude@reynaudaromilaw.com
*TERMINATED: 10/27/2023*
*LEAD ATTORNEY*

**Grant P Gardiner**
Gardiner Law (MET)
3129 Bore St
Metairie, LA 70001
504-265-9977
Fax: 504-267-2087
Email: grant@gardiner.law
*TERMINATED: 10/27/2023*
*LEAD ATTORNEY*

**R William Huye , III**
2106 Key West Cove
Austin, TX 78746
225-354-5107
Email: huyerw3@gmail.com
*TERMINATED: 03/30/2023*

V.
**Defendant**
**Allied Trust Insurance Co**

represented by **Rowan Whitehurst Stoehr**
Monson Law Firm
5 Sanctuary Blvd Ste 101
Mandeville, LA 70471

985-778-0678
Fax: 985-778-0682
Email: rowan@monsonfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C Henry**
Monson Law Firm
5 Sanctuary Blvd Ste 101
Mandeville, LA 70471
985-778-0678
Email: jhenry@monsonfirm.com
*ATTORNEY TO BE NOTICED*

**John Dante Mineo , IV**
Monson Law Firm
5 Sanctuary Blvd Ste 101
Mandeville, LA 70471
985-778-0678
Email: john@monsonfirm.com
*ATTORNEY TO BE NOTICED*

**Kyle Clinton Matthias**
Monson Law Firm
5 Sanctuary Blvd Ste 101
Mandeville, LA 70471
985-273-0260
Fax: 985-778-0682
Email: kyle@monsonfirm.com
*ATTORNEY TO BE NOTICED*

**Matthew D Monson**
Monson Law Firm
5 Sanctuary Blvd Ste 101
Mandeville, LA 70471
985-778-0678
Fax: 985-778-0682
Email: matthew@monsonfirm.com
*ATTORNEY TO BE NOTICED*

**Rachel Long Flarity**
Monson Law Firm
5 Sanctuary Blvd Ste 101
Mandeville, LA 70471
985-778-0678
Fax: 985-778-0682
Email: rachel@monsonfirm.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/25/2022 | 1 | COMPLAINT against Allied Trust Insurance Company with Jury Demand (Daily credit card transactions limit reached via pay.gov - Payment will be made on another date) filed by Michael Hataway. (Attachments: # 1 Civil cover sheet)(Attorney Cameron Sean Snowden added to party Michael Hataway(pty:pla)) (aty,Snowden, Cameron) (Entered: 08/25/2022) |
| 08/25/2022 | | CASE Assigned to Judge Terry A Doughty and Magistrate Judge Joseph H L Perez-Montes. (crt,Crick, S) (Entered: 09/29/2022) |
| 09/29/2022 | | ELECTRONIC PAYMENT of Civil Case filing fee by Michael Hataway. ( Filing Fee: $402, receipt number ALAWDC-5302091) . (aty,Snowden, Cameron) (Entered: 09/29/2022) |
| 09/29/2022 | 2 | CASE MANAGEMENT ORDER. Signed by Chief Judge S Maurice Hicks, Jr on 9/23/2022. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Additional Neutrals)(crt,Crick, S) (Entered: 09/29/2022) |
| 09/29/2022 | 3 | SUMMONS ISSUED as to Allied Trust Insurance Co. (crt,Crick, S) (Entered: 09/29/2022) |
| 10/20/2022 | 5 | ELECTRONIC MINUTES for proceedings held before Judge James D Cain, Jr: SHOW CAUSE HEARING held on 10/20/2022 in Lake Charles Courtroom 2 from 9:54 AM to 11:02 AM. R. William Huye, III and Grant P Gardiner appeared as counsel for the Plaintiffs. Plaintiffs Hillary Weatherall (22-cv-3096 & 22-cv-4322), Michael and Keatha Poullard (22-cv-4032 & 22-cv-4724), and Patricia LeDay (22-cv-4169) also appeared for the hearing. Issues were addressed by the Court with counsel providing responses. A stay order will be prepared by Chambers and filed into the record for each case listed as an attachment to the order. (Court Reporter: DD Juranka) (crt,Whidden, C) (Entered: 10/26/2022) |
| 10/21/2022 | 4 | ORDER staying cases filed by the McClenny, Moseley, and Associates Firm until further order of this Court. See PDF of order for more information. Signed by Judge James D Cain, Jr on 10/21/2022. (crt,Whidden, C) (Main Document 9 replaced on 10/26/2022 to indicate correct Show Cause Hearing date) (Whidden, C). (Entered: 10/21/2022) |
| 10/31/2022 | 6 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings for Motion Hearing held on 10/20/2022 before Judge James D Cain Jr. Court Reporter/Transcriber DD Juranka, Telephone number (337)214-6669. Total pages: 55. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or the Court Reporter. Redaction Request due 11/25/2022. Redacted Transcript Deadline set for 12/5/2022. Release of Transcript Restriction set for 2/2/2023. (crt,Juranka, D) (Entered: 10/31/2022) |
| 11/01/2022 | 7 | ELECTRONIC MINUTE ENTRY issued by the Clerk. Case reassigned to Judge Donald E Walter. Judge Terry A Doughty no longer assigned to case. All future filings should bear the name of the new judge assignment. Approved by Chief Judge S Maurice Hicks, Jr on 11/1/2022. (crt,Greenwald, A) (Entered: 11/01/2022) |
| 11/04/2022 | 8 | NOTICE of Appearance by Rowan Whitehurst Stoehr on behalf of Allied Trust Insurance Co (Attorney Rowan Whitehurst Stoehr added to party Allied Trust Insurance Co(pty:dft)) (aty,Stoehr, Rowan) (Entered: 11/04/2022) |

| 12/14/2022 | 9 | MOTION to Lift Stay by Allied Trust Insurance Co. Motion Ripe Deadline set for 12/14/2022. (Attachments: # 1 Proposed order, # 2 Proposed pleading) (Attorney Matthew D Monson added to party Allied Trust Insurance Co(pty:dft))(aty,Monson, Matthew) (Entered: 12/14/2022) |
|---|---|---|
| 12/14/2022 | | Motions Transferred regarding 9 MOTION to Lift Stay . Motions referred to Magistrate Judge Joseph H L Perez-Montes. (crt,Crick, S) (Entered: 12/14/2022) |
| 01/23/2023 | 10 | ORDER LIFTING STAY. Signed by Judge James D Cain, Jr on 1/23/2023. (crt,Alexander, E) (Entered: 01/23/2023) |
| 01/23/2023 | 12 | ANSWER to 1 Complaint, with Jury Demand by Allied Trust Insurance Co.(crt,Whidden, C) (Entered: 02/13/2023) |
| 02/10/2023 | 11 | ELECTRONIC MINUTE ENTRY issued by the Clerk. Case reassigned to Magistrate Judge Kathleen Kay. Magistrate Judge Joseph H L Perez-Montes no longer assigned to case. All future flings should bear the name of the new judge assignment. Motions referred to Magistrate Judge Kathleen Kay. Approved by Judge Terry A Doughty on 2/10/2023. (crt,Whidden, C) (Entered: 02/10/2023) |
| 02/28/2023 | 13 | MEMORANDUM ORDER requiring production of information and payment into the registry of the Court the sum of $50.00 per case listed on Exhibit A on or before 5:00 PM on 3/2/2023. Signed by Judge James D Cain, Jr on 2/28/2023. (crt,Whidden, C) (Entered: 02/28/2023) |
| 03/02/2023 | | RECEIVED Registry Funds from McClenny Moseley & Associates in the amount of $50.00, receipt number 200000112. (crt,Whidden, C) (Entered: 03/02/2023) |
| 03/04/2023 | 14 | MEMORANDUM ORDER suspending law firm of McClenny Moseley & Associates PLLC and anyone affiliated with the firm, including attorneys R. William Huye III, Claude Favrot Reynaud III, Cameron Sean Snowden, Grant P. Gardiner, John Moseley, and James McClenny from practice in the Western District of Louisiana for a period of ninety (90) days. See PDF for additional details. Signed by Judge James D Cain, Jr on 3/3/2023. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(crt,Whidden, C) (Entered: 03/04/2023) |
| 03/30/2023 | 15 | MOTION to Lift Stay and to Withdraw R William Huye, III as Attorney by All Plaintiffs. (Motion Ripe Deadline set for 3/30/2023.) (Attachments: # 1 List of Cases, # 2 Proposed order)(crt,Whidden, C) (Entered: 03/31/2023) |
| 03/30/2023 | 16 | EXHIBIT - Letter regarding suspension re 15 MOTION to Lift Stay MOTION to Withdraw R William Huye, III as Attorney by Michael Hataway. (crt,Whidden, C) (Entered: 03/31/2023) |
| 03/30/2023 | 17 | ORDER granting 15 Motion to Lift Stay; granting 15 Motion to Withdraw as Attorney. Attorney R William Huye, III terminated. Signed by Judge James D Cain, Jr on 3/30/2023. (crt,Whidden, C) (Entered: 04/02/2023) |
| 06/16/2023 | | REGISTRY DISBURSEMENT COMPLETED in the amount of $33,101.12 re: Doc #1 in 2:23-mc-64 and $35,760.00 re: Doc #2 in 2:23-mc-64. U S Treasury checks will be mailed out of Kansas City, MO within three business days. (crt,Whidden, C) (Entered: 06/21/2023) |
| 10/27/2023 | 18 | ORDER TERMINATING FORMER MMA COUNSEL, DESIGNATING PLAINTIFF PRO SE. Magistrate Judge Status Conference is set for 11/30/2023 at 09:00 AM in Alexandria, 2nd floor before Magistrate Judge Kathleen Kay. Attorney Cameron Sean Snowden; Grant P Gardiner and Claude Favrot Reynaud, III terminated. IT IS FURTHER ORDERED that each plaintiff be certain that the clerk of court and opposing counsel have all current contact information for plaintiff, and plaintiff is to advise both the clerk and opposing counsel should contact information change.IT IS FURTHER ORDERED that this case immediately proceed according to the courts Case Management Order No. 1. Doc. 2. Signed by Magistrate Judge Kathleen Kay on 10/27/2023. (Attachments: # 1 Form-Motion to Dismiss)(crt,Jones, P) (Entered: 10/27/2023) |
| 11/30/2023 | 19 | MINUTES for proceedings held before Magistrate Judge Kathleen Kay: STATUS CONFERENCE held on 11/30/2023. The Court issued an order on October 27, 2023 18 informing plaintiff of pro se status, explaining duties as a pro se litigant, ordering plaintiff to appear, and warning plaintiff that failure to appear could result in a recommendation the matter be dismissed. The plaintiff did not appear; therefore the Court will issue a report and recommendation that this matter be dismissed for plaintiff's failure to abide by court orders and prosecute this civil action. (Court Reporter: Myra Primeaux) (crt,Tice, Y) (Entered: 11/30/2023) |
| 12/11/2023 | 20 | MAIL RETURNED as Undeliverable: Michael Hataway, 101 Marcia Dr, Dry Prong, LA 71423, re: 19 Status Conference, returned marked: Forward Time Exp, Return to Sender. Action taken: Corrected party address and mailed notice re 19 Minutes of Court. (crt,Crick, S) (Entered: 12/12/2023) |
| 12/13/2023 | 21 | REPORT AND RECOMMENDATIONS recommending that the 1 Complaint, filed by Michael Hataway be DISMISSED WITHOUT PREJUDICE for plaintiffs failure to prosecute and abide by the orders of the court, and that the judgment provide that this civil action may be reinstated within 30 days for good cause shown, per W.D. La. Loc. Civ. R. 41.3, with any such showing to be made in writing and filed into the record of this matter. Objections to R&R due by 12/27/2023. Signed by Magistrate Judge Kathleen Kay on 12/13/2023. (crt,Stewart, T) (Entered: 12/13/2023) |
| 01/04/2024 | 22 | JUDGMENT adopting 21 Report and Recommendations. IT IS ORDERED that this matter is DISMISSED WITHOUT PREJUDICE. This civil action may be reinstated within 30 days for good cause shown, per W.D. La. Loc. Civ. R. 41.3. Any such showing to be made in writing and filed into the record of this matter. Signed by Judge Donald E Walter on 1/3/2024. (crt,Enkey, R) (Entered: 01/04/2024) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/02/2026 09:42:55 | | |
| **PACER Login:** | zmoseley | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:22-cv-04740-DEW-KK |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |

Case 26-03107   Document 4-5   Filed in TXSB on 04/09/26   Page 7 of 9

CLOSED,DELTA,LAURA

## U.S. District Court
## Western District of Louisiana (Shreveport)
## CIVIL DOCKET FOR CASE #: 5:22-cv-04961-DCJ-KDM

Dyer v. Allied Trust Insurance Co
Assigned to: Judge David C Joseph
Referred to: Magistrate Judge Kayla D McClusky
Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 08/26/2022
Date Terminated: 01/17/2023
Jury Demand: Plaintiff
Nature of Suit: 110 Insurance
Jurisdiction: Diversity

**Special Master**
**Patrick A Juneau, Jr**

represented by **Patrick A Juneau , Jr**
Juneau David
1200 Camellia Blvd Ste 202
Lafayette, LA 70508
337-269-0052
Fax: 337-269-0061
Email: pjh@juneaudavid.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Special Master**
**Cade Richard Cole**

represented by **Cade Richard Cole**
Law Office of Cade R Cole
1523 Cypress St
Sulphur, LA 70663
337-905-7777
Email: crcole@colelaw.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Bobby Dyer**

represented by **Grant P Gardiner**
Gardiner Law (MET)
3129 Bore St
Metairie, LA 70001
504-265-9977
Fax: 504-267-2087
Email: grant@gardiner.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cameron Sean Snowden**
Kyle Law Firm
4960 Bluebonnet Blvd Ste A
Baton Rouge, LA 70809
225-293-8400
Email: cs@kylelaw.net
*ATTORNEY TO BE NOTICED*

**Claude Favrot Reynaud , III**
Kiefer & Kiefer (NO)
1100 Poydras St Ste 1300
New Orleans, LA 70163
504-828-3313
Email: claude@reynaudaromilaw.com
*ATTORNEY TO BE NOTICED*

**R William Huye , III**
2106 Key West Cove
Austin, TX 78746
225-354-5107
Email: huyerw3@gmail.com
*ATTORNEY TO BE NOTICED*

V.
**Defendant**
**Allied Trust Insurance Co**

represented by **Rowan Whitehurst Stoehr**
Monson Law Firm
5 Sanctuary Blvd Ste 101
Mandeville, LA 70471
985-778-0678
Fax: 985-778-0682
Email: rowan@monsonfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C Henry**

Monson Law Firm
5 Sanctuary Blvd Ste 101
Mandeville, LA 70471
985-778-0678
Email: jhenry@monsonfirm.com
*ATTORNEY TO BE NOTICED*

**John Dante Mineo , IV**
Monson Law Firm
5 Sanctuary Blvd Ste 101
Mandeville, LA 70471
985-778-0678
Email: john@monsonfirm.com
*ATTORNEY TO BE NOTICED*

**Kyle Clinton Matthias**
Monson Law Firm
5 Sanctuary Blvd Ste 101
Mandeville, LA 70471
985-273-0260
Fax: 985-778-0682
Email: kyle@monsonfirm.com
*ATTORNEY TO BE NOTICED*

**Matthew D Monson**
Monson Law Firm
5 Sanctuary Blvd Ste 101
Mandeville, LA 70471
985-778-0678
Fax: 985-778-0682
Email: matthew@monsonfirm.com
*ATTORNEY TO BE NOTICED*

**Rachel Long Flarity**
Monson Law Firm
5 Sanctuary Blvd Ste 101
Mandeville, LA 70471
985-778-0678
Fax: 985-778-0682
Email: rachel@monsonfirm.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/26/2022 | 1 | COMPLAINT against All Defendants with Jury Demand (Daily credit card transactions limit reached via pay.gov - Payment will be made on another date) filed by Bobby Dyer. (Attachments: # 1 Civil cover sheet)(Attorney Grant Gardiner added to party Bobby Dyer(pty:pla))(aty,Gardiner, Grant) (Entered: 08/26/2022) |
| 08/26/2022 | | CASE Assigned to Judge David C Joseph and Magistrate Judge Kayla D McClusky. (crt,Crick, S) (Entered: 09/22/2022) |
| 09/10/2022 | | ELECTRONIC PAYMENT of Civil Case filing fee by Bobby Dyer. ( Filing Fee: $402, receipt number ALAWDC-5268883) . (aty,Gardiner, Grant) (Entered: 09/10/2022) |
| 09/22/2022 | 2 | SUMMONS ISSUED as to Allied Trust Insurance Co. (crt,Crick, S) Modified on 9/22/2022 to modify date. (Crick, S). (Entered: 09/22/2022) |
| 09/23/2022 | 3 | CASE MANAGEMENT ORDER NO. 1. Signed by Chief Judge S Maurice Hicks, Jr on 9/23/2022. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(crt,Whidden, C) (Entered: 09/27/2022) |
| 10/20/2022 | 5 | ELECTRONIC MINUTES for proceedings held before Judge James D Cain, Jr: SHOW CAUSE HEARING held on 10/20/2022 in Lake Charles Courtroom 2 from 9:54 AM to 11:02 AM. R. William Huye, III and Grant P Gardiner appeared as counsel for the Plaintiffs. Plaintiffs Hillary Weatherall (22-cv-3096 & 22-cv-4322), Michael and Keatha Poullard (22-cv-4032 & 22-cv-4724), and Patricia LeDay (22-cv-4169) also appeared for the hearing. Issues were addressed by the Court with counsel providing responses. A stay order will be prepared by Chambers and filed into the record for each case listed as an attachment to the order. (Court Reporter: DD Juranka) (crt,Whidden, C) (Entered: 10/26/2022) |
| 10/21/2022 | 4 | ORDER staying cases filed by the McClenny, Moseley, and Associates Firm until further order of this Court. See PDF of order for more information. Signed by Judge James D Cain, Jr on 10/21/2022. (crt,Whidden, C) (Main Document 9 replaced on 10/26/2022 to indicate correct Show Cause Hearing date) (Whidden, C). (Entered: 10/21/2022) |
| 10/31/2022 | 6 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings for Motion Hearing held on 10/20/2022 before Judge James D Cain Jr. Court Reporter/Transcriber DD Juranka, Telephone number (337)214-6669. Total pages: 55. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or the Court Reporter. Redaction Request due 11/25/2022. Redacted Transcript Deadline set for 12/5/2022. Release of Transcript Restriction set for 2/2/2023. (crt,Juranka, D) (Entered: 10/31/2022) |
| 11/04/2022 | 7 | NOTICE of Appearance by Rowan Whitehurst Stoehr on behalf of Allied Trust Insurance Co (Attorney Rowan Whitehurst Stoehr added to party Allied Trust Insurance Co(pty:dft)) (aty,Stoehr, Rowan) (Entered: 11/04/2022) |
| 12/14/2022 | 8 | MOTION to Lift Stay by Allied Trust Insurance Co. Motion Ripe Deadline set for 12/14/2022. (Attachments: # 1 Proposed order, # 2 Proposed pleading) (Attorney Matthew D Monson added to party Allied Trust Insurance Co(pty:dft))(aty,Monson, Matthew) (Entered: 12/14/2022) |
| 12/14/2022 | | Motions Transferred regarding 8 MOTION to Lift Stay . Motions referred to Magistrate Judge Kayla D McClusky. (crt,Crick, S) (Entered: 12/14/2022) |
| 12/14/2022 | | Motions Transferred regarding 8 MOTION to Lift Stay . Motions referred to Judge David C Joseph. (crt,Crick, S) (Entered: 12/14/2022) |
| 12/15/2022 | 9 | ELECTRONIC MINUTE ENTRY: 8 Motion to Lift Stay filed by Allied Trust Insurance Company set for hearing 12/21/2022 at 10:00 AM in Lafayette, Courtroom 1 before Judge David C Joseph. Signed by Judge David C Joseph on 12/15/2022. (crt,LaCombe, L) (Entered: 12/15/2022) |
| 12/20/2022 | 10 | MEMORANDUM in Support re 8 MOTION to Lift Stay filed by Allied Trust Insurance Co. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(aty,Monson, Matthew) (Entered: 12/20/2022) |

| 12/21/2022 | 11 | MINUTES of Motion Hearing held 12/21/2022 before Judge David C Joseph. IT IS ORDERED that 8 Motion to Lift Stay and accompanying memorandum [Doc. 10] is RESET for 12/28/2022 at 10:00 AM in Lafayette, Courtroom 1 before Judge David C Joseph. IT IS FURTHER ORDERED that a Rule to Show Cause hearing why monetary sanctions should not be imposed pursuant to the Court's inherent authority will also be held Wednesday, December 28, 2022, at 10:00 AM. Present in-person at the hearing will be: (i) Plaintiff, Bobby Dyer, (ii) his enrolled counsel, (iii) one or more principals of the law firm of, McClenny, Moseley, & Associates, PLLC; and (iv) defendant's counsel. The Rule to Show Cause hearing will pertain to: 1 - Plaintiff's counsel's unexplained and unexcused failure to appear on December 21, 2022, for hearing on Defendant's Motion to Lift Stay [Doc. 8] as ordered by the Court via Electronic Minute Entry [Doc. 9]. 2 - Defendant's allegations that Plaintiff's counsel failed to properly investigate the claim before filing suit as required by Rule 11(b) of the Federal Rules of Civil Procedure. [See Doc. 10]. (Court Reporter: LaRae E Bourque) (crt,LaCombe, L) (Entered: 12/21/2022) |
| --- | --- | --- |
| 12/27/2022 | 12 | MEMORANDUM in Support re 8 MOTION to Lift Stay *and In Support of Rule to Show Cause* filed by Allied Trust Insurance Co. (Attachments: # 1 Table of Contents, # 2 Exhibit Ripoll-Order Dismissing Case without Prej, # 3 Exhibit Fla Bar v. Strems Proceeding)(aty,Monson, Matthew) (Entered: 12/27/2022) |
| 12/27/2022 | 13 | MOTION to Lift Stay by Bobby Dyer. Motion Ripe Deadline set for 12/27/2022. (Attachments: # 1 Memorandum / Brief, # 2 Proposed order, # 3 Proposed pleading, # 4 Proposed order)(aty,Reynaud, Claude) (Entered: 12/27/2022) |
| 12/28/2022 | 14 | MINUTES for proceedings held before Judge David C Joseph: SHOW CAUSE HEARING held on 12/28/2022. The Court therefore found good cause to award sanctions. Within seven (7) days, counsel for Allied Trust Insurance Company shall file under seal a document delineating every cost incurred by Allied Trust Insurance Company in handling this matter. After submission, the Court will assess the Defendant costs and attorneys fees to the law firmof McClenny, Moseley, & Associates, PLLC as a form of sanctions. (Court Reporter: LaRae E Bourque) (crt,Taylor, L) (Entered: 12/29/2022) |
| 12/28/2022 | 15 | EXHIBIT LIST. (Attachments: # 1 Exhibit 1)(crt,Taylor, L) (Entered: 12/29/2022) |
| 01/04/2023 | 16 | SEALED DOCUMENT: Document Filed Under Seal by Allied Trust Insurance Co re 14 Show Cause Hearing,,. (Attachments: # 1 Exhibit A)(aty,Monson, Matthew) (Entered: 01/04/2023) |
| 01/04/2023 | 17 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings for Hearing held on 12/28/2022 before Judge David C Joseph. Court Reporter/Transcriber LaRae E Bourque, Telephone number (337)593-5221. Total pages: 37. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or the Court Reporter. Redaction Request due 1/30/2023. Redacted Transcript Deadline set for 2/9/2023. Release of Transcript Restriction set for 4/7/2023. (crt,Bourque, L) (Entered: 01/04/2023) |
| 01/17/2023 | 18 | ORDER: For the reasons discussed on the record and finding good cause to award sanctions pursuant to the Court's inherent authority in the form of attorneys' fees incurred by the Defendant: IT IS HEREBY ORDERED that within fourteen (14) days, the law firm of McClenny, Moseley, & Associates, PLLC shall pay attorneys' fees and costs in the amount of $15,914 in a check made payable jointly to The Monson Law Firm, LLC and Defendant, Allied Trust Insurance Company. IT IS FURTHER ORDERED that the Stay issued by Judge Cain in this matter [Doc. 4] is lifted and the above-captioned matter is DISMISSED without prejudice. Signed by Judge David C Joseph on 1/17/2023. (crt,LaCombe, L) (Entered: 01/17/2023) |

| PACER Service Center | | |
| --- | --- | --- |
| **Transaction Receipt** | | |
| 04/02/2026 09:44:15 | | |
| **PACER Login:** | zmoseley | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:22-cv-04961-DCJ-KDM |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |