**3:23-mc-62; Motion Hearings** 159

it under advisement.

MR. MOSELEY: An imperfect process doesn't equate to a scheme. I know you think that we had nefarious action --

THE COURT: The reason I think it is is my -- from very reliable sources, and mine are pretty reliable, is Mr. Huye pitched this whole scheme to about two or three different law firms in this state and all of them rejected it and said we can't do that, it's illegal, it's unethical. So, yeah, I do think it was an illegal operation. I do think at the very minimum it was very unethical. You can't pay for clients. You can't. It's not allowed. Your direct marketing, to me, was very nefarious and misleading. You have to register all that. You have to go to the State Bar and get all that approved. I don't think they would have approved any of those. Hell, I was getting them at my house.

Mr. Scofield, you get any of them at your house? Just two. Okay. I'm sure you were really looking for a lawyer, too, weren't you, Scott.

My point is, yeah, it was a bad operation.

MR. MOSELEY: I read the record with Mr. McClenny and I saw your questions regarding what I believe to be the Cox Cox Filo pitch from the Raj Pandit law firm that William attended. It wasn't William pitching them on