

**THE MONSON**
**LAW FIRM, LLC**

Matthew D. Monson
Admitted in Louisiana and Texas
Matthew@MonsonFirm.com

Please Respond to Louisiana Office

August 3, 2022

**_Via Certified Mail/Return Receipt Requested: 7021 1970 0001 1175 0879_**

Louisiana Office of Disciplinary Counsel
4000 S. Sherwood Forest Boulevard, Suite 607
Baton Rouge, Louisiana 70806

> Re:   Richard William Huye, III
>        Claude Favrot Reynaud, III
>        Cameron Sean Snowden
>        Robert Floyd Killingsworth, III
>        Michael Barcus
>        McClenny, Moseley & Associates, PLLC

Dear Office of Disciplinary Counsel:

Pursuant to Rule 8.3 of the Louisiana Rules of Professional Conduct, and on behalf of Katherine Monson, I have attached for your review unsolicited text messages from McClenny Moseley & Associates to Katherine Monson attempting to solicit representation in a manner that evidences violations of the Louisiana Rules of Professional Conduct.

At approximately 7:01 a.m. on Sunday, July 17, 2022, Katherine Monson received an unsolicited text message from a number identified as "+14307032100". The unsolicited text message, a copy of which is attached for your review, states as follows:

> You qualify for Hurricane Ida owed claim_$$$! Pick Yes to the first 3 questions and NO for attorney to claim...D7.tap622.com St

Upon receipt of this text message, Ms. Monson was confused as she was not familiar with the phone number that texted her. The unsolicited text message did not identify the sender and did not identify any lawyer or law firm. There was no location of practice identified, nor was there a Louisiana State Bar Association Lawyer Advertising Filing Number supplied. Rather there was a

**COMPLAINT**

---

**Florida Office**
2840 N. University Drive
Coral Springs, FL 33065
P: 754-229-3487

**Texas Office**
900 Rockmead Dr., Ste. 141
Kingwood, TX 77339
P: 281-612-1920  F: 281-612-1971

**Louisiana Office**
5 Sanctuary Boulevard, Ste. 101
Mandeville, LA 70471
P: 985-778-0678  F: 985-778-0682

www.MonsonFirm.com  |  855-2-MONSON

Louisiana Office of Disciplinary Counsel
Office of Chief Disciplinary Counsel
August 3, 2022
Page 2

promise of money made if certain answers were provided at the website that was enabled by the link "D7.tap622.com"

Ms. Monson clicked on the link, which sent her directly to a website www.DisasterClaimHelp.com. On the first page of this website, again, there is no mention of a law firm name or attorney involved. Rather, there is a series of questions presented to the viewer and is listed as a series of "Steps".

Step 1 asks: "Did you suffer damage to your home or business (even minimal damage) from a hurricane? Clicking "YES" to Step 1 as instructed by the text message brings you to the second step.

Step 2 asks: "Did you own your home or business? Clicking "YES" to Step 2 as instructed by the text message brings you to the third step.

Step 3 asks: "Did you have homeowners insurance during the time of the incident?" Clicking "YES" to Step 3 as instructed by the text message brings you to the fourth step.

Step 4 asks: "In what state did the damage occur?" and provides the options of Louisiana, Mississippi, and Texas. Once the state is entered, then you are taken to the fifth step.

Step 5 instructs: "Briefly describe what happened." Since Hurricane Ida was the subject of the unsolicited text message, "Hurricane Ida" was mentioned. The website then takes you to the sixth step.

Step 6 asks: "Do you currently have an attorney for this claim?" This is the first instance on the website that suggests that it is an attorney advertisement. Yet, no lawyers, law firms, or locations are identified. Clicking "No" as instructed takes you to the Final Step, in entering the user's contact information with a button entitled "SEE IF I QUALIFY".

Below the "SEE IF I QUALIFY" button is a notice that reads as follows:

By clicking the "See If I Qualify" button, I consent by electronic signature to: receive recurring autodialed and/or pre-recorded telemarketing calls, emails and/or SMS text (standard cellular rates may apply) from disasterclaimhelp.com and its clients in order to provide me with lawsuit information and other products or services at the telephone number I provided. I also consent to the disasterclaimhelp.com Privacy Policy and Terms of Use. I understand that I may receive a call even if my telephone number is listed on a Do Not Call list and that my consent is not a requirement of purchase. I can revoke this consent by replying STOP to the text msg received.

Louisiana Office of Disciplinary Counsel
Office of Chief Disciplinary Counsel
August 3, 2022
Page 3

The list of clients provided in the notice, a copy of which is attached, does not identify McClenny, Moseley & Associates or any of the lawyers made subject of this complaint.

Once the "SEE IF I QUALIFY" button was clicked, Ms. Monson instantly received a second text message at 8:43 a.m. from phone number "+1(318) 536-6739". This text message states as follows:

Thank you for contacting McClenny Moseley & Associates. Our representatives will be calling you shortly about your Storm Damage claim. Reply STOP to opt-out.

At no point in the entire process, either in the first text message or the website, was McClenny, Moseley & Associates or any of its attorneys subject to this complaint identified. Accordingly, the second text message is false and misleading as at no time did Ms. Monson ever contact this law firm or any of its attorneys. However, as promised, a few minutes later on July 17, 2022, a representative of McClenny, Moseley & Associates called Ms. Monson and attempted to have her sign an online retention agreement, which Ms. Monson did not complete. This phone call was recorded by the caller and should be available from McClenny, Moseley & Associates.

Upon noticing that Ms. Monson did not execute a retention agreement, Ms. Monson received another unsolicited phone call from McClenny, Moseley & Associates, which she did not answer, and a voicemail was left for her. The voicemail[1] states as follows:

Hello, this is McClenny Moseley & Associates. We're reaching out because you recently completed an intake with our representatives and were sent legal documents for review and signature. We're following up to help answer any questions or concerns you may have. Please note that these documents are time sensitive and the sooner we can process them to our legal team, the quicker your claim can proceed. Please call us back so we can help assist you with the completion of these documents at 833-991-1499. Thank you for your time and have a wonderful day.

On Monday, July 18, 2022, at 7:56 a.m., Ms. Monson received another unsolicited text message, a copy of which is attached, stating:

We recently emailed you documents to sign concerning your Storm Damage claim. Please call 856-681-4176 for questions or assistance.

In fact, Ms. Monson has received 16 emails from McClenny, Moseley & Associates, one each day, asking her to execute an Employment Contract, copies of which are also attached.

---

[1] An audio copy of the recording will be made available upon request.

Louisiana Office of Disciplinary Counsel
Office of Chief Disciplinary Counsel
August 3, 2022
Page 4

Ms. Monson has also received identical text messages on July 27, 2022 at 10:10 a.m., July 30, 2022 at 10:12 a.m. and August 2, 2022 at 10:12 a.m., copies of which are attached and each stating:

We're here to help you complete the document signing process concerning your Storm Damage claim. Call us anytime at 856-681-4176 – McClenny Moseley

In this matter, McClenny, Moseley & Associates, through its Louisiana licensed attorneys Richard William Huye, III, Claude Favrot Reynaud, III, Cameron Sean Snowden, Robert Floyd Killingsworth, III, and Michael Barcus violated Louisiana Rules of Professional Conduct Rule 7.4(a), which states as follows:

RULE 7.4. DIRECT CONTACT WITH PROSPECTIVE CLIENTS

(a) Solicitation. Except as provided in subdivision (b) of this Rule, a lawyer shall not solicit professional employment from a prospective client with whom the lawyer has no family or prior lawyer-client relationship, in person, by person to person verbal telephone contact, through others acting at the lawyer's request or on the lawyer's behalf or otherwise, when a significant motive for the lawyer's doing so is the lawyer's pecuniary gain. A lawyer shall not permit employees or agents of the lawyer to solicit on the lawyer's behalf. A lawyer shall not enter into an agreement for, charge, or collect a fee for professional employment obtained in violation of this Rule. The term "solicit" includes contact in person, by telephone, telegraph, or facsimile, or by other communication directed to a specific recipient and includes (i) any written form of communication directed to a specific recipient and not meeting the requirements of subdivision (b) of this Rule, and (ii) any electronic mail communication directed to a specific recipient and not meeting the requirements of subdivision (c) of Rule 7.6. For the purposes of this Rule 7.4, the phrase "prior lawyer-client relationship" shall not include relationships in which the client was an unnamed member of a class action.

Rule 7.4 indicates that a lawyer shall not solicit professional employment from a prospective client with whom the lawyer has no family or prior lawyer/client relationship either in person, by person-to-person verbal telephone contact or through others acting at the lawyer's request when a significant motive for the lawyer's doing so is pecuniary gain. Further, a lawyer shall not enter into an agreement for, charge, or collect a fee for professional employment obtained in violation of this Rule. In this Rule, the term "solicit" includes contact in person or by telephone. Finally, Rule 7.4 prohibits lawyers from using agents to solicit on the lawyer's behalf.

In this instance, McClenny, Moseley & Associates, through its Louisiana licensed attorneys Richard William Huye, III, Claude Favrot Reynaud, III, Cameron Sean Snowden, Robert Floyd Killingsworth, III, and Michael Barcus used the unsolicited text communications, telephone calls, emails, and the website www.DisasterClaimHelp.com in order to improperly solicit an

Louisiana Office of Disciplinary Counsel
Office of Chief Disciplinary Counsel
August 3, 2022
Page 5

attorney-client relationship with Ms. Monson, in clear violation of Rule 7.4(a). At no point did Ms. Monson have a family or lawyer-client relationship with any of these attorneys. Indeed, it is this firm's understanding that McClenny, Moseley & Associates has openly bragged about "signing up" approximately 7,000 Hurricane Ida claims.

Further, McClenny, Moseley & Associates', through its Louisiana licensed attorneys Richard William Huye, III, Claude Favrot Reynaud, III, Cameron Sean Snowden, Robert Floyd Killingsworth, III, and Michael Barcus, use of the website www.DisasterClaimHelp.com to solicit an attorney-client relationship further proves numerous violations of Rules 7.6 and 7.2 of the Louisiana Rules of Professional Conduct.

Thank you in advance for your consideration of this matter. If you have any questions regarding the above, please do not hesitate to call.

With kind regards, I remain

Sincerely,

Matthew D. Monson

MDM/dfc
Enclosures