| | |
|---|---|
| **From:** | Clare S. Roubion |
| **To:** | Dane S. Ciolino; Zach Moseley |
| **Subject:** | Fwd: Issue |
| **Date:** | Tuesday, March 7, 2023 5:43:27 PM |
| **Attachments:** | image001.png |

Monson briefly posted Eva And ricks opposition to the interim suspension online. He completely mischaracterizes what they argue, including their arguments about ethics counsel. It's been taken down now.

Get Outlook for iOS

**From:** Eva J. Dossier <ejd@stanleyreuter.com>
**Sent:** Tuesday, March 7, 2023 5:07:13 PM
**To:** Clare S. Roubion <clareroubion@lalegalethics.com>
**Subject:** FW: Issue

**From:** Eva J. Dossier
**Sent:** Tuesday, March 7, 2023 4:45 PM
**To:** Rick Stanley <rcs@stanleyreuter.com>
**Subject:** Issue

I'm not sure how Mr. Monson obtained this brief.  Although there are several issues, the most pressing one is that the exhibits contain confidential client information, copies of checks, etc.



**Matthew Monson, Esq. • 2nd**
It is time to end attorney fee awards for ALL First Party Pr...
3h • 🌐

+ Follow  •••

William Huye's Opposition to Petition for Interim Suspension

McClenny, Moseley & Associates Louisiana Managing Partner William Huye filed an Opposition to the Louisiana Office of Disciplinary Counsel's Petition for Interim Suspension. Huye's lawyer hilariously describes MMA's scheme with Apex Roofing as "innocent mistakes" (Page 1).

Huye also throws James McClenny and Zach Moseley under the bus by arguing that he is "personally not culpable" for Velawcity's actions. While Huey admits that he saw the Velawcity Contract on November 16, 2022 (Page 3), he did not tell Velawcity to stop until February 5, 2023 (Exhibit A)!

Huey's counsel admits that the Apex Roofing & Restoration cases represents less than 10 percent of MMA's docket (Page 4). Huey again blames his Louisiana Ethics Counsel for approving their schemes (Page 5).

Huey expresses concern on (Page 7) about the "potential consequences relative to Mr. Huye's law license and ability to support his family." Huey actually uses the fact that he and his wife are expecting their first child in May 2023 as a justification against suspension (FN 19).

The consequences are real - but using your unborn child as a prop to excuse you from the consequences of your behavior is truly unbecoming.

---

**The Monson Law Firm - Huey's Response • 214 pages**

SUPREME COURT OF LOUISIANA

IN RE: CONFIDENTIAL PARTY

DOCKET NO. 2023-B-0277

OPPOSITION TO PETITION FOR TRANSFER TO INTERIM SUSPENSION STATUS
PURSUANT TO SUPREME COURT RULE XIX SECTION 19(C)

Eva J. Dossier
Member
Stanley, Reuter,
Thornton, Alford, LLC
909 Poydras Street, Suite 2500
New Orleans, LA  70112
Telephone: 504-523-1580
Facsimile:   504-524-0069
E-mail: ejd@stanleyreuter.com
Attorney Profile

CONFIDENTIALITY NOTICE:

This e-mail contains information that is intended only for the recipient named and may be confidential and subject to the attorney-client privilege.  If you are not the intended recipient or an agent responsible for delivering this e-mail communication to the intended recipient, you are hereby notified that you have received this e-mail in error, and that any review, dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone (504-523-1580) and delete the original e-mail on your computer without retaining any copies.  Thank you.



**Matthew Monson, Esq.** • 2nd
It is time to end attorney fee awards for ALL First Party Pr...
3h • 🌐

**+ Follow**   •••

William Huye's Opposition to Petition for Interim Suspension

McClenny, Moseley & Associates Louisiana Managing Partner William Huye filed an Opposition to the Louisiana Office of Disciplinary Counsel's Petition for Interim Suspension. Huye's lawyer hilariously describes MMA's scheme with Apex Roofing as "innocent mistakes" (Page 1).

Huye also throws James McClenny and Zach Moseley under the bus by arguing that he is "personally not culpable" for Velawcity's actions. While Huey admits that he saw the Velawcity Contract on November 16, 2022 (Page 3), he did not tell Velawcity to stop until February 5, 2023 (Exhibit A)!

Huey's counsel admits that the Apex Roofing & Restoration cases represents less than 10 percent of MMA's docket (Page 4). Huey again blames his Louisiana Ethics Counsel for approving their schemes (Page 5).

Huey expresses concern on (Page 7) about the "potential consequences relative to Mr. Huye's law license and ability to support his family." Huey actually uses the fact that he and his wife are expecting their first child in May 2023 as a justification against suspension (FN 19).

The consequences are real - but using your unborn child as a prop to excuse you from the consequences of your behavior is truly unbecoming.

**The Monson Law Firm - Huey's Response** • 214 pages

SUPREME COURT OF LOUISIANA

IN RE: CONFIDENTIAL PARTY

DOCKET NO. 2023-B-0277

OPPOSITION TO PETITION FOR TRANSFER TO INTERIM SUSPENSION STATUS
PURSUANT TO SUPREME COURT RULE XIX SECTION 19(C)