

# LOUISIANA ATTORNEY DISCIPLINARY BOARD

**OFFICE OF THE DISCIPLINARY COUNSEL**
4000 S. Sherwood Forest Blvd.
Suite 607
Baton Rouge, Louisiana 70816
(225) 293-3900 • 1-800-326-8022 • FAX (225) 293-3300

January 20, 2023

Matthew D. Monson
5 Sanctuary Blvd., Ste. 101
Mandeville, LA 70471

Re:  Respondents:  Claude Favrot Reynaud, III, Robert Floyd Killingsworth, III, Michael Scott Barcus, Cameron Sean Snowden

ODC File Nos.:  0040252, 0040253, 0040254, 0040255

Dear Mr. Monson:

We have concluded our investigation into the facts and surrounding circumstances raised in your complaints and the respondents' responses. The burden of proof in disciplinary cases is clear and convincing evidence, a higher standard of proof than required in ordinary civil lawsuits but less than the beyond a reasonable doubt standard required in criminal cases. It is the opinion of this office that the evidence is not clear and convincing the respondents engaged in ethical misconduct that violated the Rules of Professional Conduct adopted by the Louisiana Supreme Court.  No formal disciplinary action is appropriate, and we are dismissing your complaint. We will maintain a copy of your complaint on file for three years.

Our investigation has determined that the above attorneys did not have a role in contracting or authorizing the advertising campaign that is the subject of your complaint. At this juncture, any potential misconduct appears to be attributable to Mr. Huye, the attorney responsible for the firm's operations in Louisiana. Our investigation regarding Mr. Huye will remain open, and we will keep you posted on its progress.

Please do not take this decision as an indication that we do not feel you have been truthful with this office; our decision is made based on our belief that we do not have sufficient evidence to carry our substantial burden of proof in this proceeding.

Under Supreme Court Rule XIX, §11B(3), a complainant may file a written appeal of our decision to dismiss.  You must file any appeal with this office within 30 days.

We appreciate your concern for the maintenance of professional standards by all attorneys practicing law in our state.

Monson 006097