| Post URL | Post Timestamp | Post Content |
|---|---|---|
| https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7183553103529451521 | 4/9/2024 19:55 | BREAKING NEWS!  MMA HAS DECLARED BANKRUPTCY. MMA Law Firm, PLLC just filed for bankruptcy protection in the United States Bankruptcy Court for the Southern District of Texas.  MMA filed under Chapter 11 of the US Bankruptcy Code, which is generally noted as the reorganization provision, rather than a liquidation filing. MMA estimates their number of creditors between 200-999. MMA estimates its assets at between $100,000,001 - $500,000,000 and its liabilities at only $10,000,001 - $50,000,000.  MMA further indicates that funds will be available for distribution to unsecured creditors. If your assets are 10 times your liabilities, how are you bankrupt?. It will be very interesting to see if this is just a mistake, or whether MMA really has over $100 million in assets. |
| https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7182839525704921089 | 4/7/2024 20:39 | The Monson Law Firm, LLC participates in All-Star Presentation at #CLM2024. Many thanks to Mahima Raghav of Zurich Insurance and Darryn Melerine of MD Claims Group for working with me to present Unmasking Deception: One Law Firm's Fraudulent Behavior and the Litigation Financing that Enabled It in #SanFrancisco last week. . We discussed MMA and the hedge funds that invested in their unethical scheme. It is not just Litigation Financing, it is Portfolio Funding and Litgation Harvesting Financing. If you are in the C suite at an  insurance carrier and you are not familiar with these terms, you should be. |

Monson 024732

McClenny's Sale to Moseley Uncovered! New details revealed!

We all knew that James McClenny sold his interest in MMA to Zach Moseley.  Now we know how it went down.  New details revealed in a recent court filing include:

The deal was effective March 31, 2023.

MMA had a joint venture with attorney Ben Baker, referred to as the Spartan Law Group, to handle first-party claims in #Oklahoma

McClenny and Moseley jointly owned the Texas Corporation, Prosperity Trade & Investment Group, LLC, which was also part of the transaction.  What did Prosperity Trade & Investment Group invest in?

The Payment Terms disclosed total only $13,000 and are as follows:

- Former MMA and now Hair & Shunnarah attorney Calsie Boyd, received $500 under a Confidential Non-Disclosure and Non-Disparagement Agreement (NDA) effective February 28, 2023, plus money due and owing to her under a Separation Agreement and General Release dated March 10, 2023.

- $10,000 to Matt Sheehan, Calsie Boyd's husband, as due under the NDA.

- $2,500 to Ashley McClenny, James' Wife, as due under the NDA.

Total assumption and indemnification of claims against McClenny by MMA, including 1. MMA's engagement with Velawcity; 2. MMA's engagement with Apex Roofing & Restoration; 3. MMA's pursuit and solicitation of plaintiffs including the Katherine Monson class action lawsuit ðŸ˜€; and 4. the motor vehicle accident involving Seller while driving the MMA's 2019 GMC Denali having occurred on October 3, 2022 in Fort Meyers, Florida, but in excess of available MMA auto insurance coverage, plus an additional $18,000 which MMA agreed to contribute to the settlement of claims relating to that accident.

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7182826939265490945

4/7/2024 19:49

Hmmmm. What could have happened with Ms. Boyd and/or Mr. McClenny to call for an NDA,

MMA Posts - 0002

Monson 024733

BREAKING MMA NEWS!!!! Judge North issues Order Finding MMA Has Waived its right to all fees in the Eastern District of Louisiana - HEDGE FUND STRATEGY SCREWED

As mentioned in an earlier post, https://lnkd.in/eWbWwzg6 in the Ricks case, we reported that MMA was refusing to seek fees in Louisiana Hurricane cases in order to preserve its creditor Hedge Funds' rights to seek them later.

Fortunately Magistrate Judge North saw through this charade and issued yet another groundbreaking order preventing this from happening.

Please read the entire order.  Some of my favorite points are as follows:

At that point, counsel for Plaintiff, for the first time, suggested that, because two of MMA's lenders (Equal Access Justice Fund, LP and EAJF ESQ FUND, LP (hereinafter, the Funds)) had issued lien letters to their firm in every case pending in this District in which MMA was former counsel, a case or controversy persisted in this case, based on the idea that MMA's voluntary relinquishment of the right to recover fees in this case could be construed as a breach of contract by MMA vis-Ã -vis the Funds, thus exposing Plaintiff's counsel to potential liability to the Funds.

 The Court finds that the multiple affirmative statements in multiple briefs filed with this Court that it would not seek to recover fees and/or costs from cases pending here constitutes a voluntary and knowing waiver of any right to do so.

This entire process " caused directly by MMA's malfeasance in this District " has been a tremendous drain upon the bar and this Court, and a waste of valuable resources, the most important of which is time.

The Court now finds, based upon MMA's multiple representations that it does not intend to seek fees or costs in any case now pending in this District, that this tortured process can and should come to an

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7182062365612347392

4/5/2024 17:11

MMA Posts - 0003

Monson 024734

BREAKING MMA NEWS!!!!!!   MMA Indicates that it is considering filing suits against Daly & Black, P.C. and Galindo Law

On March 29, 2023, in the Ricks v. Imperial Fire Case, MMA filed pleadings indicating on the record that MMA maintains that there are no EDLA cases in which it intends to intervene or file liens to recover attorney's fees. (Attachment Pages 4 and 9 - quoted section)

Now for the good stuff.  Daly & Black is more concerned about MMA's creditors than MMA.  Daly & Black wanted the court to rule that no fees are owed to MMA in order to protect it from MMA's creditors. (Attachment Page 2).  MMA got out of the fight to state that it is not making a claim for fees in order to protect the rights of the creditors, thus making the issue moot - for now.

The Hedge Funds did waive their lien interest.  IN THIS CASE ONLY.  The Hedge Funds maintained their security interest in all other transferred cases. (Attachment Page 7).

NOW FOR THE BEST PART!!!!!

However, MMA is considering filing lawsuits against Daly & Black and Galindo Law, which MMA believes have breached agreements with MMA and which have taken action that may give rise to various causes of action for relief related to Daly & Black's and Galindo Law's handling of Hurricane Ida claims for former MMA clients.

Specifically, MMA believes that fees received by Daly & Black in the following lawsuits may be at issue in a potential future lawsuit against Daly & Black.  MMA then includes a list of 160 cases currently pending in the Federal District Court for the Eastern District of Louisiana.  (Attachment Pages 10-14).

Further, MMA asserts, if Daly & Black has entered into fee agreements with other law firms related to other cases pending in the Eastern District of Louisiana or otherwise participates in lawsuits for former MMA clients, MMA believes that attorney's fees from those cases could be the subject of a future

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7180631011506974720

4/1/2024 18:24

MMA Posts - 0004

Monson 024735

MMA Files Appeal Brief Regarding Order Preventing them From Collecting Attorneys Fees. On January 8, 2024,MMA and Zach Moseley filed an Appeal Brief with the Federal Fifth Circuit Court of Appeals on the order from Judge Cain in the Western District of Louisiana preventing MMA from collecting attorneys fees on any case in the Western District. A few sentences stand out:. Neither the law firm (nor its lenders) received notice that the district court might extinguish their property rights without a trial, or even a motion or rule to show cause order. (Page 15 of attachment). Make no mistake, MMA's and Mr. Moseley's (as well as MMA's Lenders') property rights have been judicially extinguished. (Page 41 of attachment). Promptly vacating the district court's freewheeling order is essential to confine the district court to its prescribed jurisdiction in administering discipline in a miscellaneous matter, to prevent others from implementing the jurisdictionally void and constitutionally invalid order, and to restore MMA's and Mr. Moseley's (and MMA's lenders') constitutional rights to due process. (Pages 49-50 of attachment). These statements stand out in that MMA is just as concerned with the interest of the Hedge Funds as itself.  This begs the question as to what exact role, if any did the Hedge Funds have in this perverse arrangement.  Perhaps one day we will come to know what the Hedge Funds knew and when they knew it.  It is beyond comprehension that lending facilities will give $32,000,000 to a law firm without having any idea what the law firm intended to do with the money.  If they knew about the arrangement between MMA and Velawcity, do the Hedge Funds open themselves up to any liability?. What is also painfully missing in this brief is any discussion whatsoever on the effects MMA's behavior has had on the policyholders of Louisiana.  MMA and Zach just want their (and their lenders') money.  . Again, the matter has been fully briefed.  It will be interesting to see the ruling by the Fifth Circuit.  Will they agree with MMA and Moseley that Judge Cain overstepped his authority?  If Judge Cain's order is reversed, will MMA begin filing suits against all law firms and insurers in the Western

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7177794952704208897

3/24/2024 22:34

MMA Posts - 0005

Monson 024736

| | | |
|---|---|---|
| https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7177788627630862336 | 3/24/2024 22:09 | MMA Hedge Funds File Brief with Fifth Circuit Court of Appeals. Back on December 4, 2023, Equal Access Justice Fund and EAJF ESQ Fund, LP filed their appeal brief.  These Hedge Funds are appealing the decision of Judge Cain in the trial court to refuse their attempted intervention into the disciplinary proceedings brought by the court against MMA and their attorneys. The Hedge Funds want to challenge the court's decision to deny MMA's claims for attorney fees for the illegally and unethically signed up cases in the Western District of Louisiana.  . The Hedge Funds claim that they are passive lenders. (Page 17 of attachment).  They claim enforceable liens on MMA's right, title, and interest in its personal property, including Law Firm Proceeds of all cases, whether now owned or later acquired. (Page 18) They further state The Lenders and MMA each have the same interest in ensuring that MMA may recover case proceeds earned on its representation of clients. (Page 23). The briefing is complete without any other briefs being filed.  It will be interesting to see whether the Fifth Circuit will endorse and approve a claim by Hedge Funds that admit that they invested in a scheme that has already been determined to be unethical and improper. A close review of the agreements indicate that the repayment terms call for 20 percent of MMA's revenue.  There is no amortization schedule. We look forward to the decision by the Fifth Circuit.  If the appeal is denied, there is a chance that the Hedge Funds will take this to the United States Supreme Court. |
| https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7177729648754053121 | 3/24/2024 18:15 | Law Firm Still Representing MMA and Huye Despite Admitting Conflict. In Civil District Court for the Parish of Orleans, a law firm continues to represent MMA and William Huye despite filing pleadings in three other Harris County, Texas cases in which the same firm indicates it learned of a conflict in representing Defendants.  We reported on this firm, Phelps Dunbar, filing three separate Motions to Withdraw in this post. https://lnkd.in/eqZmJ8T2. The exact nature of the conflict was not disclosed in those pleadings. It stands to reason that if a firm has a legitimate conflict, then it would seem that the conflict should apply to all offices of the firm.  A review of the records in the attached cases and other indicates that no Motion to Withdraw has been filed. |

MMA Posts - 0006

Monson 024737

| | | |
|---|---|---|
| https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7177705770224910336 | 3/24/2024 16:40 | William Huye Files Act of Partition of Community Property. One of the main issues going forward in the MMA saga is where is the money to pay all of the claims made against MMA and the attorneys who were actively involved in the schemes? . One interesting development in this regard is an Act of Partition of Community Property filed by William Huye in the mortgage and conveyance records in Orleans Parish on May 22, 2023. In this document, Mr. Huye separates his bank accounts and other assets from that of his wife. . This action was taken right before the Huyes sold their house in New Orleans and moved to Austin, Texas.   This is not something that most married couples file into the record.  It begs the question of whether this action was intended to try to protect assets in the event of civil, administrative or criminal penalties issued against Mr. Huye.  It is of note that Huye has already been fined $500,000 by the Louisiana Department of Insurance.https://lnkd.in/e_agjgK6. Will such a filing protect the Huyes' assets? It is important to note that Ms. Huye was featured in the video in the MMA office when MMA was filing 1,800 lawsuits in four days. Only time will tell. |
| https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7177701073673965570 | 3/24/2024 16:21 | Zach Moseley Representing MMA in Appealing $10,000,000 Default Judgment. We have previously reported that PCG Claims obtained a Default Judgment against MMA in December 2023. https://lnkd.in/e6HFQ4cb . We have also reported that counsel for MMA filed a Motion to Set Aside Default Judgment and for New Trial. https://lnkd.in/eSrrXa8v. We then reported that counsel for MMA has withdrawn from the case due to a conflict. https://lnkd.in/e6HFQ4cb. On March 13, 2024, the trial court denied MMA's request.  Now, in an interesting twist, Zach Moseley himself has filed a Notice of Appeal in this matter on behalf of MMA.  We have attached this for your review. I'm reminded of the old adage about someone representing himself and what that says about his client. |
| https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7176765094964416512 | 3/22/2024 2:22 | Indiana and West Virginia TPLF bills fail to address Litigation Harvesting. Insurance Journal does a great job covering the third party litigation financing bill signed into law in Indiana and the bill currently pending in West Virginia. . Neither of these bills address the real problem - Litigation Harvesting financing. MMA was loaned $32,000,000 through two hedge funds managed by B.E. Blank & Company. The loans were NOT for a specific case. The loans called for repayment terms of 20 percent of the firm's revenues. . MMA then spent almost $14,000,000 - that we know of - with Velawcity - to purchase signed law firm agreements. . None of this would be disclosed under these new laws. . Don't say you weren't warned. . American Property Casualty Insurance Association |

MMA Posts - 0007

Monson 024738

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7176719364845375488

3/21/2024 23:20

MMA 4 Year Strategy for Dominance Revealed. On December 28, 2020 former MMA Marketing attorney Pate Smith created a Presentation entitled MMA 4 Year Strategy to Multi-Network Brand and Marketing Dominance.  Included in this presentation are the following statements:. - Utilization of text marketing Strat for constant brand exposure - Slide 4. - Make contacting MMA so easy people accidentally opt in - Slide 10. - They identify three other prominent plaintiff firms websites - Morgan and Morgan, Daly and Black and Merlin Law Group as arn't good - Slide 12. - Utilize text keyword marketing . . Present opt in option and retarget regardless of outcome with streamlined and attractive firm interaction options - Slide 13.  Please look at Slide 21 entitled Text Marketing System
- Will allow MMA to Text PNC and PNR who have opt in previously to be notified as their properties or area is being hit with a storm thanks to a potential API play w/ Hail Trace. . . This will allow MMA the ability to put information and links in the hands of people as they are being affected. Aka we will be the first to market any time we want. - Zach wants claims we don't touch - Slide 36. - Its to Difficult to talk to an atty.- Slide 36. -15 days after a hail storm utilize connected device marketing in affluent areas that were hit with hail damage - Slide 85. Many thanks to Pate Smith for making this available to the public on Prezi. Sorry/not sorry these plans didn't work out.

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7175922450356928513

3/19/2024 18:33

Enjoyed presenting at #PLRB on Litigation Harvesting: How MMA Went Away!. Thanks to all who attended. Wish we had more room to accommodate everyone.

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7175477799401459713

3/18/2024 13:07

BREAKING MMA NEWS!
HEDGE FUNDS FILE $36,807,975+ MSJ AGAINST MMA. Beware the Ides of March!  On March 15, 2024 Equal Access Justice Fund (EAJF) and EAJF ESQ FUND, LP filed a Motion for Summary Judgment against defendants, MMA, Moseley Law Group and Zach Moseley.  EAJF makes claim, as of March 14th for $17,755,425 and EAJF ESQ. makes claim for $19,052,550 in loans made to finance MMA's activities.  Interest is accruing on the EAJF loan at $10,164.14 per DAY and EAJF loan at $10,350.00 per DAY for a total of $20,514.14 per DAY. Also there are claimed attorneys fees of $200,308.50.  This is amazing for filing a lawsuit and a 10 page MSJ. The hearing is set for Tuesday, April 9, 2024 at 10:00 am.

MMA Posts - 0008

Monson 024739

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7175129913522294784

3/17/2024 14:04

MMA Appeals $8,535.52 Sanction Order. On March 15th, MMA filed a Notice of Appeal to the $8,535.52 sanctions Judgment by the Honorable Donald Walter accepting the Report and Recommendations of the Magistrate Judge.  We previously reported on the Judgment in this case here. https://lnkd.in/esx-yWJ6. Apparently, Mr. Moseley thinks he should not be punished for filing suit against an insurance company that does not write business in Louisiana.  Or maybe he is just tired of writing checks to The Monson Law Firm Client Trust Account. We don't really know why MMA is spending money to challenge an $8,500 sanction, especially since it already owes a $10,000,000 judgment and has a $36,000,000 MSJ from its hedge fund investors pending.  $8,500 doesn't even amount to a half day's interest on the hedge fund loans. Either way, we thank MMA for the opportunity to establish case law at the Federal Appellate level.

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7172759225549451264

3/11/2024 1:04

Counsel for MMA in Multiple Cases Files Motions to Withdraw. Attached are three Motions to Withdraw as Counsel for MMA, Zach Moseley, William Huye and Mosley Law Group in the following cases. - Equal Access Justice Fund , et al v. McClenny Moseley & Associates, et al. - PCG Claims, LLC d/b/a PCG Consulting, LLC v. McClenny Moseley & Associates. - Adams, et al v. McClenny Moseley & Associates, et al. These Motions were all filed on March 5, 2024, only weeks after respected Phelps Dunbar bankruptcy attorney Brian Kilmer filed pleadings on their behalf.  The pleadings indicate that shortly after filing pleadings the law firm learned of a conflict in representing Defendants.  The basis for the conflict was not disclosed. In the PCG case, there is currently a March 13, 2024 hearing on MMA's Motion to Set Aside Default Judgment and for New Trial (although there is a pending Motion to Continue the hearing that MMA requested). In the Equal Access Justice Fund case, trial is set for April 29, 2024.

https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7171994300065517568

3/8/2024 22:24

The Monson Law Firm, LLC will be presenting at the Property & Liability Resource Bureau Claims Conference

Caroline Wadge and I look forward to visiting with clients and friends next week.  Please join us for our discussion of MMA and their incredible actions.  You've seen the posts, now is your chance to hear the full story. #PLRB #HowMMAWentAway #propertyinsurance #insurance

MMA Posts - 0009

Monson 024740

https://www.linkedin.com/feed/
update/urn%3Ali%3Ashare%3A7
170463305239543808

3/4/2024 17:01

Insurance Journal Writes Intriguing Story About ARS - MMA Connection Regarding Florida. Reporter William Rabb picks up on the Orlando Sentinel story of ARS receiving large amounts of money from the DeSantis Administration for transporting migrants out of Florida and Israeli evacuation flights. . ARS raised eyebrows last year after it was reported that the company had loaned the McClenny law firm $3 million to help generate business for the company after storms. ARS has since broken with McClenny, filing a lawsuit against the lawyers for allegedly reneging on the loan and for not paying almost $10 million for contracted inspections on storm-damaged properties. ARS is affiliated with Global Estimating Services, which provides property damage estimates. ARS has also raised the ire of a number of condominium associations in southwest Florida that were hit hard by Hurricane Ian in 2022. Court records in Lee County, Florida, show that Access Restoration Services has filed liens against more than two dozen condo associations for unpaid amounts on restoration work, including one lien for more than $13 million. A spokesman for Florida Chief Financial Officer Jimmy Patronis, whose office oversees insurance fraud investigations in Florida, told the newspaper that the office is monitoring the situation.

MMA Posts - 0010

Monson 024741

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7167236143690760192

2/24/2024 19:17

MMA tries to overturn $10,000,000 default judgment. On February 16, 2024, MMA filed a Motion to Set Aside Default Judgment and For New Trial on the default judgment rendered against them on December 19, 2023 in the lawsuit filed by PCG Consulting.  MMA is represented by the reputable firm Phelps Dunbar LLP, who also represents the insurance industry on many matters. MMA argues that it never received notice of the lawsuit and that all attempts at service on MMA were defective. In support of this position, MMA curiously attaches the Declaration of Katy Ohlsson (pages 12-13), the newly crowned Vice President of Operations (a big jump up from her original position working under William Huye), who states that she did not receive anything in the mail.  DUH!  She lives in Louisiana, where the MMA office had been closed.  She doesn't live in Houston, so how could she receive Houston mail?. MMA inexplicably indicates that they didn't find out about the default judgment until they saw a social media post (page 14).  They should have said Matt Monson's Social Media post. Here it is. https://lnkd.in/eaNkbHZ4. Funny how MMA pretends they didn't see my original social media post about the PCG lawsuit.  That post is here. https://lnkd.in/dvYZ7mcE  And by the way, that post received 14,648 views, 57 likes, 10 comments and 3 reposts.  MMA should have been watching my posts.  After all, on their bulletin board in March 2023 they described me as their primary threat. https://https://lnkd.in/d3sQ3Yn5. If that wasn't enough, what about the Claims Journal article written by Jim Sams that discussed the PCG lawsuit? https://lnkd.in/dyD2hd3R . Is MMA the only entity in the property claims world that didn't know about this lawsuit?  Doubtful.  Not counting the two class action lawsuits, there is a total of over $52,000,000 in claims asserted in lawsuits against MMA.  I am happy to provide copies if anyone from MMA needs them.

https://www.linkedin.com/feed/update/urn%3Ali%3AgroupPost%3A2607480-7167145676001255425

2/24/2024 13:18

Well stated, Steven Badger. . Barratry is bad. Solicitation for legal cases by text message is barratry. Paying someone to send the text messages for you is also barratry. . MMA also sent a text message to me seeking to have me sign up with them AFTER I filed a bar complaint against them for this very behavior.

MMA Posts - 0011

Monson 024742

| | | |
|---|---|---|
| https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7166432270185144321 | 2/22/2024 14:03 | MMA Lists Monson As Their Top Threat. In March 2023, MMA held an internal meeting and conducted a SWOT Analysis. SWOT stands for Strengths, Weaknesses, Opportunities and Threats. . They put this on a board in their office. . Monson was listed as the top threat to MMA's organization. . Quite simply, MMA did not consider us when they borrowed tens of millions of dollars to purchase cases from Velawcity and use Apex Roofing to source clients. . Had they done this analysis before coming to Louisiana, they might still have a future. . Thanks to Trish Whitcomb for sourcing this picture and Darryn Melerine for dressing up the graphics and being there from the beginning. |
| https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7166065163157127169 | 2/21/2024 13:44 | Zach Moseley Creates The Storm Firm, LLC. The watchful eyes of Trish Whitcomb are at it again. She reports on her blog that MMA founder Zach Moseley created The Storm Firm on October 18, 2023. Moseley told his MMA staff that he intended on creating a firm with a trade name on March 6, 2023 in the first minute of this audio https://lnkd.in/eei9pK9f. . What is The Storm Firm up to? Will we find out when Moseley's video recorded deposition takes place on April 11th? |
| https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7165743302988709888 | 2/20/2024 16:25 | Trish Whitcomb asks a valid question. Where in the world is Zach Moseley?  This is pertinent as we come close to the one year anniversary that every Louisiana lawyer quit the firm on March 4, 2023. |
| https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7164015735369900032 | 2/15/2024 22:00 | Third MMA Attorney Suspended. Yesterday, the Louisiana Supreme Court accepted the Joint Petition for Consent Discipline entered into between attorney Grant Gardiner and the Louisiana Office of Disciplinary Counsel.  Mr. Gardiner received a six month suspension from the practice of law. This is the third MMA attorney who has been suspended from the practice of law.  Mr. Gardiner was not one of the attorneys who masterminded MMA's schemes.  It is commendable that Mr. Gardiner accepted responsibility for his actions. This is a perfect example of how the masterminds place people in a situation where they get in trouble. |

Monson 024743

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7163564671927582723

2/14/2024 16:08

MMA Sanctioned Another $8,535.52 for Filing Suit Against an Insurer Who Does Not Write in Louisiana. This morning in the case of Johnny Venzant v. Homeowners of America Ins. Co., Judge Donald E. Walter issued a Judgment adopting the Report and Recommendation of Magistrate Judge Kathleen Kay and ordered MMA to pay defense fees and costs totaling $8,535.52!. Homeowners of America Insurance Company writes homeowners coverage in multiple states but Louisiana is not one of them. So MMA should not have filed suit. Thanks to Esther Grossman for having the resolve to hold MMA to account. Also thanks to attorney John Mineo for seeing this one through the end. Our firm now has obtained sanctions against MMA totaling over $50,000!

https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7163280782474653696

2/13/2024 21:20

Orlando Sentinel Exposes MMA Investor Access Restoration Services involvement in Migrant Relocation Program. Leaflets in English, Spanish and Creole were placed on the doorstep of the church about a week ago from an organization calling itself My Bright Horizons. State records show My Bright Horizons is actually a fictitious name for Access Restoration Services, a Texas-based company that is one of three firms receiving a lucrative contract under the program authorizing the state to transport migrants to other states. Access Restoration Services has been paid more than $15 million so far this fiscal year by the DeSantis administration, state records show. One payment for $747,398 is labeled as unauthorized alien transport program, and another $807,000 payment is titled illegal migration. A $13.8 million transaction is listed as Public Assistance " state operations.. The company also has been involved in the DeSantis administration's efforts to fly Americans home from Israel in October following an invasion by Hamas, as well as in hurricane recovery efforts. It was also paid $830,400 last year for flights taking migrants to California. As you may recall, ARS filed a lawsuit to regain its $3,000,000 investment in MMA.  Read about that investment here: https://lnkd.in/dVwTjv8k

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7162479272710901760

2/11/2024 16:15

Velawcity and the law firm it owns tortx proudly exhibit the excess that comes from selling signed contracts to lawyers. MMA paid Velawcity $3,500 for each signed legal representation contract. We know that there was almost $14,000,000 paid to Velawcity in five contracts alone. Velawcity operates in all 50 states and likely works with hundreds of law firms. . Remember, Arizona allows for non-attorney ownership of law firms. This is what that looks like. State Bar of Arizona and Arizona Supreme Court, wake up and look at what you created.

Monson 024744

| | | |
|---|---|---|
| https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7161389984837451776 | 2/8/2024 16:07 | Zach Moseley's Video Recorded Deposition Scheduled For April 11, 2024. Many people have been asking the question, Where is the money? as relates to MMA.  MMA has not sought bankruptcy protection despite having a default judgment in excess of $10,000,000.  https://lnkd.in/eaNkbHZ4 This suggests that there may be assets of the firm that exceed this amount.  With at least $52,000,000 in stated claims in lawsuits, there are a lot of people who would potentially be interested in the answer to this question. Financial information is almost always brought under examination in a divorce case. One spouse may seek alimony or child support. Calculating these requires a detailed understanding of both parties' financial situation. As Zach Moseley is the sole owner of MMA, questions in this deposition could request information about MMA's income, assets and debts.  Part of answering financial questions may also include providing counsel with financial records to verify the information that is provided during the deposition. |
| https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7160034737296654336 | 2/4/2024 22:21 | Wow.  MMA has hurt so many people.  This is the result. |
| https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7159964250558332928 | 2/4/2024 17:41 | Velawcity Hearing on Jurisdiction to take place in Harris County Court on February 23, 2024. Velawcity in the attached pleading argues that despite the multiple contracts it entered into with Houston based MMA, it has no contacts to the State of Texas sufficient for Texas courts to confer jurisdiction.  In this case, nine Louisiana plaintiffs have sued MMA, its lawyers and Velawcity for violation of the Texas Civil Anti-Barratry Act. MMA paid Velawcity almost $14,000,000 in five contracts (that we know about).  Phil Vottiero, a former Velawcity execitive, later became MMA's Chief Operating Officer. On February 23, 2024, at 10:00 a.m., Velawcity's motion will be considered by the court.  Will the Judge let Velawcity off the hook for its participation in the barratry alleged by the plaintiffs? |
| https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7156722161204776960 | 1/26/2024 18:58 | PCG Consulting Files for $10,148,494.24 Garnishment Against MMA's Bank. On January 23, 2024, PCG Consulting filed an Application for Writ of Garnishment against Oakwood Bank in the 164th Judicial District Court for Harris County, Texas. It will be interesting to see if there are any proceeds of MMA still in Oakwood Bank to be garnished. Might be time for MMA to answer written interrogatories under oath as to where the proceeds may be. |

MMA Posts - 0014

Monson 024745

| | | |
|---|---|---|
| https://www.linkedin.com/feed/ update/urn%3Ali%3AugcPost%3 A7156332457942814720 | 1/25/2024 17:10 | Florida SB 1276 Provides a Great Start on Litigation Financing, but has terrible flaws rendering it useless. Florida SB 1276 is one of the first bills designed to address third party litigation financing. There is a great summary of the bill provided by Verisk's own Mark Popolizio, vice president of MSP compliance, Casualty Solutions at Verisk here.  https://lnkd.in/eB9uimQM . Im my opinion, the worst part of the bill is that it assumes and allows litigation financing companies to collect a percentage of the proceeds of lawsuits. Section 69.105 as proposed provides in part that it is prohibited for a financing company to:.  (2) Contract for or receive, whether directly or indirectly, a larger share of the proceeds of a civil action, administrative proceeding, claim, or other legal proceeding financed by a litigation financing agreement than the share of the proceeds collectively recovered by the plaintiffs to any such action, claim, or proceeding after the payment of any attorney fees and costs owed in connection to such action, claim, or proceeding. While well intentioned, this provision could allow a percentage recovery by a litigation financing company, which is wrong.  If a financing company wants to loan money to a law firm, then they should have a normal amortization schedule for repayment.  A financing company should not take an interest in either the outcome of the litigation or the total amount of revenue from a law firm. Equal Access Justice Fund's  (which is managed out of Florida) arrangement with MMA was as follows:. Borrower shall pay to the Lender on the tenth (10th) day after the end of each calendar month, an amount equal to twenty percent (20.00%) (the Mandatory Payment Percentage) of Law Firm Proceeds for any such calendar month subsequent to the original Maturity Date (the Mandatory Payment). This arrangement would circumvent the current proposed legislation. In fact, because of the structure of this particular Loan Agreement, it would not fall within the bounds of SB 1276 at all.  It would be easy for anyone to copy this structure and make SB 1276 completely |
| https://www.linkedin.com/feed/ update/urn%3Ali%3AgroupPost %3A99321- 7155683578889007104 | 1/23/2024 22:11 | Insurance Business Magazine Reporter Ryan Smith Reports on MMA. The judgment includes PCG's requested damages of $9.795,003.46, plus attorneys' fees of $24.956.21 through judgment and $3,000 for post-judgment collection, according to a LinkedIn post by Matthew Monson, founder and manager of The Monson Law Firm. That amount is also subject to 8.5% interest, according to the ruling by Judge Cheryl Elliot Thornton. |

MMA Posts - 0015

Monson 024746

| | | |
|---|---|---|
| https://www.linkedin.com/feed/ update/urn%3Ali%3AugcPost%3 A7155292799033049088 | 1/22/2024 20:19 | Global Estimating Service Lawsuit Against MMA to be Tried This August. Set your calendars!  A trial date has been set in the Global Estimating Services lawsuit against MMA for August 19, 2024.  . The details of their lawsuit were set forth in previous posts by Mr. Badger and myself. See here for the lawsuit: https://lnkd.in/gqrhgB4C . See here for GES layoffs:https://lnkd.in/eabXj2mF. If this goes to trial, I wonder who will testify under oath that GES wrote estimates in Louisiana without GES having a public adjuster entity license? |
| https://www.linkedin.com/feed/ update/urn%3Ali%3AugcPost%3 A7155258753871716352 | 1/22/2024 18:03 | Hedge Funds Agree with MMA on Temporary Injunction. At the hearing on January 8, 2024, counsel for Equal Access Justice Fund and EAJF ESQ, which loaned MMA $30,000,000 in exchange for 20% of MMA's income (legal?) agreed to a Temporary Injunction with MMA.  This was a brilliant strategic move because it prevented the Hedge Funds from testifying under oath and presenting evidence as to their arrangement with MMA. This order prevents MMA from disposing any of the following funds:. All fees, proceeds, interest in, or any other rights to payment earned by or owed to any Defendant from any claim, litigation matter, or lawsuit, including without limitation, fees and/or proceeds earned by any Defendant from the following cases, types or claims: Zantac, Tylenol, Necrotizing Enterocolitis (NEC), Roundup, and weather damage. The agreed injunction applies until March 31, 2024 at 11:50 p.m. Trial has been set for the two week docket beginning on April 29, 2024. Will that be too late for the Hedge Funds as PCG Consulting already has a $10,000,000 judgment against MMA?  Will PCG be able to enforce its judgment before the hedge fund case is resolved?  Are the UCC instruments held by the Hedge Funds viable and prime the PCG Judgment?  Will PCG's potential enforcement of the Judgment be thwarted by any number of orders already in place preventing MMA from spending its money?. Stay tuned! |

Monson 024747

| | | |
|---|---|---|
| https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7154629438251429888 | 1/21/2024 0:23 | BREAKING!  - $10,170,665.53 DEFAULT JUDGMENT AGAINST MMA (INCLUDING INTEREST). On December 19, 2023 the Honorable Cheryl Elliot Thornton issued an Order for Default Judgment on behalf of Plaintiff, PCG Claims, LLC d/b/a PCG Consulting v. McClenny, Moseley & Associates, PLLC.  MMA never filed an answer to the suit. PCG was awarded its requested damages of $9,795,003.46. PCG was awarded attorneys' fees of $24,956.21 through judgment and $3,000 for post-judgment collection. If the matter is appealed to the Court of Appeals another $20,000 in attorneys' fees. If the matter is appealed to the Texas Supreme Court another $15,000 in attorneys' fees. If the Texas Supreme Court decides to hear the appeal another $10,000 in attorneys' fees. Take out your calculators for this one - 8.5% interest from the date the Petition was filed under the day before this judgment plus post-judgment interest of 8.5% from the date the Judgment is signed until it is paid. So interest has been accruing at $2,287.54 per day for 152 days so far for total accumulated interest since the suit was filed of $347,705.86.  Thus the current value of the judgment is $10,170,665.53. Will PCG takes steps to execute on this Judgment for all assets of MMA?  Will Equal Access Justice Fund try to prevent efforts to execute the Judgment? Will a bankruptcy filing be next? Will PCG file a Complaint for Involuntary Bankruptcy? |
| https://www.linkedin.com/feed/update/urn%3Ali%3AgroupPost%3A3702090-7148301389776003072 | 1/3/2024 13:17 | Claims Journal provides update on MMA saga. Jim Sams has been providing consistent updates on the biggest lawyer insurance fraud to ever take place in terms of the number of policyholders affected. . Insurance defense attorney Matthew Monson posted notice of both developments last week on his LinkedIn page, which has become the go-to source of information for anyone interested in the latest developments in the MMA saga. |

MMA Posts - 0017

Monson 024748

Former MMA Attorney Agrees to Consent Discipline for Role in MMA Scheme. Former MMA Attorney Cameron Snowden recently filed a Joint Petition for Consent Discipline along with the Office of Disciplinary Counsel agreeing to a 9 month suspension of his Louisiana law license starting December 19, 2023.  . Mr. Snowden admitted to conduct violating the following rules of professional conduct:.

1.3 - Diligence

1.4 - Communication

8.4(c) - Engage in conduct involving dishonesty, fraud, deceit or misrepresentation

8.4(d) - Engage in conduct that is prejudicial to the administration of justice. The details will come out when we receive a copy of the Joint Petition for Consent Discipline.  Amazingly, the Louisiana Supreme Court does not provide copies of pleadings online. This punishment was accepted by the Louisiana Supreme Court in a 4-3 decision.  Justice Crichton dissented and would reject the proposed discipline as too lenient.  Justice Hughes dissented and would provide a lesser sanction and Justice McCallum dissented with no reasons. I received today four copies of this in the mail from the Office of Disciplinary Counsel from the four complaints I filed on behalf of various clients.  This is proof positive for some of my more jaded industry friends that filing complaints can yield results. I would like to congratulate Mr. Snowden for coming clean and taking responsibility and accepting the consequences of his actions.  He has previously done so on the record in open court and I wish him well in his future endeavors.  He did not design the MMA scheme.

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7146608445050286080

12/29/2023 21:10

MMA Posts - 0018

Monson 024749

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7145880208913428480

12/27/2023 20:56

Hedge Funds Obtain Temporary Restraining Order Against MMA. Equal Access Justice Fund and EAJF ESQ Fund on December 22, 2023 have jointly obtained a Temporary Restraining Order against defendants, McClenny Moseley & Associates, Moseley Law Group, LP and John Zachary Moseley.  The important part is below:. 1.  Defendants are enjoined from transferring, assigning, pledging, hypothecating, disposing, spending, wasting, or otherwise disposing of any and all money and/or property that comprises the Loan Collateral, which consists of:

a. All fees, proceeds, interest in, or any other rights to payment earned by or owed to any Defendant from any claim, litigation matter, or lawsuit, including without limitation, fees and/or proceeds earned by any Defendant from the following cases, types or claims:  Zantac, Tylenol, Necrotizing Enterocolitis (NEC), Roundup, and weather damage. . . . and weather damage.  So does this mean that these two Hedge Funds judicially admit they invested in MMA's weather damage schemes that are subject to serious scrutiny and have been reported on and investigated extensively?  If so, does that open some other legal doors?  That is not for me to decide.  . A public hearing on the Hedge Funds' Application for Temporary Injunction shall take place January 8, 2024 at 1:30 p.m. in the District Court for Harris County, Texas.  I have the feeling that there may be a few extra people in the courtroom.

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7137843416314331136

12/5/2023 16:41

For those of you that still think that MMA was Just a Louisiana Problem. Here are photos of the McClenny, Moseley & Associates wrapped camper in the parking lot of a motel in #Fortmyers . They signed up over 700 claims and were on their way to thousands more in #florida  if we did not stop them here in Louisiana.  At the time, they did not have a Florida office and only had one lawyer who had a Florida Bar License.  She lives in Colorado. #LawyerSolicitation

MMA Posts - 0019

Monson 024750

Is it time for the American Policyholder Association to Speak Out on the Arrest of One of Its Members?. As is becoming well-known, Ricky McGraw of SFR has been arrested and charged with insurance fraud by Lee County, Florida.  He is also a member of the American Policyholder Association (APA).  The APA embraced McGraw as a member in a Facebook post on January 18, 2022 as seen in the screenshot below.  The Facebook post can be accessed here. https://lnkd.in/dpU2xWPM. The American Policyholder Association describes itself as a non profit 501c4 watchdog organization that promotes integrity, honesty and best practices in the property loss adjustment sector of the insurance industry. The APA's website states HELP US TO PREVENT INSURANCE FRAUD. In fact, the APA requires its prospective members to pledge to its ethics code, which states in part as follows:

I will promptly notify the appropriate representative of the American Policyholders Association of any unresolved customer complaints, business related legal, civil, or licensing actions against myself or my company.

The Ethics Code can be found here.

https://lnkd.in/dNnnBc83. Will the APA call out or even comment on the alleged actions of its own members?  To date, it has been silent on the demonstrated actions of MMA, who was also an APA member. If the APA stays silent on this one, will it suffer from a loss of credibility? Or will it just attack the messenger?. The APA could be a powerful force in calling out insurance fraud on behalf of claimant roofers and attorneys - if it wanted to. Douglas Quinn, the ball is in your court.

https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7137567888315400194          12/4/2023 22:26

Guess who's back, back again?. MMA's website is back up and running. The team is a bit smaller though.

https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7135770691856912385          11/29/2023 23:25

MMA Posts - 0020

Monson 024751

| | | |
|---|---|---|
| https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7135620157057495040 | 11/29/2023 13:26 | Eric Dick admits to Hawaii Solicitation Despite Haivng No License. This is a perfect example of a lawyer not caring about the rules. How does this happen?  When Judges see bad behavior in a case, they usually protect plaintiff's attorneys. Over time, the bad apples get more and more rotten because they rarely face consequences. . This is definitely my experience in Louisiana. Kudos to Hawaii for stepping in so quickly.  It ultimately took the Louisiana Supreme Court 7 months after I filed my first bar complaint to suspend William Huey of MMA. I thought at the time that was record fast. . The Hawaii Supreme Court has some of the strictest rules in the country about out-of-state lawyers and advertising so flyers like one sent by Texas attorney Erick Dick are under investigation. The flyer says you may be entitled to money and We are helping your friends and neighbors protect their legal rights and want to help you, although Dick has no Hawaii clients. The back of the flyer included a contract and instructions to sign it and text it to Dick's law firm. I'm just trying to get people's attention. So they know they have rights, Dick told Hawaii News Now. You can demonize me as much as you want. It doesn't bother me.. Special Section: Maui Wildfires Disaster Dick said the flyer was approved by the Texas Bar Association and he has used similar flyers thousands of times, but apparently didn't realize without a Hawaii license or working in partnership with a licensed Hawaii attorney, it is illegal to solicit clients here.. https://lnkd.in/gtsZ-tdH |
| https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7131795285210501121 | 11/19/2023 0:08 | They are telling us all what they intend on doing. . More outside financing and non-attorney ownership. Scaling of law practices like MMA. Don't say you weren't warned. . We need to insist that Arizona, Utah and the District of Columbia end the failed experiment of non-attorney ownership of law firms. . Already there is chaos caused by this greedy experiment. |

MMA Posts - 0021

Monson 024752

https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7131736475515191296

11/18/2023 20:14

Who is Velawcity?  Listen to its CEO Tighe Wilhelmy. Mr. Wilhelmy is the founder of both Velawcity and its own law firm, tortx.  . He lays out in a podcast broadcast on July 7, 2022 his history and plans.  They are in a safe space in Arizona, one of three markets where non-attorney ownership of law firms is legal. You can listed to this incredible broadcast that explains the hyperbolic growth of MMA.  But wait, Velawcity admits it has over 250 clients and states that he wants to take the printing press approach. So we've moved forward with a handful of new ventures that we've gotten underway. This calendar year, last calendar year TortX, that is going to be the name of our law firm. We create assets for law firms for which they can go and use as collateral and ultimately finance the growth of their law firm or whatever future endeavors they may have. The legal industry is experiencing hyper-growth because of the Arizona rule change, which allows for non-lawyer ownership and essentially people without a bar license to, to experience or share and fees, or be compensated in some fashion legally now there's still some gray area and contention and debate on how that applies to all the other states and especially states like Texas and Tennessee and so forth. Some gray area?  Look at how it worked in Louisiana.  It is only a matter of time.

https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7130038591623204864

11/14/2023 3:47

People living in south Louisiana are still being squeezed by high costs, and the crunch has cascaded through the region, affecting schools, affordable housing efforts and more.. The steep rise in premium costs, which began last year, far outpaces the increases seen after Hurricane Katrina, the last time Citizens saw its rolls swell dramatically. Accounting for inflation, Citizens policies now cost, on average, $2,200 more than they did two years after Katrina, an increase of nearly 100%.. No mention of MMA, Apex, Velawcity, other out of state opportunists or the explosion in represented claims or litigation. . Burying your head in the sand only exposes your rear end.

MMA Posts - 0022

Monson 024753

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7129961670877057024

11/13/2023 22:42

Galindo Law Fails to Show Up For Court Hearing in Ripoll Case. As you may recall from a prior post, it is well established that Steven Ripoll was not represented by either MMA or Galindo Law. Our prior post is here: https://lnkd.in/dmGYWxAp. In response to Galindo's improperly filed lawsuit, the Honorable Michael North scheduled a status conference for today to discuss the 120-day stay and representation of Plaintiff in this matter. . .  This was based on my email to the Court, which is the second page of the document. I was in attendance as ordered by the Court.  However, neither Mark Ladd, Chinwe Onyenekwy nor Harry Cantrell showed up.  Nor did Christobal Galindo, who reportedly was in Houston.  I don't find that as an excuse, as I began the day in Austin, Texas and flew in to make sure I was there as ordered by the Court. This case is following the exact same pattern of our firm's Bobby Dyer case with MMA almost one year ago!  See that post here: https://lnkd.in/g9JaF6vS. Galindo's three Louisiana lawyers have filed over 600 lawsuits in the Eastern and Middle Districts of Louisiana.  This does not count the lawsuits this firm filed in state court.  No wonder they have trouble keeping up.  We have heard this tune before. Have any of you had similar issues?. #99percentoflifeisjustshowingup

https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7128367770940964864

11/9/2023 13:08

Claims Journal's Jim Sams Covers the Louisiana State Police investigation of MMA and Apex Roofing & Restoration

MMA Posts - 0023

Monson 024754

https://www.linkedin.com/feed/ update/urn%3Ali%3Ashare%3A7 1280730266692141057

11/8/2023 17:37

Apex Roofing & Restoration Louisiana Non-Participant List Shows Apex Signed Up Homeowners For Direct Representation. This Apex document was distributed to its sales staff in December 2022 and contains a list of carriers against which Apex did not want to make a claim.  These include multiple carriers that were in Receivership but also carriers that had ACV only policies and LIGA, which is not subject to bad faith penalties or attorneys fees. The NOTE section is simply incredible, for SafePoint Insurance Company, Allstate and Allied Trust Insurance Company, the instruction is as follows. ***MUST SET UP ON DR (DIRECT REP)- IF THE HO DOES NOT MOVE FORWARD WITH DR, WE CAN NOT MOVE FORWARD***. This shows that Apex was instructing its sales staff to have the homeowner signed up to be represented directly by a law firm.  This is further confirmed by the next sentence explaining that:. SafePoint and Allied Trust do not allow AOBs, however you will still need to have the AOB, signed as it has cancellation Terms and Conditions. The MOST INTERESTING part of this is that Apex had stopped working with MMA by this point and had switched over to another law firm several months earlier. Can anyone guess the identity of this other law firm who was using Apex employees to obtain Direct Rep?

https://www.linkedin.com/feed/ update/urn%3Ali%3Ashare%3A7 128044094538350593

11/8/2023 15:42

Louisiana State Police Initial Complaint Report Confirms The Monson Law Firm, LLC's involvement in Outing MMA and Apex Roofing & Restoration. Per LDI, allegations were brought to them by Attorney Matthew Monson of the Monson Law Firm.  Through assisting a customer, Monson discovered irregularities in MMA's practices and determined they were deceiving individuals and stealing insurance claim settlement funds. Thus the Louisiana State Police has initiated a criminal investigation for possible violations of the following statutes:. 22:1924 - Insurance Fraud;
14:72 - Forgery;
14:71.1 - Bank Fraud;
14:72.2 - Monetary Instrument Abuse; and my favorite
37:219 - Unlawful Payments by Attorneys; Unlawful Solicitation of Employment for Legal Practitioners. Many thanks to David Hammer for obtaining this document, reporting on it and making it available to the public.  Many thanks to the Louisiana State Police for investigating a very complex matter.

MMA Posts - 0024

Monson 024755

https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7127975961257525248

11/8/2023 11:11

David Hammer's Article on Apex Roofing & Restoration on NOLA.com . State Police investigators told WWL-TV they are starting their investigation with five St. Tammany Parish cases and expanding from there. The report says they are considering possible criminal charges for insurance fraud, forgery, bank fraud and unlawful solicitation by attorneys. I applaud the Louisiana State Police for their efforts and thorough investigation. The first five cases will set the stage for the remaining 851. Remember, MMA admitted in court pleadings that they misrepresented to insurers 856 times that they represented policyholders when in fact they represented Apex, who provided those matters to MMA. . Better yet is that there is another Louisiana law firm who has been working with Apex since October 2022. The attorney working the Apex files for that firm recently quit.  I wonder why?

https://www.linkedin.com/feed/update/urn%3Ali%3AgroupPost%3A99321-7127454580111515648

11/7/2023 0:39

Apex Roofing & Restoration featured in David Hammer's   WWL-TV Channel 4, New Orleans Broadcast. Louisiana State Police investigators told WWL-TV they are starting their investigation with five St. Tammany Parish cases and expanding from there. The report says they are considering possible criminal charges for insurance fraud, forgery, bank fraud and unlawful solicitation by attorneys.. Shelby Lacey started as a Level 1 door-knocker in January 2022, and over the next year, she said she worked her way up to a closer and supervisor at Apex's Covington office. She said she and other Apex salespeople were led to believe MMA was serving as Apex's in-house lawyers to make sure insurance companies paid quickly. . But she said she grew suspicious when she was told her compensation depended not only on how many deals she inked for Apex, but also how many customers signed contracts with MMA.

MMA Posts - 0025

Monson 024756

https://www.linkedin.com/feed/
update/urn%3Ali%3Ashare%3A7
127355612698447872

11/6/2023 18:06

Matthew Monson, Esq. featured in Comprehensive Claims Journal Article on Litigation Harvesting by Jim Sams. The story is not really about MMA. It's about what is the extent of investment in illegal schemes to sign up clients in all lines of business, Monson said. I think this is the future of how cases are being harvested. The days of an attorney waiting for his phone to ring because of a radio advertisement or billboard are already over.. B.E. Blank & Company refused to answer questions about its investment in MMA lawsuits. It did issue a statement saying that it strives to partner with law firms that adhere to the highest ethical standards. While we do not believe that McClenny, Moseley, and Associates intentionally sought to undermine the Louisiana bar rules, we acknowledge that questions have been raised about the manner in which the firm brought new clients on board, the statement says. We admittedly don't have all the facts, as our role was to lend funds"not litigate cases.

https://www.linkedin.com/feed/
update/urn%3Ali%3Ashare%3A7
127332462715670528

11/6/2023 16:34

Apex Roofing & Restoration to be Featured on Television Tonight. At 6:00 p.m. CST tonight, award-winning investigative reporter David Hammer of WWL-TV Channel 4, New Orleans  continues his Insured to Lose investigation.  This episode will focus on Apex Roofing's efforts in Louisiana through its own employees in the aftermath of #HurricaneIda.  . Our firm first reported the actions of MMA and Apex in August 2022.  We look forward to seeing tonight's broadcast.

MMA Posts - 0026

Monson 024757

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7125927669573070849

11/2/2023 19:32

Galindo Law admits it filed a lawsuit against the wrong insurance company near filing deadline - Haven't we heard this before?. Galindo is at it again with a Motion to Dismiss the claims of Brianna Simmons, which was filed in the Eastern District of Louisiana on October 31, 2023 by Galindo attorney Mark Ladd. This pleading admits a comedy of errors:. Mr. Graham signed a contract of representation with McKinney [misspelled], Mosley [also misspelled] and Associates. The file was referred to the Galindo Law Firm for further handling. . .  AGAIN, what do you mean was referred? Referred by whom? A case cannot just be referred. A client has to agree for a law firm to represent them. . Galindo then states that they filed a complaint in an abundance of caution and in order to preserve Plaintiff's rights even though they admit that they attempted to contact, without success, Plaintiff. Did they even really represent plaintiff at the time they filed suit?. Galindo further admits it wrongfully filed suit against Safepoint Insurance Company based on the limited information Galindo Law Firm had on the claim. What information did Galindo have and from whom did they get it?  How did Galindo know who to sue when they didn't speak to the plaintiff?. Also, why did Plaintiff agree to voluntarily dismiss a case and not bring an action against the alleged proper insurer, Geovera?  Quite arguably, any case against Geovera would have blown through the statute of limitations by the time this suit was dismissed.  Was plaintiff notified of this?  Interestingly, there has been no suit filed by plaintiff against Geovera at this time in the Eastern District of Louisiana. We have seen this play out before unfortunately in the Western District of Louisiana with MMA.  The people of Louisiana are again being harmed in the Eastern District of Louisiana by another Houston based law firm. I promise to stop posting about this kind of thing - once these law firms stop harming the people they purport to represent.  I urge the Louisiana Association for Justice (LAJ) to also take a public stand on this behavior.

MMA Posts - 0027

Monson 024758

Galindo Law Begins Dismissing Improperly Filed Cases In the Eastern District of Louisiana. Today, Galindo Law attorney Mark Ladd filed a Voluntary Motion to Dismiss the lawsuit he filed on behalf of James Graham.  Notice I don't refer to Mr. Graham as Galindo's client. This pleading indicates that Mr. Graham signed a contract of representation with McKinney [misspelled], Mosley [also misspelled] and Associates. Galindo also asserts that The file was referred to the Galindo Law Firm for further handling. . . What do you mean was referred?  Referred by whom?  A case cannot just be referred.  A client has to agree for a law firm to represent them.  . Galindo then states that they filed a complaint out of an abundance of caution and in order to preserve Plaintiff's rights even though they admit that they attempted to contact, without success, Plaintiff.   . This is exactly what MMA was busted for in the late filed Hurricane Laura cases in the Western District of Louisiana. So now Galindo admits that they filed a lawsuit on behalf of someone they did not speak with in order to preserve a statute of limitations without telling the court how they got Mr. Graham's information to begin with.  Then even better, they proceed to dismiss the lawsuit for someone they admit that they do not represent!. AND THE BEST, Galindo indicates Had undersigned counsel been made aware of this document, informally, a Motion to Dismiss would have been filed immediately. Soooooo, Galindo admits that they did not know that a previous lawsuit had been filed on behalf of the non-client who previously settled his original lawsuit, and they wanted our firm to let them know that they shouldn't file a lawsuit on behalf of someone they do not represent?  Galindo, please consider this your notice.

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7125919072793313281

11/2/2023 18:58

MMA Posts - 0028

Monson 024759

William Huye Sued by Company Allegedly Owned in Part by William Huye's Father. This past Sunday, I reported on a Third Party Demand filed in Orleans Parish Civil District Court by Starlight Studios of New Orleans. The previous post and the legal pleading can be accessed here. https://lnkd.in/gxNgapRS . In the Third Party Demand, Starlight names William Huye as one of the defendants who met with Starlight on August 31, 2021 to engage MMA for Hurricane Ida damage (p. 29).  Huye allegedly advised Starlight's representatives to hire ARS to assist in mitigating Starlight's losses. (p. 30). As  confirmed by the attached legal pleading, Richard W. Huye, Jr., William Huye's father, is a member of Starlight Studios and has been reported in news articles to be an owner of Starlight Studios. https://lnkd.in/gncchEe2. In the Third Party Demand, Starlight alleges negligence on the part of William Huye. Starlight accuses MMA of misappropriating $745,971.40 (p. 47 and 48) in insurance proceeds paid by Starlight's insurer, amongst many other allegations of negligence and fraud. It must be noted that Starlight does NOT accuse Huye of fraud, only James McClenny, Zach Moseley and Nathan Normoyle of Access Restoration Services. This is evocative of the movie Wall Street, where Bud Fox introduces Gordon Gecko to his father, who is a union rep. at Bluestar Airlines.  Gecko later screws Bluestar and Bud Fox goes to jail.  https://lnkd.in/g8_fFVt4. Wall Street is an amazing movie setting forth lessons of the results of unchecked greed, which is correctly quoted The point is ladies and gentlemen that greed, for lack of a better word, is good.https://lnkd.in/g-5-2d2n

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7125869741881102337

11/2/2023 15:42

MMA Posts - 0029

Monson 024760

https://www.linkedin.com/feed/
update/urn%3Ali%3AugcPost%3
A7124447643015024640

10/29/2023 17:31

Access Restoration Services U.S., Inc. and MMA Scheme Alleged in Detailed New Orleans Court Pleading. In Civil District Court for the Parish of Orleans Access Restoration Services U.S., Inc. sued local Movie Studio Starlight Studios in February 2023 seeking payment of $1,364,569.49 for emergency services after Hurricane Ida. As Paul Harvey used to say . . . now for the rest of the story. On August 31 and September 1, 2021 several of MMA's lawyers advised Starlight to hire ARS to assist in mitigating Starlight's losses. Unbeknownst to Starlight at the time . . .MMA's reason for advising their client, Starlight, to use ARS was so that ARS would make the multi-million dollar loan to MMA. ARS in fact loaned MMA $3,000,000 with the expectation that MMA would refer ARS . . over $10,000,000 in work. Unbeknownst to Starlight at the time . . . the State of Louisiana had not lrgally authorized ARS to do contracting work in the State of Louisiana. . Specifically, ARS has overcharged for much of the work it performed and has negligently damaged the buildings Starlight leases and owns. MMA is also accused of not providing amounts of $56,980.83 to Starlight and electronically transferring $688,990.57 into an account that did not belong to Starlight. The more time goes by, the more of MMA's mess gets revealed.

MMA Posts - 0030

Monson 024761

Velawcity Sales Consultant Admits Scheme in Podcast. Former Velawcity Mass Tort Marketing Consultant Brian Vogel admits Velawcity Marketing Scheme in Market My Market Legal Mastermind Podcast.  In Episode 129, Mr. Vogel proudly admits the servicves Velawcity provides. Mr. Vogel's LinkedIn profile indicates that he worked for Velawcity from October 2019 through August 2023. . Vogel admits Velawcity's role as follows in his profile:. Velawcity partners with law firms to help them build their mass tort dockets. Marketing investments range from $75,000 to over $200M+ annually. Acting on behalf of the law firms, leads are run through our call center and vetted to make sure they meet client criteria. Once qualified, packets are sent out for signature and delivered electronically to the firm. In the podcast, Vogel admits that Velawcity its a one-step process that kind of simplifies having to go to multiple different people to  get someone signed up and sent over to whoever is handling the cases. When you're buying leads . . .You may have the marketing company that has an intake center that it runs all those leads after they're vetted and tries to get those contracts signed and sent back over to you. He refers to getting the right types of 'packets' back to your law firm. Velawcity has been referred to by multiple Louisiana Judges as a modern-day case runner that MMA pre-paid for clients. https://lnkd.in/gsvjiGRD . Velawcity admits on its website https://lnkd.in/gHZUprhA that it has active campaigns for the following Mass Tort matters:  . Talcum Powder

Firefighting Foam

3M Earplug

Roundup

Hernia Mesh Revision. With what has been admitted to and established in cout order, what would/should the Judges presiding over these matters do?  Do they even know?

https://www.linkedin.com/feed/update/urn%3Ali%3AgroupPost%3A80469-7124435651579576320

10/29/2023 16:43

MMA Posts - 0031

Monson 024762

Velawcity Sales Consultant Admits Scheme in Podcast. Former Velawcity Mass Tort Marketing Consultant Brian Vogel admits Velawcity Marketing Scheme in Market My Market Legal Mastermind Podcast.  In Episode 129, Mr. Vogel proudly admits the servicves Velawcity provides. Mr. Vogel's LinkedIn profile indicates that he worked for Velawcity from October 2019 through August 2023. . Vogel admits Velawcity's role as follows in his profile:. Velawcity partners with law firms to help them build their mass tort dockets. Marketing investments range from $75,000 to over $200M+ annually. Acting on behalf of the law firms, leads are run through our call center and vetted to make sure they meet client criteria. Once qualified, packets are sent out for signature and delivered electronically to the firm. In the podcast, Vogel admits that Velawcity its a one-step process that kind of simplifies having to go to multiple different people to  get someone signed up and sent over to whoever is handling the cases. When you're buying leads . . .You may have the marketing company that has an intake center that it runs all those leads after they're vetted and tries to get those contracts signed and sent back over to you. He refers to getting the right types of 'packets' back to your law firm. Velawcity has been referred to by multiple Louisiana Judges as a modern-day case runner that MMA pre-paid for clients. https://lnkd.in/gsvjiGRD . Velawcity admits on its website https://lnkd.in/gHZUprhA that it has active campaigns for the following Mass Tort matters:  . Talcum Powder
Firefighting Foam
3M Earplug
Roundup
Hernia Mesh Revision. With what has been admitted to and established in cout order, what would/should the Judges presiding over these matters do?  Do they even know?

https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7124435625147068416

10/29/2023 16:43

MMA Posts - 0032

Monson 024763

Throwback Thursday - William Huye Speaking on the Stage Sponsored by Galindo Law. As we continue to have more matters reported indicating that Galindo law has filed Hurricane Ida lawsuits on matters where no policy has been issued to the plaintiff (https://lnkd.in/g62y9prq), claims where the policyholder did not want to pursue a claim at all (https://lnkd.in/dmGYWxAp) and where claims have settled and releases are signed before a lawsuit is filed on cases that were previously with MMA (stay tuned!), it is important to see where all of this began.  . William Huye, at the time Louisiana Managing Partner of MMAspeaking at the 2022 New Orleans Home and Garden Show speaking on the Ida Answers Stage presented by Galindo Law.  Here is a great Facebook Post on the stage: https://lnkd.in/dB_KnkAj. The question remains - were all of the MMA files ACTUALLY MMA files, or were they files that other law firms with no Louisiana office at the time signed up and had MMA handle for them?  IF the answer to that question is yes, then any firm in that circumstance would have to make sure that lawsuits are filed before the statute of limitations ran. . Or, they could have called the policyholder.

https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7120557301182136320

10/18/2023 23:52

MMA Posts - 0033

Monson 024764

Apex Roofing & Restoration Sued By Former Employee for Unpaid Wages. Apex Roofing & Restoration was sued on October 9, 2023 in Civil District Court for the Parish of Orleans by former employee, Shelby Lacey. Lacey alleges she was hired to work as a doorknocker for Apex. Ms. Lacey seeks damages including:. Unpaid wages, bonuses and commissions
Unpaid overtime
Unreimbursed expenses
Attorney's Fees
Consequential Damages. Ms. Lacey alleges APEX, as the purported assignee of said policy benefits, engaged McClenny Moseley for the recovery of insurance proceeds from the property owners' insurance carriers and/or directed homeowners to enroll with McClenny Moseley and one referred to McClenny Moseley as its legal department when speaking with property owners. Also, Ms. Lacey alleges that APEX knew that the direct solicitation of potentional clients by a law firm such as McClenny Moseley was prohibited by Louisiana law and entered the above arrangement with McClenny Moseley to circumvent that prohibition. In order to directly solicit as many property owners as possible, APEX hired numerous employees as doorknockers whose duties induded the canvassing of storm-affected areas for potentially damaged properties and soliciting the proerty owner to sign the Assignment of Benefits and related agreements with APEX and/or McClenny Moseley. Ms. Lacey is the first Apex employee to come forward about Apex's business practices.  These allegations directly contradict Apex's allegations in its lawsuit against William Huye.  https://lnkd.in/gezyYiqq. Will there be more employees shedding light on Apex?  Are there other law firms in Louisiana using Apex to solicit business for them? Stay tuned. ðŸ˜‰

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7120071375456763907

10/17/2023 15:41

MMA Posts - 0034

Monson 024765

Galindo Law Files Suit on Behalf of Homeowner Who Did Not Want Representation. As confirmed by the attached, Galindo Law attorney Cristobal Galindo wrote correspondence to Steven Ripoll on October 6, 2023 confirming that Mr. Ripoll no longer desire[s] Galindo Law to represent [him] regarding the Hurricane Ida Claim. . .  Mr. Ripoll signed the letter today (Attachment Page 1).  Of note, Mr. Galindo is not a Louisiana licensed attorney. On August 28, 2023,  Galindo Law attorneys Mark Ladd, Chinew Onyenekwu and Harry Cantrell filed suit on behalf of Mr. Ripoll in the United States District Court for the Eastern District of Louisiana (Attachment Pages 5-15). HOWEVER, in a pleading that has been the subject of much discussion regarding MMA, Mr. Ripoll had previously worked closely with our firm in dismissing a declaratory judgment action (Attachment Pages 2-4).  In this Order signed by Federal Judge Susie Morgan, Mr. Ripoll stated on December 15, 2022 that He now wishes to dismiss all claims he has against Allied Trust for damages to his residence due to Hurricane Ida. As you may recall, Galindo also recently filed suit against an insurer who does not even write homeowners insurance policies in Louisiana.  https://lnkd.in/g62y9prq. Mr. Ripoll now has had TWO law firms indicate that they represent him when they did not. My advice to the other Houston law firms with no offices in Louisiana at the time of the storm.  Stay in Houston.  Also, don't file a claim on behalf of Mr. Ripoll.

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7119816422280630272

10/16/2023 22:48

MMA Posts - 0035

Monson 024766

Galindo Law Files Suit Against Company With No Louisiana Homeowners Policies. In the United States District Court for the Middle District of Louisiana, attorneys Mark Ladd, Chinwe Onyeneku and Harry Cantrell jr. as associated with Galindo Law have made the same serious error as in my prior post. They improperly sued Homeowners of America Insurance Company (HOAIC) as defendant in a Hurricane Ida lawsuit.  Quite clearly, and as already set forth in todays Report and Recommendation of an $8,535.52 award of sanctions against MMA, HOAIC does not write homeowners insurance policies in the state of Louisiana and did not issue a policy to plaintiff. https://lnkd.in/gJQXZth2. Also, they filed suit on behalf of Starwood Gwendolyn, when her name is clearly Gwendolyn Starwood.  Because the complaint was filed on the last day before the statute of limitations ran, Ms. STARWOOD's claims are now prescribed. On Page 9, Galindo certifies that plaintiff is a former client of MMA.  It will be interesting to see what deals, if any, have transpired between Galindo and MMA on the transfer of the files.  Was Ms. STARWOOD notified about this proposed change in counsel and if so, did she provide Galindo with approval for representation?  We will be sure to get to the bottom of this. Just like MMA, Galindo law is another Houston-based firm that came to Louisiana to get on the Hurricane Ida bandwagon.  Unfortunately in this instance, they have deprived Ms. STARWOOD of the right to proceed against the proper insurer.

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7117560067410841600

10/10/2023 17:22

The Monson Law Firm, LLC Obtains Another $8,535.52 in Sanctions Against MMA. The Monson Law Firm attorney John Mineo obtained a Report and Recommendations from United States Magistrate Judge Kathleen Kay for another $8,535.52 in sanctions against McClenny, Moseley and Associates. Specifically, MMA filed suit against Homeowners of America Insurance Company, who does not write homeowners policies in the state of Louisiana and did not issue a policy to the plaintiff, Johnny Venzant. MMA did not even respond to or oppose our Motion for Sanctions.  Even worse, Mr. Venzant's claims against his actual insurer are now prescribed. If only this was a unique situation.  My next post will show that another Houston-based firm has made the same mistake. This is so much fun.  They really should make it more difficult.

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7117555617552093184

10/10/2023 17:04

https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7116042470827720704

10/6/2023 12:52   Another insightful article on MMA from Louisiana Record and Michael Carroll

MMA Posts - 0036

Monson 024767

https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7116030232771403777

10/6/2023 12:03

MMA's Director of HR Hides Her True Identity - who can blame her?. LinkedIn has an amazing feature of allowing you to be able to see who has been viewing your profile. Ashley Zieman, MBA, PHR , the current Vice President of Human Resources for the former McClenny, Moseley and Associates (now MMA PLLC) is one of my most frequent viewers. For months, she has refused my connection requests. . However,  something peculiar just happened recently. Ashley changed her employer from MMA to Houston-based Law Firm. I don't blame her for this change, but as Zach Moseley's ride or die, don't you think more loyalty would be in order?. I wish I was making up this story, but things keep getting curiouser and curiouser.

https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7115647645074788352

10/5/2023 10:43

There should be no statutory attorney fees awarded on first party cases. This creates a perverse incentive for attorneys to simply chase the fees and file unnecessary lawsuits. MMA is the purest example but there are many more firms who leverage the statutes and chase storms across state lines to enrich themselves at the expense of the policyholder. . What do lawyers even do in a case resolved via appraisal?  The more they do, the more the policyholder and carrier need to be concerned about potential undue influence over the appraisers.

https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7115035765511786497

10/3/2023 18:11

Esther Grossman  and  Ronald Hornback Discuss Litigation Harvesting Financing. At the American Property Casualty Insurance Association National General Counsel Conference, Ron and Esther of Homeowners of America Insurance Company  describe how massive litigation harvesting financing has infiltrated the first-party litigation world. Some of our past targets and future targets were mentioned in detail. . Bad firms such as MMA are still doing very bad things. By now other firms should know not to emulate MMA, but they cannot help themselves. Stay tuned!

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7114990968516354048

10/3/2023 15:13

Former MMA Attorney Claude Reynaud Appeals His Disciplinary Orders. Claude Reynaud has filed a Notice of Appeal on the Western District of Louisiana's imposition of a 9 month suspension of his law license in that jurisidiction.  . The original order of imposed discipline was previously reported here. https://lnkd.in/gXHik7B9. Mr. Reynaud's response was previously reported here: https://lnkd.in/g2hSTq3m. The Court's final judgment on this issue was reported here: https://lnkd.in/gYU6eZ7s

MMA Posts - 0037

Monson 024768

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7114984207625441282

10/3/2023 14:47

MMA and Zach Moseley Appeal August 22, 2023 Court Order Banning Them From Recovering Attorneys Fees and Costs. As you may recall, we previously reported on Judge Cain's groundbreaking August 22, 2023 Order banning MMA and its attorneys from collecting any fees or costs in cases filed in the Western District of Louisiana.  The previous post is here:  https://lnkd.in/gu7jRqDS. Now they provide a Notice of Appeal.  Thank you for this.  Now the Fifth Circuit can opine on what a great job you've done in screwing up the entire court system.  If you are the publisher of Ethics textbooks, get ready for an update.

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7114977278882713601

10/3/2023 14:19

Another Lawyer quits MMA representation due to financial issues. In the Katherine Monson class action suit, counsel for MMA, James McClenny and Zach Moseley has filed an Unopposed Motion to Withdraw as Counsel.  Dale Jefferson of Martin, Disiere, Jefferson & Wisdom imformed the Court as follows:. The withdrawal is necessitated because of financial issues and more particularly issues associated with coverage involving MMA Defendants insurer thus leaving a significant likelihood that counsel will not be compensated for its time.

https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7114971959754444800

10/3/2023 13:58

Another great article by Michael Carroll of the Louisiana Record. Exposing Litigation Harvesting Financing is the most important issue in the legal field. In the MMA proceedings, however, the law firm secured tens of millions of dollars in loans as it was harvesting hurricane-damages property claims with the help of a marketing firm called Velawcity. . MMA was also on the hook to pay out 20% of the law firm's proceeds to the hedge funds on a monthly basis after the maturity date of the loan, according to the state lawsuit filed by the funds.

https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7112533737719955459

9/26/2023 20:29

One is the loneliest number . Only Zach Moseley remains as counsel for MMA.

https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7111169216707235840

9/23/2023 2:07

Opportunity Lost?. Matthew Monson, an attorney involved in insurance industry cases, said the hedge funds' efforts to intervene in the MMA case offer the court an avenue to examine the funding behind the property insurance claims in question. The court has an amazing opportunity to question these two funds as to who their investors are, what their investors knew and what the funds knew they were investing into, Monson told the Louisiana Record.

Monson 024769

| | | |
|---|---|---|
| https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7111080396989091840 | 9/22/2023 20:14 | Judge Kay Makes MMA's Fees Go Away!. Today, Magistrate Judge Kathleen Kay issued an order denying MMA's Motion for Leave to File Intervention Complaint for the enforcement of an attorney fee lien.  Judge Kay does an excellent job summarizing all of MMA's improper activity in harvesting cases in Louisiana. Judge Kay rules that MMA has no legally protectible interest in the lawsuit because the contingency fee contract is unenforceable because it violates a rule of public order and the gravity of MMA's lapses from sound professional conduct outwiegh the value of any services the firm may have provided to Mr. Semmes.  Miranda Lambert said it best about gravity.  https://lnkd.in/g9pYnnNG. Specifically, Judge Kay holds that the contingency contract is null and unenforceable because it was procured by a modern-day case runner - Velawcity. Hopefully, every other Judge in this state will follow Judge Kay's solid legal reasoning. #GravityIsABitch |
| https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7111032412754640896 | 9/22/2023 17:04 | If you're wondering where all the MMA money went, you may find this article insightful. |
| https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7110650821771489280 | 9/21/2023 15:47 | Attorney General Jeff Landry Blames Louisiana State Police and attacks the reporter and Department of Insurance for his inaction on prosecuting MMA. |
| https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7110637556865650688 | 9/21/2023 14:55 | Equal Access Justice Fund MMA Intervention Request Denied. On March 19th, Judge Cain denied the ridiculous request by Hedge Funds to Intervene into the Court's disciplinary proceeding against MMA. Now is the time for everyone to do discovery to the managing entity of these funds, B.E. Blank & Company. . We all need to know why these funds invested $30,000,000 into an unethical and illegal law firm. We also need to know who the investors in these funds are. |
| https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7110328500296822784 | 9/20/2023 18:26 | Attorney General Jeff Landry's Explanation on MMA . Excuses excuses excuses. Fortunately, I'm at the State Police headquarters today. Maybe I can help move things forward. |

Monson 024770

https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7110323906183389184

9/20/2023 18:08

Louisiana Attorney General and Governor's Race Frontrunner Exposed for Not Prosecuting MMA. On April 5, state insurance investigators turned over their file on the largest fraud case they'd ever handled to Attorney General Jeff Landry's office for possible criminal prosecution. That same day, records show a leading suspect in that case, Houston attorney Zach Moseley, gave Landry's campaign for governor the maximum donation allowed by law.. Another great piece of investigative reporting by David Hammer.

https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7109650457077174272

9/18/2023 21:32

MMA, Apex Roofing & Restoration,  Velawcity and B.E. Blank & Company  Discussed at the PIA of Florida . Today in Florida, I had the privilege of addressing the Professional Insurance Agents of Florida about MMA's schemes involving Velawcity and Apex Roofing. We are just beginning to shine the light on these companies' actions and those who financed them. Agents and carriers were in attendance and were amazed at the brazen actions taken by these entities. . On the screen is the unsolicited text message Velawcity arranged to be sent to my wife soliciting her to sign up for Hurricane Ida representation by MMA. . Many thanks to Lisa Miller for asking me to present with her. Lisa is a true leader in the industry and is always looking for ways to protect policyholders from unscrupulous schemes. . Now, on to #Dallas for the #IASIU Confernce.

https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7108623121678569472

9/16/2023 1:30

Louisiana Gubernatorial Front Runner Denies Taking MMA Money on Website. Deflecting the large money donations he has received from the plaintiffs bar, Louisiana Attorney General Jeff Landry's website deflects and denies the allegation that he accepted money from MMA. This was repeated in the video we also posted. . Mr. Landry's webpage is available in the comments. Address the issue. Prosecute the MMA perpetrators and donate Zach Moseley's $5,000 contribution to the Louisiana State Bar Association Client Assistance Fund. https://lnkd.in/gq6PJJnF. Mr. Landry's webpage is available in the comments.

MMA Posts - 0040

Monson 024771

| | | |
|---|---|---|
| https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7108612908036620288 | 9/16/2023 0:49 | Louisiana Gubernatorial Frontrunner Fails to Explain Why He Didn't Prosecute MMA. The issue of MMA was raised in tonight's Gubernatorial debate. Attorney General Jeff Landry, the frontrunner and likely next Louisiana Governor, ducked the issue of why he still has not taken action against MMA for the predatory actions it took against 15,000 people of Louisiana. . Landry deflects, drawing attention to the authority of the Louisiana Department of Insurance (fined MMA $2,000,000) and the Louisiana Supreme Court (suspending William Huye's law license). But he never explains why his office did not take action. . Mr. Landry, please have your office take action and enforce the state laws. Let's start with 37:219.  https://lnkd.in/gy88Kv3w. |
| https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7107893136256880640 | 9/14/2023 1:09 | David Hammer asks questions of Louisiana Gubernatorial front runner. It is sad when the campaign won't agree to return Zach Moseley's donation. Moseley stated in open court that he has a deal in place with Laborde Earles law firm to transfer a large number of files to them from MMA. Digger Earles is reported to be very close to Mr. Landry. Mr. Earles hosted a fundraiser for Mr. Landry in early April. Mr. Landry's campaign reported Mr. Moseley's donation only days after the fundraiser. |
| https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7107742190767902720 | 9/13/2023 15:09 | $500,000,000 Being Paid in Denver Colorado to Contractors!. It is not too late to attend the meeting starting now in Denver Colorado.  Derek Ford of Disaster Solutions - Yes that same Disaster Solutions who provided us with the awful video of MMA drinking daiquiris - has let everyone know that he is bringing a few more guys with a cool $500mm earmarked to spend on Colorado contractors supporting these topics. Please attend today's Disaster Masters Conference Denver at the ChopHouse & Brewery.  They will be there until 3 pm.  Carlos Pastor of ClaimPay will be there as well. It is so great to see these two firms who  both worked with MMA back on their feet again and doing what they do best!. The link to today's meeting is below in the comments. |

Monson 024772

| | | |
|---|---|---|
| https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7105537743904018433 | 9/7/2023 13:10 | MMA is now influencing the Louisiana Governor's Election. Gubernatorial Candidate and current State Treasurer, John M. Schroder, Sr., reveals that Gubernatorial Candidate and current Attorney General, Jeff Landry, received a max donation from Texas resident, and MMA Founder Zach Moseley.  Schroder points out that the Attorney General's office has done nothing to prosecute MMA or its perpetrators. The high cost of insurance should be the biggest issue in this campaign.  There is still time for Mr. Landry and the AG's office to act, as there are many state statutes potentially violated.  For example, consideration should be given regarding La. R.S. 37:219.  https://lnkd.in/g7p99M47 . I'm confident that no matter who wins the Louisiana Governor's election this fall, that they would agree to the special legislative session proposed by Louisiana Insurance Commissioner Elect Tim Temple. Again, thanks to Steven Badger for sending me the link. |
| https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7105391442319085569 | 9/7/2023 3:28 | Another great article by Jim Sams  on the MMA Financing. The Manager of these funds, B.E. Blank & Company, should be called into court be Judge Cain and disclose the individual investors of the funds and all communications by and between MMA, Blank and it's investors. After all, if you are claiming the right to settlement funds, you should be made to detail your involvement. |
| https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7105242231061544960 | 9/6/2023 17:35 | How MMA Went Away Will be Presented at the 2023 Louisiana Fraud Summit. We look forward to presenting How MMA Went Away on Wednesday, September 20, 2023 at the Louisiana State Police Headquarters.  I will be presenting from 2:30-4:00.  With all of the recent developments, I wish I had more time. Many thanks to Blue Cross and Blue Shield of Louisiana, Louisiana State Police and the Louisiana Chapter of the International Association of Special Investigation Units for sponsoring.  We look forward to joining an amazing panel of speakers including:. Kandyce Cowart, SIU Manager - Blue Cross. Paul Kimball, Assistant Special Agent In Charge - US Office of Personnel Management - Office of the Inspector General. Rebecca Chiasson - Chemistry Manager, Louisiana State Police Crime Lab. Glenn Jeff Methvin - Special Agent - FBI. Conor Sullivan - Special Agent - Health and Human Services - Office of the Inspector General |

Monson 024773

Equal Access Justice Fund Sues MMA and Zach Moseley in Harris County, Texas and Requests Receiver be Appointed. As referenced in my prior post, Equal Access Justice Fund (EAJF) and EAJF ESQ Fund (ESQ) have sued MMA, Moseley Law Group, Inc. and Zach Moseley individually for repayment of $30,000,000. Amazingly, the defendants were to pay 20% of the law firm proceeds each month to the plaintiffs. Plaintiffs allege that they perfected their security interest via Texas UCC Financing Statements with the collateral being the law firm proceeds from any lawsuits and client settlements to which McClenny, Moseley & Associates, PLLC is entitled. . . . Plaintiffs request the appointment of a receiver over the property and assets of defendants, including all real property, personal property fixtures, and law firm proceeds of defendants' cases. Finally, plaintiffs want to Stay the lawsuit they filed and push the matter into Arbitration. Thanks again to Steven Badger for working with us to obtain this pleading. This is now at least $52,000,000 in lawsuits against MMA, with a receiver requested.  At what point does a creditor make an involuntary bankruptcy filing?. It is incredible how a lending facility claims ownership of cases and claims a security interest in the actual cases themselves.  THIS IS JUST PLAIN WRONG  AND LEGISLATION IS NEEDED TO PREVENT THIS FROM EVER TAKING PLACE IN THE FUTURE.

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7105212110644658178

9/6/2023 15:36

MMA Posts - 0043

Monson 024774

Equal Access Justice Fund Tells Court to Show Me The MMA Money!. In an amazing filing, MMA financier Equal Access Justice Fund, LP (EAJF) and EAJF ESQ Fund, LP (ESQ) on Labor Day jointly Petitioned the Western District of Louisiana to Intervene in the disciplinary proceedings against MMA.  EAJF and ESQ seek to assert their perfected security interests and protect their rights in MMA assets to recover their loans. EAJF and ESQ both admit in open court to investing in MMA's illegal schemes and that they want to profit off the illegal schemes by obtaining legal fees and costs for which Judge Cain already ruled that MMA no longer has an interest in!  The Potential Intervenors complain that they were never given a chance to present these arguments. The law firm is currently adverse to the Lenders in a lawsuit pending in Texas state court regarding the firm's default, and Lenders have requested a receiver be appointed for the firm.  That case is currently pending in District Court for Harris County, Case No. 2023-59211, which was filed on September 1, 2023. EAJF and ESQ admit to loaning MMA $15,000,000 EACH  - for a total of $30,000,000.  This is less than the $40,000,000 admitted to by Zach Moseley. However, interest on $30,000,000 is a lot of money. Also, pursuant to the AMENDED AND RESTATED LOAN AGREEMENT each Equity Partner of the Borrower party hereto . . . hereby unconditionally and irrecvocably guarantees . . the due and punctual payment of principal of and interest on the Loans. . . There is too much to write about here.  Please review and add your thoughts and analysis in the comments below!

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7104909363735117826

9/5/2023 19:33

American Policyholder Association Celebrates its Relationship with MMA. In April 2019, the APA celebrated the establishment of its first state chapter in Texas. Who was featured prominently in the post? James McClenny and Zach Moseley. . While the APA's stated mission in the post is to protect citizens, it should also be taking steps to protect citizens from its own members. . It would be great if the APA comes out publicly against the actions of MMA and its documented schemes with Velawcity and Apex Roofing & Restoration. A big question is whether MMA and it's attorneys are still allowed to be APA members. . Even better would be for the APA to review the actions of its remaining members to insure that similar behavior is not taking place. If the APA membership has its ducks in a row, then it will be taken more seriously in its advocacy efforts. They could be a powerful force to work together with to clean up the industry to protect citizens.

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7103005040251981824

8/31/2023 13:26

MMA Posts - 0044

Monson 024775

https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7102630700817793024

8/30/2023 12:38

Great job by David Hammer explaining the continuing pain MMA is perpetrating on the people of Louisiana. If we didn't stop them, they would already be in Florida, just as they were after Ian.

MMA's Financial Viability Doubtful

For those of you who have been there from the beginning, two former employees filed suit against MMA for discrimination.  I reported on one of these almost a year ago. https://lnkd.in/g2U8kGBf

Now, in both cases, counsel for MMA has filed a Motion to Withdraw as Counsel.  Many thanks to Steven Badger for being the first to obtain these filings. MMA's soon-to-be-former Counsel states in each Motion:

- Defendant has not paid Defendant's legal invoices for work performed in this case since January 2023.

- Defendant has advised Movant that payment of Movant's current (outstanding) invoices and/or any future billing in this matter is very unlikely.

- Defendant has advised that its inability to pay Movant's invoices, either now or in the future, is due to extreme financial pressures which make its financial viability doubtful.

- Given that Movant is a one-attorney firm, this uncompensated legal work will pose unreasonable financial hardship on Movant.

- On July 5, 2023, Defendant advised that its current financial picture makes it unlikely that Movant will be paid for its services.

Again, why have we not yet seen a court filing from MMA regarding its financial situation?  A court proceeding would provide the opportunity for everyone to know salient details. Many are interested in the details of MMA's financial transactions, its contracts with vendors, complete arrangements with Velawcity and Krause and Kinsman Law Firm, the complete list of funding sources (still likely solvent potential defendants) and any potential advice provided by Heinrich Grobler.

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7101250735861895168

8/26/2023 17:15   Oh, maybe that is why we haven't seen any filings.

MMA Posts - 0045

Monson 024776

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7100891028831813634

8/25/2023 17:25

Zach Moseley Sets Up His Defense In Open Court. Attached is the transript of the hearings held before the Honorable James David Cain, Jr. on August 8, 2023.  In these hearings, the attorneys of MMA's Louisiana office went to great lengths to apologize and ask for leniency.  On Page 160, Zach Moseley, who for some unknown reason appeared without counsel, stated as follows:. Second is the cases that we took on for people, the $5,000 cases, the $10,000 cases, the $15,000 cases, every law firm that I've talked to in this city said no, we only take hundred thousand dollar cases, we only take $75,000 cases. We were trying to help the little guys. And maybe our process was too streamlined and we weren't giving the attention that a million dollar case got, but we were honestly trying to help every single person that we could. This appears to be the outline of a defense:  We were just trying to help the little guys in cases where nobody else would assist and we got overwhelmed by the number of people who needed help. There simply is too much evidence to the contrary.

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7100885872358686720

8/25/2023 17:05

WDLA Reduces Suspension of Only One MMA Attorney. As you may recall, a month ago the En Banc Judges of the Western District of Louisiana extended the original 90 day suspensions of multiple MMA attorneys.  View the previous post on that subject here: https://lnkd.in/gXHik7B9. On July 25, 2023, James McClenny appeared before Judge Cain to discuss his suspension.  On August 8, 2023 the remaining attorneys had their opportunity to plead their case and extensive testimony was taken. In a Ruling dated Augst 24, 2023, Cameron Snowden's suspension from the Western District of Louisiana was reduced from 6 months to 4 months.  The other suspensions were unchanged.

MMA Posts - 0046

Monson 024777

WDLA Rules MMA Has No Right To Attorney Fees or Costs on Hundreds of Cases. On August 22nd, the Honorable James David Cain, Jr. Issued an unprecedented order holding that MMA has no interest in fees or costs in ANY WDLA case as well as in multiple other cases in the attached Exhibit A. . MMA's clear solicitation of clients voids any contract of representation. In addition, their continued unethical behavior including but not limited to mishandling of client trust funds, failure to deposit client funds into a properly registered IOLTA trust account in the State of Louisiana, and MMA's clear abrogation of their representation of alleged clients evidenced by sending out emails and text messages with the phone number of this District Court to their alleged Louisiana Clients and instructing them to contact this Court for status updates on their cases, nullifies any ownership, fee interest, and/or property interest of MMA, its attorneys or any related entity or third party. This Court further rules that MMA, its attorney or any related party have no property or ownership interest in the checks or funds identified in Exhibit A. This includes any claims made under state or federal law. Accordingly,. IT IS ORDERED that the law firm McClenny, Moseley & Associates PLLC, McClenny Law Group, Inc., or Moseley Law Group, Inc. (MMA), the individual attorneys of the firm, including but not limited to Zach Moseley and all related parties (MMA and related Parties) are not entitled to any attorney fees, costs, and/or expenses in any of the cases attached herein as Exhibit A. IT IS FURTHER ORDERED that MMA and related parties have no property interest/ownership in the proceeds of any cases pending in this Court including the attached cases in Exhibit A.. This order refers extensively to information and accomplishments of The Monson Law Firm, LLC, including the fines issued by the Louisiana Department of Insurance from our complaint, the proceedings in the Eastern District of Louisiana, and the Supreme Court's suspension of MMA attorney William Huye due to the bar complaint I filed. This also affects a significant portion of the over $20 million in undeposited checks ordered delivered to Judge Cain. . Many insurers have been

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7100592936484044801

8/24/2023 21:41

MMA Posts - 0047

Monson 024778

| | | |
|---|---|---|
| https://www.linkedin.com/feed/ update/urn%3Ali%3AugcPost%3 A7099809457387290624 | 8/22/2023 17:48 | What is another $9,354,628.46?. MMA has been sued again, this time by PCG Claims, LLC.  Filed yesterday, August 21, 2023, in Harris County, Texas, PCG alleges that it is owed this amount for performing field inspection services suffered by MMA's clients. Many interesting allegations Paragraph 8 - Defendant agreed to pay Plaintiff $250.00 per hour, not to exceed 5% of the recovered property settlement.  It starts smelling like a contingency case here. Plaintiff hilariously seeks injunctive relief asking the court to prevent MMA from disbursing any funds in its client trust account.  As of an August 8, 2023 hearing, the Court stated that there was only about $1.4 million in the account with over $20 million in undeposited checks, which were then ordered to be delivered to the Court!. Exhibit A - Page 1 of The Master Service Agreement states: The Firm shall pay Service Provider for the Services immediately upon collecting and deposit any or all of its entitlement to attorney's fees and costs (the Fees) received from resolution of the Claim. This paragraph shows that payment is contingent upon collection, which clearly violates Louisiana's public adjuster laws.  . BUT THE BEST is Page 4 of 5 - Dispute Resolution, in which both parties agree that arbitration in the State of Texas is their only remedy.  So I guess this one is headed to Arbitration. . There are now 3 lawsuits against MMA from former MMA partners totaling over $22 million in claimed damages - not counting two class actions and numerous other suits.  This certainly begs the question, will MMA continue to remain a solvent entity?  And if so, for how much longer? |
| https://www.linkedin.com/feed/ update/urn%3Ali%3AugcPost%3 A7098314865777266688 | 8/18/2023 14:49 | How MMA Went Away. . . . . . . was the talk we were happy to share with many high level corporate insurance executives last night in Tampa. Many thanks to all that attended, Tim Molony, AIC MGA EGA and Lindsey Beam for organizing, and to Steven Badger for presenting along with me and providing much needed perspective on the challenges facing the industry from firms like MMA and those supporting them. |
| https://www.linkedin.com/feed/ update/urn%3Ali%3Ashare%3A7 095496914330152960 | 8/10/2023 20:11 | Jim Sams Writes a Telling Article Regarding MMA's $40 Million Financing. The revelation raises new questions about the role of litigation funding in the justice system. While third-party investment in lawsuits is a widely accepted practice, Monson said it could be inappropriate for investor money to be used to improperly solicit clients. |

Monson 024779

https://www.linkedin.com/feed/
update/urn%3Ali%3Ashare%3A7
095453003909902336

8/10/2023 17:17

OUR SOLD OUT PRESENTATION IS NEXT WEEK IN TAMPA!. We had no idea that this presentation would sell out as fast as a Taylor Swift concert!. This will be a star-studded event, with Lisa Miller, Joseph Petrelli, Steven Badger, Tim Molony, AIC MGA EGA , Daniel Grimwood-Bird and myself in attendance and giving thought-provoking presentations to C-Suite Insurance Executives. I will be talking along with Steven Badger regarding MMA & Other Current Fraudulent Schemes. . Many thanks to my dear friend, Lindsey Beam, for organizing this event. Don't worry if you aren't able to make it. Rumor has it that additional dates and locations will be announced!

https://www.linkedin.com/feed/
update/urn%3Ali%3AugcPost%3
A7095436176764882944

8/10/2023 16:10

James McClenny shows up in Louisiana Court to answer questions. On July 25, 2023, James McClenny, now of Charger Law, appeared before the Honorable James David Cain to request his suspension be lifted. He admits that he resigned from the firm and completed a separation agreement retaining no interest in the law firm. He walked away with no money and an absolute need to start fresh. McClenny professed that he had little knowledge of what was happening at the firm and placed most of the blame on Zach Moseley and William Huye. McClenny admitted that MMA obtained financing through B.E. Blank & Company and that the collateral for the loan was a set of cases that MMA had obtained for the Zantac litigation. The Court ordered McClenny to provide a copy of his separation agreement and any personal guarantees regarding financing agreements. The Court gave McClenny 21 days, or until August 15, 2023 to produce these documents. There is just so much more to this than was covered in the short transcript.  Stay tuned.

MMA Posts - 0049

Monson 024780

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7095135003084275713

8/9/2023 20:13

Zach Moseley Admits in Open Court to Massive Hedge Fund Financing. Yesterday, in response to questioning from the Honorable James David Cain, Jr. of the United States District Court for the Western District of Louisiana, Zach Moseley admitted to receiving a large amount of funding from Equal Access Justice Fund, LP.  When Judge Cain asked Mr. Moseley how much MMA owed to this fund, Zach Moseley replied under oath in open court that MMA received $40 million in funding. $40 million!. This begs huge questions, not the least of which are what did MMA use this money for, and where is the balance of the money now?  We know from court filings that MMA spent almost $14,000,000 on Velawcity to obtain clients. Attached is a 2022 Securities and Exchange Commission form submitted by the issuer, Equal Access Justice Fund, LP.  The General Partner of the issuer is BEB Partners, LLC and the investment manager of the issuer is B.E. Blank & Company.  Further, Benjamin E. Blank is identified in this filing as the manager of BEB Partners, LLC. This filing further shows that the total amount the issuer sold is $213,100,494 and the total number of investors who already have invested in the offering is 15. Quoting Alice: Curiouser and curiouser!

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7093657600306675712

8/5/2023 18:22

Former MMA Attorney, Cameron Snowden, Asserts His Defense to WDLA Discipline. Mr. Snowden asks the WDLA to reduce or reconsider its order suspending him from the practice of law in the Western District of Louisiana for an additional 9 months. Mr. Snowden intends to provide live testimony at his hearing. Many of the facts alleged are consistent with those asserted by the other former MMA attorneys.  Mr. Snowden intially started handling pre-suit mediations.  At no point did he say whether the insureds were present at any of these mediations. Snowden also asserts that During the entirety of Mr. Snowden's employment with MMA, he worked remotely from his home office in Baton Rouge.  This raises an interesting issue - Does remote work give bad law firm players a greater opportunity to commit fraud because nobody is around to question their tactics?

MMA Posts - 0050

Monson 024781

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7093640687895654400

8/5/2023 17:15

Attorney Claude Reynaud Responds to WDLA Discipline Order. In this memorandum, Mr. Reynaud, for the first time in this Court, tells the story of his tenure at MCCLENNY MOSELEY & ASSOCIATES, PLLC (MMA), including how he resolved an ethical dilemma over the filing of complaints with this Court, and how he had zero involvement with any of the other identified areas of concerning conduct on the part of MMA, all with the hope that this Court will come to understand why no further discipline against him is warranted and, thus, why the Suspension Order as to Mr. Reynaud should be vacated. This filing provides a telling perspective on Mr. Huye as both an alleged manipulator and as someone who simply had trouble grasping the law. I, of course, am entertained by the allegations of Paragraph 7 of Page 6, which contains some interesting assertions.   Especially since supposed MMA Client named defendant, Steven Ripoll, has stated emphatically that he had nothing to do with MMA at any time.  Mr. Ripoll's written assertions accepted by the Eastern District of Louisiana have been filed in multiple court pleadings. Further, it will be interesting to see if the Court accepts Reynaud's assertions about not knowing about the role of Apex Roofing & Restoration. Reynaud previously believed that Apex was merely one of the adjusting companies or estimators used by MMA to prepare property damage estimates for purposes of settlement and litigation.(Page 14).  This one is hard for me to accept, especially since the internet exists.

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7093634110748839937

8/5/2023 16:49

Former McClenny Moseley Attorneys to Participate in Hearings on August 8, 2023 to Challenge Imposed Discipline. This coming Tuesday in the Western District of Louisiana before the Honorable James David Cain, there are four scheduled hearings regarding the recent discipline ordered by the Court.  The imposed discipline can be found in my previous post. The hearings are scheduled as follows:. Cameron Snowden - 10:00 a.m.
Grant Gardiner - 11:00 a.m.
Claude Reynaud - 1:30 p.m.
Zach Moseley - 2:30 p.m.

MMA Posts - 0051

Monson 024782

https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7091869747213963264

7/31/2023 19:58

Krause and Kinsman Law Firm. On many of the MMA files procured through Velawcity, Krause and Kinsman is listed as a alw firm that would receive a percentage of the attorneys fees earned.  This firm has largely escaped public attention for its part in MMA's schemes. Now, with only weeks remaining before the 2 year statute of limitations runs, K&K is providing notice to the claimants that it is disengaging from the cases. . Even though K&K made not a single court appearance in any of these cases, it has magnanimously indicated that it is not charging you any legal fees or expenses.  Further, K&K will not be intervening in any court matters to seek fees, expenses or any other equitable remedies pertaining to your claim/case. This certainly begs the question - what if anything did K&K do in furtherance of MMA's objectives and what responsibilty, if any, does K&K potentially face for its participation?. C&C Music Factory said it best in 1991: Things that make you go Hmmm. . .

https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7090293792582369281

7/27/2023 11:36

Former MMA attorney Grant P. Gardiner gives personal interview to Jim Sams about the consequences of working at the firm. Gardiner said during an interview with Claims Journal that he is trying to salvage his reputation and protect his professional future. He says he has spent $15,000 on legal bills so far, but filed the affidavit explaining his experience with MMA on his own.. He said he has paid dearly for allowing MMA to file lawsuits in his name.. In his personal life, Mr. Gardiner has on countless occasions had to explain his situation and his involvement (or lack thereof) to friends, family, acquaintances, colleagues, and opposing counsel, he said in a formal request for relief filed with the court on June 21. Mr. Gardiner's wife (an elementary school teacher) has also been forced to endure questioning from friends, family, acquaintances, and coworkers.. Mr Gardiner's story should serve as a lesson to all attorneys working at law firms that are breaking the law in obtaining files illegally. MMA is not the only one. Others are being investigated. Younger attorneys need to ask exactly where the files are coming from. If you do not get a straight answer, consider another path before your career is ruined.

Monson 024783

On July 7, 2023 Chief Judge Terry Doughty of the Western District of Louisiana issued a detailed order to the MMA attorneys suspended to provide information by August 1, 2023 regarding MMA's trust accounts and its handling of settlement funds. Specifically, the Court is ordering production of the following information:. ¢ The bank, location and account number of MMA's client trust accounts

¢ The identity of all persons having signature authority on the accounts.

¢ The manner of consent given for each Louisiana storm damage client to have their funds handled in an out of state trust account.

¢ A full listing of all Louisiana storm damage clients whose funds were deposited in the identified accounts

¢ A full listing of client trust funds that have not yet been distributed

https://www.linkedin.com/feed/
update/urn%3Ali%3AugcPost%3
A7090024088475238401

¢ A full listing of uncashed settlement checks

¢ A specific explanation on  the status of the settlement funds for 9 plaintiffs. Thanks to Judge Doughty

7/26/2023 17:44 for this Order to get to the bottom of the most important question, What did MMA do with the money?

 On June 21, 2023 former MMA attorney Grant Gardiner sets forth his involvement with MMA in a 10 page Affidavit filed into the record in the Western District of Louisiana.  Gardiner states as follows:. ¢ He only operated as a settlement attorney or mediation attorney.

¢ MMA's original plan was to file only one suit against each insurance company using permissive joinder, only to be told by the Courts that such a strategy would not be accepted.

¢ His PACER account and those of Claude Reynaud and Cameron Snowden would have to be used in addition to William Huye's in order to timely file lawsuits on all Hurricane Laura and Delta claims.

¢ He admits to not physically reviewing each complaint and client file filed under his account and with his signature

¢ Huye's representations about the ð˜𝕓˜³ð˜¢ð˜˜ð˜¢ð˜µð˜°ð˜·ð˜ªð˜¤ð˜© case were not consistent with the substance of the hearing.

https://www.linkedin.com/feed/
update/urn%3Ali%3AugcPost%3
A7090020306349690883

¢ It also became clear that upper management within the firm had been concealing the true nature of its practices. There are many more amazing sworn statements regarding MMA and its practices

7/26/2023 17:29 contained in this Affidavit.  Which is your favorite?

MMA Posts - 0053

Monson 024784

| | | |
|---|---|---|
| https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7090016022212087811 | 7/26/2023 17:12 | In a recently unsealed document, on June 8, 2023 the Honorable Chief Judge Terry Doughty issued an Order based on the unanimous vote of Article III Judges of the Western District of Louisiana, extending the suspensions of the attorneys as follows:. Zach Moseley - Suspended one (1) year. William Huye - Suspended one (1) year. Cameron Snowden - Suspended nine (9) months. Claude Reynaud - Suspended nine (9) months. Grant Gardiner - Suspended six (6) months. James McClenny - Suspended (6) months. There are hearings in this matter set for dealing with Zach Moseley, Grant Gardiner, Claude Reynaud and Cameron Snowden. . A hearing took place on July 25, 2023 with James McClenny present. More on that matter will be forthcoming in a subsequent post. |
| https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7089267453607743489 | 7/24/2023 15:37 | How NOT to dress for a Speaking Engagement . Yesterday, two minutes after an educational session was scheduled to begin at the Professional Insurance Agents of Louisiana annual conference. I was asked by Executive Vice President Jody Boudreaux to fill in as a speaker. . With about 10 minutes to sketch some notes, I was able to tell the story of the chaos caused by McClenny Moseley and Associates and issued a call for action to the membership to support a special session after this year's elections to eliminate attorneys fees from Louisiana's bad faith statutes. . And no, I did not have time to dress appropriately as a speaker. (Conference attire is resort casual) Many thanks to a special client who sent me this photo during my talk. |
| https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7088270188587978752 | 7/21/2023 21:35 | The Monson Law Firm, LLC featured in ClaimsJournal.com article. Jim Sams continues his detailed coverage on the McClenny Moseley and Associates fallout by detailing Louisiana Department of Insurance Directive 221 instructing insurers to work directly with insureds who were victims of MMA's representation. . New Orleans insurance defense attorney Matthew Monson, whose complaints about MMA led to the law firm's downfall, said the law firm is involved in an estimated 6,000 to 7,000 claims, but not all of them resulted in lawsuits. He said he doesn't expect any increase in litigation because the stay is being lifted. The two-year statute of limitations on Hurricane Ida creates a deadline of Aug. 29, 2023 to file lawsuits, so we expect an increased volume as the deadline approaches, he said. |

Monson 024785

Louisiana Department of Insurance

**Issues Directive 221 to Insurers Regarding Former Clients of MMA**

This afternoon, Louisiana Insurance Commissioner Jim Donelon issued Directive 221 to all insurers about dealing with former clients of McClenny Moseley and Associates.  As is set forth below, because MMA is "absolutely prohibited from practicing law in the state of Louisiana" insurers cannot refuse to communicate with policyholders where they previously received an MMA letter of representation.

"It has been suggested to me that some insurers are refusing to communicate with policyholders solely because they have received a letter of representation from MMA. The letter of representation from MMA is no longer valid given that this firm is absolutely prohibited from practicing law in the state of Louisiana.

**Therefore  the LDI will not now consider this a valid reason to excuse an insurer s obligation to communicate with their policyholder  as La  R S  22 1896 prohibits an insurer from this type of business practice  In addition  insurers are required to communicate with respect to claims arising under insurance policies  and insurers owe their insureds a duty of good faith and fair dealing**

Any insurer who has received a letter of representation from MMA from a particular policyholder and who is seeking to determine whether that policyholder is represented by other counsel may contact Magistrate Judge Michael North in the Eastern District of Louisiana at (504) 589-7610, as the Court has worked to compile a listing of clients/policyholders formerly represented by MMA."

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7087883338308337664

7/20/2023 19:57

MMA Posts - 0055

Monson 024786

Nathan Normoyle

**$ , , . ** **of Global Estimating Services Submits Proof of Unpaid MMA Fees Totalling**

Earlier, Steven Badger broke the news that GES had filed suit against MMA for unpaid fees. I added **9 865 862 99 and Makes Bombshell Allegations Regarding MMA s Trust Account** commentary that GES is not licensed as a public adjusting entity in Louisiana as may be required by statute.  The earlier posts can be found here. https://lnkd.in/gqrhgB4C

In suport of GES' lawsuit, Normoyle's affidavit admits under oath as the Executive Vice President of GES that the work performed "included providing written estimates for the construction repair work and/or restoration work for the subject properties."

Normoyle attaches 1,550 instances of unpaid invoices from MMA.  If all of these took place in Louisiana, things could get very interesting.

As stated in the referenced post, Louisiana Revised Statute 22:1693 provides penalties of up to $5,000 for each time an entity engages in the unauthorized practice of public adjusting.  Incidentally 1,550 times $5,000 is $7,750,000.

In a **bombshell allegation**, Normoyle states that "Zach Moseley, the managing partner of MMA, told me the firm has between $20 million and $30 million in its IOLTA account and he has no idea what files the money is supposed to go to."

Normoyle further states "MMA may not exist much longer given the onslaught on [sic] lawsuits against it and its apparent lack of operating capital. "

https://www.linkedin.com/feed/
update/urn%3Ali%3AugcPost%3
A7087875907234758656

7/20/2023 19:28

MMA Posts - 0056

Monson 024787

| | | |
|---|---|---|
| https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7087838234893824000 | 7/20/2023 16:58 | LOUISIANA SUPREME COURT LIFTS GLOBAL STAY AND APPLAUDS WORK OF SPECIAL TRUSTEE IN MCCLENNY, MOSELEY, AND ASSOCIATES, PLLC CASES. The Louisiana Supreme Court released an Order lifting in thirty days the global stay it previously imposed in the multitude of hurricane and storm-related suits filed by McClenny, Moseley and Associates, PLLC (MMA) in Louisiana state courts. The stay will be lifted effective August 21, 2023. Although the Court's order lifts the global stay, the order empowers trial courts to issue further stays in cases filed by MMA or former MMA clients as the interests of justice may require, in addition to issuing stays of up to 120 days for the purpose of facilitating the ability of newly retained attorneys of former MMA clients to investigate their clients' claims. . The Order also ends the appointment of attorney Edward J. Walters, Jr., of Walters, Thomas, Cullens, LLC, as special trustee. The Court's action was precipitated by Mr. Walters' report that he had completed his duties as special trustee to provide notice to former MMA clients of the inability of MMA to continue to represent them and resources to help them obtain new counsel, if necessary. As part of his role as special trustee, Mr. Walters created a website to display and provide information that would be helpful to all former MMA clients seeking information, www.edwalterstrustee.com. The Louisiana Supreme Court's extraordinary actions were in response to serious and unprecedented circumstances, said Louisiana Supreme Court Chief Justice John L. Weimer. The Supreme Court expresses its gratitude to Mr. Walters for his service as special trustee, the skill and professionalism that he brought to bear, and the expeditious manner in which he and his team fulfilled their duties. I must also thank Chief Disciplinary Counsel, Chuck Plattsmier, and his staff for their concerted efforts in assisting Mr. Walters. Now that Mr. Walters has diligently completed his work, we expect that these cases will be able to proceed in an efficient and orderly manner in the trial courts, while ensuring and recognizing that our state's hard-working trial court judges have the authority and flexibility to |
| https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7086708567751200768 | 7/17/2023 14:09 | One year ago today, MMA sent a text message to the wrong person. Many people following the MMA saga have asked me "How did you get the start to take down MMA?". Here is one important piece to the puzzle. This text message was sent to my wife on July 17, 2022 at 7:01 a.m. When she clicked on the tab, she was taken to the now-defunct webstie www.DisasterClaimHelp.com. After filling out the answers to the questions on that website, she received many follow up texts, phone calls and emails trying to get her to sign a contract with MMA.<br><br>Many thanks to all who have supported our efforts and contributed along the way to taking down this firm in Louisiana. |

MMA Posts - 0057

Monson 024788

https://www.linkedin.com/feed/update/urn%3Ali%3AgroupPost%3A99321-7084915747591749632

7/12/2023 15:25

The Monson Law Firm, LLC is ready to fight insurance fraud at FIFEC - Florida Insurance Fraud Education Committee Annual Conference.
Attorneys Robert Schulte and Matthew Monson, Esq. look forward to meeting with other industry leaders and friends in Orlando, Florida this week and share how we accomplished the takedown of McClenny Moseley and Associates.

https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7082420667027001344

7/5/2023 18:11

MMA has left the building. . Or at least the main sign is off of the St. Charles Avenue office. And William Huye has reported to the Louisiana State Bar that he is now in Austin, Texas.

https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7082379834257010688

7/5/2023 15:28

The Monson Law Firm, LLC will be in attendance for FIFEC - Florida Insurance Fraud Education Committee Conference . Attorneys Matthew Monson, Esq. and Robert Schulte will be at the FIFEC Conference next week in Orlando, Florida.  We look forward to discussing with our clients and friends our firm's take down of McClenny, Moseley & Associates and how that firm planned to continue its improper efforts in Florida. We will also be on the lookout for attorneys to join our groundbreaking team.  Please feel free to reach out in advance or at the conference.

https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7079533778829787136

6/27/2023 18:59

I have to take issue with the following statement in Chip's latest post. It is often difficult to know the exact amount of damages caused by each loss, and taking two deductibles while allowing for two policy limits with two deductibles is a practical way to resolve the dilemma. . While simply applying two limits is practical (and decidedly a plaintiff friendly approach), the same item involved in two storms cannot be paid for twice if not repaired or replaced between the two losses.  If two storms hit before the damages can be ascertained in the first storm, then there is only one set of damages to consider.  Apportionment between the two storms can be tricky, but it does not open the door automatically for two limits. If the damages are ascertainable for each storm, however, it IS possible to have damages that exceed the Dwelling policy limit, especially if the property is underinsured (then introducing coinsurance issues).  This is especially possible for the lower limits on Other Structures and Contents.  . Good post though.  Chip always keeps us thinking.

MMA Posts - 0058

Monson 024789

Nine Louisiana Plaintiffs Sue MMA and TortX in Houston

On June 21, 2023, nine plaintiffs sued MMA, Zach Moseley, James McClenny, William Huye and Tort Network, LLLC (Velawcity) in the District Court of Harris County, Texas.  This case is filed by The Kassab Law Firm attorney Lance Kassab, whose law firm advertises "We sue lawyers."  This case provides in great detail the Velawcity MMA marketing scheme exposed by our firm and the violations of Texas statutes.

Plaintiffs allege that:

• MMA and its lawyers "[h]ave committed overt acts of barratry in Texas, such as the financing and directing of the barratry scheme."

• "This is a case arising out of an illegal and unethical conspiracy to commit barratry."

• "Defendants are liable for civil conspiracy."

• "Plaintiffs seek total penalties from Defendants in the amount of $1,800,000.

Plaintiffs quote exclusively from Judge North's decision in The Monson Law Firm, LLC's case in Franatovich.  They also rely on the findings of the Louisiana Department of Insurance's orders totaling $2,000,000 in fines, which was precipitated by The Monson Law Firm's complaint.

This case is particularly interesting because it raises the issue of financing an illegal scheme.  Perhaps this case will ultimately reveal the entities that may have provided financing to MMA.  These entities may end up being the only solvent defendants.

¢ This is a case arising out of an illegal and unethical conspiracy to commit barratry.

¢ Defendants are liable for civil conspiracy.

¢ Plaintiffs seek total penalties from Defendants in the amount of $1,800,000. Plaintiffs quote exclusively from Judge North's decision in The Monson Law Firm, LLC's case in Franatovich.  They also

https://www.linkedin.com/feed/
update/urn%3Ali%3AugcPost%3
A7077996772597379072

6/23/2023 13:12

MMA Posts - 0059

Monson 024790

MMA and Apex Roofing & Restoration Get Sued (again)

In what is proving to be a regular event, both MMA and Apex Roofing were sued on June 20, 2023 in St. Tammany Parish by homeowners John and Michelle Pazos.  Also sued are Zach Moseley, James McClenny and William Huye.

This lawsuit goes into great detail in its allegations that Apex participated in the scheme.  After ignoring MMA because they did not hire the law firm, Plaintiffs allege they were contacted by a MMA supervisor who stated "APEX had authorized this and hired them on Petitioners' behalf."  Further, plaintiffs allege that they "have not received any of the $22,698.57 in insurance proceeds delivered to MMA."

Plaintiffs allege that "MMA and its principals fraudulently conspired with APEX to perform improper solicitation of employment for MMA's economic benefit" and  "APEX and its principals fraudulently conspired with MMA to have MMA falsely act as counsel for Petitioners and submit unauthorized claims to their insurer".

Plaintiffs allege that "APEX engaged in the unauthorized practice of law by rendering or furnishing legal services or advise without being licensed and admitted to practice law in this state."

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7077730669593849857

6/22/2023 19:34

We will be monitoring this case very closely.  It will be interesting to see who created the $81,576.38 estimate that the plaintiffs considered "was so high" and whether they will be added as a defendant in the future.

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7077403053376630784

6/21/2023 21:52

The Eastern District of Louisiana Issues New 120 Day Stay Order on MMA Cases. The EDLA order allows for an automatic stay of 120 days for new MMA cases filed in court, with a suspension of sanctions Rule 11 for the filing attorneys during the stay. This will allow the new lawyers to file suits within the prescriptive period without worrying about sanctions if the case is not meritorious. . The order also gives new counsel appearing 20 days to effectuate service on defendants, but asks all involved to consider waiving service if possible. . The Judges of the Eastern District should be commended for the extraordinary efforts they are making to accommodate the people of Louisiana victimized by MMA.

https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7077271933293113344

6/21/2023 13:11

Here is David Hammer's Insightful Report on the Troubles Experienced by MMA's Victims

MMA Posts - 0060

Monson 024791

Zach Moseley calls Matthew Monson, Esq. a S\*\*thead in Secret Recording

Zach Moseley's secret recording made March 6, 2023, the Monday after all MMA Louisiana lawyers quit or were suspended from practice, obtained by WWL Louisiana investigative reporter David Hammer contains explosive content and insight to McClenny Moseley and Associates' questionable approach and perverse strategic objectives.  It is also an amazing lesson on gaslighting.  "I was going to sign up 100,000 clients this year, easy." (36:46)

 "Sh\*theads like Monson are trying to say "Oh No, it doesn't fall into this one loophole that's you know 10,000 loopholes down the road." So, Monson [The Monson Law Firm, LLC] has a huge target on our back.  When Monson first approached us about settling claims we weren't exactly the nicest to him.  I think I might have made fun of his height.  I'm not sure.  Again, strategic backfire.  Probably shouldn't have done that. But it is what it is and we'll move forward accordingly." (11:27)

Moseley outright lies to his employees in this exchange.  Our firm NEVER approached MMA about settling claims.  In fact, we were the first firm to tell the industry to not participate in MMA's mass mediation scheme and to handle each case on its own merits due to MMA's improper practices.  Also, just like many of MMA's clients, nobody of our firm ever spoke a word with Moseley before reporting his behavior. Since Moseley called me a sh\*thead, perhaps he is the one who sent me the gift in December last year. https://lnkd.in/gxVi_85m

At the 14:00 minute mark, Moseley admits his involvement in the scheme with Apex Roofing & Restoration in misrepresenting to insurers that they represented homeowners when MMA actually represented Apex.

Moseley admits that he offered William Huye the CEO title (26:20) after Huye received his March 3, 2023 interim suspension based on our Bar Complaint.

https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7077267771809558528

6/21/2023 12:55

MMA Posts - 0061

Monson 024792

https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7076602130823868416

https://www.linkedin.com/feed/update/urn%3Ali%3AgroupPost%3A105791-7076576713698136064

Steven Bush is asking for information potentially protected from disclosure by 28 Texas Administrative Code Section 22.1 et seq. 28 TAC Section 22.1, et seq governs the treatment of nonpublic personal financial information about individuals.  Yet Mr. Bush states publicly If you have some of these files or know of someone who does please have them sent to me as soon as possible so I can include them in my disclosure. If you have a license from the Department of Insurance in Texas, you are a covered entity under the Texas Administrative Code and sharing nonpublic personal financial information may potentially violate the Texas Administrative Code. Also, Steven Bush in the last two weeks publicly wrote to carriers that he was acting as co-counsel with embattled law firm McClenny, Moseley and Associates, only to be corrected by his own law firm in a public LinkedIn post as follows: https://lnkd.in/gGk_eggr. Mr. Bush is making questionable headline grabbing accusations of fraud but apparently has no problems working as co-counsel with law firms for which determinations of fraud have already been made. https://lnkd.in/dnrP67Jt . Mr. Bush's bold, broad stroke allegations have been addressed by industry leading professionals in the following podcast. https://lnkd.in/gHgs-WHj . Further, Mr. Bush's law firm is the defendant in multiple lawsuits from both a referring law firm  https://lnkd.in/gJ2_sz_j and from their expert https://lnkd.in/gQq5bWCU.

6/19/2023 16:50

Jim Sams Provides Excellent Perspective on McClenny Moseley and Associates. New Orleans defense attorney Matthew Monson, the lawyer who is most responsible for state and federal investigations into MMA's mass filings, had this to offer: MMA ranks number one all time in the number of improperly sourced lawsuits.

6/19/2023 15:09

https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7074007558348296192

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7073060806887673856

The Monson Law Firm, LLC goes Back to the Future with the Florida Association of Insurance Agents . The Monson Law Firm Founding Partner Matthew Monson, Esq. will be channeling his inner Marty McFly at FAIA's 2023 Convention in Kissimmee, Florida this week.  We will be there to discuss how MMA was attempting to repeat its Louisiana efforts in Florida and how it has now begun working with other law firms, including one with Louisiana roots.  . We are uniquely situated to assist Florida property insurers regarding the hundreds of claimants signed up by these firms and look forward to continuing conversations with our industry friends. #FAIA #IIABA #insuranceagent

6/12/2023 13:00

6/9/2023 22:18

I wonder what Mr. Cunningham would think about the McClenny Moseley/Velawcity arrangement?

MMA Posts - 0062

Monson 024793

| | | |
|---|---|---|
| https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7070401547163090944 | 6/2/2023 14:11 | FUNNY!  Magistrate Judge Kathleen Kay Orders Zach Moseley to Unplug the Computer. We finally have the transcript of an April 26, 2023 hearing in which Magistrate Judge Kathleen Kay ordered MMA Founding Partner, Zach Moseley to explain the status of the potential transfer of the Western District of Louisiana cases to the Laborde Earles law firm. THE COURT: Well, let me just tell you this right now. You need to unplug that computer. Unplug it. No more robotexts. No more robocalls. No more robo-messaging. . THE COURT: Well, if I thought for a minute you were actually trying to help these people I would not have a problem with it. But the impression I get is all you are worried about is getting money for you. MR. MOSELEY: I think another point -- issue that I am having, too, is because MMA sourced out counsels for all of its former attorneys, I have essentially been conflicted out from hiring a new ethics attorney as my current one was just withdrawn today. THE COURT: Why do you even have to be a part of this process? Why do you even have to say anything? I mean, you have already screwed it up so badly and by continuing to communicate with these people you are only making it worse. The hearing was very entertaining when attorney Digger Earles completely contradicted Moseley's assertions about taking over MMA Cases. MR. MOSELEY: Yes, Your Honor. My firm has been able to associate a number of cases with the Laborde Earles Law Firm as lead counsel in the Western District. . MR. EARLES: You have my assurance, Your Honor. There is also no agreement between Laborde Earles and MMA. Mr. Moseley -- and I don't know if he just chose the wrong word, but he said that he is associated with Laborde Earles. There is no association, no agreement, no affiliation at all. What we've done is -- and when it comes to the fee agreement there is no agreement between us, Your Honor. . What is your favorite quote?  They should have charged admission. |
| https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7069851971402305536 | 6/1/2023 1:47 | The big story is their allegations of potentially fraudulently inflated estimates. Upon information and belief, it appears that ARS was likely using what were in fact inflated in-house property damage estimates for MMA cases to increase the claim values in those cases, the field inspectors' lawsuit says. |
| https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7069850091104210944 | 6/1/2023 1:40 | More MMA/Apex Roofing & Restoration fallout |

Monson 024794

Embattled MMA Investor and Claims Partner Awarded Lucrative Florida Contract to Relocate Undocumented Migrants. ARS Global Emergency Management (www.arsgem.com) was awarded a contract to  provide ground and air transportation and other related services.. to assist in the voluntary relocation of Inspected Unauthorized Aliens that have agreed to be relocated from Florida, or another state, to a location within the United States. Nathan Normoyle, ARS Global Emergency Management's executive vice president, said in a statement to the USA TODAY NETWORK-Florida that the company is pleased with the selection.

Our team possesses the skills and expertise necessary to carry out the schedule of work under this contract with compassion, professionalism, and expediency, Normoyle wrote in an email. As a matter of policy, we do not comment on the specifics or details of active contracts.. Nathan Normoyle is a defendant in a lawsuit filed on May 25, 2023, along with Access Restoration Services, Inc. (ARS) and Global Estimating Services, Inc., (GES) in which former employees of these companies allege that ARS and GES assisted MMA of perpetrating potential fraud against the residential insurers of MMA's clients through inflated in-house property damages estimates. https://lnkd.in/gg2--ws7 ARS Global Emergency Management has the same address as ARS and GES. Mr. Normoyle fired all employees of GES suddenly on April 28, 2023,  https://lnkd.in/gnUuXHtC a day after GES filed a $9,865,862.99 lawsuit against MMA. https://lnkd.in/gGfcep-2. As you may recall, ARS admits in a court pleading that it was an investor in MMA's schemes by loaning MMA $3,000,000. https://lnkd.in/gPNuzgCg. I wonder if anyone in the DeSantis administration knew of these allegations or developments when they decided to award this contract.

https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7069708245682065408

5/31/2023 16:16

MMA Posts - 0064

Monson 024795

https://www.linkedin.com/feed/
update/urn%3Ali%3AugcPost%3
A7069691341676412928

5/31/2023 15:09

LIGA Relies on The Monson Law Firm, LLC in Lawsuit Against MMA. On May 26, 2023, the Louisiana Insurance Guaranty Association filed a Petition for Declaratory Judgment against the newly-renamed MMA Law Firm, PLLC.  Relying in part on The Monson Law Firm's case in Franatovich (Paras. 27-28), our successful Louisiana Department of Insurance Complaint (Paras. 29 and 42) and our successful bar complaint against William Huye (Para. 32), LIGA seeks answers to the following questions:. Does MMA have an enforceable attorney fee lien?

If so, what does MMA have to do to enforce its lien?

What does LIGA have to do to continue the claims handling process?

Is any MMA lien affected by an AOB signed by the homeowner?

Is any MMA lien affected by a signed termination notice from the homeowner?

What can LIGA do with new counsel and the homeowner after MMA has been terminated or the insured gets new counsel?. Zach Moseley - it is beyond time for you to walk away.  Let everyone know you are not going to pursue any further fees.  You have said you want to help Louisiana insureds.  Now is the time to do what you say.

https://www.linkedin.com/feed/
update/urn%3Ali%3AugcPost%3
A7069449789700001792

5/30/2023 23:09

MMA Founding Partner Zach Moseley ordered to contact remaining 964 Clients in the Western District of Louisiana to inform them of MMA's termination and to provide all file materials by July 1, 2023. Attorneys associated with MMA filed approximately 1600 lawsuits in the Western District of Louisiana in 2022, most just prior to the prescriptive date for insurance claims related to Hurricane Laura.  The errors in these filings, as well as the misconduct committed by MMA attorneys in their engagement of the plaintiffs, have been covered in several subsequent hearings and orders, and need not be rehashed here. IT IS ORDERED that MMA principal John Zachary Moseley, under the supervision of Deputy Special Master Cade Cole, contact each of the clients on the attached list (Exhibit 1) and inform them of the order terminating counsel (Exhibit 2), which will be issued by the court on July 1, 2023. Mr. Moseley is to complete this task within 30 days of this order and comply with all ethics standards and Rules of Professional Conduct in his communications. IT IS FURTHER ORDERED that Mr. Moseley mail to each client their complete file by July 1, 2023.

MMA Posts - 0065

Monson 024796

| | | |
|---|---|---|
| https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7068698389114195968 | 5/28/2023 21:23 | Eastern District of Louisiana Meeting scheduled to deal with MMA Aftermath. On Wednesday, June 14th, 2023 at 10:00 am, Magistrate Judge Michael North will be holding a meeting to discuss matters involving the suspension of R. William Huye and the withdrawal of McClenny, Moseley & Associates (MMA) from cases pending in this district.. Quite literally, The Monson Law Firm, LLC is at the center of the list of law firms strongly urged to have a representative in attendance. . I have a feeling this will resemble the Potsdam Conference, and I look forward to help clean up this mess. |
| https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7067987947597287424 | 5/26/2023 22:20 | If these allegations are true, then almost nothing provided by MMA can be the basis for a bad faith claim. |
| https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7067340256764706816 | 5/25/2023 3:27 | MMA founder shows his true colors. Just do yourself a favor and shut down the firm.  We are proud to have been the law firm that exposed MMA's improper schemes and filed the complaints with the Office of Disciplinary Counsel and Louisiana Department of Insurance that brought them down. |
| https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7066861291327426560 | 5/23/2023 19:43 | Louisiana State Bar Association engages in a quest to clean up MMA's mess. If you are an attorney who is willing to represent clients formerly represented by MMA, send notice of your interest to hurricaneclaims@lsba.org. |
| https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7065389515506397185 | 5/19/2023 18:15 | Louisiana Supreme Court Global Order Appointing Ed Walters as Trustee over all MMA PLLC State Cases. Mr. Walters is a well known and respected attorney who will make sure the victims of MMA's bad behavior have access to proper legal representation. |
| https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7065011831907516416 | 5/18/2023 17:14 | The Monson Law Firm, LLC Featured in Claims Journal Article on MMA PLLC Sanctions. Jim Sams writes yet another great article giving proper perspective on the latest MMA Law sanctions issued against Louisiana Supreme Court-suspended attorney William Huye. Personal injury attorney Austin Marks, with the Morris Bart Law Firm Bart in New Orleans, told Kay that he personally witnessed a courier for MMA going door to door in an attempt to persuade former clients to sign paperwork giving the law firm permission to deposit settlement checks from insurers. New Orleans insurance defense attorney Matthew Monson, whose personal investigation instigated the judicial inquiry into MMA's mass filings, said more sanctions may be coming. I think this is a step to support further discipline against William Huye, possibly including full disbarment from the Western District, he said. |

MMA Posts - 0066

Monson 024797

| | | |
|---|---|---|
| https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7064325312863514624 | 5/16/2023 19:46 | MMA PLLC attorney William Huye Receives Recommended Sanctions of at Least $14,000 in Numerous Cases. On April 26, 2023 Attorney(?) William Huye with MMA Law was kept on the stand for several hours before Magistrate Judge Kathleen Kay of the United States District Court for the Western District of Louisiana.  In these transcripts it is revealed that MMA filed approximately 78 lawsuits against State Farm where State Farm did not issue a policy to the insured.  These sua sponte hearings covered a handful of that total to consider Rule 11 sanctions. . This issue was first raised by The Monson Law Firm, LLC before the Western District in mid-October 2022 and has now developed into well over 100 cases (so far) where the wrong insurance company was named as a defendant. For his failure to perform an adequate investigation before filing these lawsuit, Judge Kay recommended to the Article III Judges that Huye be sanctioned at least $14,000. |
| https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7064267633675694080 | 5/16/2023 15:57 | MMA has now rebranded . . . to MMA. In an amazing stroke of marketing genius, McClenny Moseley & Associates is now just MMA Law Firm, PLLC.  They still have their old LinkedIn profile of MMA PLLC.  This is now the third name of the firm in the last several months. What's in a name? That which we call a rose/ By any other name would smell as sweet.  Shakespeare.   Roses really smell like poo-poo-ooh Outkast. |
| https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7063978164611383296 | 5/15/2023 20:47 | Zach Moseley Receives Notice of Intent to Impose Discipline from the Eastern District of Texas. On April 14, 2023, the Federal District Court for the Eastern District of Texas filed the attached Notice and Order of Intent to Impose Identical Discipline against Zach Moseley.  The discipline to be imposed appears to be a 90 day suspension from the practice of law as ordered by Judge Cain in the Western District of Louisiana on March 3, 2023.  That order also prevents the referenced attorneys or any attorney affiliated with MMA settle any claims, handle any settlement funds, or make any disbursements of any kind during the period of suspension. Effective thirty (30) days from the date of this notice and order, identical discipline will be imposed against the attorney named in the attached disciplinary order, unless, within twenty-one (21) days of service of the notice and order, the attorney files a motion for modification or revocation of this order. The 21 days have passed and Moseley did not file any pleadings opposing this discipline. |

MMA Posts - 0067

Monson 024798

https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7063175907313664000

https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7062924816487518208

https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7062909086815694848

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7062891185861791744

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7062856833824165888

5/13/2023 15:39 — MMA Earns a Five Star Review on Google. Many thanks to Abu Salifu, who appreciates the work that MMA did for him, for which he gives a 5 Star Google Review. . I'm sure the other two law firms he gave 5 star reviews to are appreciative of the support. This guy really likes law firms around the country. Look in the comments from the other adoring fans that only leave glowing reviews for law firms. .  #google #lawfirms

5/12/2023 23:01 — Please have a look at this comprehensive video. The only thing missing is how these schemes were uncovered. The story of MMA's troubles didn't start in October. The story started the previous July.

5/12/2023 21:59 — McClenny Moseley and Associates fires numerous employees . According to several sources, MMA let go over 20 employees today in both the Houston and New Orleans offices.

5/12/2023 20:48 — MMA Louisiana State Cases Stayed. On May 10th , the Louisiana Supreme Court issued a Global Order staying ALL MMA cases filed in state court. . Thank you.

5/12/2023 18:31 — MMA opposes Temporary Restraining Order Seeking to Prevent MMA from Interfering with Another Firm's Clients and Engaging in the Unauthorized Practice of Law. MMA admits in this pleading that it communicated with policyholders twice after being discharged and having another law firm taking over the files (Page 10).  MMA seeks to excuse itself by saying It is thus understandable that when now faced with court directives to  clean up the mess without the benefit of having any licensed Louisiana attorneys on staff, some amount of overlap will occur.   THIS IS SO FUNNY because if MMA acted legally and ethically, they would likely  have Louisiana licensed attorneys still working for them and no mess to clean up. BUT THE BEST is attorney Gwyneth O'Neill complaining of Morris Bart Law Firm's legal marketing advertisements (Pages 1 and 2) while simultaneously arguing that MMA should be rewarded with attorneys fees for the cases it obtained using illegal and unethical marketing practices. . There is more MMA news to come this evening.

MMA Posts - 0068

Monson 024799

| | | |
|---|---|---|
| https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7062845574391238656 | 5/12/2023 17:46 | McClenny Moseley Partner, Heather Melaas, has left the firm. Heather's last day at MMA was today. She was the attorney on many Letters of Representation sent by MMA to Florida insurers.  We wish Heather well on her future endeavors. Now, the only MMA attorney listed on their website with a Florida license is Krystal Gage.  Ms. Gage joined MMA in June 2022 and she lists her business address at the main MMA office in Houston, Texas.  Ms. Gage obtained her Florida Bar license on April 11, 2023. https://lnkd.in/g6zWwNtZ |
| https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7062795353250529280 | 5/12/2023 14:27 | McClenny Moseley & Associates Sued For Legal Malpractice. MMA, William Huey, Grant Gardiner and Cameron Snowden have been sued in Civil District Court for the Parish of Orleans by Henry Mills. Mills, a resident of Shreveport, Louisiana claims damage from Hurricane Laura. On August 29, 2022 defendants fax-filed a lawsuit to the Caddo Parish Courthouse.  However, MMA never forwarded a copy of the original pleading or fax filing fee resulting in the fax filing having no force and effect. This lawsuit is the first one in which the non-partners in the firm have been sued. Dick Chopin is the plaintiff's attorney.  If you know him, you will be willing to pay to sit in on these depositions. |
| https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7062078695502467073 | 5/10/2023 14:59 | The Monson Law Firm, LLC is excited to present at the 2023 Texas Association of Special Investigation Units Conference. Ronald Hornback, Caroline Horstmann and Matthew Monson, Esq. will be presenting How MMA Went Away at the TASIU. |
| https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7061308561636687872 | 5/8/2023 11:59 | Thanks, Lisa Miller, for the shout-out! . McClenny Moseley and Associates currently has hundreds of open claims in Florida and have not stopped their operations in the sunshine state. Hopefully, the Florida Bar is closely following the happenings in Louisiana and preparing to take action. |
| https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7060979251906297858 | 5/7/2023 14:10 | Alena Maschke brings the public up to speed on McClenny Moseley and Associates. We are happy to be a part of informing the public about this firm's terrible behavior and advocating for needed systemic change. . Matthew Monson, an insurance company attorney at the center of the fight against MMA, says the current system encourages bad actors to profit off disasters and threatens the state's fragile insurance landscape. They create claims that wouldn't have been disputed, Monson said. Now the bill is coming due for all of us.. Monson has long advocated for changes to Louisiana laws that entitle plaintiffs to attorney's fees. This is a public policy discussion that needs to happen, he said. And it's happening. A bill that would ban assignment of benefits clauses recently passed the state's House of Representatives..  #insurance #siu |

MMA Posts - 0069

Monson 024800

https://www.linkedin.com/feed/update/urn%3Ali%3AgroupPost%3A105791-7060313278014492672

5/5/2023 18:04

The Monson Law Firm, LLC will be in attendance at the Texas Association of Special Investigation Units Conference. Matthew Monson, Esq., Ronald Hornback and Caroline Horstmann will be in attendance at the Pasadena, Texas Convention Center for the TASIU 2023 Conference.  We will be speaking on the topic How MMA Went Away on May 10th.  This is our first presentation on this industry leading topic. Make sure to come say hello!. #siu #insurancefraud

https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7059916331936067584

5/4/2023 15:47

McClenny Moseley and Associates has deleted their LinkedIn Page. Apparently, they did not want to be followed on this platform any longer.

https://www.linkedin.com/feed/update/urn%3Ali%3AgroupPost%3A100542-7059864868648095744

5/4/2023 12:22

Insured to Lose Part 3. McClenny, Moseley & Associates is shown harming the elderly and infirm. Award winning broadcast journalist David Hammer further exposes MMA's schemes and the effects it has on the people they profess to help.

https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7059507293553364992

5/3/2023 12:41

Jim Sams does a great job bringing everyone up to speed on the latest McClenny, Moseley & Associates developments

https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7059506271850287104

5/3/2023 12:37

Award winning journalist Alena Maschke is doing an amazing job chronicling the downfall of McClenny, Moseley & Associates

https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7059328176677683200

5/3/2023 0:49

Insured to Lose Part 2. Award winning broadcast journalist David Hammer discusses Velawcity and McClenny, Moseley & Associates . Happy to be part of exposing the fraud and unethical behavior.

https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7059297890199887872

5/2/2023 22:49

McClenny, Moseley & Associates  William Huey, Zach Moseley  and James McClenny  fined $500,000 each by Louisiana Department of Insurance. In a direct response to the complaint I filed with the LDI in September 2022, the LDI just dropped the hammer on MMA for the insurance fraud they committed while working with Apex Roofing & Restoration. MMA lied to carriers 856 times that they represented the insureds when they in fact represented Apex. . Just hope the checks don't bounce. Thanks to Louisiana Insurance Commissioner for leading the way in punishing insurance fraud.

MMA Posts - 0070

Monson 024801

| | | |
|---|---|---|
| https://www.linkedin.com/feed/update/urn%3Ali%3AgroupPost%3A105791-7059296900964900865 | 5/2/2023 22:45 | McClenny, Moseley & Associates, William Huey, Zach Moseley and James McClenny fined $500,000 each by Louisiana Department of Insurance. In a direct response to the complaint I filed with the LDI in September 2022, the LDI just dropped the hammer on MMA for the insurance fraud they committed while working with Apex Roofing & Restoration. MMA lied to carriers 856 times that they represented the insureds when they in fact represented Apex. . Just hope the checks don't bounce. . https://lnkd.in/dnrP67Jt |
| https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7058931072390098944 | 5/1/2023 22:31 | Morris Bart, LLC sues McClenny, Moseley & Associates for Injunctive and Declaratory Relief. This lawsuit filed by Louisiana's largest and most established plaintiff's firm seeks injunctive and declaratory relief against MMA for its illegal and unethical marketing schemes first revealed by yours truly. . The suit seeks injunctive relief to prevent MMA's interference with Morris Bart's business relations and unauthorized practice of law. The suit further seeks a declaration that MMA attorney employment contracts are absolutely null. . And finally, the suit seeks a declaration that MMA cannot collect attorneys fees on any of its contracts. . Never before have the most aggressive insurance defense law firm (The Monson Law Firm, LLC) and the most successful plaintiff's firm in Louisiana been so aligned on the issues. |
| https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7058904543878680576 | 5/1/2023 20:46 | McClenny, Moseley & Associates and Apex Roofing & Restoration featured on 3 part WWL Investigative Special. Award winning broadcast journalist David Hammer features the story of MMA and the effects their action have on the people of Louisiana. Episode one is here. |
| https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7057896651876683776 | 4/29/2023 2:01 | Lawyer Referral Service operating out of same address as McClenny, Moseley & Associates . When MMA is searched for in Google, the attached listing is shown - at the same physical address as MMA's Houston office.  USAttorneys.com appears to be an attorney referral service. Yet, this service maintains the same reviews as MMA. Maybe there is life after MMA. |
| https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7057183146756227072 | 4/27/2023 2:46 | James McClenny and McClenny, Moseley & Associates Sued in Florida. Plaintiff, Jameson Topps, sued James McClenny and MMA over an automobile accident that took place on October 13, 2022 in Lee County, Florida. This will be an interesting case to follow. . #Resipsaloquitor |
| https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7057130059194675200 | 4/26/2023 23:15 | Bad day for McClenny, Moseley & Associates |

Monson 024802

| | | |
|---|---|---|
| https://www.linkedin.com/feed/update/urn%3Ali%3AgroupPost%3A99321-7056962562608791553 | 4/26/2023 12:09 | McClenny, Moseley & Associates sued by investor for $3 million. . Would you admit to investing in an illegal scheme?  Yes, if you want your $3 million back. . https://lnkd.in/gTbyHyC9 |
| https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7056396150811082753 | 4/24/2023 22:39 | McClenny, Moseley & Associates Attorney Fee Intervention Opposed by New Counsel. On April 26, 2023 at 11:30 a.m. before the Honorable James David Cain, will hear several matters involving MMA's attempts to  intervene into lawsuits that MMA originally filed but now have new counsel to obtain attorneys fees. The attached pleading opposes the Motion for Leave to File the Intervention on the grounds that the contract signed by plaintiff was secured improperly by Velawcity, which is accused of being a modern-day case runner.  Counsel argues that the contingency fee contract obtained by Velawcity is absolutely null as it violated Louisiana law. If these allegations are true and upheld by Judge Cain, then it would stand to reason that ALL attorneys fees collected by MMA that were obtained improperly should be returned to the policyholders, as has already been alleged in a previous class action. Interestingly, these Interventions were filed by MMA ethics attorneys Dane Ciolino and Clare Roubion, who have filed Motions to Withdraw on the grounds that they have a conflict.  If they have a conflict after only filing an intervention, did the conflict exist at the time they filed the intervention?  If so, why did they move forward?. April 26, 2023 appears to be shaping up as one for the record (and future legal ethics) books.  Stay tuned! |
| https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7056358363051294720 | 4/24/2023 20:08 | James McClenny  of McClenny, Moseley & Associates Has Started a New Law Firm. On March 9, 2023, James McClenny and Pate Smith incorporated Charger Law, PLLC in Montgomery, Texas.  On April 5, 2023, Charger Law filed an amendment removing Mr. Smith as a manager. We have attached the Public Records filed with the Texas Secretary of State for your review. |
| https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7056294738949283840 | 4/24/2023 15:56 | The Monson Law Firm, LLC will be at RIMS (Risk and Insurance Management Society, Inc.) #Riskworld . Matthew Monson, Esq. will be in attendance next week at the RIMS Annual Conference in Atlanta. Please feel free to reach out so we can discuss in person the latest actions involving McClenny, Moseley & Associates, Apex Roofing & Restoration, Velawcity and others! #insurance #insuranceclaims #riskmanagement |

Monson 024803

William Huye of McClenny, Moseley & Associates also ordered into Court on April 26th. The Federal District Court Judge James David Cain has ordered William Huye into court on April 26, 2023 at 9:00 am at the Lake Charles District Courthouse on dozens of cases involving State Farm where no policy exists. As you may recall, in December 2022, The Monson Law Firm alerted the Western District about this problem and called for the disbarment of the firm at that time. And this appears to be yet another instance where MMA failed to take the slightest care in filing a complaint. Huye is to provide the court the following information:. 1. A copy of the retention agreement between MMA and Eldridge Smith.

2. A written, sworn statement setting forth the following:

a. How Eldridge Smith became a client of the firm;

b. Whether you personally have ever spoken with Eldridge Smith;

c. Whether you personally reviewed the complaint before it was filed;

d. Whether you personally reviewed Mr. Smith's file before the complaint was filed;

e. Upon what information you relied to make the allegations made in the complaint;

f. A list of all software applications used by MMA for case management;

g. Whether you kept records of activity on behalf of Eldridge Smith separate and apart from the software identified in response to (2)(f) above used by MMA in general for case management and, if so, the name of that software or record keeping mechanism;

h. Whether there exists a fee sharing arrangement between MMA and another law firm reflected in Mr. Smith's retention agreement or otherwise;

i. A full explanation of why such an arrangement exists;

j. What role was served in this litigation by any non-MMA attorney with whom MMA would share fees.

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7054576409628872704

4/19/2023 22:08 This explanation must provide specific details of how this fee sharing arrangement was intended to

MMA Posts - 0073

Monson 024804

McClenny, Moseley & Associates, Velawcity, Oakwood Bank and William Huye Sued for Racketeering. On March 31, 2023 in the 14th Judicial District Court for Calcasieu Parish, plaintiffs Melvin Addison, Adriana Addison and Accord Services, Inc. sued the above defendants under the Louisiana Racketeering Act, La. R.S. 15:1351, et seq. The Addisons deny ever retaining Huye or MMA and accuse Velawcity of signing up the Addisons as a client of MMA without their knowledge.. Plaintiffs accuse Huye and MMA of forging three endorsements on the check in violation of numerous criminal statutes including theft, forgery, negotiable instrument fraud and money laundering.

Plaintiffs allege Oakwood Bank aided, abetted, and facilitated the operation of the criminal enterprise and added unwarranted legitimacy to the criminal scheme. . Just when you think this saga is losing steam, there is always more to this story!

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7054541839000875008

4/19/2023 19:50  #bank #endorsements #insurance

Zach Moseley Summoned to the Western District of Louisiana. Zach Moseley, the founding and managing partner of McClenny, Moseley & Associates has been ordered to appear at 2:30 p.m. at the Federal District Court in Lake Charles to provide the status of the agreement between MMA and Laborde Earles Injury Lawyers and to produce any and all consulting or professional agreements between MMA and any suspended attorney. Should this order also apply to the spouses of suspended attorneys?. It appears as though Laborde Earles has an agreement with MMA to take over files in the Western District of Louisiana. Attorney for MMA and Loyola Law Professor Ciolino addresses the sale of a law practice on his blog as follows https://lnkd.in/gufPcbcP:. This rule differs from ABA Model Rule 1.17 in several respects. First, the Model Rule permits any lawyer to sell a practice. The Louisiana Rule, however, prohibits a lawyer who has been disbarred or who has permanently resigned in lieu of discipline from selling a practice. Given Mr. Ciolino's guidance, should MMA be allowed to sell its book of business in Lake Charles given that every attorney has been suspended from practice from the Western District of Louisiana and no Louisiana licensed attorneys work at MMA (even though William Huye is still sending communications as of April 10)?. As always, we will keep you up to date on all developments.

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7054220054485209089

4/18/2023 22:32

MMA Posts - 0074

Monson 024805

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7053736040682946560

4/17/2023 14:28

Louisiana Assignments of Benefits to be Banned Under Louisiana House Bill 183. Louisiana House Bill 183, filed by State Representative Gabe Firment, will end the practice of contractor assignments of benefits in Louisiana.  Please reach out to offer your support to Representative Firment.  This is common sense reform that serves to protect homeowners from companies such as Apex Roofing & Restoration and McClenny, Moseley & Associates. in January 2017, I wrote and got approved the first insurance policy language in the nation that allowed carriers to reject an AOB.  It is time to codify this language. #insurance #AOB

https://www.linkedin.com/feed/update/urn%3Ali%3AgroupPost%3A105791-7053731356568145920

4/17/2023 14:10

McClenny, Moseley & Associates featured in a Law360 Article!. This is worth signing up for a free trial! Andrew Strickler writes an interesting article and speaks to all sides, plaintiff, defense and even former employees of MMA to introduce the subject of much needed insurance reform. The Velawcity and Apex revelations first came to light in January in a court filing by New Orleans insurer defense attorney Matthew Monson. In recent months, Monson has written extensively online about McClenny Moseley. As part of what he calls a crusade, Monson recruited his wife as a plaintiff in a class action alleging the firm, Velawcity and Apex were engaged in illegal barratry and improper solicitations. Monson told Law360 Pulse that McClenny Moseley's mass filing model was part of increasing pressure " both legitimate and illegitimate " on the state's teetering insurance market. If regulators and the courts fail to take allegations of insurance fraud seriously, they're rolling out the red carpet for the next McClenny Moseley, Monson said. This is the biggest takedown in insurance defense history, and I'd say in the history of the country. #insurance #law

https://www.linkedin.com/feed/update/urn%3Ali%3AgroupPost%3A80469-7052683620934680577

4/14/2023 16:46

Can't Stop! Won't Stop!. Louisiana Managing Partner William Huye of McClenny, Moseley & Associates keeps doing his thing despite being suspended from the practice of law. . To quote the great Forrest Gump, Stupid is as stupid does.

MMA Posts - 0075

Monson 024806

https://www.linkedin.com/feed/update/urn%3Ali%3AgroupPost%3A3702090-7051265049344020480

4/10/2023 18:49

The Louisiana Legislative Session Begins Today.  Call Representative Cormier to Support HB 607. Louisiana State Representative Mack Cormier has pre-filed HB 607 to address systemic issues in Louisiana Bad Faith law. This bill is a game changer in that it defines the terms satisfactory proof of loss, arbitrary and capricious and mass catastrophic loss.  . It extends the payment deadlines before penalties from 30 to 60 days in a normal claims event and to 90 days in a mass catastrophic loss. It requires a claimant to provide 60 presuit notice to the insurer. It reduces penalties to 25% with NO ATTORNEYS FEES. It provides that no penalties will be awarded based on payment of an appraisal award. Call and Email Representative Mack and encourage him to proceed with this legislation.  504-356-3013; hse105@legis.la.gov. Also reach out to House Insurance Chairman Mike Huval at 337-332-3331; huvalm@legis.la.gov. This is the change necessary to keep out of state law firms like McClenny, Moseley & Associates from taking advantage of Louisiana policyholders.
#insurance #law #change

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7049831648124694528

4/6/2023 19:54

McClenny, Moseley & Associates Asserting Fee Liens . MMA is asserting attorney fee liens in the United States District Court for the Western District of Louisiana on cases after the entire firm has been suspended there for improper behavior and after the Louisiana Supreme Court suspended Louisiana Managing Partner William Huye. This Intervention happens to be filed against Rhonda Jones-Bell.  Counsel for MMA is Loyola University Law School Professor Dane Ciolino and Care Roubion and was objected to by counsel for Ms. Jones-Bell.  Ms. Jones-Bell is no being represented by Austin Marks of the Morris Bart law firm. Hilarious allegations here:  It is believed that Rhonda Jones-Bell, through the signatory Terrone Bell, and McClenny Moseley & Associates entered into a written contingency fee agreement . . . . It is believed McClenny Moseley & Associates represented both Rhonda and Terrone Bell. . It will be interesting to see the basis for the fee lien in this case, as it takes more than a belief, and especially if this contract was one obtained by Velawcity as agent for MMA.  . Stay tuned!

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7047677359784628224

3/31/2023 21:13

And another suit against William Huye and McClenny, Moseley & Associates. In this lawsuit, plaintiff alleges that Huye and MMA and plaintiff agreed on a Final Settlement Breakdown in August 2022 in which plaintiff was to receive over $76,000. Plaintiff allegedly still has not received the funds. . I'm glad to be the impetus behind this firm's Louisiana discipline and subsequent collapse but the behavior that continues to be alleged is worse than I could have ever imagined.

MMA Posts - 0076

Monson 024807

| | | |
|---|---|---|
| https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7046906361367965696 | 3/29/2023 18:10 | McClenny, Moseley & Associates cases STAYED in the middle District of Louisiana. Now, there is no MMA case that can proceed in the entire State of Louisiana. You know the rest. |
| https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7046817189110169601 | 3/29/2023 12:15 | McClenny, Moseley & Associates former Louisiana Managing Partner Withdraws from all Middle District of LA Cases. In an extraordinary filing, attorney William Huey has withdrawn as counsel in over 100 cases pending in the Middle District of Louisiana.  . Huye indicates that MMA is associating new counsel to handle the files. It is not up to MMA to associate new counsel. It is up to the litigants to find new counsel and not be forced to accept whomever this firm chooses for them. . Huye also confirms in footnotes that he is no longer working at the firm. Kind of interesting, since the communication came on MMA letterhead. . This is a direct result of The Monson Law Firm, LLC ˜s work in exposing the behavior of Huye and the firm. . #ethicsmatter |
| https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7046539249378070528 | 3/28/2023 17:51 | McClenny, Moseley & Associates is out of Louisiana according to their website. A review of the MMA website indicates that their New Orleans office no longer exists. It was great while it lasted. How much longer will the Florida by appointment only office stay open? |
| https://www.linkedin.com/feed/update/urn%3Ali%3AgroupPost%3A100542-7046457397044809728 | 3/28/2023 12:26 | The Monson Law Firm, LLC will be at CLM!. Headed to #Tampa today to attend the CLM Alliance (Claims and Litigation Management Alliance) Annual Conference. We are looking forward to seeing friends, colleagues and clients. Please contact me to sit down to learn about the actions our firm is leading against McClenny, Moseley & Associates , Apex Roofing and Restoration and others!. #clm2023 |
| https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7045775426249490432 | 3/26/2023 15:16 | Proud to support and work with the Louisiana Department of Insurance to enact Florida-style legislative changes. Please notify Louisiana legislators that we don't need another McClenny, Moseley & Associates in Louisiana!.  #insurance |
| https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7044691776040812544 | 3/23/2023 15:30 | The McClenny, Moseley & Associates fallout continues with another Malpractice Lawsuit. Please see the latest lawsuit filed against MMA for legal malpractice. We are now seeing more evidence of the harm this firm caused. |
| https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7044426364984164352 | 3/22/2023 21:55 | Apex Roofing & Restoration lawsuit against McClenny, Moseley & Associates' attorney William Huey. As promised, please see the attached lawsuit filed by Apex against MMA. In this lawsuit, MMA is blamed for the entire scheme. I'm not convinced. What do you think? |

MMA Posts - 0077

Monson 024808

https://www.linkedin.com/feed/update/urn%3Ali%3AgroupPost%3A80469-7044418499049361409

3/22/2023 21:24

Apex Roofing and Restoration has sued McClenny, Moseley & Associates for legal Malpractice. Today Apex sued MMA for legal malpractice in Covil District Court for the Parish of Orleans. The lady doth protest too much, methinks.. The pleading will be available shortly. Get your popcorn ready!

https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7044418179149795330

3/22/2023 21:22

Apex Roofing & Restoration has sued McClenny, Moseley & Associates for Legal Malpractice. Today Apex sued MMA for legal malpractice in Covil District Court for the Parish of Orleans. The lady doth protest too much, methinks.. The pleading will be available shortly. Get your popcorn ready!

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7042243452117401600

3/16/2023 21:21

McClenny, Moseley & Associates, Zach Moseley and William Huye BLASTED by COURT . The Monson Law Firm, LLC is proud to have brought the facts about MMA and their actions to light.  No other insurance defense firm challenged this firm like we did.  Most agreed to engage in mass settlements. Some amazing quotes from Judge North follow. William Huye, Zach Moseley, and McClenny, Moseley & Associates have been nothing less than a scourge on this State and its citizens, the Court, and the Bar. Since first appearing in this District less than a year ago, McClenny, Moseley & Associates, PLLC (MMA) and its attorneys, in particular Zach Moseley (Moseley) and R. William Huye, III (Huye), have engaged in a pattern of misconduct on a scale likely never before seen here. The record in these cases establishes that they have undertaken a brazen, multi-faceted campaign to enrich themselves with ill-gotten contingency fees paid to them by unwitting insurance companies ostensibly on behalf of named insureds that they and their firm did not represent. What are your favorite quotes?

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7041806595948756992

3/15/2023 16:25

SECOND CLASS ACTION FILED AGAINST McClenny, Moseley & Associates, James McClenny, Zach Moseley, Velawcity and Apex Roofing & Restoration. Beware the Ides of March!  Yesterday, a Class Action lawsuit was filed by Katherine Monson (yes, she is my beautiful wife) against the above parties in the Federal District Court for the Southern District of Texas.  This lawsuit seeks damages under Texas Statute Section 82.0651 - Civil Liability for Prohibited Barratry - of $10,000 for each person who was solicited by the prohibited barratry plus attorney's fees.

MMA Posts - 0078

Monson 024809

| | | |
|---|---|---|
| https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7041498480774709248 | 3/14/2023 20:01 | TEMPORARY RESTRAINING ORDER GRANTED AGAINST McClenny, Moseley & Associates, Velawcity, Apex Roofing & Restoration, James McClenny, Zach Moseley and William Huey. A TRO was issued yesterday against the above parties by the Honorable Brian Abels in relation to the class action filed against these parties.  Defendants are enjoined from:. - Filing or continuing to prosecute any lawsuit in connection to solicitation done by Velawcity, Apex or other roofing or construction contractor.<br>-  Filing or continuing to prosecute any lawsuit or claim where MMA does not have a signed engagement letter with the named insured.<br>- Operating any website designed to gather potential clients for MMA that does not contain and reference to MMA on the front page of the website.<br>- Contacting potential clients in-person on behalf of MMA<br>- Contacting potential clients vial telephone, email, text message, etc. without providing a clear indication that such communication is attorney advertisement. Defendants are ordered not to deplete or expend any fees earned, costs expended or monies obtained with respect to any clients or prospective clients solicited by defendants inconsistent with La. R.S. 37:213.1 or the Louisiana Rules of Professional Conduct. This truly is how you #winthestorm. |
| https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7041495952813166592<br><br>https://www.linkedin.com/feed/update/urn%3Ali%3AgroupPost%3A3702090-7040673410380681216 | 3/14/2023 19:51 | CLASS ACTION FILED against McClenny, Moseley & Associates, Velawcity, Apex Roofing & Restoration, Zach Moseley, James McClenny and William Huye. On March 13, 2023, the above parties were named defendants in a Petition for Class Action, Injunctive Relief and Damages by Louis Carter, III.  This suit details the Apex Scheme and the Velawcity Scheme.  This suit seeks damages for the unlicensed practice of law, violations of numerous Louisiana Statutes, the Louisiana Rules of Professional Conduct andthe Texas Deceptive Trade Practices Act. As there is a big plaintiffs' property conference in Fort Lauderdale this week, this should be a topic of great interest.  Bad behavior will no longer be tolerated or passed over and you will have to be on your best behavior to #winthestorm. |
| | 3/12/2023 13:22 | Regardless of the licensing issue, if the factual charges are correct, this PA should lose his license. The days of the harassing, bullying and threatening PA must come to an end. . We have several of these in Louisiana and now that MMA is out of the way, they will receive some special attention. |

MMA Posts - 0079

Monson 024810

https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7040071930170806272

3/10/2023 21:32   McClenny, Moseley & Associates is now Moseley & Associates

https://www.linkedin.com/feed/update/urn%3Ali%3AgroupPost%3A99321-7040007714676113409

3/10/2023 17:17   WIll McClenny, Moseley & Associates Change Their Name?. It appears as though James McClenny has left the building. He no longer appears on the website.  Neither does William Huye.  If the website is accurate, there are now ZERO Louisiana lawyers working at MA. See 'ya!

https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7040007624813150208

3/10/2023 17:16   WIll McClenny, Moseley & Associates Change Their Name?. It appears as though James McClenny has left the building. He no longer appears on the website.  Neither does William Huye.  If the website is accurate, there are now ZERO Louisiana lawyers working at MA. See 'ya!

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7038927784781512704

3/7/2023 17:46   Petition for Interim Suspension filed by Louisiana Office of Disciplinary Counsel Against William Huye. Please see the attached Petition filed by the Louisiana Office of Disciplinary Counsel (ODC) against McClenny, Moseley & Associates Louisiana Managing Partner William Huye. Respondent Richard William Huye, III . . . appears to be actively engaged in a pattern of serious and harmful ethical misconduct involving client fraud, insurance fraud, and deception towards the federal judiciary. . .Respondent poses a substantial threat of irreparable harm to the public and Interim Suspension is appropriate. The Monson Law Firm, LLC is directly related to the allegations contained in Sections V, VI, VII and VIII.  We have taken the lead on bringing to light the behavior of this law firm and are encouraged that the Supreme Court and ODC are taking steps to protect the public.

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7038906129870979072

3/7/2023 16:19   McClenny, Moseley & Associates Louisiana Managing Partner William Huye Suspended by Louisiana Supreme Court. Considering the Petition for Interim Suspension for Threat of Harm filed by the Office of Disciplinary Counsel, the Louisiana Supreme Court suspended William Huye on an interim basis effective March 3, 2023. Given that the rest of the attorneys in MMA's LA office quit, that the Western District has suspended all of the attorneys affiliated with the firm and the Eastern District has stayed all of the MMA cases, MMA is now not able to prosecute their cases. #ethics

https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7038861941322260480

3/7/2023 13:24   McClenny, Moseley & Associates Featured on Law.com Article. This saga continues to gain new reporters and followers. Fortunately, the story is shifting to the mess they are leaving the rest of us to deal with.

Monson 024811

| | | |
|---|---|---|
| https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7038851613658124288 | 3/7/2023 12:43 | Morris Bart offers second opinions on McClenny, Moseley & Associates Cases. The Morris Bart law firm, Louisiana's largest plaintiff's firm, is offering second opinions to customers of MMA. . A 16 page memo filed on February 22nd, 2023 by insurance defense attorney Matthew Monson has outlined the pre-screening process that McClenny Moseley & Associates and their lead generation company, Velawcity, utilized to acquire the necessary information to make these claims.  Louisiana Insurance Commissioner Jim Donelon, who has already issued a cease-and-desist order to MMA, said in a press release that the law firm's illegal insurance scheme is like nothing I've seen before. |
| https://www.linkedin.com/feed/update/urn%3Ali%3AgroupPost%3A80469-7037948614798675968 | 3/5/2023 0:55 | Chip Merlin's take on McClenny Moseley & Associates.<br>This Order will have a more far-reaching effect than just Louisiana. State and federal Bar rules require any attorney suspended in another jurisdiction to report that suspension to every other Bar where the attorney is licensed. Those other Bar associations can then investigate and start disciplinary proceedings if the conduct in one jurisdiction would be unethical in the other. The Order is sad because it will probably have the effect of harming the reputation of all attorneys. The vast majority of attorneys representing policyholders and insurance companies are ethical and simply doing the best they can for their clients with the talents and abilities God has given them. This current situation appears to be one of greed getting in the way of ethics and common sense. |
| https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7037948012651823104 | 3/5/2023 0:52 | Chip Merlin's take on McClenny, Moseley & Associates . This Order will have a more far-reaching effect than just Louisiana. State and federal Bar rules require any attorney suspended in another jurisdiction to report that suspension to every other Bar where the attorney is licensed. Those other Bar associations can then investigate and start disciplinary proceedings if the conduct in one jurisdiction would be unethical in the other. The Order is sad because it will probably have the effect of harming the reputation of all attorneys. The vast majority of attorneys representing policyholders and insurance companies are ethical and simply doing the best they can for their clients with the talents and abilities God has given them. This current situation appears to be one of greed getting in the way of ethics and common sense. |

MMA Posts - 0081

Monson 024812

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7037866241486725120

3/4/2023 19:27

McClenny, Moseley & Associates And All of Its Louisiana Attorneys SUSPENDED FROM PRACTICE before the Western District of Louisiana. MMA and its attorneys  Claude Reynaud III, Cameron Snowden, William Huye, Grant Gardiner, Zach Moseley , James McClenny and anyone affiliated with the firm are suspended from the Western District of Louisiana for 90 days.  At the conclusion of that period the matter will be referred to a full panel of the Article III judges of this court for the consideration of further discipline, which could include permanent suspension from practice in that district. It is further ordered that these attorneys or any attorney affiliated with MMA cannot settle any claims, handle any settlement funds or make disbursements of any kind druing the period of suspension. The Monson Law Firm, LLC the ONLY law firm that requested this relief in filings before the Western District.  Thanks to Judge Cain for doing what is right.

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7037798361978081280

3/4/2023 14:58

The Monson Law Firm, LLC Obtains $26,138.31 in Sanctions from McClenny, Moseley & Associates. On March 3, 2023, MMA was ordered to pay a total of $31,513.31 for its improper behavior for filing a second lawsuit on behalf of a plaintiff who they never represented.  . Neither Zach Moseley nor William Huye spoke, as their counsel handled the hearing on their behalf and offered no explanation for their improper behavior. This check was negotiated on August 15, 2022. They didn't even ask for Mr. Bartel's permission to negotiate it until September 19, 2022.(Page 15) . These are major problems, the likes of which I've never seen before, and I ain't been around that long, but, I mean, I've been around long enough. I've never seen anything like this or a problem of the scope like this, and I'm just talking about in this district. (Page 16) .  This has got to be the most brazen and obvious violation of Rule 11 that I've ever seen.  (Page 19). Finally, and to be clear that my findings in this matter in toto will not be limited to the narrow violation of Rule 11 for which MMA is being sanctioned here, I anticipate in due course that I will refer MMA to the disciplinary committee of this court . . . (Page 22). We will continue to expose MMA's behavior.  The people of Louisiana need to be sure that their claims are being handled ethically and appropriately. #lawfirm #ethicsmatter

https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7037593061513732096

3/4/2023 1:22

If you want to know how today's hearing with McClenny, Moseley & Associates  went, please read Alena Maschke's well-written article.

MMA Posts - 0082

Monson 024813

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7037398673164570624

3/3/2023 12:29

McClenny, Moseley & Associates Hurricane Ida Cases In the Eastern District of Louisiana Stayed. In another groundbreaking order, hundreds of lawsuits filed by MMA have been stayed due to the document production ordered by Judge Michael North in The Monson Law Firm, LLC's case, Franatovich v. Allied Trust and in another one of our cases, Allied Trust v. Steven Ripoll.  This is a significant step in bringin protection to the people of Louisiana and stopping MMA's questionable practices. . Stay tuned!  We have a hearing with Zach Moseley and William Huye of MMA this morning. Should be great.

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7037206097883000833

3/2/2023 23:44

McClenny, Moseley & Associates Louisiana Managing Attorney William Huye Disciplinary Recommendation Made. For the following reasons, the Committee finds that the evidence is clear and convincing that Mr. Huye violated Rules 7.2(a)(2 & 3) and 7.4(B)(2)(d). As a sanction, the Committee recommends a suspension of six (6) months, fully deferred.

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7036908402987474944

3/2/2023 4:01

Barry Zalma, Esq., CFE features McClenny, Moseley & Associates in his most recent publication

MMA Posts - 0083

Monson 024814

William Huye Distances Himself from McClenny, Moseley & Associates Marketing Tactics in Hearing. In the Eastern District of Louisiana, Malcolm Rick v. Occidental Fire, Case No. 22-4126, in a matter defended and brought before the court by attorney Lauren Baudot, MMA Louisiana Managing Partner William Huye attempts in open court to separate himself from MMA's marketing efforts in questioning from Magistrate Judge Michael North:. THE COURT: Okay. You are the managing partner of the law firm's office in New Orleans, and you've never seen one of those contracts before?

MR. HUYE: That's correct, Judge. My job is to handle the claims. I have no role in advertising or marketing. (Page 14). THE COURT: Where did you think thousands and thousands and thousands of clients were coming into your law firm from?

MR. HUYE: Marketing.

THE COURT: Well, this is marketing. This is marketing plus. This is marketing plus, a nonlawyer, Velawcity, sending contingency fee contracts to potential clients on your firm's behalf. That's what those contracts say; right?

MR. HUYE: Yes, Judge. (Page 16) . THE COURT: Now you're kind of going in the opposite direction with me. You're saying you stayed in your lane to process claims and had no idea where they were coming from.

MR. HUYE: Judge, I'm not trying to go in the opposite direction. I'm saying I had a very large role -- I have a very large role in the firm, and that is handling the claims. I've never had a role in marketing efforts. That's just not --

THE COURT: And you just never asked any questions about where all these cases were coming from?

MR. HUYE: Judge, I asked questions.

3/1/2023 0:01 THE COURT: And you were told it was all legit?

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7036485571283697664

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7036465303836368896

2/28/2023 22:40 McClenny, Moseley & Associates Ordered to Produce Proof of Representation

MMA Posts - 0084

Monson 024815

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7036464584370601984

2/28/2023 22:38

McClenny, Moseley & Associates Ordered to Provide Proof of Client Communications. There have been particular complaints of no client communication while insurers report that MMA has settled the client's case and received client funds, which has prompted this Court to investigate.  In the interest of protecting the public and underlying litigants the Court believes that a status conference with MMA and its clients, initially selected at random is necessary to confirm proper client communication concerning their case. MMA today has been ordered by the Honorable James David Cain to produce by 5:00 p.m. on Thursday, March 2, 2023 the following for a 50 page list of cases:. 1. A spreadsheet with each client's name and contact information;
2. A report reflecting any instance for which MMA has received a settlement check and the status of the location of that check; and
3.  A report identifying any settlement agreements and the defense counsel's identifying information. MMA is also to provide a fee of $50 per case for the costs of the Special Master

https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7036014190762885121

2/27/2023 16:48

Another Louisiana Attorney is asking to represent clients of McClenny, Moseley & Associates

https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7036007877592969216

2/27/2023 16:23

The Monson Law Firm, LLC featured in ClaimsJournal.com Article regarding McClenny, Moseley & Associates and Velawcity. #insurancedefense #insurance

https://www.linkedin.com/feed/update/urn%3Ali%3AgroupPost%3A80469-7035387423840735232

2/25/2023 23:17

The Monson Law Firm, LLC's clients featured in Louisiana Newspaper Article. Michael and Holly Caffarel, who The Monson Law Firm is representing pro bono, give a detailed account of how they were approached by Apex Roofing & Restoration and later represented without their knowledge by McClenny, Moseley & Associates. . The couple obtained legal representation from a family friend at The Monson Law Firm, which has emerged as a fierce opponent of McClenny in court. With the help of the attorney, they were able to get the necessary signatures to cash the checks themselves and hire a different roofing company.. Thanks to John Mineo, who took care of the Caffarels and protected them from MMA and Apex Roofing's predatory tactics.

https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7034658445677002752

2/23/2023 23:01

Another good summary of our recent filing by attorney, Chip Merlin. Our pleading is in his footnote in a link. There, you will see how the Velawcity team attempted to solicit me (of all people) via text message on behalf of McClenny, Moseley & Associates. . It is beyond time for this saga to end.

Monson 024816

https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7033453082273349632

2/20/2023 15:11

The McClenny, Moseley & Associates saga continues to be picked up by national media. Adolfo Pesquera of propertycasualty360.com reported on our pleadings in the Franatovich case this past Friday. Thanks, Adolfo, for your detailed coverage.

https://www.linkedin.com/feed/update/urn%3Ali%3AgroupPost%3A3702090-7033448948967108608

2/20/2023 14:55

Chip Merlin provides valuable insights on the McClenny, Moseley & Associates Administrative Action. I cannot recall an insurance commissioner ever bringing an action against lawyers in an administrative action. The allegations in this matter are very serious.. It is important to know that MMA is actively recruiting new clients in the state of Florida for Hurricane Ian claims. The Monson Law Firm, LLC  was instrumental in providing the Louisiana Department of Insurance with the facts upon which the Cease and Desist Order was based. We also already have direct evidence of text message marketing by MMA in Florida for Hurricane Ian. . Stay tuned for more!

https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7033448663192412160

2/20/2023 14:53

Chip Merlin  provides valuable insights on the McClenny, Moseley & Associates Administrative Action. I cannot recall an insurance commissioner ever bringing an action against lawyers in an administrative action. The allegations in this matter are very serious.. It is important to know that MMA is actively recruiting new clients in the state of Florida for Hurricane Ian claims. The Monson Law Firm, LLC  was instrumental in providing the Louisiana Department of Insurance with the facts upon which the Cease and Desist Order was based. We also already have direct evidence of text message marketing by MMA in Florida for Hurricane Ian. . Stay tuned for more!

https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7033157679187447808

2/19/2023 19:37

Plaintiffs Attorneys Eating Their Own. Attorney Joey LaHatte of LaHatte Law Firm has jumped into the fray and is advertising to the public for people who have been represented by McClenny, Moseley & Associates. . While LaHatte describes the Fiasco of Assignments of Benefits, it is important to know that he brought one of the first AOB lawsuits in Louisiana in 2016 in the case of Stacy Morgan v Americas Insurance Company EDLA Case No. 16-3900. This was the first case in the country in which there was a court order requiring an AOB contractor to sit for an EUO. LaHatte will not be the last attorney trying to profit off of MMA's behavior. We will remain vigilant and keep you up to date on all the latest developments.

https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7032467158433484801

2/17/2023 21:53

https://lnkd.in/g8sDMMap. Claims Journal Article

MMA Posts - 0086

Monson 024817

| | | |
|---|---|---|
| https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7032444334364909568 | 2/17/2023 20:23 | Louisiana Department of Insurance  issues Cease and Desist Order to McClenny, Moseley & Associates . Kudos to Jim Donelon for taking the lead in addressing insurance fraud in Louisiana. Other regulatory bodies in Louisiana need to follow his leadership. |
| https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7031368123383517184 | 2/14/2023 21:06 | McClenny, Moseley & Associates' $3,500 Solution Gets Them Thousands of Clients in Louisiana. In the Eastern District of Louisiana, MMA recently revealed the source of several thousand of their cases. Velawcity is the answer to your questions as to how this firm signed up more claimants than any other firm in Louisiana.  . These agreements show that MMA paid Velawcity $13,938,000  IN ADVANCE for 4268 clients.  However, many of these clients likely signed the attorney fee agreement prior to MMA ever engaging with the client. Law Firm agrees to pre-pay Velawcity a Fixed Rate of $3,500 per prescreened potential client reviewed for Law Firm and delivered to Law Firm.  (Page 15). but Velawcity will, as an independent contractor and agent for Law Firm, provide potential claimants who meet Law Firm's prescreening eligibility criteria with Law Firm's proposed fee agreement (Page 21) |
| https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7031353994023235584 | 2/14/2023 20:10 | McClenny, Moseley & Associates Admits to 856 Instances of Telling Carriers they represented the insured when they in fact represented Apex Roofing & Restoration. Please see the letter sent by MMA's Counsel.  In Exhibit D, there are 856 cases in which MMA admits to telling insurers that they represent the homeowner, when they actually represent Apex Roofing.  They also admit to receiving funds from carriers after making these false statements. It cannot be understated the significance of this admission.  . PLEASE SHARE. |
| https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7031005348593369088 | 2/13/2023 21:05 | McClenny Moseley & Associates Sends Insurance Industry Numerous CLARIFICATION OF PREVIOUS LETTER OF REPRESENTATION Letters. Beginning last Friday, MMA sent the insurance industry numerous letters with the caption CLARIFICATION OF PREVIOUS LETTER OF REPRESENTATION.  In these letters, MMA admits that it represents Apex Roofing & Restoration rather than the insured. Insurers should look at each of these files carefully, especially if payments have already been made and sent to MMA based on an incorrect prior Letter of Representation.  Policyholders should also be made aware of this new development. |
| https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7029808484422475778 | 2/10/2023 13:49 | For those of you who have been following the McClenny Moseley saga,  please see the transcript of last week's hearing. |

MMA Posts - 0087

Monson 024818

McClenny, Moseley & Associates Ordered to Court to Answer Detailed Questions on February 1, 2023 at 10:30 a.m.  . Yesterday, the Honorable Michael North, Chief Magistrate Judge of the United States District Court for the Eastern District of Louisiana issued the attached order.  Most of the questions set forth by the Court were in direct response to The Monson Law Firm, LLC's pleading filed in this case on Monday.  The court has ordered MMA name partner Zach Moseley to attend in person and answer questions.  Mr. Moseley has declined to participate when previously invited to hearings, so we look forward to seeing him in court. To be clear, the Court expects Huye and Mosely to be fully informed and conversant in every salient detail surrounding its representation of Plaintiff both pre-suit and in connection with Case No. 22-cv-4927. The Court will not accept from Huye and Mosely responses to these queries that place responsibility for answering them on any other individual, representative, vendor, or agent of MMA, nor will it accept requests by MMA to further investigate to determine the answers to these queries.  . If you have been affected by MMA's behavior and wish to attend this hearing, the address is:  500 Poydras Street, Room B419
New Orleans, LA 70130.  Space is extremely limited and based on the level of interest, we expect a full courtroom. Both Apex Roofing & Restoration and Velawcity are on the list of topics to be discussed. We are ready to shine the light on both of these MMA partners.

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7024411584257024000

1/26/2023 16:23   #insurance #insurancedefense

The Monson Law Firm, LLC Featured in  Claims Journal Article. Claims Journal featured The Monson Law Firm in an article about the $15,914 sanction recently issued against McClenny, Moseley & Associates. According to the article, Western District of Louisiana Judge Joseph said MMA seemed to rely exclusively on the information provided by Velawcity. He said the company was essentially a runner, a term of a person who illegally recruits insurance claimants. MMA Louisiana Managing Attorney R. William Huye, III said any comparison of Velawcity to an insurance claim runner is absolutely false. He said the company does advertising for his law firm and helps reach out to potential hurricane victims. He said MMA operates a call center staffed my non-attorneys who are given scripted answers to caller's questions, but all legal work is conducted by licensed attorneys.

https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A7023447991009116162

1/24/2023 0:34   #insurance #Velawcity #HowdidMMAget15000Cases?

MMA Posts - 0088

Monson 024819

| | | |
|---|---|---|
| https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7023442227020398593 | 1/24/2023 0:11 | Western District of Louisiana Lifts Stay on 140 McClenny, Moseley & Associates Lawsuits. This evening, the Honorable James David Cain, Jr. of the Western District of Louisiana lifted his stay order on 140 cases filed by McClenny, Moseley & Associates.  No reason was given as to why these cases were chosen.  We will continue to keep you up to date as matters develop. |
| https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7021206548970409984 | 1/17/2023 20:08 | McClenny, Moseley & Associates Sanctioned over $15,000!. Today, the Honorable David C. Joseph of the United States District Court for the Western District of Louisiana sanctioned the law firm McClenny, Moseley & Associates $15,914 in attorneys' fees and costs incurred by a defendant insurance company who never issued a policy of insurance to plaintiff and thus was wrongfully sued. The Court found that the law firm failed to properly investigate its claims before filing suit as required by Rule 11(b) of the Federal Rules of Civil Procedure. This is the first major financial sanction issued by the Western District of Louisiana against MMA.  There are at least two dozen more cases currently before the Western District in which insurers have alleged that no policy was in place for plaintiffs' claims.  There is obviously much more work to do. #insurance #lawfirm #sanctions |
| https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7019877066179301377 | 1/14/2023 4:05 | McClenny, Moseley & Associates  has hit a new low. |
| https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7016828842820476929 | 1/5/2023 18:12 | McClenny, Moseley & Associates Assessed Attorneys Fees and Costs  . On a hearing I attended in Federal District Court for the Western District of Louisiana on December 28, 2022 before the Honorable David C. Joseph.  MMA was assessed attorneys fees and costs for filing a frivolous lawsuit.  So, Mr. Huye, I think it's pretty clear you didn't comply with Rule 11 before you filed this lawsuit.  I mean, I can't think of less that you could do. |

MMA Posts - 0089

Monson 024820

McClenny, Moseley & Associates Accused by Homeowner of Sending a Demand Without the Homeowner's Permission. On December 1, 2022, before the Honorable Susie Morgan of the Eastern District of Louisiana in Case No. 22-2811, a homeowner made some shocking allegations during a status conference.  Included in these allegations are:. 1.  The Homeowner spoke with a person walking around his neighborhood attempting to sign people up to make hurricane claims

2. The Homeowner did not know about a demand letter sent on his behalf with an estimate prepared by Disaster Solutions totaling $119,777.84

3.  The Homeowner disagrees with the estimate, in that it exceeds the damages to his home

4.  The Homeowner never directly communicated with any attorney affiliated with MMA about this claim

5.  The Homeowner attempted to call MMA several times after the submission of the demand to get them to withdraw it.  However, he could never contact them and was only able to leave voicemails and/or speak with a secretary or operator. Please see the attached Order signed on December 15, 2022 by Judge Susie Morgan.  We have removed the Homeowner's name and identifying information from the attachment.

https://www.linkedin.com/feed/
update/urn%3Ali%3AugcPost%3
A7016448093197914113

1/4/2023 16:59

MMA Posts - 0090

Monson 024821

McClenny, Moseley & Associates Featured in Louisiana Newspaper Critique. Award-winning journalist Alena Maschke wrote a telling article about the recent court hearing before the Honorable James David Cain, Jr. on December 13, 2022.  Ms. Maschke also featured a particular circumstance not addressed by Judge Cain's proceeding as follows:. Keionne Jackson, 43, of New Orleans is one of McClenny's Ida clients. Ida barreled through Jackson's home last August, damaging it from the roof down to the electric wiring. She hired McClenny to file suit against her insurer, Progressive Insurance. The two parties reached a settlement almost a year later, in June, and Progressive issued two checks and sent them to the law firm. . But come November, Jackson had yet to receive any money. The firm kept the checks, citing a high number of clients as a reason for the delay. 'They have been giving me the run-around for almost a year,' Jackson said. She has since received two checks totalling $95,000, with the most recent check arriving on Dec. 16, more than half a year after it was first issued by her insurer. Insurers are required by state law to issue checks within 30 days of receiving proof of property damage, or they risk penalties. Jackson had to dig into her dwindling savings to make home repairs and rely on her adult children's help to pay bills. She also got help this summer from a city program that covered her mortgage payments Otherwise, she said, 'I would have lost my house, I would have lost everything because of them.'

https://www.linkedin.com/feed/update/urn%3Ali%3AgroupPost%3A99321-7011483419285082112

12/22/2022 0:11

McClenny, Moseley & Associates  Fails to Show for Court Hearing. This morning, I woke up early and drove two hours to the Federal District Court for the Western District of Louisiana for a 10:00 a.m. hearing to discuss why McClenny, Moseley & Associates filed a frivolous lawsuit against my client, who never issued a policy to the plaintiff.  Unfortunately, nobody showed up from that law firm, even though the Honorable David Joseph issued a clear order to do so. Stay tuned!  On Wednesday, December 28, 2022, we (or at least I) will be back there, hopefully along with plaintiff, and one of the principals of the firm.  Will it be Zach Moseley, James McClenny or both?  I really look forward to meeting them and hearing them explain why they filed this suit despite being told multiple times beforehand in writing that there was no policy issued. #99percentoflifeisjustshowingup

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A7011467967787909120

12/21/2022 23:10

Monson 024822

McClenny Moseley and Associates Accused of Criminal Forgery by Mortgage Holder. In a lengthy hearing on December 13, 2022 before the Honorable James David Cain, Jr. of the Western District of Louisiana, McClenny Moseley and Associates (MMA) was accused of criminal forgery of a mortgage holder's endorsement on a check that was deposited into MMA's account. Please see the attached transcript beginning at Page 57 and continuing through Page 85. On Pages 70 through 85, the live testimony of Kermith Sonnier, the representative of the mortgage holder, Accord Services, is clear that Mr. Sonnier did not give permission for MMA to endorse the check on his behalf. Well-respected Lake Charles attorney, Todd Townsley, states on Page 69, I think it's a criminal forgery, and I want to make a record.. We encourage the insurance industry to review each check written by you and deposited by MMA to make sure that the endorsements are in proper order. If not, please contact our office for assistance. Later that afternoon, attorneys for United National Insurance Company put on evidence (Pages 115-132) that there are numerous lawsuits against the insurer for which there was no policy ever issued. Eight matters were brought before the court's attention with potentially eight more for this carrier. Judge Cain pointed out on Page 128 that there is going to be a race to the courthouse for carriers to get answers filed before MMA requests a dismissal of the case. Once a case is answered, then MMA cannot voluntarily dismiss the case without prejudice. Judge Cain indicated on Page 132 that I will award them their attorney's fees for having to go through these files and answer these lawsuits and get them dismissed on something you should have already done. It is a sanctionable offense, not necessarily under Rule 11, but under the Court's inherent authority to award your attorney's fees.. Please let us know if you have lawsuits filed by MMA for which there was no policy issued. We will work with you to obtain an attorney fee award against MMA. There are many more amazing statements made throughout the hearing. Please comment with your favorite quotes below!

https://www.linkedin.com/feed/
update/urn%3Ali%3AugcPost%3
A7010681654239277056

12/19/2022 19:05

MMA Posts - 0092

Monson 024823

McClenny, Moseley & Associates Ordered Before Court to Explain Behavior in More than a Dozen Cases. The Honorable James David Cain, Jr. of the Federal District Court for the Western District of Louisiana recently issued Rules to Show Cause why Rule 11 Sanctions should not be issued to the #lawfirm of McClenny, Moseley & Associates (MMA) in at least 14 cases.  Judge Cain ordered the attorneys of MMA to appear on December 13, 2022 to explain their behavior. Matthew Monson, Esq. of The Monson Law Firm, LLC will be in attendance on behalf of our client and are prepared to show how sanctions are appropriate. The issues identified by Judge Cain are as follows:
- Whether MMA conducted adequate pre-suit investigation into the viability of plaintiffs' claims
- Multiple cases where the carriers had not issued an #insurance  policy to plaintiff
- Whether MMA brought suit on matters previously settled
- Plaintiffs have contacted chambers raising questions about the dismissal of a case
- Whether the amount in controversy in cases in Monroe and Ruston (five hour drives from where Hurricane Laura made landfall) meets the court's $75,000 jurisdictional limit. The Case Numbers for tomorrow's hearings include:
22-4217, 22-4250, 22-5523, 22-5588, 22-5428, 22-5541, 22-3447, 22-4895, 22-4897, 22-4902, 22-3993, 22-4540, 22-4585, 22-4601. Stay tuned!

https://www.linkedin.com/feed/update/urn%3Ali%3AgroupPost%3A105791-7008087866442493953

12/12/2022 15:19

Monson 024824

https://www.linkedin.com/feed/update/urn%3Ali%3AgroupPost%3A80469-6994699673332588544

11/5/2022 16:39

A MUST WATCH!  McClenny, Moseley & Associates Gets Reviewed Online by Contractor Influencer Dmitry Lipinskiy. Dmitry Lipinskiy, CEO of Directorii, conducts a review of McClenny, Moseley & Associates and the recent hearing in the Western District of Louisiana.  Zach Moseley tries to explain his firm's behavior at the 11:00 minute mark and admits his firm has signed up 15,000 cases, most of which are related to Hurricane Ida.  He specifically denies the allegations that his firm seeks to engage in Global Settlements, even though he states that through his investments in technology, his firm can mediate 500 cases per day!  . Zach Moseley admits to 80 instances of filing multiple lawsuits on behalf of the same plaintiffs after filing them in a single suit. 13 cases were also intentionally double filed after getting error notices. 5 other lawsuits were filed in areas outside of the geographic area of Hurricane Laura's impact, but that the clients insisted that Hurricane Ida did not cause the damage. He states I as an attorney don't have the right to file a lawsuit on behalf of my client.  It is the client that tells me to do that and I have to do what my client says. Zach Moseley proudly boasts that Our goal is to help 50,000 people in Louisiana. Moseley further admits My firm is doing things that have never been done.  In quantities that have never been done. Moseley states What if I wasn't there?  Very interesting since Moseley does not have a Louisiana law license. PLEASE LIKE AND SHARE! #insurance #insuranceindustry #insuranceclaims #insuranceclaim #hurricanelaura #hurricanedelta #hurricaneida

MMA Posts - 0094

Monson 024825

https://www.linkedin.com/feed/update/urn%3Ali%3Ashare%3A6994698910921359360

11/5/2022 16:36

A MUST WATCH!  McClenny, Moseley & Associates Gets Reviewed Online by Contractor Influencer Dmitry Lipinskiy. Dmitry Lipinskiy, CEO of Directorii, conducts a review of McClenny, Moseley & Associates and the recent hearing in the Western District of Louisiana.  Zach Moseley tries to explain his firm's behavior at the 11:00 minute mark and admits his firm has signed up 15,000 cases, most of which are related to Hurricane Ida.  He specifically denies the allegations that his firm seeks to engage in Global Settlements, even though he states that through his investments in technology, his firm can mediate 500 cases per day!  . Zach Moseley admits to 80 instances of filing multiple lawsuits on behalf of the same plaintiffs after first filing them together in a single suit. 13 cases were also intentionally double filed after getting error notices. 5 other lawsuits were filed in areas outside of the geographic area of Hurricane Laura's impact, but that the clients insisted that Hurricane Ida did not cause the damage.  He states I as an attorney don't have the right to file a lawsuit on behalf of my client.  It is the client that tells me to do that and I have to do what my client says. Zach Moseley proudly boasts that Our goal is to help 50,000 people in Louisiana. Moseley further admits My firm is doing things that have never been done.  In quantities that have never been done. Moseley states What if I wasn't there? Very interesting since Moseley does not have a Louisiana law license. PLEASE LIKE AND SHARE! #insurance #insuranceindustry #insuranceclaims #insuranceclaim #hurricanelaura #hurricanedelta #hurricaneida

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A6991913552651436032

10/29/2022 0:08

McClenny, Moseley & Associates Gets Grilled by Court in Transcript . See the attached transcript of the McClenny Moseley Motion hearing that took place on October 20, 2022 in front of the Honorable James David Cain in the Western District of Louisiana.  As evidenced by the transcript, Judge Cain is taking great steps to protect the policyholders of Louisiana.  . Please share and repost!. #ethics #consumerprotection #uber

MMA Posts - 0095

Monson 024826

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A6989325377781317632

10/21/2022 20:43

BREAKING NEWS!!!!!  McClenny, Moseley & Associates Cases Stayed in Groundbreaking Court Order. On October 21, 2022, the Honorable James David Cain, Jr. issued the attached Order staying 1642 lawsuits filed by McClenny, Moseley & Associates as the court has concerns about this law firm's representation and due diligence in preparing their pleadings in the vast number of Hurricanes Laura/Delta lawsuits filed in the Western District of Louisiana. The court further ordered that MMA produce a hard copy of each and every retention and/or engagement contract for an in camera inspection. MMA is being sanctioned $200 for every duplicate lawsuit, any lawsuit that was previously settled or dismissed and/or where the claim for damage was filed outside of the normal damage area. All cases are also STAYED.  The stay will be lifted for filing Motions to Dismiss the suit. Finally, the lawsuits SHALL NOT be mass mediated, litigated or settled.

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A6988966068165779456

10/20/2022 20:55

McClenny, Moseley & Associates Sued For Alleged Violation of Civil Rights Act. On October 11, 2022, Ambar Balderas Istre filed suit in the United States District Court for the Southern District of Texas against McClenny Mosely & Associates (MMA). Plaintiff alleges that MMA violated Title VII of the Civil Rights Act. Specifically, plaintiff alleges that she was fired in retaliation for raising concerns in writing about certain racist activities that created a hostile work environment at the MMA office. Plaintiff's suit seeks economic and compensatory damages and attorney fees. A copy of the suit, Civil Action No. 4:22-CV-3510, is attached.
#civilrights #discriminationlaw #endracism

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A6976152830311092225

9/15/2022 12:20

McClenny, Moseley & Associates Files 1800 #Hurricane Laura Lawsuits in 4 Days. In a Video posted by restoration contractor Disaster Solutions, who refers themselves as a partner of  McClenny, Moseley & Associates (MMA), Louisiana MMA Managing Partner William Huye openly brags about filing 1800 Hurricane Laura lawsuits in the four days leading up to the statute of limitations.  This count is more than what was filed by many native Lake Charles law firms and is interesting since MMA did not even register an office in Louisiana until October 26, 2020 - AFTER the landfall of Hurricanes Laura and Delta.  These lawsuits were being filed from MMA's Louisiana office in downtown New Orleans - not in Lake Charles. Please COMMENT and SHARE to express your congratulations to MMA!
#insuranceclaims #insurance #insurtech

MMA Posts - 0096

Monson 024827

McClenny, Moseley & Associates Sues Wells Fargo Bank for its Attorneys Fees. McClenny Moseley & Associates (MMA) filed a Complaint for Declaratory Judgment in the United States District Court for the Eastern District of Louisiana against Wells Fargo Bank, N.A. (Wells Fargo) on August 26, 2022. MMA alleges that Wells Fargo wrongfully refuses to endorse settlement checks issued by insurance carriers to seven mortgagors.  MMA alleges that Wells Fargo refuses to endorse the settlement checks.  Further, MMA alleges that Wells Fargo has refused to consent to releasing MMA's attorneys fees, claiming that as a loss payee under the standard mortgage clause, Wells Fargo is entitled to the entirety of the insurance proceeds. Most interesting in this lawsuit is that MMA is not filing suit on behalf of its seven clients who suffered damage due to a hurricane, but is only looking to recover its own fees. It will be interesting to see how these events unfold. What do you think?  Please comment and share. #banking #wellsfargo #insurance #insuranceclaims #attorney #attorneyfees

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A6970761529767985152

8/31/2022 15:17

McClenny, Moseley & Associates SUED FOR BREACH OF CONTRACT IN EMPLOYMENT CASE. Mc.Clenny Moseley & Associates (MMA) was recently sued in the United States District Court for the Southern District of Alabama in the case entitled Neal Townsend v. McClenny Moseley & Associates, PLLC, James M. McClenny, John Z. Moseley and Adam T. Walton, Case No. 22-cv-6. In this suit, Townsend alleges that he entered into a written Employment Contract as the Managing Partner of the firm's Southeast Regional Office (SRO) in Fairhope, Alabama. Townsend alleges that he did not receive his contractually guaranteed bonus or his ten percent share of net revenue. Townsend alleges that MMA subtracted additional expenses related to the firm's Houston office unrelated to the SRO, to wrongfully reduce the promised payment to Townsend. After leaving MMA, numerous clients followed Townsend. Townsend alleges MMA contacted Townsend's clients and informed them they would owe double attorneys' fees. Townsend alleges MMA breached the Rules of Professional Conduct and violated Alabama law. . In this Complaint, Townsend seeks compensatory damages, punitive damages, interest, attorney's fees and costs, as well as injunctive relief preventing interference with client relationships and production of client files.

A copy of the First Amended Complaint is attached below. While originally filed under seal, the unsealed version of the suit is attached.

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A6965349789773283328

8/16/2022 16:53 #employment #law

MMA Posts - 0097

Monson 024828

McClenny, Moseley & Associates SOLICITING CLIENTS USING UNSOLICITED TEXT MESSAGES

My wife recently received an unsolicited text message from an unknown number identified as +14307032100. The unsolicited text message stated as follows:

You qualify for Hurricane Ida owed claim_$$$! Pick Yes to the first 3 questions and NO for attorney to claim¦D7.tap622.com St

The unsolicited text message did not identify the sender and did not identify any lawyer or law firm. There was no location of practice identified, nor was there a Louisiana State Bar Association Lawyer Advertising Filing Number supplied. Rather there was a promise of money if certain answers were provided at the website that was enabled by the link D7.tap622.com

My wife clicked on the link, which sent her directly to the website www.DisasterClaimHelp.com. On the first page of this website, again, there is no mention of a law firm name or attorney involved. Rather, there is a series of questions presented to the viewer, which is listed as a series of Steps.  Please go to this website and see for yourself. After completing those steps and clicking the button SEE IF I QUALIFY, she instantly received a second text message, this time from an unknown number identified as +1(318) 536-6739 which stated:

Thank you for contacting McClenny Moseley & Associates. Our representatives will be calling you shortly about your Storm Damage claim. Reply STOP to opt-out.

At no point in the entire process, either in the first text message or on the website, was McClenny, Moseley & Associates  or any of its attorneys identified. She has since received numerous phone calls, voicemails, text messages and dozens of emails encouraging her to sign a contract, a copy of which is also attached.

https://www.linkedin.com/feed/update/urn%3Ali%3AugcPost%3A6964967109369991169

8/15/2022 15:32 Do you find this kind of behavior appropriate?  Please COMMENT below to share your thoughts. Please

MMA Posts - 0098

Monson 024829