iMessage

Apr 10, 2023 at 10:38 AM

What is the best way to get in touch with Mag. North if you know?

Just call Blanca in his office.

Okay thanks

Caldwell 001

Monson 022583

Apr 28, 2023 at 7:25 AM

Just emailed a Texas lawsuit on MMA's public adjuster. This is huge! Let's talk.

May 1, 2023 at 4:45 PM

**Storm victims caught in massive 'roofing scheme' involving Texas law firm**

Jul 11, 2023 at 2:41 PM

Quick question— is there any solid evidence that MMA in fact was bringing adjustment of claims in house?

They have the multiple lawsuits and a nice affidavit from GES.

GES sued MMA for almost $10 million

They filed an Affidavit with an attachment of 1590 claims they adjusted.

Okay

Thanks

I'll be filing my GES complaint for unlicensed public adjusting shortly.

Sep 7, 2023 at 8:17 AM



Caldwell 002

Monson 022584

**Insurance Fraud | John Schroder for Governor 2023**   >

Sep 29, 2023 at 8:05 AM

Morning— I see Ronald Hornback is going to be speaking in San Antonio on first party litigation.  I presume he is going to be talking some about MMA?  I am speaking on Monday and am probably going to just brush over it if he is going to be talking about them more in depth.

Sep 30, 2023 at 8:15 PM

I'm not sure how much of that he will be talking about. I will be there.  Flying up tomorrow morning. Let's get some face time.

Oct 1, 2023 at 11:22 AM

Sounds good.  Here with the wife and flew in yesterday so we'll be around.

Oct 2, 2023 at 2:34 PM

I meant to fold ya'll in the MMA discussion but looked at the clock and lost my train of thought.

No worries. You got the topic out there. It came up from one of these speakers at the lunch.

Nov 7, 2023 at 8:15 AM

Just saw the WWL story.  Looks like jail

Hope so. I want a copy of the criminal complaint that was shown.

May 7, 2024 at 11:15 AM

Hey you got a sec?  I had a question about the Carrafels claim

Caldwell 003

Monson 022585

claim

Feb 1, 2025 at 8:45 AM

We need the AG's office to prosecute this asap.

 FILE_1446.pdf

They are not going to

They should be called out publicly.

I am still trying to build a case in Tammany because they will prosecute if I get them a good case. The majority of the MMA filings are in the Eastern District and I'm not sure if I can NOLA DA's office to do anything. Let me look at my case files again and Monday and see if I can work something.  Feds have done nothing on this not surprising.

Caldwell 004

Monson 022586