Outlook

---

## Global Estimating Service

---

**From** Matthew Monson <matthew@monsonfirm.com>

**Date** Fri 4/28/2023 8:12 AM

**To**  Nathan Strebeck <Nathan.Strebeck@ldi.la.gov>

**Cc**  Thomas Travis <Thomas.Travis@ldi.la.gov>; David Caldwell <David.Caldwell@ldi.la.gov>

📎 1 attachment (162 KB)

GES_vs_MMA.pdf;


This is an unlicensed public adjusting entity who did ALL of MMA's estimates. Also it is my understanding that they used unlicensed people to do inspections and write the estimates.


Matthew D. Monson
Sent from my iPhone


On Apr 20, 2023, at 8:50 AM, Nathan Strebeck <Nathan.Strebeck@ldi.la.gov> wrote:

Monson 023027

Adam,

As a follow up to our conversation, I would offer:

1. P . 8, Line 16. I believe the reference to La. R.S. 22:1906 should be La. R.S. 22:1706
2. P. 12, Line 2. We should consider striking "to which neither appraiser objected" or make it clear how the commissioner will deal with the scenario where all umpires face an objection from the appraiser.

<image003.png>   **Nathan Strebeck, CIE, CPCU, AIC, ALMI, APIR, MCM**
**Deputy Commissioner**
**Office of Insurance Fraud**
**Louisiana Department of Insurance**
1702 N. Third Street (70802) | P.O. Box 94214 | Baton Rouge | LA | 70804-9214
☎ Office: (225) 219-5819| 🖥 Fax: (225) 342-7393
✉ Email: nathan.strebeck@ldi.la.gov | 🖱 Website: https://ldi.la.gov

CONFIDENTIALITY NOTICE:

This message and any attachments are from the Louisiana Department of Insurance (LDI) and are intended for the recipients named above. This message and the information contained herein are subject to the rules, policies, and procedures of the LDI as may be revised from time to time, and may be confidential, proprietary, privileged or exempt from disclosure pursuant to applicable federal or state law. The sending or receiving of this message is not a waiver of the confidential, proprietary, privileged or exempt status of the information transmitted. Unauthorized forwarding, printing, copying, distribution or use of such information is strictly prohibited and may be unlawful. Any views or opinions expressed may be those of the author and may not necessarily represent those of Louisiana Department of Insurance.  If you are not the intended recipient, please promptly delete this message and delete or destroy any copies thereof and notify the sender of the delivery error by e-mail or by calling the LDI at (225) 342-4956.

Information to and from the Department of Insurance may be subject to disclosure under certain limited circumstances.  Please contact the Department at (225) 342-4956 if you have any questions.

**From:** Adam Patrick <Adam.Patrick@ldi.la.gov>
**Sent:** Wednesday, April 19, 2023 4:10 PM
**To:** Thomas Travis <Thomas.Travis@ldi.la.gov>; David Caldwell

Monson 023028

<David.Caldwell@ldi.la.gov>; Matthew Monson <matthew@monsonfirm.com>;
Nathan Strebeck <Nathan.Strebeck@ldi.la.gov>
**Cc:** Nick Lorusso <Nicholas.Lorusso@ldi.la.gov>
**Subject:** RE: HB-604 HCA

Good catch. Thanks!

<image001.jpg>
### Adam Patrick

Legislative Liaison/NAIC Liaison
Office of Policy, Innovation, and Research
**Louisiana Department of Insurance**
p:  225.342.5140   c: 318.282.8523
a:  P.O. Box 94214, Baton Rouge, LA 70804
w:  ldi.la.gov   e: Adam.Patrick@ldi.la.gov

---

**From:** Thomas Travis <Thomas.Travis@ldi.la.gov>
**Sent:** Wednesday, April 19, 2023 4:06 PM
**To:** Adam Patrick <Adam.Patrick@ldi.la.gov>; David Caldwell
<David.Caldwell@ldi.la.gov>; Matthew Monson <matthew@monsonfirm.com>;
Nathan Strebeck <Nathan.Strebeck@ldi.la.gov>
**Cc:** Nick Lorusso <Nicholas.Lorusso@ldi.la.gov>
**Subject:** RE: HB-604 HCA

Maybe this should be changed to the following:

On page 17, line 5, change "commissioner" to "commissioner or, if suit has been
filed, to the judge".

---

**From:** Adam Patrick <Adam.Patrick@ldi.la.gov>
**Sent:** Wednesday, April 19, 2023 4:03 PM
**To:** Thomas Travis <Thomas.Travis@ldi.la.gov>; David Caldwell
<David.Caldwell@ldi.la.gov>; Matthew Monson <matthew@monsonfirm.com>;
Nathan Strebeck <Nathan.Strebeck@ldi.la.gov>
**Cc:** Nick Lorusso <Nicholas.Lorusso@ldi.la.gov>
**Subject:** RE: HB-604 HCA

Good afternoon guys,

Here are a couple that I missed and some technical amendments. I think that will
wrap things up, unless y'all caught anything else.

On page 6, delete line 9 in its entirety

On page 6, line 10, change "(3)" to "(2)"

Monson 023029

On page 6, line 12, change "(4)" to "(3)"

On page 6, line 13, change "(5)" to "(4)"

On page 17, line 5, change "commissioner" to "commissioner, or if suit has been filed to the judge,"

<image001.jpg>

**Adam Patrick**
Legislative Liaison/NAIC Liaison
Office of Policy, Innovation, and Research
**Louisiana Department of Insurance**
p:  225.342.5140   c: 318.282.8523
a:  P.O. Box 94214, Baton Rouge, LA 70804
w:  ldi.la.gov   e: Adam.Patrick@ldi.la.gov

**From:** Adam Patrick
**Sent:** Wednesday, April 19, 2023 2:42 PM
**To:** Thomas Travis <Thomas.Travis@ldi.la.gov>; David Caldwell <David.Caldwell@ldi.la.gov>; Matthew Monson <matthew@monsonfirm.com>; Nathan Strebeck <Nathan.Strebeck@ldi.la.gov>
**Cc:** Nick Lorusso <Nicholas.Lorusso@ldi.la.gov>
**Subject:** HB-604 HCA

Good afternoon guys,

Attached is an updated copy of House Committee Amendments for HB-604 based on our phone conference earlier today. Please let me know if any changes need to be made. Thanks!

<image001.jpg>

**Adam Patrick**
Legislative Liaison/NAIC Liaison
Office of Policy, Innovation, and Research
**Louisiana Department of Insurance**
p:  225.342.5140   c: 318.282.8523
a:  P.O. Box 94214, Baton Rouge, LA 70804
w:  ldi.la.gov   e: Adam.Patrick@ldi.la.gov

Monson 023030

4/26/2023 7:28 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 75063357
By: Rhonda Momon
Filed: 4/26/2023 7:28 PM

CAUSE NO. _____

| | | |
|---|---|---|
| GLOBAL ESTIMATING SERVICES, INC. | § | IN THE DISTRICT COURT OF |
| | § | |
| vs. | § | HARRIS COUNTY, TEXAS |
| | § | |
| McCLENNY, MOSELEY | § | |
| & ASSOCIATES, PLLC | § | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

COMES NOW, Plaintiff, GLOBAL ESTIMATING SERVICES, INC. ("Plaintiff"), and files this its Original Petition against Defendant, McCLENNY, MOSELEY & ASSOCIATES, PLLC ("Defendant"), and would respectfully show the Court as follows:

### DISCOVERY CONTROL PLAN

1.     Discovery is intended to be conducted under Level 3 of Texas Rule of Civil Procedure 190.4.

### PARTIES

2.     Plaintiff, GLOBAL ESTIMATING SERVICES, INC., is a Delaware corporation, registered with the Texas Secretary of State to conduct business in Texas, with its principal place of business located in Montgomery County, Texas.

3.     Defendant, McCLENNY, MOSELEY & ASSOCIATES, PLLC, is a Texas limited liability company with its principal place of business located at 516 Heights Blvd., Houston, Texas 77007 and/or 1415 Louisiana St. #2900, Houston, Texas 77002. Defendant may be served with process by serving its registered agent for service of process as follows:

CT Corporation System
1999 Bryan Street, Suite 900
Dallas, Texas 75201

or by serving any member anywhere he may be found.

1

Monson 023031

**JURISDICTION & VENUE**

4.      Venue is proper in Harris County, Texas because Defendant's principal office is located in Harris County, Texas. Venue is proper in Harris County, Texas, because all or a substantial part of the events giving rise to Plaintiff's claim occurred in Harris County, Texas.

5.      The Court has jurisdiction over the controversy because the damages sought are within the jurisdictional limits of this Court. Plaintiff seeks monetary relief over $1,000,000.00, excluding interest, attorneys' fees and costs. TEX. R. CIV. P. 47(c)(4).

6.      The Court has jurisdiction over Defendant because it is registered to conduct business in Texas and does conduct business in Texas.

**BACKGROUND**

7.      Plaintiff was hired by Defendant to provide field inspection services for residential and commercial property losses suffered by certain of Defendant's clients as a result of hail, fire, water intrusion, collapse, wind damage and/or flood damage. The scope of the work Defendant hired Plaintiff to perform included providing written estimates for the construction repair work and/or restoration work for the subject properties.

8.      Plaintiff invoiced Defendant for each property on which it provided the above-referenced services. While Defendant paid some of the invoices, it has since fallen woefully behind on payments due and owing to Plaintiff.

9.      Plaintiff has provided written demand to Defendant, as well as an accounts receivable report for open invoices. Some of the outstanding invoices are more than a year old, and the current balance due and owing to Plaintiff is $9,865,862.99.

10.     Simply put, Defendant requested the services, Plaintiff provided the services, and Defendant has failed to pay for the services Plaintiff provided. Such failures on Defendant's part

2

Monson 023032

constitute a breach of the parties' agreement, for which Plaintiff seeks recovery in this lawsuit.

### FIRST CAUSE OF ACTION:
### BREACH OF CONTRACT

11.     Defendant requested that Plaintiff provide inspection and estimating services for specific properties owned and/or leased by certain of Defendant's clients. Defendant agreed to pay Plaintiff for its services pursuant to a specific payment schedule. Plaintiff performed, or in the alternative substantially performed, all of its obligations under the Agreement with Defendant, including, but not limited to, providing Defendant with the requested written repair and/or remediation estimates.

12.     Defendant materially breached the parties' agreement by failing to pay Plaintiff for the services Plaintiff provided, for which Plaintiff seeks to recover its actual damages as reflected on the invoices totaling $9,865,862.99, plus attorneys' fees, interest and costs.

### SECOND CAUSE OF ACTION:
### QUANTUM MERUIT

13.     Alternatively, Plaintiff provided services to Defendant which were requested by Defendant and under circumstances which Defendant knew, or reasonably should have known, that Plaintiff expected payment, without making payment therefore.

14.     Defendant is liable to Plaintiff in the amount of $9,865,862.99, the reasonable value of the services furnished to Defendant, for which Plaintiff seeks recovery in this lawsuit.

### ATTORNEYS' FEES AND INTEREST

15.     Plaintiff is entitled to recover reasonable attorney's fees from Defendant pursuant to Chapter 38 of the TEXAS CIVIL PRACTICES & REMEDIES CODE.

16.     Plaintiff is entitled to recover prejudgment and post-judgment interest at the highest legal rate allowed by law.

Monson 023033

**CONDITIONS SATISFIED**

17.    Plaintiff has fully or substantially performed all acts necessary to perfect and establish all claims and causes of action asserted in this lawsuit.

**PRAYER**

WHEREFORE, Plaintiff, GLOBAL ESTIMATING SERVICES, INC., respectfully requests that Defendant, McCLENNY, MOSELEY & ASSOCIATES, PLLC, be duly cited to appear and answer, and that Plaintiff have judgment against Defendant for:

(a)    Plaintiff's actual damages;

(b)    Prejudgment interest;

(c)    Post-judgment interest;

(d)    Reasonable attorneys' fees in the trial court and all appellate courts;

(e)    All costs of court in the trial court and all appellate courts;

(f)    Collection costs; and

(g)    All other relief to which Plaintiff may show itself justly entitled.

Respectfully submitted,

ANDREWS MYERS, P.C.

By:    */s/ Lisa M. Norman*
        LISA M. NORMAN
        Texas Bar No. 24037190
        lnorman@andrewsmyers.com
        COLBY M. BINFORD
        Texas Bar No. 24109645
        cbinford@andrewsmyers.com
        1885 Saint James Place, 15th Floor
        Houston, Texas 77056
        713-850-4200 – Telephone
        713-850-4211 – Facsimile

ATTORNEYS FOR PLAINTIFF
GLOBAL ESTIMATING SERVICES, INC.

4

Monson 023034

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Lisa Norman on behalf of Lisa Norman
Bar No. 24037190
lnorman@andrewsmyers.com
Envelope ID: 75063357
Filing Code Description: Petition
Filing Description: Plaintiff's Original Petition
Status as of 4/27/2023 8:14 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Colby M.Binford | | CBinford@andrewsmyers.com | 4/26/2023 7:28:58 PM | SENT |
| Lisa MNorman | | lnorman@andrewsmyers.com | 4/26/2023 7:28:58 PM | SENT |
| Kathy Bocco | | kbocco@andrewsmyers.com | 4/26/2023 7:28:58 PM | SENT |

Monson 023035