Outlook

## Re: Pending case with no answer filed

**From** Michael North <Michael_North@laed.uscourts.gov>

**Date** Wed 12/18/2024 12:31 PM

**To** Matthew Monson <matthew@monsonfirm.com>

It is the former for sure. Not sure about the latter.
Sent from my iPhone

> On Dec 18, 2024, at 12:16 PM, Matthew Monson <matthew@monsonfirm.com> wrote:

**CAUTION - EXTERNAL:**

Monson 026685

Thanks for the heads up.

We did have case no. 23-cv-415 dismissed.  We did not settle.  Southern Vanguard is our client who writes business in Texas.  They do not write business in Louisiana and did not issue a policy to the plaintiff.

In case no. 23-cv-4526, it does not appear that Southern Vanguard was ever served.  We are reaching out to them today to determine whether a policy ever existed.  Either way, we will be happy to file the appropriate responsive pleadings.

I wonder if this is another Galindo/MMA/Velawcity special.

All the best,
**MATTHEW MONSON, ESQ.**
O: 985.778.0678 D:  985.778.0680 M: 504.289.4939
Matthew@MonsonFirm.com
<image001.png>

---

**From:** Michael North <Michael_North@laed.uscourts.gov>
**Date:** Wednesday, December 18, 2024 at 11:36 AM
**To:** Matthew Monson <matthew@monsonfirm.com>
**Subject:** Pending case with no answer filed

Matt – can you look into this and let me know what you find?  Open case against Southern Vanguard (23-cv-4526) with no answer filed.  Looks like a similar case was settled? (23-cv-4515).  Thanks.

**********************************
MICHAEL B. NORTH
Chief United States Magistrate Judge
United States District Court
Eastern District of Louisiana
(504) 589-7610

Monson 026686

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Monson 026687