**Query**   **Reports**   **Utilities**   **Help**   **Log Out**

CLOSED,IDA_CMO

# U.S. District Court
## Eastern District of Louisiana (New Orleans)
## CIVIL DOCKET FOR CASE #: 2:23-cv-05316-ILRL-MBN

| | |
|---|---|
| Foskey et al v. American Modern Property and Casualty Insurance Company | Date Filed: 09/15/2023 |
| | Date Terminated: 12/13/2024 |
| Assigned to: Judge Ivan L.R. Lemelle | Jury Demand: Defendant |
| Referred to: Magistrate Judge Michael North | Nature of Suit: 110 Insurance |
| Case in other court: 21st Judicial District Court, Tangipahoa Parish, 23-02708, A | Jurisdiction: Diversity |
| Cause: 28:1332 Diversity-Insurance Contract | |

**Plaintiff**

**Sherry Foskey**                    represented by   **Lourdes Liliana Salazar Duarte**
Morris Bart LLC
601 Poydras Street 24th Floor
New Orleans, LA 70130
504-262-5345
Email: lsalazar@morrisbart.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Austin Marks**
Morris Bart LLC
601 Poydras St
Ste 2400
New Orleans, LA 70130
504-599-3351
Fax: 866-614-3103
Email: amarks@morrisbart.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Irving Foskey**                    represented by   **Lourdes Liliana Salazar Duarte**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Austin Marks**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**American Modern Property and Casualty Insurance Company**                    represented by   **Matthew A. Woolf**
Baker Donelson Bearman Caldwell &

Berkowitz (New Orleans)
201 St. Charles Ave.
Suite 3600
New Orleans, LA 70170
504-566-5262
Email: mwoolf@bakerdonelson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allison Melissa Ramsey Carter**
Montiel Hodge
400 Poydras Street
Suite 2325
New Orleans, LA 70130
504-323-5885
Email: mcarter@montielhodge.com
*ATTORNEY TO BE NOTICED*

**Frank B. O'Hale**
Law Office of John P. O'Hale, P.A.
106 South Third Street
Smithfield, NC 27577
919-934-6021
Email: frankohale@gmail.com
*TERMINATED: 03/18/2024*

**Lauren E. Burk**
Baker Donelson
201 St Charles Avenue
Ste 3600
New Orleans, LA 70170
504-566-8632
Fax: 504-636-4000
Email: lburk@bakerdonelson.com
*ATTORNEY TO BE NOTICED*

**Tessa P. Vorhaben**
Hinshaw & Culbertson
400 Poydras Street
Suite 3150
New Orleans, LA 70130
504-438-1566
Fax: 504-617-7897
Email: tvorhaben@hinshawlaw.com
*ATTORNEY TO BE NOTICED*

<u>**Interested Party**</u>

**Hurricane Ida Program Administrator**          represented by **Francis Joseph Lobrano**
Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux
Energy Centre
1100 Poydras Street
Suite 3100
New Orleans, LA 70163

504-585-3800
Email: lobrano@carverdarden.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Morris Bart, LLC**                           represented by **Kerry James Miller**
Fishman Haygood, LLP
201 St. Charles Avenue, 46th Floor
New Orleans, LA 70170
504-556-5549
Fax: 504-949-8202
Email: kmiller@fishmanhaygood.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Monica Leigh Bergeron**
Miller Thibodeaux Dysart Veith & Paschal, LLC
Louisiana
643 Magazine Street
Ste. 405
New Orleans, LA 70130
504-977-9150
Fax: 504-977-9151
Email: mbergeron@fishmanhaygood.com
*ATTORNEY TO BE NOTICED*

**Rebekka C. Veith**
Fishman Haygood, LLP (New Orleans)
201 St. Charles Ave.
Suite 4600, 46th Floor
New Orleans, LA 70170-4600
504-586-5252
Email: rveith@mtdvp.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/15/2023 | 1 | NOTICE OF REMOVAL from 21st Judicial District Court - Tangipahoa Parish, case number 2023-2708 (Filing fee $ 402 receipt number ALAEDC-10153813) filed by American Modern Property and Casualty Insurance Company. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit 1-Petition, # 3 Exhibit 2, # 4 Exhibit 3)Attorney Frank B. O'Hale added to party American Modern Property and Casualty Insurance Company(pty:dft). (O'Hale, Frank) (Entered: 09/15/2023) |
| 09/15/2023 | 2 | Initial Case Assignment to Judge Ivan L.R. Lemelle and Magistrate Judge Michael North. (cc) (Entered: 09/15/2023) |
| 09/19/2023 | 3 | DIRECTIVE of the Clerk regarding compliance with 28:1447(b) re 1 Notice of Removal filed by American Modern Property and Casualty Insurance Company.(js) (Entered: 09/19/2023) |

| | | |
|---|---|---|
| 09/19/2023 | 4 | HURRICANE IDA CLAIMS AMENDED CASE MANAGEMENT ORDER NO. 1. Signed by Chief Judge Nannette Jolivette Brown on 10/25/2022.(js) (Entered: 09/19/2023) |
| 09/20/2023 | 5 | HURRICANE IDA CLAIMS Second Amendment to CMO No. 1. Signed by Chief Judge Nannette Jolivette Brown on 09/12/2023.(lag) (Entered: 09/20/2023) |
| 10/03/2023 | 6 | Notice of Compliance by American Modern Property and Casualty Insurance Company re 3 Order. (O'Hale, Frank) (Entered: 10/03/2023) |
| 10/03/2023 | 7 | HURRICANE IDA CLAIMS Third Amendment to CMO No. 1. Signed by Chief Judge Nannette Jolivette Brown on 09/14/2023.(lag) (Entered: 10/03/2023) |
| 10/10/2023 | 8 | Amended Exhibit A to Hurricane Ida Case Management Order. (lag) (Entered: 10/10/2023) |
| 10/12/2023 | 9 | Amended Exhibit A to Hurricane Ida Case Management Order. (lag) (Entered: 10/12/2023) |
| 11/14/2023 | 10 | ANSWER to 1 Notice of Removal, with Jury Demand by American Modern Property and Casualty Insurance Company.(O'Hale, Frank) (Entered: 11/14/2023) |
| 12/18/2023 | 11 | HURRICANE IDA CLAIMS Fourth Amendment to CMO No. 1. Signed by Chief Judge Nannette Jolivette Brown on 12/12/2023.(lag) (Entered: 12/18/2023) |
| 03/15/2024 | 12 | EXPARTE/CONSENT MOTION to Substitute Attorney. Attorney Melissa Ramsey Carter to be substituted in place of Frank B. O'Hale by American Modern Property and Casualty Insurance Company. (Attachments: # 1 Proposed Order)(Vorhaben, Tessa) (Entered: 03/15/2024) |
| 03/18/2024 | 13 | ORDER GRANTING 12 Motion to Substitute Attorney. IT IS HEREBY ORDERED that Melissa Ramsey Carter of the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, is substituted in place of Frank B. O'Hale as counsel of record for defendant American Modern Property and Casualty Insurance Company in the above-captioned matter. Signed by Judge Ivan L.R. Lemelle on 3/18/2024. (pp) (Entered: 03/18/2024) |
| 06/20/2024 | 14 | HURRICANE IDA CLAIMS - ORDER re Motions to Compel and Payment of Mediation Fees. Signed by Chief Judge Nannette Jolivette Brown on 06/17/2024.(lag) (Entered: 06/20/2024) |
| 07/01/2024 | 15 | ORDER NO. 19 DIRECTING PARTIES TO SCHEDULE SETTLEMENT CONFERENCE: Pursuant to Section 3. E of CMO No. 1. in this matter, the undersigned has been notified that the parties in the cases listed below jointly request a settlement conference with the assigned Magistrate Judge following unsuccessful mediations via the SSP. Accordingly, counsel for the parties in these cases are directed to contact the assigned Magistrate Judge as soon as possible to schedule a settlement conference. These cases will remain subject to the CMO pending that settlement conference and counsel shall notify the undersigned of the result of their settlement conference after it takes place. Signed by Magistrate Judge Michael North on 7/1/2024.(lb)(NEF Mag 5) (Entered: 07/01/2024) |
| 07/10/2024 | 16 | ORDER SCHEDULING SETTLEMENT CONFERENCE: A settlement conference in the above matter is hereby SCHEDULED, by telephone, for November 14, 2024 at 1:00 p.m. before Magistrate Judge Michael B. North. Each party shall provide, in confidence, a concise settlement memorandum. This memorandum shall be submitted at least two (2) full business days before the conference. The memorandum shall be emailed directly to: efile-north@laed.uscourts.gov. Signed by Magistrate Judge Michael North on 7/9/2024.(lb) (Entered: 07/10/2024) |
| 11/14/2024 | 17 | **VACATED PER ORDER at Rec. Doc. 19** Minute Entry for proceedings held before Magistrate Judge Michael North: Settlement Conference held on 11/14/2024. Negotiations |

| | | |
|---|---|---|
| | | were successful and resulted in the settlement of Plaintiffs' claims. (rkr) (NEF Section B) Modified text on 12/5/2024 (cs). (Entered: 12/03/2024) |
| 12/03/2024 | 18 | **VACATED PER ORDER AT REC. DOC. 20**ORDER OF DISMISSAL: The Court having been advised by Magistrate Judge North that after a settlement conference, counsel for the parties to this action have firmly agreed upon a compromise, Rec. Doc. 17 ; IT IS ORDERED that the action be and it is hereby dismissed without costs and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated. IT IS FURTHER ORDERED THAT ALL PENDING MOTIONS BETWEEN SETTLING PARTIES ARE DISMISSED AS MOOT. Signed by Judge Ivan L.R. Lemelle on 12/3/2024.(dw) Modified on 12/9/2024 (pp). (Entered: 12/03/2024) |
| 12/05/2024 | 19 | ORDER: The Court's minute entry of November 14, 2024 (rec. doc. 17 ) in the above matter is hereby vacated. Signed by Magistrate Judge Michael North on 12/5/2024.(cs) (Entered: 12/05/2024) |
| 12/09/2024 | 20 | ORDER: IT IS HEREBY ORDERED that the Court's 18 Order of Dismissal, be vacated. This case will be reopened and remain subject to the CMO until such time as a resolution occurs. Signed by Judge Ivan L.R. Lemelle on 12/5/2024.(pp) (Entered: 12/09/2024) |
| 12/12/2024 | 21 | ORDER: The Court orders that Defendant in this matter, American Modern Property and Casualty Insurance Company, issue two checks in settlement of Plaintiffs' claims as set forth in document. Finally, Morris Bart is hereby ordered to file a copy of this Order in the record of the Bankruptcy Court for the Southern District of Texas. This matter is now resolved and the District Judge will be so informed so that an appropriate order of dismissal may be entered. Signed by Magistrate Judge Michael North on 12/12/2024. (rkr) (NEF Section B) (Entered: 12/12/2024) |
| 12/13/2024 | 22 | ORDER OF DISMISSAL: The Court having been advised by Magistrate Judge Michal North that counsel for the parties to this action have firmly agreed upon a compromise, R. Doc. 21 ; IT IS ORDERED that the action be and it is hereby dismissed without costs and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated. Signed by Judge Ivan L.R. Lemelle on 12/12/2024. (dw) (Entered: 12/13/2024) |
| 01/15/2025 | 23 | HURRICANE IDA CLAIMS: ORDER Regarding Settlement of Former MMA Cases. Signed by Chief Judge Nannette Jolivette Brown on 12/19/2024.(lag) (Entered: 01/15/2025) |
| 05/16/2025 | 24 | EXPARTE/CONSENT Joint MOTION to Dismiss *with Prejudice* by American Modern Property and Casualty Insurance Company, Irving Foskey, Sherry Foskey. (Vorhaben, Tessa) Modified text/event/filers on 5/19/2025 (meb). (Entered: 05/16/2025) |
| 05/19/2025 | 25 | ORDER OF DISMISSAL: Considering plaintiffs Sherry Foskey and Irving Foskey and defendant American Modern Property and Casualty Insurance Company's joint motion to dismiss with prejudice (Rec. Doc. 24 ), IT IS HEREBY ORDERED that plaintiffs Sherry Foskey and Irving Foskey's claims against defendant American Modern Property and Casualty Insurance Company, in the above-captioned case, are hereby DISMISSED WITH PREJUDICE, each party to bear its own attorney's fees and costs. IT IS FURTHER ORDERED that all pending motions between the parties are DISMISSED AS MOOT. Signed by Judge Ivan L.R. Lemelle on 5/19/2025. (dw) (Entered: 05/19/2025) |
| 10/15/2025 | 26 | MOTION for Protective Order by Morris Bart, LLC. Motion(s) referred to Michael North. Motion(s) will be submitted on 11/5/2025. (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1 Hearing Transcript, # 3 Exhibit 2 Injunction, # 4 Exhibit 3 Response to Notice, # 5 Exhibit 4 Hanen Order, # 6 Exhibit 5 Interrogatories sent to MB on 9-10-2025, # 7 Exhibit 6 MMA's Motion and Order to Show Cause, # 8 Exhibit 7 Order Setting In-Person |

| | | |
|---|---|---|
| | | Hearing, # 9 Exhibit 8 Order Resetting In-Person Hearing, # 10 Exhibit 9 Second Interrogatory to Morris Bart 10-3, # 11 Notice of Submission)Attorney Kerry James Miller added to party Morris Bart, LLC(pty:ip).(Miller, Kerry) (Entered: 10/15/2025) |
| 10/15/2025 | 27 | EXPARTE/CONSENT MOTION to Expedite *re: ECF No. 26 Motion for Protective Order* by Morris Bart, LLC. Motion(s) referred to Michael North. (Attachments: # 1 Proposed Order)(Miller, Kerry) (Entered: 10/15/2025) |
| 10/31/2025 | 28 | EXPARTE/CONSENT MOTION to Withdraw Document re 27 MOTION to Expedite *re: ECF No. 26 Motion for Protective Order*, 26 MOTION for Protective Order by Morris Bart, LLC. Motion(s) referred to Michael North. (Attachments: # 1 Proposed Order) (Miller, Kerry) (Entered: 10/31/2025) |
| 11/03/2025 | 29 | ORDER GRANTING 28 Motion to Withdraw. IT IS FURTHER ORDERED that Morris Bart, LLC's 26 Motion for Protective Order and 27 Ex Parte Motion to Expedite Consideration of Protective Order are hereby WITHDRAWN. Signed by Magistrate Judge Michael North on 11/3/2025. (pp) (Entered: 11/03/2025) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 01/05/2026 15:21:20 | | | |
| **PACER Login:** | miriamgoott | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:23-cv-05316-ILRL-MBN |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |