**Walker & Patterson, PC**
4815 Dacoma
Houston, TX 77092
Phone: (713) 956-5577
Email: mgoott@walkerandpatterson.com

Matthew Monson
The Monson Law Firm
5 Sanctuary Blvd. Suite 101
Mandeville, LA 70471

July 9, 2025

**Re: MMA Law Firm, PLLC**

Dear Mr. Monson:

We represent MMA Law Firm, PLLC **("MMA")** in connection with its bankruptcy case pending in the Southern District of Texas (Case No. 24-31596). It has come to our attention that you, both individually and through The Monson Law Firm, have made several false, misleading, and defamatory statements about MMA on LinkedIn, your law firm's website, to third parties, and during professional speaking engagements at various conferences. We are also investigating your involvement for potential claims arising from your coordination or conspiracy with others to damage or undermine MMA.

This letter serves as a formal notice and demand that you preserve all documents, data, and tangible evidence that may be relevant to anticipated litigation against you and your law firm. This litigation may include claims for defamation and, if discovery reveals your involvement, potential claims arising from your coordination or conspiracy with others to damage or undermine MMA. This includes any actions taken to interfere with the firm's operations, reputation, client relationships, or ongoing legal proceedings.

Your conduct is now the subject of an ongoing investigation, and all relevant evidence must be preserved accordingly.

<div style="text-align: right; color: red;">

Exhibit 2

</div>

Destruction or alteration of relevant materials after receiving this notice may constitute spoliation of evidence and could subject you to court-imposed sanctions, including adverse inferences, monetary penalties, or entry of judgment against you.

You are hereby instructed to preserve all categories of potentially relevant materials related to MMA, its agents, and employees. This preservation obligation includes, but is not limited to, the following:

- **Electronic communications**, including but not limited to:
    - Emails, text messages, and instant messages (including messages sent via encrypted or auto-deleting apps such as Signal, Telegram, or WhatsApp)
    - Social media posts, comments, direct messages (DMs), and other communications on platforms such as LinkedIn, Facebook, Twitter/X, Instagram, etc.
    - Internal and external communications, whether in electronic or paper form
- **Documents and records**, including but not limited to:
    - Contracts, agreements, letters, memos, or handwritten notes
    - Digital files (e.g., PDFs, Word documents, spreadsheets), including associated metadata
    - Photographs, videos, and audio recordings
    - Web pages, blogs, articles, and similar online content
    - Voicemail messages, call logs, and phone call recordings
    - Bar complaints or disciplinary filings
- **Physical and electronic storage**, including:
    - Hard drives, external drives, servers, cloud storage accounts, and other backup sources
    - Handwritten notes, notebooks, journals, physical calendars, and other tangible materials
- **Communications with third parties**, including:
    - Federal judges and court personnel
    - Regulatory and oversight agencies, including but not limited to:
        - The FBI, Louisiana State Police, all Louisiana Prosecutor's Offices
        - State Bar organizations

- The Louisiana Department of Insurance
- The Louisiana Insurance Guaranty Association (LIGA)
- Individuals such as Jim Donelon, Nathan Strebeck, David Caldwell, and Steve Badger
- The Governor of Louisiana and any state employees and its agents

- **Communications with the media**, including but not limited to:
  - Journalists and news organizations (e.g., David Hammer, The Claims Journal, NOLA.com, Reuters, television stations)
- **Other relevant parties**, including:
  - Insurance companies
  - Former MMA clients not represented by you
  - Current or former MMA employees

**This list is not exhaustive.** If there is any uncertainty as to whether a document, communication, or item may be relevant, you are expected to err on the side of preservation.

Please be advised that failure to preserve relevant evidence may result in legal consequences, including sanctions. This notice serves as a formal demand that you immediately take all necessary steps to ensure the preservation of the above categories of information, including suspending any routine document destruction or auto-deletion policies.

Some materials, such as server logs, phone records, and security footage, may be automatically deleted on a recurring basis. You are expected to take immediate action to disable any such auto-delete functions and ensure that these items are preserved until further notice.

Delays in instituting proper preservation efforts may constitute willful destruction, and courts have imposed severe sanctions for such conduct.

You must retain all original documents and data in their native formats. You are expressly prohibited from destroying, altering, modifying, overwriting, deleting, or discarding any relevant material. This includes actions such as:
- Modifying metadata

- Deleting or overwriting documents
- Destroying physical documents
- Disabling or clearing messaging applications
- Wiping hard drives or factory-resetting devices

All such acts may be treated as intentional spoliation.

Failure to comply with this letter may lead to sanctions, including:
- Monetary fines
- Adverse inference
- Striking of pleadings or defenses
- Entry of default judgment or other dispositive rulings

Please confirm in writing **within five (5) business days** of your receipt of this letter that you have:
- Taken steps to preserve all relevant evidence
- Disabled any automatic deletion systems or retention policies
- Directed all relevant persons or entities within your control to preserve evidence
- Will continue to preserve such materials throughout the pendency of this matter

All communications regarding this matter should be directed to: Miriam Goott, Walker & Patterson, PC, 713.956.5577, mgoott@walkerandpatterson.com.

This letter is not a comprehensive statement of MMA's claims, rights, or legal positions and is sent without waiver of any rights or remedies, all of which are expressly reserved.

Sincerely,

**Miriam T. Goott**
Walker & Patterson, PC