iMessage
Oct 9, 2023 at 12:19 PM

Det. Daniel Graff LSP. Great speaking with you. Let's meet on Monday 10/16 at 9:30 am. We can meet at your office or our office. 190 New Cameilla Blvd.

Oct 9, 2023 at 1:21 PM

Let's meet at our office. I can reserve a conference room. Can you confirm the appt at 9:30 am?

Edited

Confirmed.

Will do.

It's closer to my house anyway.

Sounds good. It'll be myself, Det. Jeff Theriot, and Sgt. Leander Journee

Fantastic. It will be great to assist for efforts in any way possible.

What's the LRS that describes what apex roofing and MMA did was illegal which was a criminal violation? You had mentioned it when we spoke

**Louisiana Laws - Louisiana State Legislature**
legis.la.gov

.

37:219

Thanks

Oct 19, 2023 at 9:44 AM

Morning. I just tried calling the Cafferals to set up an interview. I left a voice message if they call you to verify the LSP investigation

Thanks!

Graff 001
Monson 022581

Dec 18, 2023 at 2:28 PM

Hey Matthew! Hope all is well. FBI and LSP are now conducting a joint investigation on MMA and APEX.

Agent Bradford may already have this information but do you recall the individual who has knowledge regarding the offshore bank account Zach Moseley may have in South Africa pertaining to MMA funds?

Dec 18, 2023 at 5:42 PM

Thanks. I believe his name is Heinrich Grobler. He is in Houston.

Read

Graff 002
Monson 022582