Outlook

---

## RE: LSP MMA Investigation

---

**From** Matthew Monson <matthew@monsonfirm.com>

**Date**  Fri 10/13/2023 10:14 AM

**To**   Daniel Graff <Daniel.M.Graff@la.gov>

**Cc**   Donna Catania <dcatania@monsonfirm.com>

📎 7 attachments (12 MB)

Franatovich Filing.pdf; Huye_LASupCt.Order.pdf; Huye - Petition for Interim Suspension.pdf; WDLA March 3 Order.pdf; Franataovich Order.pdf; LDI MMA FINES.pdf; MMA Apex Admissions.pdf;

Monson 000520

Mr. Graff,

I look forward to seeing you on Monday.  Please see the attached documents for background.

All the best,
**MATTHEW MONSON, ESQ.**
O: 985.778.0678 D:  985.778.0680  M: 504.289.4939
Matthew@MonsonFirm.com



---

**From:** Daniel Graff <Daniel.M.Graff@la.gov>
**Sent:** Monday, October 9, 2023 1:24 PM
**To:** Matthew Monson <matthew@monsonfirm.com>
**Subject:** LSP MMA Investigation

    You don't often get email from daniel.m.graff@la.gov. Learn why this is important

Hey Matthew, this is my email. Feel free to share any documents regarding the MMA investigation.

TFC. Daniel Graff
Criminal Investigation
Louisiana State Police
Bureau of Investigation
Insurance Fraud / Auto Theft Unit
190 New Camellia BVLD
Covington, LA 70433
Daniel.M.Graff@la.gov

---

CONFIDENTIALITY STATEMENT: This e-mail message may contain privileged, confidential and/or proprietary information intended only for the person(s) named.  If you are not the intended recipient, please destroy this message, and any attachments, and notify the sender by return e-mail.  If you are not the intended recipient(s), or the employee or agent responsible for delivering the message to the intended recipient(s), you are hereby notified that any dissemination, disclosure or copying of this communication is strictly prohibited.

Monson 000521