## Louisiana State Police
7919 INDEPENDENCE BLVD | BATON ROUGE, LA 70806 | P: 225.925.6006

## Report # 22-083266 - Initial Complaint Report

| REPORT DATE / TIME | START DATE / TIME - END DATE / TIME | REPORTING OFFICER |
|---|---|---|
| Oct 17, 2023 16:34 | Jul 29, 2021 09:34 - Jul 27, 2022 09:34 | Jeffrey Theriot Jr #2627 |

ASSISTING PERSONNEL / TYPE(S)

Daniel Graff #2652 (Case Investigation)

## NARRATIVE

On Friday, October 6, 2023, members of the Louisiana State Police Insurance Fraud/Auto Theft Unit New Orleans Field Office (LSP-IFAT-NFO) met with the Louisiana Department of Insurance Fraud Division (LDI) regarding the law firm McClenny Moseley & Associates (hereinafter referred to as MMA) and Apex Roofing and Restoration (hereinafter referred to as APEX) and their suspected fraudulent actions over the past three years involving insurance claims.

According to LDI, on May 1, 2023, they issued fines totaling $2 million to Texas law firm McClenny, Mosely & Associates (MMA), founding partners James McClenny and John Moseley, and their Louisiana managing partner William Huye III for engaging in unfair trade practices and insurance fraud.

Per LDI, allegations were brought to them by Attorney Matthew Monson of the Monson Law Firm. Through assisting a customer, Monson discovered irregularities in MMA's practices and determined they were deceiving individuals and stealing insurance claim settlement funds.

During their review, the LDI identified (43) cases involving MMA and APEX, out of which they spoke to (25) victims who confirmed they never hired MMA to represent them. Furthermore, many of these victims/individuals have yet to receive the funds they should have been entitled to and, to this day, have not been made whole.

As a result of the meeting with LDI and a preliminary review of the documents and aforementioned victims, LSP-IFAT-NFO initiated a criminal investigation for possible violations of Louisiana Revised Statute 22:1924 Insurance Fraud, LRS 14:72 Forgery, LRS 14:71.1 Bank Fraud, LRS 14:72.2 Monetary Instrument Abuse, and LRS 37:219 Unlawful Payments by Attorneys; Unlawful Solicitation of Employment for Legal Practitioners.

The investigation is currently active.

### REPORTING PARTY-1

REPORTING PARTY-1 (ORGANIZATION)

R-1 Louisiana Department of Insurance

ORGANIZATION TYPE

Criminal Justice

PHYSICAL ADDRESS

1201 CAPITOL ACCESS RD, BATON ROUGE, LA 70802

PHONE NUMBER

(225) 342-1558 (Other Phone)

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Jeffrey Theriot Jr #2627   Oct 20, 2023 11:01 (e-signature) | Leander Journee #2379   Oct 22, 2023 10:45 (e-signature) |
| PRINT NAME | PRINT NAME |
| Jeffrey Theriot Jr #2627 | Leander Journee #2379 |