Outlook

---

## (No subject)

---

**From** Matthew Monson <matthew@monsonfirm.com>

**Date** Fri 12/29/2023 4:28 PM

**To** Krista Bradford <kcbradford@fbi.gov>

📎 1 attachment (15 MB)

EAJF MMA Contract.pdf;

Monson 002646

Monson 002647