iMessage
Nov 16, 2023 at 2:12 PM

It's Diana— forward me the text!

And please send the Galindo case number when you have a chance

Nov 17, 2023 at 1:45 PM

23-4602

We want to reach  you concerning a possible settlement  for you! Review recent class actions and if YOU qualify qvvvtxm.com/mD9Wjeee  Stop2stop

Got this at 11:32 est yesterday.

Click on the link multiple times and it will bring up multiple websites.

Amazing.

Feb 20, 2024 at 3:16 PM

Hi Matt— it's Diana Novak Jones from Reuters. Have a minute?

Feb 21, 2024 at 10:43 AM

Can you call me when you get a chance?

Feb 22, 2024 at 11:14 AM

Can you text me Austin's number?

Feb 22, 2024 at 1:57 PM

Austin Marks



I called him first. He looks forward to speaking with you and is interested in providing you with further information.

D. Jones 001

Monson 022587

Ok I just texted

Mar 6, 2024 at 11:29 AM

Hey, give me a call if you have time today please!

Mar 7, 2024 at 4:55 PM

**Esther Grossman**



Mar 11, 2024 at 2:38 PM

Thanks! Spoke to Esther, that was very helpful

Do you have those court orders that we talked about, where they make room for people to dismiss cases

Mar 13, 2024 at 10:21 AM

Can you call when you're free

Will call you in about 20

 **MMA 120-day stay order**
PDF Document · 100 KB
laed.uscourts.gov

Look at the bottom of Page2/Top of Page3.

D. Jones 002
Monson 022588



**2023-12 Unfiled Claims of Former MMA Clients**
PDF Document · 141 KB
lamd.uscourts.gov

.    The middle district order does not have the same operative sentence regarding attorneys who do not have permission to file suit.

Thanks!

Have other questions too, obviously

Katie Aromi 504-427-4053

Jun 7, 2024 at 10:47 AM

Hey, is this FBI notice the first time the agency has publicly acknowledged it is investigating MMA?

I figured you would know...

Jun 7, 2024 at 12:49 PM

Yes ma'am.

My post is taking off. Of course it is not news to me, but everyone else is excited!

You have to ping me with these things!

Can you ask your fbi friend if there are charges somewhere

Not finding anything

And also which case is the Galindo hearing on Monday happening in?

1 Reply

Jun 7, 2024 at 9:19 PM

No charges.

D. Jones 003
Monson 022589

And also which case is the Galindo hearing on Monday happening in?

Not sure.

Read

D. Jones 004

Monson 022590