iMessage
Mar 10, 2023 at 3:51 PM

Name change for the firm. Now it's just Moseley & Associates. MMA-PLLC.Com

Mar 16, 2023 at 4:09 PM



Apr 19, 2023 at 4:19 PM

Will call as soon as I can, u can also text me

Just want to make sure that the 26th includes detailed questions about exactly who is still working in Louisiana. Huey is still working behind the scenes according to my sources. His wife also supposedly is being paid increased money as a firm employee according to other former employees.

May 25, 2023 at 9:17 AM

They didn't do the park calling everybody an asshole on WWL. Call me if you have the whole audio send it to me.

Part

Hammer told me he is not playing that part. I'm working on getting the audio but the WWL TV lawyers are in the way.

Ok

WWL should play that part that's the part that's more interesting

May 25, 2023 at 4:27 PM

I'm working on getting the raw recording.

Cole 0001

Monson 022403

Jun 10, 2023 at 9:16 AM

Heard the orders are out on the MMA people in the Western District. How do I get copies?

Jul 22, 2023 at 11:32 AM



show_multidocs

08917403235

Thanks.

Cole 0002

Monson 022404