

**EXPOSING MMA**

# Defeating the largest insurance and legal scheme ever uncovered

Through investigation and legal action, Monson stopped McClenny, Moseley, & Associates' unethical insurance litigation scheme, resulting in the following statistics.

## 3

suspended bar licenses for attorneys involved in the firm

## $ 2M*

in fines issued by Louisiana Department of Insurance

## $ 150M

bankruptcy filed by the firm

## FBI investigation

Active FBI investigation into the scheme



**TABLE OF CONTENTS**

The Challenge

Case Timeline

Setting A New Precedent

Conclusion

# The MMA takedown

In the aftermath of the devastating hurricanes of 2020 and 2021, a Texas law firm, McClenny, Moseley, & Associates (MMA), emerged in Louisiana and began exploiting thousands of policyholders and insurers alike.

Matthew Monson spearheaded the effort to expose and dismantle this unethical operation, saving insurers hundreds of millions of dollars and protecting the integrity of the legal system.



**THE CHALLENGE**

## Exposing a law firm that orchestrated one of the most damaging schemes in U.S. history



aftermath of disaster was something no one could have anticipated — an opportunistic law firm ready to exploit the vulnerable.

MMA, backed by $35 million in hedge fund and other financing, unleashed a scheme of unprecedented scale. Through illicit text message campaigns, they preyed on disaster victims, signing up over 15,000 clients — more than all other law firms in Louisiana combined. Offshore call centers were used to sign contracts without the policyholders even knowing, reducing people to mere numbers in a calculated operation.

What made the challenge even greater? The unscrupulous firm had a playbook of unethical practices:

- **Text Message Marketing:** Improperly soliciting clients through devious digital outreach.
- **Case Purchases:** Paying $3,500 per case, a direct violation of legal ethics.
- **Intentional Deception:** Policyholders were unknowingly swept into lawsuits, their trust exploited for financial gain.

For insurers, the fallout was catastrophic. The manufactured claims drove up litigation costs to unsustainable levels, leading to higher premiums for policyholders and undermining trust in the entire system.

While other law firms chose the easy path — settling quietly to avoid confrontation — Monson stood firm. The scale of the problem was overwhelming, but Monson knew inaction wasn't an option.

> "When ego and greed become lawyers' guiding principles, we get cases like Franatovich versus Allied Trust. In these consolidated cases, the Court and the parties — indeed, our entire legal community — are confronted with an unprecedented tableau of misconduct by a Texas-based law firm assisted in its misdeeds by an Alabama-based roofing contractor, and an Arizona-based, modern-day case runner."
>
> – Judge Michael B. North



# Order of events and the actions Monson took throughout the case



Hurricane Laura causes widespread destruction in Louisiana, creating an influx of insurance claims.

**AUGUST 27, 2020**

## James McClenny and Zach Moseley arrive in Louisiana

The founders of MMA entered the Louisiana market, initiating mass litigation efforts.



**OCTOBER 9, 2020**

## Hurricane Delta hits Louisiana

A second major hurricane increases the number of claims being filed, accelerating questionable legal and business practices.



**AUGUST 29, 2021**

## Hurricane Ida strikes Louisiana

Hurricane Ida leads to a surge of homeowner insurance claims, further fueling MMA's aggressive claim-filing strategies.

**JULY 17, 2021**

## Valawcity text message

A text message surfaces, highlighting concerning tactics used in client acquisition and case solicitation.



**JULY 28, 2022**



insurance claims in a particular direction.

William Huye phone call: A key phone call provides critical insights into improper case sign-ups and business arrangements.

**Huye phone call recording**

AUGUST 3, 2022

## Bar complaint

A formal complaint is filed against MMA attorneys, raising concerns about legal and ethical violations regarding MMA's text message marketing.

AUGUST 26, 2022

## Second bar and LDI complaint

Further complaints are submitted to the Louisiana Bar and Department of Insurance, regarding MMA's use of Apex Roofing & Restoration to generate referrals.

FEBRUARY 1, 2023

## Franatovich hearing

Court proceedings expose major inconsistencies in MMA's case handling and client representation.

**Our Firm's Filing in the Franatovich v. Allied Trust Case**

**Court order in the Franatovich v. Allied Trust Case**

 **MONSON**

## Velawcity scheme fully exposed

Investigations reveal the role of Velawcity in mass client acquisitions, shedding light on irregularities in case filings.

Velawcity Contracts

**FEBRUARY 13, 2023**

## Court admission of 856 cases of misrepresentation

MMA acknowledges in court that it inaccurately claimed that it falsely claimed to represent policyholders when it actually represented Apex Roofing & Restoration 856 times, revealing widespread procedural issues.

List of 856 cases

**MARCH 3, 2023**

## William Huye suspended by the Louisiana Supreme Court

MMA attorney William Huye is suspended following findings of professional misconduct.

Petition for Interim Suspension Against William Huye

Louisiana Supreme Court Order Suspending William Huye

**MARCH 4, 2023**

## Entire MMA firm and all lawyers suspended by WDLA

The Western District of Louisiana orders the suspension of MMA and its attorneys,



**MARCH 6, 2023**

## Zach Moseley audio recording leaked

An internal recording surfaces, further exposing behind-the-scenes discussions about case handling and firm operations.

Zach Moseley Audio Article

Zach Moseley Secret Audio

**AUGUST 9, 2023**

## EAJF admission in court

The Equal Access Justice Fund makes a key court admission regarding its litigation financing of MMA.

EAJF Lawsuit

**OCTOBER 17, 2023**

## Louisiana State Police announce formal investigation

Setting a new precedent for justice in the insurance industry



refused to settle when others chose silence.

## Bar licenses suspended

Three attorneys at the heart of the firm faced professional consequences, with their licenses suspended by the Louisiana State Bar Association. This decisive action underscored a zero-tolerance policy for unethical practices in the legal profession.

## Fines issued

The Louisiana Department of Insurance levied $2 million in fines against MMA and its attorneys, further holding them accountable for their misconduct.*

## Financial ruin for the unethical firm

MMA filed a $150 million bankruptcy, effectively ending its improper actions. This marked the end of a scheme that exploited over 15,000 policyholders and caused untold damage to the insurance industry.

## Federal investigation launched

The FBI opened an active investigation into MMA's operations, ensuring that justice would continue to be served on a federal level.

> "McClenny, Moseley & Associates, PLLC and its attorneys, in particular Zach Moseley and R. William Huye, III, have engaged in a pattern of misconduct on a scale likely never before seen here. The record in these cases establishes that they have undertaken a brazen, multi-faceted campaign to enrich



their firm did not represent.

– Judge Michael B. North

**CONCLUSION**

# The impact of Monson's victory

The takedown of MMA wasn't just a legal triumph — it was a defining moment in Monson's unwavering mission to uphold integrity, combat fraud, and protect both insurers and policyholders from unethical legal schemes. By standing firm against deception rather than settling for convenience, Monson set a powerful precedent, exposing an enterprise of unprecedented scale and sending a clear message across the legal and insurance industries. As a result, insurers avoided hundreds of millions in fraudulent payouts, while policyholders benefited from a renewed commitment to fairness and accountability in the claims process. This case is more than a victory — it's a testament to the power of truth, perseverance, and the relentless pursuit of justice.

# *MMA* evidence archive

Access key evidence, reports, and firsthand accounts that reveal the full scope of MMA's misconduct and legal violations.

Our Firm's Filing in the Franatovich v. Allied Trust Case ⤓

Court order in the Franatovich v. Allied Trust Case ⤓

Petition for Interim Suspension Against William Huye ⤓



LDI's $2,000,000 in Fines Against MMA✶ ⤓

Policyholder Voicemail ↗

LinkedIn poop post ↗

MMA video office tour ↗

 Zach Moseley and Dimitri Lipinski Interview ↗

Article addressing hedge fund involvement (Claims Journal) ↗

MMA Suspended by Federal Judge (Claims Journal) ↗

La. Supreme Court Suspends Hurricane Damage Lawyer (Claims Journal) ↗

Load more

✶These fines were overturned on procedural grounds by the Division of Administrative Law.

 **MONSON**

*Demand justice, secure good future*

Our attorneys are here to help, ready to provide the expertise, information, and training you need to combat fraud and drive real change.

Join The Mailing List





Our Team

About Us

Monson Minute

Our Practice Areas

Exposing MMA

Join The Movement



**MONSON**

···

### Coconut Creek, FL

5497 Wiles Rd, Ste 205 Coconut Creek, FL 3307

T 754-229-3487
F 754-229-3487

### Tampa, FL

4830 West Kennedy Blvd. Ste. 600 Tampa, FL 33609

T 813-499-9139
F 813-499-9139

### Texas

700 Rockmead Drive, Ste 105 Kingwood, TX 77339

T 281-612-1920
F 281-612-1971

### Louisiana

5 Sanctuary Blvd. Ste. 101 Mandeville, LA 70471

T 985-778-0678
F 985-778-0682

Privacy Policy, Terms and Conditions, and Cookie Policy

Cookie Settings

© 2026 The Monson Law Firm, LLC.