iMessage
Apr 6, 2023 at 4:50 PM

Hey Matt, Austin Marks here. Did you hear about the status conference on the class action yesterday with Barbier?

No. I asked them to give me an update but haven't heard back. What happened?

I'm searching for intel too. Just did an interview with David Hammer at WWL.

Yeah. I've been speaking with him as well.

I have a status conference with north on Wednesday. Can't wait to see what happens.

I posted on one of your cases today on an Intervention they filed in your case.

I hit Dane and Clare as well.

Why are they still in bed with MMA?

It's odd. We've been going after him all week to withdraw. We're going to file a motion in the next week or so to have him recused.

And the Laborde earles thing is dirty too. I want to know more about that deal

Yeah. It's the insured's choice for counsel – not the lawyer's.

Apr 28, 2023 at 6:49 PM



Marks 0001 would ook great!

Ha, love it. 3 part series starts Monday.

Monson 021966

How are you literally the first to know about anything involving MMA?

I'm omniscient.

It really is a burden.

Agreed. It's terribly distracting but I cannot  pull away from it

I'm supposed to star in episode 2. It's always the best one in a trilogy - Like The Empire Strikes Back.

Cannot wait. I hope he references your linked in page. I feel like someone references that on a daily basis to me now.

May 1, 2023 at 3:57 PM



That's powerful! Love it.

Can I post your suit?

Next Tuesday/Wednesday is no good. I'm in Houston speaking on MMA before the Texas Association of Special Investigation Units.

1 Reply

But I would love to hang out.

Definitely post it!

Next Tuesday/Wednesday is no good. I'm in Houston speaking on MMA before the Texas Association of Special Investigation Units.

Marks 0002

Wow! Texas really needs to step up their presence against MMA on this. Good luck. Let me know if I can help in

Monson 021967

anyway.

Thanks my friend. I just posted your suit.

May 2, 2023 at 5:38 PM



 **fine-notices-mma**

That's so wild.

2,000,000

The house of cards is crashing down

May 2, 2023 at 9:56 PM

Huye is still participating in meetings with Zach. On the schedule for tomorrow afternoon. These sources are trying to give me information I don't want to see.

I heard that too. He's doing team video chat with the Houston office. Not putting anything in writing.

I'd love a screen shot of that to file with everyone

Another good production from Hammer tonight. Love how it ends too

Yep.

#MortalEnemies

We should do something together that plays off of that.

**Marks 0003**

I love that this is a 3 part series. And that we are still right

Monson 021968

in the middle of it all with daily developments.

> Yep. The timing totally works for my SIU speech next week. That audience will be drooling.

Could not have timed that any better.

May 21, 2023 at 8:59 AM

> Good Sunday morning! I'm open this week to take you and Buddy up on that lunch invite. Would be nice to catch up.

May 21, 2023 at 10:02 AM

Lots to catch up on. Buddy is out town this week. How about the next week. Much to catch up on!

May 21, 2023 at 11:15 AM

> Sounds good

Jun 19, 2023 at 2:11 PM

> Will you be in Lake Charles tomorrow?

No. We're sending Kerry Miller to handle. I'm not expecting much out of MMA. They have not filed any opposition, and have not hired new counsel. I'm not even sure anyone's going to show up.

Do you have business out there tomorrow? Or just going for the show?

Jun 19, 2023 at 3:25 PM

> I have a simple Motion to Compel against MMA in which Zach is ordered to appear personally.

> I'm headed to Houston after to be there for my brother for cancer treatment at MD Anderson.

Very sorry to hear that. Hope he beats it!

Jun 22, 2023 at 8:39 AM

I love listening to that Moseley audio. Truly a one of a kind asshole.

Marks 0004

Monson 021969

It's amazing how he lives in a fantasy world.



B.E. Blank & Company

My understanding is that this is the hedge fund that may have invested in the scheme.

Did he say Krause and Kinsman sold their stake in the cases back to the bank? I was confused by that

I stepped out for a second to take a phone call and did not hear that.

In the audio recording

I'll go back and check. The financing part of this is important to me.

Yes, Incredibly important.

Anyone who invested in this scheme should also be a defendant.

Jun 29, 2023 at 5:48 PM

Do you know the gossip on ATA Loss consulting? I've heard they might be worse than some of the other adjusting companies MMA used.

Jul 5, 2023 at 1:25 PM

Eastern District is sending letters out to plaintiffs notifying them about MMA. I found one send to your client directly that is on a case that you have substituted in already. 22-4926. Nakisha Solomon.

Everyone is making mistakes these days!

Marks 0005

Monson 021970

Yep. Understood. Just wanted to make sure you knew it was out there.

MMA sign is off the building and Huye told the bar officially he is in Austin, Texas.

I can't wait to see what he does with his life.

Jul 5, 2023 at 4:16 PM

He also filed in the Mortgage office in Orleans an Act of Partition of Community Property. Looks like he is preparing for a Bankruptcy filing.

Interesting development.

Aug 1, 2023 at 2:06 PM

Have y'all been hit with an exception of improper cumulation or motion to sever yet?

No. Based on what?

Adding the firm as a plaintiff. It is a very unusual approach. I get why you are doing it.

Aug 29, 2023 at 3:32 PM

Why are your attorneys on settled cases with a receipt and release, insisting on Motions to Dismiss WITHOUT Prejudice?

This came from Nyanna. Thanks.

That's the only thing we've ever filed out of our firm. Insurers have never cared when we have a signed release.

But if the case is settled. Checks are processed and signed release in the books, I suppose we can file with prejudice. It's never really come up

Thanks. Our clients will appreciate it.

Marks 0006

Sep 12, 2023 at 4:30 PM

Monson 021971

What's the name of the former MMA guys under the radar, who need to be deposed

Sep 12, 2023 at 9:28 PM

I'll call you tomorrow to discuss.

Are you going to the LIGA hearing tomorrow in 24th? I'll be there.

Ben tells me MMA has not answered and the judge is turning it into a status conference.

Can't make it tomorrow. It's amazing how they don't give an f.

I was going through all the lawsuits against them over the last 6 months. They must be actually drowning at this point. In addition to not giving a fuck

I spoke to an attorney from CA who had a conference call with Moseley and Velawcity on 8/12 about working the Maui fires.

That's wild. Also confirms my belief that he thinks he can keep everything going

He is not stopping one bit.

Our next AG better step up.

They should have been charged under state law already.

It's sad how slow the justice system works

Sep 22, 2023 at 11:58 AM

Just emailed you Judge Kay's order on MMA's attempted intervention for fees in our cases.  Slammed them!

Sep 22, 2023 at 2:25 PM

Thanks will be posted soon!

Marks 0007

Big week of MMA activity!

Monson 021972

Dec 5, 2023 at 7:46 PM

I saw that Alicia Frison was substituted out on a case. Is she leaving?

No. She's transferring to auto.

Can I call you?

Dec 6, 2023 at 10:16 AM

Hey, send me those cases. I want to look into them asap.

Will get to it. At a surgery center now. Wife is having a procedure today.

Good luck. Hope it's a smooth day for y'all.

Thanks. Have John Mineo reaching out to you.

Just talked to him. Looking into it now.

Feb 22, 2024 at 10:57 AM

We have one set for trial in May in front of Zainey. We tried to work with you guys to continue the trial. There were some deadline issues you guys had that we were willing to accommodate. We may have had some too that y'all were willing to accommodate. Zainey has other plans and is trying to force all adjusters to show up at a settlement conference.

Your client is Daniel Chaisson. I'm sure we can work together to get this resolved. Hopefully before we go through the Zainey theatrics.

Yes, I've been following it closely! We have a joint reinspection next month. A lot of the repairs have been made or are obviously in need of repair (I think). Marquita and your attorney seem to working well together. Seems like we should have time before the settlement conf to get it done.

Marks 0008

Monson 021973

Feb 22, 2024 at 12:29 PM



Apr 10, 2024 at 5:35 PM

What a week! I wonder why did they list every law firm that is handling their cases as a creditor.

May 17, 2024 at 3:20 PM

Hey there, do you have any decent contacts with decision makers at LA citizens? I'm curious to chat about the insurance world with somebody over there.

I do, but he is not the type of guy who likes to chat.

Go look at Act 3. It is such a mess.

Haha! I imagine most of them are like that.

Jun 25, 2024 at 8:35 AM

 **178151177680**

This was filed yesterday in the SD TX Bankruptcy court.

Interesting! Thanks for forwarding.

It is total bullshit.

They weren't a party and asserted no lien.

The court is who ordered them to show cause, not you.

All true. We've been waiting for a fight!

Btw, Congrats on claims person of the year! I'm not sure what that is but it is definitely well deserved!

Marks 0009

Thanks. If it's ok with you tomorrow I'd like to post and

Monson 021974

blast MMA's filing.

Hang tight for moment if you don't mind. I'd like to get a better read on the underlying file.

I'm in a conference and I'm obsessing during some boring speeches. Give me a call when you have had the chance to have a look. I would like to come to your defense publicly.

Jul 22, 2024 at 3:50 PM

Apparently the chief magistrate in Texas bankruptcy case is the worst judge we could've gotten. We're skipping the district court and appealing our order straight to the fifth circuit.

Nice.

Jul 26, 2024 at 9:53 AM

Do you have any intel on how the adjusting companies were retained by MMA?

I'm looking through a file and found that Velawcity signed up the client, and EBC was contacted the next day.

But there was no work done on the file by MMA for six months.

My theory is Velawcity contacted the adjusting company.

Aug 28, 2024 at 10:28 AM

Do you know if any Texas disciplinary proceedings are moving forward against Moseley?

I don't know of any.

Moseley said recently in a bankruptcy hearing that they were all dismissed.

Marks 0010What?!?!

In my experience Texas doesn't care about what happened

Monson 021975

in Louisiana perpetrated by other attorneys, especially since he did not have a Louisiana license.

Makes sense.

Dec 12, 2024 at 3:12 PM

Check your email. Judge North issues a ruling that TX bankruptcy court does not have jurisdiction over any funds associated with cases in this district.

And separately, the TX District Court takes our case out of Bankruptcy Court!

Merry fucking Christmas!

Love you baby!

Huge!!

Dec 15, 2024 at 10:22 AM

You should think about asking the Texas District Court to transfer the case back to EDLA - where it belongs.

Right. There's no reason for it to be in Texas now that it's out of bankruptcy court.

Dec 19, 2024 at 5:17 PM

 Hanen Order.pdf

I assume you read MMA/Miriam Goots response in the bankruptcy case to Judge Norths latest order, which is a wild read in itself. I guess it initiated this latest order from District Judge Hanen.

I did a post on it calling her pleading "whining".

This is fucking awesome!

Marks 0011

It was so pathetic and desperate. Miriam and MMA really

Monson 021976

deserve each other.

I'll send you my post in a bit. I'm picking up my daughter from the airport.

MMA sued Hair Shunnarah

Same issues, or something different?

I see you posted it. I'll read it.

Jan 24, 2025 at 4:26 PM

 **480_Debtor's Motion to Modify Stay with State Farm.pdf**

Is MMA really trying to practice law again in LA?!

Jan 24, 2025 at 9:36 PM

WTF?  This one will be fun.

I hope State Farm is not agreeable to this.

Fri, Mar 21 at 3:00 PM

**Houston's MMA Law Inks Ch. 11 Deal With Litigation Funder**

Shared via the Google app

Legal quandary for any law firm sharing legal fees with MMA in which everyone has actual knowledge that they are also sharing legal fees with non-lawyers!

Fri, Mar 21 at 4:44 PM

Ouch.

No one cares.

Least of all the bankruptcy judge

Marks 0012

The Litigation Asset Marketplace

Monson 021977



The Litigation Asset Marketplace

Just launched two days ago.

By and sell your cases here.

Wow, that is next level

Yes sir. We need to work on legislation to stop this.

Wed, Apr 9 at 4:51 PM

Rebekka Veith is going to call you. She deposed Moseley yesterday. It was limited to their utilization of Velawcity, but very interesting nonetheless! Your name came up of course. He's not a fan 😂

Wed, Apr 9 at 6:35 PM

lol. Talked to her.

Yall are awesome!

Those Russian hackers are the worst!

I know!

I can't wait. The whole transcript has to be filed into the record.

Fri, May 23 at 10:17 AM

Hey, if there's any MMA exhibits you're looking for, send an email to Rebekka only.

Fri, May 23 at 11:26 AM

Good idea.

Mon, Jun 30 at 6:35 PM

Equal Access Justice Fund intervened in Moseley's divorce case. Alleges a fraudulent transfer of $1.9M to his soon to be ex-wife - also an attorney.

Marks 0013

EAJF also reset for hearing its $36M MSJ against Zach personally since he personally guaranteed the loans. The

even dismissed MMA after settling with them in the bankruptcy.

Good ole Miriam Goot then filed a motion to extend MMA's bankruptcy stay to all EAJF's collection efforts against Mosley personally – even though he has not declared personal bankruptcy.

I think we might be seeing a personal bankruptcy coming very soon.

I saw all that craziness. The story that just keeps going.

I posted the divorce thing today. Zach's wife through surrogates messaged me and asked me to take it down. One friend of hers claims she is the "#1 Victim".

She definitely picked an asshole for a husband. But everyone in his law school class knew that, so seems like she's just a bad judge of character

Well if EAJF is correct, that $1.9M will be a huge problem for her.

Rodriguez is going to struggle with this one. Who is the proper victim now?

I still think he will do anything Goot asks him to do. But with EAJF's claims already settled and the settlement approval signed by him, he will not have any real basis to do so.

There is only so far he can stick his neck out.

I can't believe that Goot didn't arrange for Zach to also be released individually in that settlement.

Sun, Nov 30 at 8:23 PM

**St. Tammany Parish Sheriff Office Inmate Search**

Marks 0014

Eww. That's a bad look for him.

I just wanted to let you know that I personally and deeply

Monson 021979

appreciate the fight your firm is waging re that Houston law firm.

The rulings that are coming from the judge are preposterous. Glad you are appealing.

It's madness. But we're still fighting! Hanen just put a stay on all our discovery - it was getting out of control.

The Fifth Circuit needs to fix things.

Marks 0015

Monson 021980

That is ironic!

Thu, Dec 4 at 8:06 AM

Hanen's going to put a stop to the craziness. Looks like he's going to certify the question about nullity of the contracts to LASC

No way.  That will be incredible!!!!!!  And that should be an easy decision for them.

Let me know when that order comes out.

Read

Of course. 3 hour hearing too the wind of MMA

Marks 0016

Monson 021981

Fri, Jan 23 at 9:50 PM

 179149106329.pdf

Happy Friday!

Sat, Jan 24 at 8:42 AM

Just read it. Congratulations to you – and society.

And society!

Too many favorite parts. Can't wait to see the certified questions.

Delivered

Marks 0017

Monson 021982