MR. MOSELEY:  Well, to --

THE COURT:  You still have all these cases pending in my court.  Okay.  You don't have any licensed Louisiana attorneys to handle them so you're responsible for them, your firm.  So, yeah, the rules apply to you.  And that's why I suspended you because I didn't want y'all messing any more of this up.  So, yeah, the rule applies to you.  That part is denied.  What's the second part of your argument?

MR. MOSELEY:  Yes, Your Honor.  Rule 83.2.10 is the rule regarding suspensions for longer than 90 days.

THE COURT:  Right.  I complied with that rule.  I have authority under our rules to suspend any lawyer from practicing in this federal district for 90 days on my own.  I did that.  Then any further extension of that suspension has to be brought before all of the district judges en banc in this court.  I did that.  The judges of this district, the Article III judges, voted unanimously to extend your suspension for another year.  So what part of it doesn't comply with the rule?

MR. MOSELEY:  The way I read the rule is that a notice requirement is -- you have to give me notice for what specific acts I'm being suspended for and then before the suspension is applied I would need a chance to answer to the allegations.

THE COURT:  That's why you're getting a hearing today.

MR. MOSELEY:  Post-suspension.  The way I read the rule --

THE COURT:  Well, I'm not going to let you meddle around in any of these cases without -- unsupervised.  So, yeah, your suspension, you can take it to the U.S. Fifth Circuit if you don't like how it went down.  That's certainly your prerogative.  But, you know, we gave you this hearing.  We gave all these people hearings for the extended -- I don't need to give you a notice for a 90-day suspension.  The rules don't require that.  The rules do require when the Court en banc does it I need to give you a hearing, and I did that.  That's what this is for.  But to protect the public, there was no way I was going to let the suspension or this Court was going to lift your suspension pending you getting a hearing because of the mess that your firm has created for this Court, for the people of this state and this district.

MR. MOSELEY:  Yes, Your Honor.  I read the rules differently, but I understand your holding.

THE COURT:  First of all, there's no way I could -- we're here for your hearing.  I would consider lifting the suspension on you, but you've got to get in