

Lauren A. Lam
Admitted in Louisiana
Lauren@MonsonFirm.com

Please Respond to Louisiana Office

August 26, 2022

**_Via Certified Mail/Return Receipt Requested: 7021 1970 0001 1175 2095_**

Louisiana Office of Disciplinary Counsel
Office of Chief Disciplinary Counsel
4000 S. Sherwood Forest Boulevard, Suite 607
Baton Rouge, Louisiana 70806

       Re:    Richard William Huye, III
                 Claude Favrot Reynaud, III
                 Cameron Sean Snowden
                 Robert Floyd Killingsworth, III
                 Michael Barcus
                 McClenny, Moseley & Associates, PLLC

Dear Office of Disciplinary Counsel:

       Pursuant to Rule 8.3 of the Louisiana Rules of Professional Conduct, I have attached for your review unsolicited text messages from McClenny, Moseley & Associates to me attempting to solicit representation in a manner that evidences violations of the Louisiana Rules of Professional Conduct.

       At approximately 12:07 p.m. on Tuesday, August 2, 2022, I received an unsolicited text message from a number identified as "+14704867580". The unsolicited text message, a copy of which is attached for your review, states as follows:

       Lauren, claims are being processed for victims of Hurricane Ida. Submit your claim
       at IDAclaims.IA/H0sibn before time runs out. NAAtoStop

       Upon receipt of this text message, I was confused as I was not familiar with the phone number that texted me. The unsolicited text message did not identify the sender and did not identify any lawyer or law firm. There was no location of practice identified, nor was there a

**Florida Office**
2840 N. University Drive
Coral Springs, FL 33065
P: 754-229-3487

**Texas Office**
900 Rockmead Dr., Ste. 141
Kingwood, TX 77339
P: 281-612-1920  F: 281-612-1971

**Louisiana Office**
5 Sanctuary Boulevard, Ste. 101
Mandeville, LA 70471
P: 985-778-0678  F: 985-778-0682

**www.MonsonFirm.com** | **855-2-MONSON**

Monson 005346

Louisiana Office of Disciplinary Counsel
Office of Chief Disciplinary Counsel
August 26, 2022
Page 2

Louisiana State Bar Association Lawyer Advertising Filing Number supplied.  Rather there was a sense of urgency to seek a claim for Hurricane Ida at the website that was enabled by the link "IDAclaims.IA/H0sibn".

I clicked on the link, which sent me directly to a website www.GetHurricaneJustice.com. On the first page of this website, again, there is no mention of a law firm name or attorney involved. Upon a second look at the website several weeks later, it states "LawFirm Helps Hurricane Policyholders Get Paid", but still no mention of a specific law firm, bar number, or any indication of a particular lawyer's involvement.   Rather, there is a series of questions presented to the viewer for a Free Case Review.

The website asks: "Did you suffer damage to your home or business (even minimal damage)?"

The website asks: "Did you own your home or business?"

The website asks: "Did you have insurance?" Clicking "YES" on all three questions brings you to a button that says "Final Step".

By clicking "Final Step" the website brings you to a new page that asks for your contact information, asking you to agree and submit to being contacted by a marketing party.

Below the "AGREE AND SUBMIT" button is a notice that reads as follows:

By checking this box and clicking the "Agree and Submit" button below, I represent that I am 18+ years of age and have read and agreed to the National Injury Bureau Terms and Conditions and Privacy Policy; I consent to the transfer of information that I provide on this site to the third-party legal service providers and non-legal service providers, third party partners and their affiliates and service providers; I agree to be contacted with marketing by email & telephone, which may be contacted with marketing by email & telephone, which may include artificial or pre-recorded calls and/or SMS text messages, delivered via automated technology, to the email and phone number that I have provided. I understand that my consent is not a condition of receipt of services.

Once the "AGREE AND SUBMIT" button was clicked, I instantly received a second text message at 10:33 a.m. from phone number "+1(318) 536-6739".  This text message states as follows:

Thank you for contacting McClenny, Moseley & Associates.  Our representatives will be calling you shortly about your Storm Damage claim.  Reply STOP to opt-out.

Monson 005347

Louisiana Office of Disciplinary Counsel
Office of Chief Disciplinary Counsel
August 26, 2022
Page 3

At no point in the entire process, either in the first text message or the website, was McClenny, Moseley & Associates or any of its attorneys subject to this complaint identified. Accordingly, the second text message is false and misleading as at no time did I ever contact this law firm or any of its attorneys.  However, as promised, a few minutes later on August 4, 2022, a representative of McClenny, Moseley & Associates called me, using my full name which was not provided to the website and attempted to speak with me, but refused to state what they were calling in regard to, and stated they would call back.  This phone call should be available from McClenny, Moseley & Associates.

Upon the completion of the above stated telephone call, I immediately received other unsolicited text messages copies of which are attached and which states as follows:

> We just attempted to contact you about your Storm Damage claim. Please call us back at 856-681-4176- McClenny Moseley & Associates. Reply STOP to opt-out.

> On Monday, August 8, 2022, at 8:56 a.m., I received another unsolicited text message, a copy of which is attached, stating:

> We've been trying to reach you regarding your Storm Damage claim. Call us at 856-681-4176 to speak with a representative- McClenny Moseley

In fact, I have received three (3) text messages from McClenny, Moseley & Associates, the most recent of which is attached and was on Thursday, August 12, 2022 at 3:00 p.m. which provides as follows:

> Unfortunately, we've not been able to speak with you regarding your possible Storm Damage Claim.  Call us anytime at 856-681-4176 – McClenny Moseley

In this matter, McClenny, Moseley & Associates, through its Louisiana licensed attorneys Richard William Huye, III, Claude Favrot Reynaud, III, Cameron Sean Snowden, Robert Floyd Killingsworth, III, and Michael Barcus violated Louisiana Rules of Professional Conduct Rule 7.4(a), which states as follows:

> RULE 7.4. DIRECT CONTACT WITH PROSPECTIVE CLIENTS

> (a) Solicitation. Except as provided in subdivision (b) of this Rule, a lawyer shall not solicit professional employment from a prospective client with whom the lawyer has no family or prior lawyer-client relationship, in person, by person to person verbal telephone contact, through others acting at the lawyer's request or on the lawyer's behalf or otherwise, when a significant motive for the lawyer's doing so is the lawyer's pecuniary gain. A lawyer shall not permit employees or agents of the lawyer to solicit on the lawyer's behalf. A lawyer shall not enter into an agreement for, charge, or collect a fee for professional employment obtained in

Monson 005348

Louisiana Office of Disciplinary Counsel
Office of Chief Disciplinary Counsel
August 26, 2022
Page 4

violation of this Rule. The term "solicit" includes contact in person, by telephone, telegraph, or facsimile, or by other communication directed to a specific recipient and includes (i) any written form of communication directed to a specific recipient and not meeting the requirements of subdivision (b) of this Rule, and (ii) any electronic mail communication directed to a specific recipient and not meeting the requirements of subdivision (c) of Rule 7.6. For the purposes of this Rule 7.4, the phrase "prior lawyer-client relationship" shall not include relationships in which the client was an unnamed member of a class action.

Rule 7.4 indicates that a lawyer shall not solicit professional employment from a prospective client with whom the lawyer has no family or prior lawyer/client relationship either in person, by person-to-person verbal telephone contact or through others acting at the lawyer's request when a significant motive for the lawyer's doing so is pecuniary gain.  Further, a lawyer shall not enter into an agreement for, charge, or collect a fee for professional employment obtained in violation of this Rule.  In this Rule, the term "solicit" includes contact in person or by telephone. Finally, Rule 7.4 prohibits lawyers from using agents to solicit on the lawyer's behalf.

In this instance, McClenny, Moseley & Associates, through its Louisiana licensed attorneys Richard William Huye, III, Claude Favrot Reynaud, III, Cameron Sean Snowden, Robert Floyd Killingsworth, III, and Michael Barcus used the unsolicited text communications, telephone calls, emails, and the website www.GetHurricaneJustice.com in order to improperly solicit an attorney-client relationship with me, in clear violation of Rule 7.4(a).  At no point did I have a family or lawyer-client relationship with any of these attorneys.

Further, McClenny, Moseley & Associates, through its Louisiana licensed attorneys Richard William Huye, III, Claude Favrot Reynaud, III, Cameron Sean Snowden, Robert Floyd Killingsworth, III, and Michael Barcus, use of the website www.GetHurricaneJustice.com to solicit an attorney-client relationship further proves violations of Rules 7.6 and 7.2 of the Louisiana Rules of Professional Conduct.

Thank you in advance for your consideration of this matter.  If you have any questions regarding the above, please do not hesitate to call.

With kind regards, I remain

Sincerely,

Lauren A. Lam

LAL/dm
Enclosures

Monson 005349

3:02   🛡 ⊹ ⊹ •                        ⚹ 📶 100% 🔋

< 👤  **+14704867580** ⌄              ⋮

Tuesday, August 2

Lauren, claims are
being processed
for victims of
Hurricane Ida.
Submit your claim
at IDAclaims.la/
H0sibn before
time runs out.
NAAtoStop

12:07 PM

Monson 005350

9:42 · · · · · · · · · · · · · · · · 97%

< 👤 **+13185366739** ∨ ⋮

Thursday, August 4

Thank you for contacting McClenny Moseley & Associates. Our representatives will be calling you shortly about your Storm Damage claim. Reply STOP to opt-out

10:33 AM

We just attempted to contact you about your Storm Damage claim. Please call us back at 856-681-4176 -McClenny Moseley & Associates. Reply STOP to opt-

Monson 005351

9:43

< 👤 **+13185366739** ⌄          ⋮

to contact you about your Storm Damage claim. Please call us back at 856-681-4176 -McClenny Moseley & Associates. Reply STOP to opt-out          10:39 AM

Monday, August 8

We've been trying to reach you regarding your Storm Damage claim. Call us at 856-681-4176 to speak with a representative -McClenny Moseley          8:56 AM

Monson 005352

9:43 ⌬ ▣ ▦ •   ⁂ ⛁ �📶 97% ▮

‹   👤   **+13185366739** ⌄   ⋮

We've been trying to reach you regarding your Storm Damage claim. Call us at 856-681-4176 to speak with a representative -McClenny Moseley

8:56 AM

Friday, August 12

Unfortuantely we've not been able to speak with you regarding your possible Storm Damage claim. Call us anytime at 856-681-4176 -McClenny Moseley

3:00 PM



Monson 005353



# THE MONSON
## LAW FIRM, LLC

Matthew D. Monson
Admitted in Louisiana and Texas
Matthew@MonsonFirm.com

Please Respond to Louisiana Office

August 3, 2022

**_Via Certified Mail/Return Receipt Requested: 7021 1970 0001 1175 0879_**

Louisiana Office of Disciplinary Counsel
4000 S. Sherwood Forest Boulevard, Suite 607
Baton Rouge, Louisiana 70806

      Re:    Richard William Huye, III
             Claude Favrot Reynaud, III
             Cameron Sean Snowden
             Robert Floyd Killingsworth, III
             Michael Barcus
             McClenny, Moseley & Associates, PLLC

Dear Office of Disciplinary Counsel:

      Pursuant to Rule 8.3 of the Louisiana Rules of Professional Conduct, and on behalf of Katherine Monson, I have attached for your review unsolicited text messages from McClenny Moseley & Associates to Katherine Monson attempting to solicit representation in a manner that evidences violations of the Louisiana Rules of Professional Conduct.

      At approximately 7:01 a.m. on Sunday, July 17, 2022, Katherine Monson received an unsolicited text message from a number identified as "+14307032100". The unsolicited text message, a copy of which is attached for your review, states as follows:

      You qualify for Hurricane Ida owed claim_$$$! Pick Yes to the first 3 questions
      and NO for attorney to claim…D7.tap622.com St

      Upon receipt of this text message, Ms. Monson was confused as she was not familiar with the phone number that texted her. The unsolicited text message did not identify the sender and did not identify any lawyer or law firm. There was no location of practice identified, nor was there a Louisiana State Bar Association Lawyer Advertising Filing Number supplied. Rather there was a

**Florida Office**
2840 N. University Drive
Coral Springs, FL 33065
P: 754-229-3487

**Texas Office**
900 Rockmead Dr., Ste. 141
Kingwood, TX 77339
P: 281-612-1920  F: 281-612-1971

**Louisiana Office**
5 Sanctuary Boulevard, Ste. 101
Mandeville, LA 70471
P: 985-778-0678  F: 985-778-0682

www.MonsonFirm.com | 855-2-MONSON

Monson 005354

Louisiana Office of Disciplinary Counsel
Office of Chief Disciplinary Counsel
August 3, 2022
Page 2

promise of money made if certain answers were provided at the website that was enabled by the link "D7.tap622.com"

Ms. Monson clicked on the link, which sent her directly to a website www.DisasterClaimHelp.com. On the first page of this website, again, there is no mention of a law firm name or attorney involved. Rather, there is a series of questions presented to the viewer and is listed as a series of "Steps".

Step 1 asks: "Did you suffer damage to your home or business (even minimal damage) from a hurricane? Clicking "YES" to Step 1 as instructed by the text message brings you to the second step.

Step 2 asks: "Did you own your home or business? Clicking "YES" to Step 2 as instructed by the text message brings you to the third step.

Step 3 asks: "Did you have homeowners insurance during the time of the incident?" Clicking "YES" to Step 3 as instructed by the text message brings you to the fourth step.

Step 4 asks: "In what state did the damage occur?" and provides the options of Louisiana, Mississippi, and Texas. Once the state is entered, then you are taken to the fifth step.

Step 5 instructs: "Briefly describe what happened." Since Hurricane Ida was the subject of the unsolicited text message, "Hurricane Ida" was mentioned. The website then takes you to the sixth step.

Step 6 asks: "Do you currently have an attorney for this claim?" This is the first instance on the website that suggests that it is an attorney advertisement. Yet, no lawyers, law firms, or locations are identified. Clicking "No" as instructed takes you to the Final Step, in entering the user's contact information with a button entitled "SEE IF I QUALIFY".

Below the "SEE IF I QUALIFY" button is a notice that reads as follows:

By clicking the "See If I Qualify" button, I consent by electronic signature to: receive recurring autodialed and/or pre-recorded telemarketing calls, emails and/or SMS text (standard cellular rates may apply) from disasterclaimhelp.com and its clients in order to provide me with lawsuit information and other products or services at the telephone number I provided. I also consent to the disasterclaimhelp.com Privacy Policy and Terms of Use. I understand that I may receive a call even if my telephone number is listed on a Do Not Call list and that my consent is not a requirement of purchase. I can revoke this consent by replying STOP to the text msg received.

Monson 005355

Louisiana Office of Disciplinary Counsel
Office of Chief Disciplinary Counsel
August 3, 2022
Page 3

The list of clients provided in the notice, a copy of which is attached, does not identify McClenny, Moseley & Associates or any of the lawyers made subject of this complaint.

Once the "SEE IF I QUALIFY" button was clicked, Ms. Monson instantly received a second text message at 8:43 a.m. from phone number "+1(318) 536-6739". This text message states as follows:

> Thank you for contacting McClenny Moseley & Associates. Our representatives will be calling you shortly about your Storm Damage claim. Reply STOP to opt-out.

At no point in the entire process, either in the first text message or the website, was McClenny, Moseley & Associates or any of its attorneys subject to this complaint identified. Accordingly, the second text message is false and misleading as at no time did Ms. Monson ever contact this law firm or any of its attorneys. However, as promised, a few minutes later on July 17, 2022, a representative of McClenny, Moseley & Associates called Ms. Monson and attempted to have her sign an online retention agreement, which Ms. Monson did not complete. This phone call was recorded by the caller and should be available from McClenny, Moseley & Associates.

Upon noticing that Ms. Monson did not execute a retention agreement, Ms. Monson received another unsolicited phone call from McClenny, Moseley & Associates, which she did not answer, and a voicemail was left for her. The voicemail[1] states as follows:

> Hello, this is McClenny Moseley & Associates. We're reaching out because you recently completed an intake with our representatives and were sent legal documents for review and signature. We're following up to help answer any questions or concerns you may have. Please note that these documents are time sensitive and the sooner we can process them to our legal team, the quicker your claim can proceed. Please call us back so we can help assist you with the completion of these documents at 833-991-1499. Thank you for your time and have a wonderful day.

On Monday, July 18, 2022, at 7:56 a.m., Ms. Monson received another unsolicited text message, a copy of which is attached, stating:

> We recently emailed you documents to sign concerning your Storm Damage claim. Please call 856-681-4176 for questions or assistance.

In fact, Ms. Monson has received 16 emails from McClenny, Moseley & Associates, one each day, asking her to execute an Employment Contract, copies of which are also attached.

---

[1] An audio copy of the recording will be made available upon request.

Monson 005356

Louisiana Office of Disciplinary Counsel
Office of Chief Disciplinary Counsel
August 3, 2022
Page 4

Ms. Monson has also received identical text messages on July 27, 2022 at 10:10 a.m., July 30, 2022 at 10:12 a.m. and August 2, 2022 at 10:12 a.m., copies of which are attached and each stating:

> We're here to help you complete the document signing process concerning your Storm Damage claim.  Call us anytime at 856-681-4176 – McClenny Moseley

In this matter, McClenny, Moseley & Associates, through its Louisiana licensed attorneys Richard William Huye, III, Claude Favrot Reynaud, III, Cameron Sean Snowden, Robert Floyd Killingsworth, III, and Michael Barcus violated Louisiana Rules of Professional Conduct Rule 7.4(a), which states as follows:

> RULE 7.4. DIRECT CONTACT WITH PROSPECTIVE CLIENTS
>
> (a) Solicitation. Except as provided in subdivision (b) of this Rule, a lawyer shall not solicit professional employment from a prospective client with whom the lawyer has no family or prior lawyer-client relationship, in person, by person to person verbal telephone contact, through others acting at the lawyer's request or on the lawyer's behalf or otherwise, when a significant motive for the lawyer's doing so is the lawyer's pecuniary gain. A lawyer shall not permit employees or agents of the lawyer to solicit on the lawyer's behalf. A lawyer shall not enter into an agreement for, charge, or collect a fee for professional employment obtained in violation of this Rule. The term "solicit" includes contact in person, by telephone, telegraph, or facsimile, or by other communication directed to a specific recipient and includes (i) any written form of communication directed to a specific recipient and not meeting the requirements of subdivision (b) of this Rule, and (ii) any electronic mail communication directed to a specific recipient and not meeting the requirements of subdivision (c) of Rule 7.6. For the purposes of this Rule 7.4, the phrase "prior lawyer-client relationship" shall not include relationships in which the client was an unnamed member of a class action.

Rule 7.4 indicates that a lawyer shall not solicit professional employment from a prospective client with whom the lawyer has no family or prior lawyer/client relationship either in person, by person-to-person verbal telephone contact or through others acting at the lawyer's request when a significant motive for the lawyer's doing so is pecuniary gain.  Further, a lawyer shall not enter into an agreement for, charge, or collect a fee for professional employment obtained in violation of this Rule.  In this Rule, the term "solicit" includes contact in person or by telephone.  Finally, Rule 7.4 prohibits lawyers from using agents to solicit on the lawyer's behalf.

In this instance, McClenny, Moseley & Associates, through its Louisiana licensed attorneys Richard William Huye, III, Claude Favrot Reynaud, III, Cameron Sean Snowden, Robert Floyd Killingsworth, III, and Michael Barcus used the unsolicited text communications, telephone calls, emails, and the website www.DisasterClaimHelp.com in order to improperly solicit an

Monson 005357

Louisiana Office of Disciplinary Counsel
Office of Chief Disciplinary Counsel
August 3, 2022
Page 5

attorney-client relationship with Ms. Monson, in clear violation of Rule 7.4(a).  At no point did Ms. Monson have a family or lawyer-client relationship with any of these attorneys.  Indeed, it is this firm's understanding that McClenny, Moseley & Associates has openly bragged about "signing up" approximately 7,000 Hurricane Ida claims.

Further, McClenny, Moseley & Associates', through its Louisiana licensed attorneys Richard William Huye, III, Claude Favrot Reynaud, III, Cameron Sean Snowden, Robert Floyd Killingsworth, III, and Michael Barcus, use of the website www.DisasterClaimHelp.com to solicit an attorney-client relationship further proves numerous violations of Rules 7.6 and 7.2 of the Louisiana Rules of Professional Conduct.

Thank you in advance for your consideration of this matter.  If you have any questions regarding the above, please do not hesitate to call.

With kind regards, I remain

Sincerely,

Matthew D. Monson

MDM/dfc
Enclosures

Monson 005358

11:47



+1 (430) 703-2100

Text Message
Sun, Jul 17, 7:01 AM

You qualify for Hurricane ida owed claim_$$$! Pick Yes to the first 3 questions and NO for attorney to claim...D7.tap622.com St

Monson 005359

**8:43**
◀ Safari





+1 (318) 536-6739

Text Message
Today 8:43 AM

Thank you for contacting McClenny Moseley & Associates. Our representatives will be calling you shortly about your Storm Damage claim. Reply STOP to opt-out

Monson 005360

Mon, Jul 18, 7:50 AM

We recently emailed you
documents to sign
concerning your Storm
Damage claim. Please call
856-681-4176 for
questions or assistance
-McClenny Moseley

Monson 005361

Saturday

We're here to help you complete the document signing process concerning your Storm Damage claim. Call us anytime at 856-681-4176 -McClenny Moseley

Monson 005362



+1 (318) 536-6739

Wednesday ١٠ ١٠ ٨٧

We're here to help you complete the document signing process concerning your Storm Damage claim. Call us anytime at 856-681-4176 -McClenny Moseley

Monson 005363

**THIS AGREEMENT IS SUBJECT TO BINDING ARBITRATION**
**PROPERTY DAMAGE CLAIMS I ATTORNEY EMPLOYMENT CONTRACT**

**(IF THERE IS NO MONETARY RECOVERY MADE FOR THE CLIENT, THEN ATTORNEYS FEES ARE WAIVED)**

1. **Parties to this Contract.** The undersigned clients (the "Client") hires MCCLENNY MOSELEY & ASSOCIATES, PLLC and Co-Counsel[1] (collectively "Attorneys") as Client's attorneys for legal representation as described below.

2. **Scope and Purpose of Legal Representation.** Client hires Attorneys to solely represent Client's for any and all insurance policies providing coverage for the following address and date of loss:

Loss Address Represented: _____

Date of Loss Represented: _____

**Client agrees and understands that Attorneys do not represent Client for any flood loss whether involving an insurance claim or otherwise.**

3. **Attorneys' Contingent Fee Arrangement.** Louisiana R.S. 22:1892 requires insurance companies to pay for attorney's fees, over and above the amount of property damage, if the claim is paid untimely in violation of state statutes. No fees will be charged on any insurance payments made prior to the date of this contract. After execution of this agreement but prior to filing of a lawsuit, Client agrees to pay Attorneys <u>33 % of the total</u> sums collected plus reasonable expenses. Attorneys are required to obtain client's consent and authorization <u>before</u> filing a lawsuit. If a lawsuit is filed after Client's consent, or a recovery from a TWIA mediation is obtained (if applicable), then Client agrees to pay Attorneys <u>40 % of the total</u> sum collected plus reasonable expenses. Attorneys may associate with other Attorneys with the Client's advance consent, but this will not increase the total Attorney fee owed by the client. If there is no recovery, Client owes no Attorneys' Fees. If there is a recovery, the Attorneys' contingent fee will first be deducted from the gross recovery, then all applicable expenses and court costs shall be deducted from the remaining amount, and the balance of the net recovery shall then be paid to the Clients. Attorneys must have Client's approval of any settlement—and if the case is successful, Client will receive a disbursement statement (internally called a "Breakdown") that describes the calculation of fees, costs, and itemized expenses, as well as the net recovery paid to the Client. The Client must sign and return the Breakdown before Attorneys may disburse any money.

4. **Costs and Other Expenses.** Client will not pay any up-front expenses. Attorneys agree to advance all reasonable expenses associated with the Client's case but will be reimbursed from any recovery. Client agrees that Attorneys will be repaid all reasonable court costs and expenses incurred by Attorneys in the handling of the Client's case, including but not limited to, court costs, filing fees, depositions, expert witnesses, reports, and/or testimony time, consultant fees, fax transmissions or receptions, messengers, court reporter fees, service of citations, investigative fees and expenses, court mandated expenditures, costs associated with collecting judgments, any expenses of a structured settlement, witness fees, mileage, air travel, subpoenas, record service fees, preparation of exhibits and photographs, copying, postage, research, document management, calls, and transportation and/or lodging expenses and parking. All expenses are charged and re-paid at the actual, invoiced cost to Attorney. Client understands that it may be necessary for

Attorneys to obtain financing to pay for the expenses and litigation of his/her case. Client hereby authorizes Attorneys to obtain such financing for his/her case at the Attorneys' sole discretion. Client further understands that the interest on any such financing shall be an expense of the case. Client agrees to pay the monthly interest from such financing at the rate borrowed by Attorneys at the conclusion of the case. However, such interest shall not exceed a maximum of 8.5% per year. Attorneys will use best efforts to minimize expenses because the less money Attorneys risk on losing if there is a low or no recovery. If there is no recovery, Client owes no Case Expenses provided that Client has made no misrepresentations of a material fact.

---

[1] Co-Counsel includes Krause and Kinsman Trial Lawyers, LLP. Client consents to Counsel's joint representation of client and Counsel's fee sharing agreement per which each will receive the following share of Counsel's Fees and Costs payable by Client per this agreement: 75% to MCCLENNY MOSELEY & ASSOCIATES, PLLC and 25% to Krause and Kinsman Trial Lawyers, LLP.


MCCLENNY | MOSELEY
& ASSOCIATES

1

Monson 005364

5. **Withdrawal of Attorney.** Attorneys may withdraw from Client's representation in the claim at any time with written notice for any reason recognized under the law of the state in which the property/properties associated with the claim is/are located. In the event of withdrawal or termination, Client agrees and understands that this Contract hereby provides Attorney with a special privilege for Attorneys professional and attorneys fees as provided for in La. R.S. 37:218 and La. R.S. 9:5001.

6. **Favorable Outcome Not Guaranteed.** Client understands that Attorneys have made no promises or guarantees of any kind concerning the outcome of Client's claim, including any recovery or its amount.

7. **Limited Power of Attorney to Execute Documents.** Client grants to Attorneys a limited power of attorney to execute all documents related only to this representation where Attorneys are retained, including pleadings, contracts, settlement agreements and compromises (but only after Attorney has first obtained Client's informed consent to such settlement or compromise), verifications, dismissals, and orders. This power of attorney shall apply only to matters related to this case. Attorneys must have Client's approval for Client's individual settlement. This Limited Power of Attorney does not include Client's authorization for Attorney to endorse and negotiate any instruments given in settlement, which will be obtained via a separate power of attorney and only after Client has approved the settlement.

8. **Cooperation of Client.** Client shall keep Attorneys timely advised of his or her current mailing address, current phone numbers, and current email addresses at all times so that Attorneys can communicate with Client. Client shall immediately inform Attorneys about any anticipated, planned, or current bankruptcy filing by Client or involving Client.

9. **Alteration of Instrument.** No amendments, material alterations, or modifications of any of the provisions of this Agreement will be binding unless made in writing by a Partner of McClenny Moseley & Associates, PLLC and signed by both Attorney and Client.

10. **Agreement for Binding Arbitration.** Any controversy and/or claim arising out of or relating to this contract and/or any alleged breach thereof (and/or the legal services provided), shall be settled by binding arbitration administered by the American Arbitration Association in accordance with its Commercial Arbitration Rules. The arbitration hearing shall take place in a mutually agreed upon location before a single arbitrator. Judgment on the award rendered by the arbitrator may be entered in any court having jurisdiction. The prevailing party may be awarded reasonable attorneys fees, expenses, and costs related to the arbitration. The arbitration proceedings and arbitration award shall be maintained by the parties as strictly confidential, except as is otherwise required by court order, applicable rule, and/or law or as is necessary to confirm, vacate or enforce the award and for disclosure in confidence to the parties' respective attorneys, tax advisors and senior management and to family members of a party who is an individual.

11. **Acknowledgment and Other Important Provisions.** Client agrees that he or she has read this 2-page agreement carefully. Client's signature below indicates that Client has read and understands this agreement and agrees to be bound by all its provisions. Client understands and recognizes that contractors, public adjusters, engineers, and or other vendors, who also have a contract with client, are entitled to compensation and updates regarding their legal and financial interests related to clients insurance claim. Further, any and all contracts containing a "direction to pay," signed by the client will be honored accordingly. Client has asked Attorneys any questions that Client has about this agreement before signing. Client may consult with an independent attorney before signing this agreement, but Client is not required to do so. Only the law of the state in which the property/properties associated with the claim is/are located applies to this contract. If any provision in this contract is determined to be invalid, illegal, and/or void, then the remaining provisions are preserved and shall be interpreted to give full legal effect to those remaining provisions. The signature on behalf of Attorneys below indicates Attorneys' acceptance of this agreement.



2

Monson 005365

**From:** MMA PLLC <mail@signnow.com>
**Date:** July 17, 2022 at 8:54:01 AM CDT
**To:** kathyusa@charter.net
**Subject: Thank You for Signing Your Storm Damage Claim Legal Documents**
**Reply-To:** noreply@mma-pllc.net



# You were invited to review and sign a document

Hello,

Thank you for trusting McClenny, Moseley & Associates with your Storm Damage legal claim. Please click the button below to sign the legal documents necessary to complete this step.

As soon as this step is complete, the signed documents will be sent to our law firm so we can begin working on your case immediately.

Thank you - McClenny, Moseley & Associates

**View Document**

1

Monson 005366

**Did you receive this email by mistake or have any questions?**
You can contact the sender by clicking the button below.

**Contact Sender**

This email contains a secure link to signNow designed for the initial recipient. Please do not forward or share this email, link, or access code with others. If you believe this email was sent to you in error, please contact the sender.

**This invite will expire in 120 days**



**Contact Support**      **Terms of Service**      **Privacy Policy**

2022 © airSlate, Inc. All rights reserved.

17 Station Street, 3rd Floor, Brookline, MA 02445

Monson 005367

**From:** "noreply (at mma-pllc.net) via" <mail@signnow.com>
**Date:** July 18, 2022 at 9:30:38 AM CDT
**To:** kathyusa@charter.net
**Subject: Reminder: Thank You for Signing Your Storm Damage Claim Legal Documents**
**Reply-To:** noreply@mma-pllc.net



Hello,

Thank you for trusting McClenny, Moseley & Associates with your Storm Damage legal claim. Please click the button below to sign the legal documents necessary to complete this step.

As soon as this step is complete, the signed documents will be sent to our law firm so we can begin working on your case immediately.

Thank you - McClenny, Moseley & Associates
This invite will expire in 119 day(s).

iOS  Android          Web

1

Monson 005368

**From:** "noreply (at mma-pllc.net) via" <mail@signnow.com>
**Date:** July 19, 2022 at 9:50:33 AM CDT
**To:** kathyusa@charter.net
**Subject: Reminder: Thank You for Signing Your Storm Damage Claim Legal Documents**
**Reply-To:** noreply@mma-pllc.net



Hello,

Thank you for trusting McClenny, Moseley & Associates with your Storm Damage legal claim. Please click the button below to sign the legal documents necessary to complete this step.

As soon as this step is complete, the signed documents will be sent to our law firm so we can begin working on your case immediately.

Thank you - McClenny, Moseley & Associates

This invite will expire in 118 day(s).

iOS  Android       Web

1

Monson 005369

**From:** "noreply (at mma-pllc.net) via" <mail@signnow.com>
**Date:** July 20, 2022 at 10:00:47 AM CDT
**To:** kathyusa@charter.net
**Subject: Reminder: Thank You for Signing Your Storm Damage Claim Legal Documents**
**Reply-To:** noreply@mma-pllc.net



Hello,

Thank you for trusting McClenny, Moseley & Associates with your Storm Damage legal claim. Please click the button below to sign the legal documents necessary to complete this step.

As soon as this step is complete, the signed documents will be sent to our law firm so we can begin working on your case immediately.

Thank you - McClenny, Moseley & Associates
This invite will expire in 117 day(s).

iOS  Android        Web

1

Monson 005370

**From:** "noreply (at mma-pllc.net) via" <mail@signnow.com>
**Date:** July 21, 2022 at 10:10:38 AM CDT
**To:** kathyusa@charter.net
**Subject: Reminder: Thank You for Signing Your Storm Damage Claim Legal Documents**
**Reply-To:** noreply@mma-pllc.net



Hello,

Thank you for trusting McClenny, Moseley & Associates with your Storm Damage legal claim. Please click the button below to sign the legal documents necessary to complete this step.

As soon as this step is complete, the signed documents will be sent to our law firm so we can begin working on your case immediately.

Thank you - McClenny, Moseley & Associates
                        This invite will expire in 116 day(s).


iOS  Android          Web

1

Monson 005371

From: "noreply (at mma-pllc.net) via" <mail@signnow.com>
Date: July 22, 2022 at 10:30:30 AM CDT
To: kathyusa@charter.net
Subject: Reminder: Thank You for Signing Your Storm Damage Claim
Legal Documents
Reply-To: noreply@mma-pllc.net



Hello,

Thank you for trusting McClenny, Moseley & Associates with your Storm
Damage legal claim. Please click the button below to sign the legal
documents necessary to complete this step.

As soon as this step is complete, the signed documents will be sent to
our law firm so we can begin working on your case immediately.

Thank you - McClenny, Moseley & Associates
This invite will expire in 115 day(s).

iOS  Android          Web

Monson 005372

From: "noreply (at mma-pllc.net) via" <mail@signnow.com>
Date: July 23, 2022 at 10:50:26 AM CDT
To: kathyusa@charter.net
Subject: Reminder: Thank You for Signing Your Storm Damage Claim
Legal Documents
Reply-To: noreply@mma-pllc.net

Hello,

Thank you for trusting McClenny, Moseley & Associates with your Storm
Damage legal claim. Please click the button below to sign the legal
documents necessary to complete this step.

As soon as this step is complete, the signed documents will be sent to
our law firm so we can begin working on your case immediately.

Thank you - McClenny, Moseley & Associates
                    This invite will expire in 114 day(s).


iOS  Android          Web

Monson 005373

**From:** "noreply (at mma-pllc.net) via" <mail@signnow.com>
**Date:** July 24, 2022 at 11:00:33 AM CDT
**To:** kathyusa@charter.net
**Subject: Reminder: Thank You for Signing Your Storm Damage Claim Legal Documents**
**Reply-To:** noreply@mma-pllc.net





Hello,

Thank you for trusting McClenny, Moseley & Associates with your Storm Damage legal claim. Please click the button below to sign the legal documents necessary to complete this step.

As soon as this step is complete, the signed documents will be sent to our law firm so we can begin working on your case immediately.

Thank you - McClenny, Moseley & Associates
                    This invite will expire in 113 day(s).

iOS Android         Web

Monson 005374

**From:** "noreply (at mma-pllc.net) via" <mail@signnow.com>
**Date:** July 25, 2022 at 11:10:34 AM CDT
**To:** kathyusa@charter.net
**Subject: Reminder: Thank You for Signing Your Storm Damage Claim Legal Documents**
**Reply-To:** noreply@mma-pllc.net



Hello,

Thank you for trusting McClenny, Moseley & Associates with your Storm Damage legal claim. Please click the button below to sign the legal documents necessary to complete this step.

As soon as this step is complete, the signed documents will be sent to our law firm so we can begin working on your case immediately.

Thank you - McClenny, Moseley & Associates

This invite will expire in 112 day(s).

iOS  Android            Web

Monson 005375

**From:** "noreply (at mma-pllc.net) via" <mail@signnow.com>
**Date:** July 27, 2022 at 11:30:26 AM CDT
**To:** kathyusa@charter.net
**Subject: Reminder: Thank You for Signing Your Storm Damage Claim Legal Documents**
**Reply-To:** noreply@mma-pllc.net



Hello,

Thank you for trusting McClenny, Moseley & Associates with your Storm Damage legal claim. Please click the button below to sign the legal documents necessary to complete this step.

As soon as this step is complete, the signed documents will be sent to our law firm so we can begin working on your case immediately.

Thank you - McClenny, Moseley & Associates
                    This invite will expire in 110 day(s).


                    iOS  Android          Web

Monson 005376

**From:** "noreply (at mma-pllc.net) via" <mail@signnow.com>
**Date:** July 28, 2022 at 11:42:27 AM CDT
**To:** kathyusa@charter.net
**Subject: Reminder: Thank You for Signing Your Storm Damage Claim
Legal Documents**
**Reply-To:** noreply@mma-pllc.net



Hello,

Thank you for trusting McClenny, Moseley & Associates with your Storm
Damage legal claim. Please click the button below to sign the legal
documents necessary to complete this step.

As soon as this step is complete, the signed documents will be sent to
our law firm so we can begin working on your case immediately.

Thank you - McClenny, Moseley & Associates
                    This invite will expire in 109 day(s).


                    iOS Android          Web

Monson 005377

**From:** "noreply (at mma-pllc.net) via" <mail@signnow.com>
**Date:** July 29, 2022 at 11:50:28 AM CDT
**To:** kathyusa@charter.net
**Subject: Reminder: Thank You for Signing Your Storm Damage Claim Legal Documents**
**Reply-To:** noreply@mma-pllc.net



Hello,

Thank you for trusting McClenny, Moseley & Associates with your Storm Damage legal claim. Please click the button below to sign the legal documents necessary to complete this step.

As soon as this step is complete, the signed documents will be sent to our law firm so we can begin working on your case immediately.

Thank you - McClenny, Moseley & Associates
This invite will expire in 108 day(s).

iOS  Android        Web

Monson 005378

From: "noreply (at mma-pllc.net) via" <mail@signnow.com>
Date: July 30, 2022 at 12:00:23 PM CDT
To: kathyusa@charter.net
Subject: Reminder: Thank You for Signing Your Storm Damage Claim Legal Documents
Reply-To: noreply@mma-pllc.net

✉

Hello,

Thank you for trusting McClenny, Moseley & Associates with your Storm Damage legal claim. Please click the button below to sign the legal documents necessary to complete this step.

As soon as this step is complete, the signed documents will be sent to our law firm so we can begin working on your case immediately.

Thank you - McClenny, Moseley & Associates
This invite will expire in 107 day(s).

iOS  Android        Web

Monson 005379

**From:** "noreply (at mma-pllc.net) via" <mail@signnow.com>
**Date:** July 31, 2022 at 12:40:23 PM CDT
**To:** kathyusa@charter.net
**Subject: Reminder: Thank You for Signing Your Storm Damage Claim Legal Documents**
**Reply-To:** noreply@mma-pllc.net

Hello,

Thank you for trusting McClenny, Moseley & Associates with your Storm Damage legal claim. Please click the button below to sign the legal documents necessary to complete this step.

As soon as this step is complete, the signed documents will be sent to our law firm so we can begin working on your case immediately.

Thank you - McClenny, Moseley & Associates
This invite will expire in 106 day(s).

iOS  Android          Web

Monson 005380

**From:** "noreply (at mma-pllc.net) via" <mail@signnow.com>
**Date:** August 1, 2022 at 12:50:26 PM CDT
**To:** kathyusa@charter.net
**Subject: Reminder: Thank You for Signing Your Storm Damage Claim Legal Documents**
**Reply-To:** noreply@mma-pllc.net



Hello,

Thank you for trusting McClenny, Moseley & Associates with your Storm Damage legal claim. Please click the button below to sign the legal documents necessary to complete this step.

As soon as this step is complete, the signed documents will be sent to our law firm so we can begin working on your case immediately.

Thank you - McClenny, Moseley & Associates
This invite will expire in 105 day(s).

iOS  Android        Web

Monson 005381

**From:** "noreply (at mma-pllc.net) via" <mail@signnow.com>
**Date:** August 2, 2022 at 1:00:38 PM CDT
**To:** kathyusa@charter.net
**Subject: Reminder: Thank You for Signing Your Storm Damage Claim Legal Documents**
**Reply-To:** noreply@mma-pllc.net





Hello,

Thank you for trusting McClenny, Moseley & Associates with your Storm Damage legal claim. Please click the button below to sign the legal documents necessary to complete this step.

As soon as this step is complete, the signed documents will be sent to our law firm so we can begin working on your case immediately.

Thank you - McClenny, Moseley & Associates
                This invite will expire in 104 day(s).


iOS Android        Web

Monson 005382

Today 10:12 AM

We're here to help you complete the document signing process concerning your Storm Damage claim. Call us anytime at 856-681-4176 -McClenny Moseley

Monson 005383

## Partners

4 Legal Leads
a/k/a Ally Capital Corp. in Arizona,
a/k/a Ally Bank Corp. in New Mexico, ("Ally")
Accredited Debt Relief
Advertising Associates, Inc
Affiliati
AFS Acceptance, LLC
Ally Financial Inc., Ally Bank, a/k/a Capital in Hawaii
Alpine Digital Group, Inc.
American Credit Acceptance
American Disability
American Disability Helpline
American General Auto Finance
AMP Attorney Consulting, LLC
Apple Auto
Asbury Automotive Management, LLC
Assistance National USA
Astoria Company
AuntMeg.
Auto Credit Express
Auto Loan Options
Auto Priority
Auto Web
AutoApproved, LLC
Autobytel Inc.
Automobile Acceptance Corporation
AutoPay
Balboa Digital
Bank of America
Bank Source
Bargain Hunters
BB&T
Beacon Community Credit Union
Berman Law Group
Blue Yield Inc.
blueSky Marketing Group
Capital One Auto Finance
Car Loans Canada Inc
Car.com
CàrFi Direct
CarFinance Capital, LLC
CBC Federal Credit Union
Chase Auto Finance
Chatmantics
Citizens Disability
Clearlane.com
Coastal Credit
Compass Bank – BBVA
CoverageCorp Group Inc.
Creative Tax Solutions
Credit Acceptance Corporation
Credit Associates
Credit.com
Crescent Bank
CU Direct
Dealer Dialer
Debt Cleanse
Detroit Trading
Digital Marketing Group
Digital Media Solutions
Digital Treetop

Monson 005384

Direct Media Partners
Drive Financial Services
Exeter Finance Corp.
Expert Home Offers
Fifth Third Alternative Finance
First Investors Financial Services, Inc.
Fleet Auto Finance
Fleet Financial
FourSight Capital
Freedom Debt Relief
Frost Bank
Gateway Financial
Gerber Life Insurance
Ghray, Inc. & Ghray Area Holdings, Inc
Grand Caribbean Cruises
Health Coverage Helpers
Help Advisors
Helping Hands Association
Home Sales Club
Huntington Bank
iLendDirect.com
Injury Help Desk
Injury Partners
Injury Review
Innovative Funding Services (IFS)
Innovative Funding Solutions
Internet Brands
Intimate Interactive
Invision Mark
J.J. Best Banc
Jet Marketing
KB Synergy
Kemba Credit Union
Key Bank National Association
LAcarGUY
Latched Media
Lawyer.com
LCN Partners
Lead Rival
Leads Bureau, LLC
LeadWerx, Inc.
Legal Associates USA
Legal Brand Marketing
Legal Warranty
Legal Warranty 2020
LendFox.com
Lending Arch
Lending Arch Financial, Inc
LendingArt.com
LendingClub
Lexington Law
LF Media
Liberty Auto City
LightStream
LightStream.com, a Division of Sun Trust
Med Advantage Advisors
Mississippi, Montana, New Jersey, and Wisconsin,
My Auto Loans
myAutoLoan.com
National Debt Helpers
National Disability
Network Media Tank
OnCore
OneHourFinance.com
OpenRoad Lending

Monson 005385



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To
Louisiana Office of Disciplinary Counsel
4000 S. Sherwood Forest Blvd., Suite 607
Baton Rouge, LA 70816

*LA Office of Disc. Counsel*

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

CERTIFIED MAIL

7021 1970 0001 1175 2095
7021 1970 0001 1175 2095

Monson 005386

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|

**SENDER: *COMPLETE THIS SECTION***

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Louisiana Office of Disciplinary Counsel
4000 S. Sherwood Forest Blvd., Suite 607
Baton Rouge, LA 70816

9590 9402 7121 1251 0508 81

2. Article Number *(Transfer from service label)*

7021 1970 0001 1175 2095

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X          ☐ Agent
           ☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

Monson 005387



USPS TRACKING #

9590 9402 7121 1251 0508 81

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

**THE MONSON
LAW FIRM. LLC**

Matthew D. Monson
5 Sanctuary Blvd., Suite 101
Mandeville, LA 70471

Monson 005388



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 7121 1251 0508 81

**United States Postal Service**



• Sender: Please print your name, address, and ZIP+4® in this box•

**THE MONSON**
LAW FIRM. LLC

*LAL/MDM*

5 Sanctuary Blvd., Suite 101
Mandeville, LA 70471

Monson 005389

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Louisiana Office of Disciplinary Counsel
4000 S. Sherwood Forest Blvd., Suite 607
Baton Rouge, LA 70816

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 7121 1251 0508 81

2. Article Number *(Transfer from service label)*

7021 1970 0001 1175 2095

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X *L Copas*
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*   *Lisa Copas*   C. Date of Delivery *8/28/22*

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

Monson 005390