

Matthew D. Monson
Admitted in Louisiana and Texas
Matthew@MonsonFirm.com                                                   Please Respond to Louisiana Office

August 26, 2022

***Via Certified Mail/Return Receipt Requested: 7021 1970 0001 2838 8690***
***& Via Email: Nathan.Strebeck@ldi.la.gov***

Nathan Strebeck, CIE, CPCU, ALMI, MCM
Deputy Commissioner
Division of Fraud and Enforcement
Louisiana Department of Insurance
Office of Insurance Fraud
P.O. Box 3096
Baton Rouge, LA 70821

       Re:    Richard William Huye, III
                McClenny, Moseley & Associates, PLLC

Dear Mr. Strebeck:

**Introduction and Summary of Complaint**

      Pursuant to La. R.S. 40:1424(a) and La. R.S. 22:1926, and on behalf of Michael and Holly Caffarel, I have attached for your review correspondence from attorney Richard William Huye, III and other materials that show unequivocally that Richard William Huye, III and McClenny, Moseley & Associates, PLLC falsely claimed to Maison Insurance Company that they represented the Caffarels when, in fact, no such attorney-client relationship ever existed. This correspondence and false representations resulted in Maison Insurance Company placing McClenny, Moseley & Associates, PLLC on two checks, in effect preventing the Caffarels from using insurance claim funds to repair their home.

      At all material times Mr. Huye and McClenny, Moseley & Associates, PLLC ("MMA") represented a roofing company, Apex Roofing & Restoration, LLC ("Apex Roofing"), with which they conspired to deprive the Caffarels of their insurance claim proceeds. This scheme between

**Florida Office**
2840 N. University Drive
Coral Springs, FL 33065
P: 754-229-3487

**Texas Office**
900 Rockmead Dr., Ste. 141
Kingwood, TX 77339
P: 281-612-1920  F: 281-612-1971

**Louisiana Office**
5 Sanctuary Boulevard, Ste. 101
Mandeville, LA 70471
P: 985-778-0678  F: 985-778-0682

**www.MonsonFirm.com**  |  **855-2-MONSON**

Monson 005528