| Bates Start | Bates End | Master Date | To | From | Cc | Bcc | Subject | Original Ext | Reason Withheld | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| MB_FBI_ 000001 | MB_FBI_ 000003 | 04/21/2023 23:52:59 | kcbradford@fbi.gov <kcbradford@fbi.gov> | AMarks@morrisbart.com <AMarks@morrisbart.com> | | | MMA Activity Today | .msg | Not relevant under Fed. R. Civ. Proc. art. 26(b)(1); Privileged and/or nondiscoverable pursuant to state and federal law enforcement privileges. La. Rev. Stat. § 44:3; *State v. Ramsey,* 10-333 (La. App. 5 Cir. 1/25/11), 60 So. 3d 36, 41; *In re U.S. Dep't of Homeland Sec*., 459 F.3d 565, 569 (5th Cir. 2006). | Communication with FBI providing information about MMA. |
| MB_FBI_ 000004 | MB_FBI_ 000005 | 04/21/2023 23:52:59 | | | | | | .docx | Not relevant under Fed. R. Civ. Proc. art. 26(b)(1); Privileged and/or nondiscoverable pursuant to state and federal law enforcement privileges. La. Rev. Stat. § 44:3; *State v. Ramsey,* 10-333 (La. App. 5 Cir. 1/25/11), 60 So. 3d 36, 41; *In re U.S. Dep't of Homeland Sec*., 459 F.3d 565, 569 (5th Cir. 2006). | Attachment to MB_FBI_00001 |
| MB_FBI_ 000006 | MB_FBI_ 000007 | 04/22/2023 00:04:55 | Austin Marks <AMarks@morrisbart. com> | Krista Bradford <kcbradford@fbi.gov> | | | [EXTERNAL]Re-MMA Activity Today | .msg | Not relevant under Fed. R. Civ. Proc. art. 26(b)(1); Privileged and/or nondiscoverable pursuant to state and federal law enforcement privileges. La. Rev. Stat. § 44:3; State v. Ramsey, 10-333 (La. App. 5 Cir. 1/25/11), 60 So. 3d 36, 41; In re U.S. Dep't of Homeland Sec., 459 F.3d 565, 569 (5th Cir. 2006). | Communication with FBI regarding information about MMA. |
| MB_FBI_ 000008 | MB_FBI_ 000009 | 04/25/2023 17:24:46 | Austin Marks <AMarks@morrisbart. com> | Krista Bradford <kcbradford@fbi.gov> | | | [EXTERNAL]RE-MMA Activity Today | .msg | Not relevant under Fed. R. Civ. Proc. art. 26(b)(1); Privileged and/or nondiscoverable pursuant to state and federal law enforcement privileges. La. Rev. Stat. § 44:3; State v. Ramsey, 10-333 (La. App. 5 Cir. 1/25/11), 60 So. 3d 36, 41; In re U.S. Dep't of Homeland Sec., 459 F.3d 565, 569 (5th Cir. 2006). | Communication with FBI regarding information about MMA. |
| MB_FBI_ 000010 | MB_FBI_ 000012 | 04/25/2023 23:06:44 | kcbradford@fbi.gov <kcbradford@fbi.gov> | AMarks@morrisbart.com <AMarks@morrisbart.com> | | | Re-[EXTERNAL]RE-MMA Activity Today | .msg | Not relevant under Fed. R. Civ. Proc. art. 26(b)(1); Privileged and/or nondiscoverable pursuant to state and federal law enforcement privileges. La. Rev. Stat. § 44:3; State v. Ramsey, 10-333 (La. App. 5 Cir. 1/25/11), 60 So. 3d 36, 41; In re U.S. Dep't of Homeland Sec., 459 F.3d 565, 569 (5th Cir. 2006). | Communication with FBI regarding information about MMA. |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| MB_FBI_ 000013 | MB_FBI_ 000015 | 04/26/2023 10:54:33 | Austin Marks <AMarks@morrisbart. com> | Krista Bradford <kcbradford@fbi.gov> | | | Re-[EXTERNAL]RE-MMA Activity Today | .msg | Not relevant under Fed. R. Civ. Proc. art. 26(b)(1); Privileged and/or nondiscoverable pursuant to state and federal law enforcement privileges. La. Rev. Stat. § 44:3; *State v. Ramsey,* 10-333 (La. App. 5 Cir. 1/25/11), 60 So. 3d 36, 41; *In re U.S. Dep't of Homeland Sec*., 459 F.3d 565, 569 (5th Cir. 2006). | Communication with FBI regarding information about MMA. |
| MB_FBI_ 000016 | MB_FBI_ 000021 | 04/26/2023 12:45:35 | kcbradford@fbi.gov <kcbradford@fbi.gov> | AMarks@morrisbart.com <AMarks@morrisbart.com > | | | Fwd-[EXTERNAL]RE-April 26 hearings in Jones-Bell, Semmes, and Theriot | .msg | Not relevant under Fed. R. Civ. Proc. art. 26(b)(1); Privileged and/or nondiscoverable pursuant to state and federal law enforcement privileges. La. Rev. Stat. § 44:3; *State v. Ramsey,* 10-333 (La. App. 5 Cir. 1/25/11), 60 So. 3d 36, 41; *In re U.S. Dep't of Homeland Sec*., 459 F.3d 565, 569 (5th Cir. 2006). | Communication with FBI regarding information about MMA. |
| MB_FBI_ 000022 | MB_FBI_ 000055 | 04/26/2023 12:45:35 | | | | | | .pdf | Not relevant under Fed. R. Civ. Proc. art. 26(b)(1); Privileged and/or nondiscoverable pursuant to state and federal law enforcement privileges. La. Rev. Stat. § 44:3; *State v. Ramsey,* 10-333 (La. App. 5 Cir. 1/25/11), 60 So. 3d 36, 41; *In re U.S. Dep't of Homeland Sec*., 459 F.3d 565, 569 (5th Cir. 2006). | Attachment to MB_FBI_00022 |
| MB_FBI_ 000056 | MB_FBI_ 000061 | 04/26/2023 13:01:20 | Austin Marks <AMarks@morrisbart. com> | Krista Bradford <kcbradford@fbi.gov> | | | Re-[EXTERNAL]RE-April 26 hearings in Jones-Bell, Semmes, and Theriot | .msg | Not relevant under Fed. R. Civ. Proc. art. 26(b)(1); Privileged and/or nondiscoverable pursuant to state and federal law enforcement privileges. La. Rev. Stat. § 44:3; State v. Ramsey, 10-333 (La. App. 5 Cir. 1/25/11), 60 So. 3d 36, 41; In re U.S. Dep't of Homeland Sec., 459 F.3d 565, 569 (5th Cir. 2006). | Communication with FBI regarding information about MMA. |
| MB_FBI_ 000062 | MB_FBI_ 000063 | 08/25/2023 21:40:05 | kcbradford@fbi.gov <kcbradford@fbi.gov> | AMarks@morrisbart.com <AMarks@morrisbart.com > | | | MMA settlements | .msg | Not relevant under Fed. R. Civ. Proc. art. 26(b)(1); Privileged and/or nondiscoverable pursuant to state and federal law enforcement privileges. La. Rev. Stat. § 44:3; *State v. Ramsey,* 10-333 (La. App. 5 Cir. 1/25/11), 60 So. 3d 36, 41; *In re U.S. Dep't of Homeland Sec*., 459 F.3d 565, 569 (5th Cir. 2006). | Communication with FBI regarding information about MMA. |
| MB_FBI_ 000064 | MB_FBI_ 000065 | 08/25/2023 22:36:39 | Austin Marks <AMarks@morrisbart. com> | Krista Bradford <kcbradford@fbi.gov> | | | [EXTERNAL]RE-MMA settlements | .msg | Not relevant under Fed. R. Civ. Proc. art. 26(b)(1); Privileged and/or nondiscoverable pursuant to state and federal law enforcement privileges. La. Rev. Stat. § 44:3; *State v. Ramsey,* 10-333 (La. App. 5 Cir. 1/25/11), 60 So. 3d 36, 41; *In re U.S. Dep't of Homeland Sec*., 459 F.3d 565, 569 (5th Cir. 2006). | Communication with FBI regarding information about MMA. |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| MB_FBI_000066 | MB_FBI_000067 | 11/06/2023 16:08:13 | Austin Marks <AMarks@morrisbart.com> | Jeffrey Theriot <Jeffrey.Theriot@LA.GOV> | Daniel Graff <Daniel.M.Graff@la.gov>; Leander Journee <Leander.Journee@la.gov> | | RE-[EXTERNAL]McClenny Moseley and Associates | .msg | Not relevant under Fed. R. Civ. Proc. art. 26(b)(1); Privileged and/or nondiscoverable pursuant to state and federal law enforcement privileges. La. Rev. Stat. § 44:3; *State v. Ramsey,* 10-333 (La. App. 5 Cir. 1/25/11), 60 So. 3d 36, 41; *In re U.S. Dep't of Homeland Sec* ., 459 F.3d 565, 569 (5th Cir. 2006). | Communication regarding request for information from Louisiana State Police |
| MB_FBI_000068 | MB_FBI_000069 | 11/27/2023 22:53:36 | kcbradford@fbi.gov <kcbradford@fbi.gov> | AMarks@morrisbart.com <AMarks@morrisbart.com> | | | Apex-MMA files | .msg | Not relevant under Fed. R. Civ. Proc. art. 26(b)(1); Privileged and/or nondiscoverable pursuant to state and federal law enforcement privileges. La. Rev. Stat. § 44:3; *State v. Ramsey,* 10-333 (La. App. 5 Cir. 1/25/11), 60 So. 3d 36, 41; *In re U.S. Dep't of Homeland Sec* ., 459 F.3d 565, 569 (5th Cir. 2006). | Communication with FBI regarding information about MMA. |
| MB_FBI_000070 | MB_FBI_000071 | 11/27/2023 23:11:04 | Austin Marks <AMarks@morrisbart.com> | Krista Bradford <kcbradford@fbi.gov> | Matthew.Payne@usdoj.gov <Matthew.Payne@usdoj.gov> | | [EXTERNAL]RE-Apex-MMA files | .msg | Not relevant under Fed. R. Civ. Proc. art. 26(b)(1); Privileged and/or nondiscoverable pursuant to state and federal law enforcement privileges. La. Rev. Stat. § 44:3; *State v. Ramsey,* 10-333 (La. App. 5 Cir. 1/25/11), 60 So. 3d 36, 41; *In re U.S. Dep't of Homeland Sec* ., 459 F.3d 565, 569 (5th Cir. 2006). | Communication with FBI regarding information about MMA. |
| MB_FBI_000072 | MB_FBI_000072 | 11/28/2023 17:45:25 | kcbradford@fbi.gov <kcbradford@fbi.gov> | AMarks@morrisbart.com <AMarks@morrisbart.com> | | | MMA files | .msg | Not relevant under Fed. R. Civ. Proc. art. 26(b)(1); Privileged and/or nondiscoverable pursuant to state and federal law enforcement privileges. La. Rev. Stat. § 44:3; *State v. Ramsey,* 10-333 (La. App. 5 Cir. 1/25/11), 60 So. 3d 36, 41; *In re U.S. Dep't of Homeland Sec* ., 459 F.3d 565, 569 (5th Cir. 2006). | Communication with FBI providing information about MMA. |
| MB_FBI_000073 | MB_FBI_000075 | 12/5/2025 14:59 | Austin Marks <AMarks@morrisbart.com> | Krista Bradford <kcbradford@fbi.gov> | | | [EXTERNAL]RE-Apex/Shunnarah | .msg | Not relevant under Fed. R. Civ. Proc. art. 26(b)(1); Privileged and/or nondiscoverable pursuant to state and federal law enforcement privileges. La. Rev. Stat. § 44:3; *State v. Ramsey,* 10-333 (La. App. 5 Cir. 1/25/11), 60 So. 3d 36, 41; *In re U.S. Dep't of Homeland Sec* ., 459 F.3d 565, 569 (5th Cir. 2006). | Communication with FBI providing information about MMA. |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| MB_FBI_000076 | MB_FBI_000101 | | | | | | | .pdf | Not relevant under Fed. R. Civ. Proc. art. 26(b)(1); Privileged and/or nondiscoverable pursuant to state and federal law enforcement privileges. La. Rev. Stat. § 44:3; *State v. Ramsey,* 10-333 (La. App. 5 Cir. 1/25/11), 60 So. 3d 36, 41; *In re U.S. Dep't of Homeland Sec.*, 459 F.3d 565, 569 (5th Cir. 2006). | Attachment to MB_FBI_00073 |