| Bates Start | Bates End | Master Date | To | From | Cc | Bcc | Subject | Original Ext | Reason Withheld | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| MB_LDI_000001 | MB_LDI_000002 | 05/31/2023 17:52:56 | AMarks@morrisbart.com <AMarks@morrisbart.com> | Kendra Derby <Kendra.Derby@ldi.la.gov> | | | [EXTERNAL]File 869060 | .msg | Not relevant under Fed. R. Civ. Proc. art. 26(b)(1); Privileged and/or nondiscoverable pursuant to La. Rev. Stat. §§ 22:1927(B), 1928(A)(3). | Communication with Department of Insurance Office of Insurance Fraud regarding MMA and Apex Roofing. |
| MB_LDI_000003 | MB_LDI_000003 | 05/31/2023 17:52:56 | AMarks @ morrisbart. com <amarks@morrisbart.com> | LDI Postmaster <postmaster@ldi.la.gov> | | | image001_emz was removed from this message | .msg | Nonresponsive | Automatic response regarding MB_LDI_00001 |
| MB_LDI_000004 | MB_LDI_000005 | 06/07/2023 16:49:09 | AMarks@morrisbart.com <AMarks@morrisbart.com> | Kendra Derby <Kendra.Derby@ldi.la.gov> | | | [EXTERNAL]FW- File 869060 | .msg | Not relevant under Fed. R. Civ. Proc. art. 26(b)(1); Privileged and/or nondiscoverable pursuant to La. Rev. Stat. §§ 22:1927(B), | Forward of MB_LDI_00001 |
| MB_LDI_000006 | MB_LDI_000010 | 06/07/2023 21:23:59 | Kendra.Derby@ldi.la.gov <Kendra.Derby@ldi.la.gov> | AMarks@morrisbart.com <AMarks@morrisbart.com> | | | RE- [EXTERNAL]FW- File 869060 | .msg | Not relevant under Fed. R. Civ. Proc. art. 26(b)(1); Privileged and/or nondiscoverable pursuant to La. Rev. Stat. §§ 22:1927(B), 1928(A)(3). | Communication with Department of Insurance Office of Insurance Fraud regarding Department's document request. |
| MB_LDI_000011 | MB_LDI_000015 | 06/08/2023 11:42:53 | Austin Marks <AMarks@morrisbart.com> | Kendra Derby <Kendra.Derby@ldi.la.gov> | | | RE- [EXTERNAL]FW- File 869060 | .msg | Not relevant under Fed. R. Civ. Proc. art. 26(b)(1); Privileged and/or nondiscoverable pursuant to La. Rev. Stat. §§ 22:1927(B), 1928(A)(3). | Communication with Department of Insurance Office of Insurance Fraud regarding Department's document request. |
| MB_LDI_000016 | MB_LDI_000023 | 06/08/2023 14:30:46 | Kendra.Derby@ldi.la.gov <Kendra.Derby@ldi.la.gov> | AMarks@morrisbart.com <AMarks@morrisbart.com> | | | Re- [EXTERNAL]FW- File 869060 | .msg | Not relevant under Fed. R. Civ. Proc. art. 26(b)(1); Privileged and/or nondiscoverable pursuant to La. Rev. Stat. §§ 22:1927(B), 1928(A)(3). | Communication with Department of Insurance Office of Insurance Fraud regarding Department's document request. |
| MB_LDI_000024 | MB_LDI_000024 | 08/03/2023 02:50:01 | david.caldwell@ldi.la.gov <david.caldwell@ldi.la.gov> | AMarks@morrisbart.com <AMarks@morrisbart.com> | | | MMA issue with 2 Insurers | .msg | Not relevant under Fed. R. Civ. Proc. art. 26(b)(1); Privileged and/or nondiscoverable pursuant to La. Rev. Stat. §§ 22:1927(B), 1928(A)(3). | Communication with counsel for Department of Insurance regarding certain insurance companies. |
| MB_LDI_000025 | MB_LDI_000026 | 08/23/2023 16:49:41 | Austin Marks <AMarks@morrisbart.com> | David Caldwell <David.Caldwell@ldi.la.gov> | | | [EXTERNAL]RE- MMA issue with 2 Insurers | .msg | Not relevant under Fed. R. Civ. Proc. art. 26(b)(1); Privileged and/or nondiscoverable pursuant to La. Rev. Stat. §§ 22:1927(B), 1928(A)(3). | Communication with counsel for Department of Insurance regarding certain insurance companies. |