**From:** Matthew Monson <matthew@monsonfirm.com>
**Sent:** Thursday, May 22, 2025 10:05 AM
**To:** Austin Marks
**Subject:** Re: MSJ

Thanks for sending this over.  I looked at the motion and every one of the 40+ exhibits.  Good stuff!

A couple of questions.

Can I get the video exhibit you filed regarding the recording of my wife's call from Velawcity?  We haven't heard that and it is not something I can download.

Also, the deposition exhibits of Zach Moseley and the Velawcity rep. were only partial.  Is it possible to get an entire copy of the transcripts and exhibits?

Of course, I will not post until and unless I get your blessing.

Thanks!

**MATTHEW MONSON, ESQ.**
O: 985.778.0678 D:  985.778.0680 M: 504.289.4939
Matthew@MonsonFirm.com



**From:** Austin Marks <AMarks@morrisbart.com>
**Date:** Wednesday, May 21, 2025 at 4:14 PM
**To:** Matthew Monson <matthew@monsonfirm.com>
**Subject:** MSJ

There is a new filing in 4:24-cv-04446 in the Southern District...



**Austin Marks**
**Attorney At Law**
**MorrisBart, LLC**
**Pan American Life Center**
**601 Poydras Street,  24th Floor**
**New Orleans, LA  70130-6036**
**Direct:  504-599-3351**
**Fax:  1-866-614-3103**
**amarks@morrisbart.com**

[http://www.morrisbart.com](http://www.morrisbart.com)

[http://www.morrisbart.com](http://www.morrisbart.com)