MAG

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CIVIL DOCKET FOR CASE #: 4:23-cv-00928

Monson v. McClenny Moseley & Associates, PLLC et al
Assigned to: Judge Alfred H Bennett
Referred to: Magistrate Judge Yvonne Y Ho
Demand: $5,000,000
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 03/14/2023
Jury Demand: Defendant
Nature of Suit: 360 P.I.: Other
Jurisdiction: Diversity

### **Plaintiff**

**Katherine Monson**
*individually and on behalf of all others*
*similarly situated*

represented by **Claire Easterling Pontier**
Couhig Partners LLC
1100 Poydras Street
Suite 3250
New Orleans, LA 70163
504-565-3726
Fax: 504-588-9750
Email: cpontier@couhigpartners.com
*ATTORNEY TO BE NOTICED*

**Lance Christopher Kassab**
The Kassab Law Firm
1214 Elgin Street
Houston, TX 77004
713-522-7400
Email: lance@kassab.law
*ATTORNEY TO BE NOTICED*

**Robert Emmet Couhig , Jr**
Couhig Partners LLC
1100 Poydras St
Suite 3250
New Orleans, LA 70163
504-588-1288
Email: couhigre@couhigpartners.com
*ATTORNEY TO BE NOTICED*

**Ron Anthony Austin**
Ron Austin Law LLC
400 Manhattan Boulevard
Harvey, LA 70058
504-227-8100
Fax: 504-227-8122
Email: raustin@ronaustinlaw.com
*ATTORNEY TO BE NOTICED*

**Scott Robbert Huete**
Ron Austin Law, LLC
400 Manhattan Boulevard

Harvey, LA 70058
504-227-8100
Email: shuete@ronaustinlaw.com
*ATTORNEY TO BE NOTICED*

**Jonathan Percy Lemann**
Couhig Partners LLC
LA
1100 Poydras, Suite 3250
New Orleans
New Orleans, LA 70163
504-588-9153
Email: lemannjp@couhigpartners.com
*ATTORNEY TO BE NOTICED*

V.

<u>**Defendant**</u>

| | | |
|---|---|---|
| **McClenny Moseley & Associates, PLLC** | represented by | **McClenny Moseley & Associates, PLLC**<br>1235 North Loop W<br>Suite 810<br>Houston, TX 77008<br>PRO SE |

**Dale Jefferson**
Martin Disiere et al
808 Travis Street
Suite 1100
Houston, TX 77002
713-632-1700
Email: jefferson@mdjwlaw.com
*TERMINATED: 10/02/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

| | | |
|---|---|---|
| **James M. McClenny** | represented by | **Dale Jefferson**<br>(See above for address)<br>*TERMINATED: 10/02/2023*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Jean C Frizzell**
Reynolds Frizzell
1100 Louisiana St
Ste 3500
Houston, TX 77002
713-485-7200
Email: jfrizzell@reynoldsfrizzell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harris Yancy Wells**

Reynolds Frizzell LLP
1100 Louisiana St.
Suite 3500
Houston, TX 77002
713-485-7200
Email: hwells@reynoldsfrizzell.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Zachary Moseley**                    represented by    **John Zachary Moseley**
1415 Louisiana St
Ste 2900
Houston, TX 77002
PRO SE

**Dale Jefferson**
(See above for address)
*TERMINATED: 10/02/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tort Network LLC**                        represented by    **David J Schenck**
*doing business as*                                         Dykema Gossett PLLC
Velawcity                                                   1717 Main St
Ste 4200
Dallas, TX 75201
214-698-7892
Email: dschenck@dykema.com
*TERMINATED: 10/29/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Geoffrey Craig Parker**
Hilton Parker LLC
7658 Slate Ridge Blvd.
Reynoldsburg, OH 43068
614-992-2277
Fax: 614-927-5980
Email: gparker@hiltonparker.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Lawrence Hilton**
Hilton Parker LLC
7658 Slate Ridge Blvd
Reynoldsburg, OH 43068
614-992-2277
Email: jhilton@hiltonparker.com
*LEAD ATTORNEY*

**Robert Douglas Scott**
Christensen Hsu Sipes, LLP
3019 Medlin Drive,

Suite 100
Arlington, TX 76015
817-214-5854
Fax: 310-222-8680
Email: Doug@chs.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexandria Renee Rahn**
Thompson Coburn LLP
2100 Ross Ave.
Suite 3200
Dallas, TX 75201
972-629-7128
Email: arahn@thompsoncoburn.com
*TERMINATED: 10/29/2024*
*ATTORNEY TO BE NOTICED*

**Alexandria Marie Twiss**
Rogge Dunn Group
500 N. Akard St.
Ste 1900
Dallas, TX 75201
214-888-8308
Email: twiss@roggedunngroup.com
*TERMINATED: 10/29/2024*
*ATTORNEY TO BE NOTICED*

**Clay A Cosse**
Dykema Gossett PLLC
1717 Main Street, Suite 4200
Dallas, TX 75201
214-698-7853
Fax: 800-336-8179
Email: ccosse@dykema.com
*TERMINATED: 10/29/2024*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Apex Roofing and Restoration LLC**
*TERMINATED: 06/16/2023*

**Defendant**

**Equal Access Justice Fund LP**          represented by **Brian Weil Zimmerman**
Spencer Fane LLP
3040 Post Oak Blvd
Ste 1400
Houston, TX 77056
713-212-2651
Email: bzimmerman@spencerfane.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frederick T Johnson**

Spencer Fane LLP
3040 Post Oak Blvd.
Suite 1400
Houston, TX 77056
713-552-1234
Email: fjohnson@spencerfane.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**EAJF ESQ Fund LP**                represented by   **Brian Weil Zimmerman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frederick T Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Equal Access Justice Fund LP**        represented by   **Brian Weil Zimmerman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**EAJF ESQ Fund LP**                represented by   **Brian Weil Zimmerman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**Equal Access Justice Fund LP**        represented by   **Brian Weil Zimmerman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**EAJF ESQ Fund LP**                represented by   **Brian Weil Zimmerman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/14/2023 | 1 | COMPLAINT against katherine monson (Filing fee $ 402 receipt number ATXSDC-29595559) filed by katherine monson. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit)(Lemann, Jonathan) (Entered: 03/14/2023) |

| 03/14/2023 | 2 | Request for Issuance of Summons as to katherine monson, filed.(Lemann, Jonathan) (Entered: 03/14/2023) |
|---|---|---|
| 03/14/2023 | 3 | Request for Issuance of Summons as to James M. McClenny, filed.(Lemann, Jonathan) (Entered: 03/14/2023) |
| 03/14/2023 | 4 | Request for Issuance of Summons as to Apex Roofing and Restoration LLC, filed. (Lemann, Jonathan) (Entered: 03/14/2023) |
| 03/14/2023 | 5 | Request for Issuance of Summons as to John Zachary Moseley, filed.(Lemann, Jonathan) (Entered: 03/14/2023) |
| 03/14/2023 | 6 | Request for Issuance of Summons as to McClenny Moseley & Associates, PLLC, filed. (Lemann, Jonathan) (Entered: 03/14/2023) |
| 03/14/2023 | 7 | Request for Issuance of Summons as to Tort Network LLC, filed.(Lemann, Jonathan) (Entered: 03/14/2023) |
| 03/15/2023 | 8 | Summons Issued as to All Defendants. Issued summons delivered to plaintiff by NEF, filed. (Attachments: # 1 summon, # 2 summon, # 3 summon, # 4 summon)(hlerma, 4) (Entered: 03/15/2023) |
| 03/15/2023 | 9 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 7/14/2023 at 09:00 AM in Courtroom 9A before Judge Alfred H Bennett. (Signed by Judge Alfred H Bennett) Parties notified.(AkeitaMichael, 4) (Entered: 03/15/2023) |
| 03/15/2023 | 10 | Summons Issued as to James M. McClenny. Issued summons delivered to plaintiff by NEF, filed.(hlerma, 4) (Entered: 03/15/2023) |
| 03/16/2023 | 11 | NOTICE *of Related Litigation & Directly affected non-parties pursuant to LR 5.2* by Katherine Monson, filed. (Lemann, Jonathan) (Entered: 03/16/2023) |
| 03/20/2023 | 12 | MOTION Motion to Enroll Additional Counsel of Record by Katherine Monson, filed. Motion Docket Date 4/10/2023. (Attachments: # 1 Proposed Order)(Lemann, Jonathan) (Entered: 03/20/2023) |
| 03/29/2023 | 13 | CERTIFICATE OF INTERESTED PARTIES by Katherine Monson, filed.(Lemann, Jonathan) (Entered: 03/29/2023) |
| 04/24/2023 | 14 | MOTION to Dismiss 1 Complaint, *and Memorandum in Support* by Tort Network LLC, filed. Motion Docket Date 5/15/2023. (Attachments: # 1 Exhibit A)(Schenck, David) (Entered: 04/24/2023) |
| 04/25/2023 | 15 | NOTICE of Appearance by Clay A. Coss on behalf of Tort Network LLC, filed. (Cosse, Clay) (Entered: 04/25/2023) |
| 04/25/2023 | 16 | NOTICE of Appearance by Alexandria R. Rahn on behalf of Tort Network LLC, filed. (Rahn, Alexandria) (Entered: 04/25/2023) |
| 04/25/2023 | 17 | NOTICE of Appearance by Alexandria M. Twiss on behalf of Tort Network LLC, filed. (Twiss, Alexandria) (Entered: 04/25/2023) |
| 05/15/2023 | 18 | WAIVER OF SERVICE Returned Executed as to McClenny Moseley & Associates, PLLC served on 3/29/2023, answer due 5/30/2023, filed.(Lemann, Jonathan) (Entered: 05/15/2023) |
| 05/15/2023 | 19 | WAIVER OF SERVICE Returned Executed as to James M. McClenny served on 3/29/2023, answer due 5/30/2023, filed.(Lemann, Jonathan) (Entered: 05/15/2023) |

| 05/15/2023 | 20 | WAIVER OF SERVICE Returned Executed as to John Zachary Moseley served on 3/29/2023, answer due 5/30/2023, filed.(Lemann, Jonathan) (Entered: 05/15/2023) |
|---|---|---|
| 05/15/2023 | 21 | RESPONSE in Opposition to 14 MOTION to Dismiss 1 Complaint, *and Memorandum in Support*, filed by Katherine Monson. (Lemann, Jonathan) (Entered: 05/15/2023) |
| 05/15/2023 | 22 | CERTIFICATE OF SERVICE of 12 MOTION Motion to Enroll Additional Counsel of Record by Katherine Monson, filed.(Lemann, Jonathan) (Entered: 05/15/2023) |
| 05/16/2023 | 23 | NOTICE *of Briefing on Conflicts of Interest in Related Litigation* by Tort Network LLC, filed. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit) (Schenck, David) (Entered: 05/16/2023) |
| 05/22/2023 | 24 | REPLY in Support of 14 MOTION to Dismiss 1 Complaint, *and Memorandum in Support*, filed by Tort Network LLC. (Schenck, David) (Entered: 05/22/2023) |
| 05/30/2023 | 25 | Joint MOTION to Dismiss *Under Rule 12(b) and*, Joint MOTION to Strike *Class Action Allegations* ( Motion Docket Date 6/20/2023.) by McClenny Moseley & Associates, PLLC, filed. (Suazo, Raul) (Entered: 05/30/2023) |
| 06/07/2023 | 26 | ORDER Striking Document re: 24 Reply in Support of Motion filed by Tort Network LLC Failure to Comply with Rule B.5(Signed by Judge Alfred H Bennett) Parties notified.(ledwards, 4) (Entered: 06/08/2023) |
| 06/09/2023 | 27 | NOTICE of Dismissal as to Apex Roofing and Restoration LLC by Katherine Monson, filed. (Lemann, Jonathan) (Entered: 06/09/2023) |
| 06/14/2023 | 28 | REPLY in Support of 14 MOTION to Dismiss 1 Complaint, *and Memorandum in Support*, filed by Tort Network LLC. (Schenck, David) (Entered: 06/14/2023) |
| 06/16/2023 | 31 | ORDER re 27 Notice of Dismissal. It is hereby ORDERED that Plaintiff's claims against Defendant Apex Roof & Restoration, LLC are DISMSISED without prejudice.(Signed by Judge Alfred H Bennett) Parties notified.(JuanitaTabares, 1) (Entered: 06/20/2023) |
| 06/20/2023 | 29 | RESPONSE in Opposition to 25 Joint MOTION to Dismiss *Under Rule 12(b) and*Joint MOTION to Strike *Class Action Allegations*, filed by Katherine Monson. (Lemann, Jonathan) (Entered: 06/20/2023) |
| 06/20/2023 | 30 | ORDER granting 12 Motion to Enroll Counsel.(Signed by Judge Alfred H Bennett) Parties notified.(ledwards, 4) (Entered: 06/20/2023) |
| 06/29/2023 | 32 | CERTIFICATE OF INTERESTED PARTIES by James M. McClenny, McClenny Moseley & Associates, PLLC, John Zachary Moseley, filed.(Jefferson, Dale) (Entered: 06/29/2023) |
| 07/05/2023 | 33 | JOINT DISCOVERY/CASE MANAGEMENT PLAN by Katherine Monson, filed. (Lemann, Jonathan) (Entered: 07/05/2023) |
| 07/14/2023 | | Minute Entry for proceedings held before Judge Alfred H Bennett. SCHEDULING CONFERENCE held on 7/14/2023. Counsel to confer and file a scheduling order by July 18, 2023. Appearances: Dale Jefferson, Robert Emmet Couhig, Jr.(Court Reporter: H. Alcaraz), filed.(ledwards, 4) (Entered: 07/15/2023) |
| 07/18/2023 | 34 | PROPOSED ORDER - *Docket Control*, filed.(Lemann, Jonathan) (Entered: 07/18/2023) |
| 09/14/2023 | 35 | Unopposed MOTION for Dale Jefferson to Withdraw as Attorney by James M. McClenny, McClenny Moseley & Associates, PLLC, John Zachary Moseley, filed. Motion Docket Date 10/5/2023. (Attachments: # 1 Proposed Order)(Jefferson, Dale) (Entered: 09/14/2023) |

| 10/02/2023 | 36 | ORDER granting 35 Motion to Withdraw as Attorney. Attorney Dale Jefferson terminated.(Signed by Judge Alfred H Bennett) Parties notified.(LisaEdwards, 4) (Entered: 10/02/2023) |
|---|---|---|
| 10/02/2023 | 37 | DOCKET CONTROL ORDER. ETT: 5 Days. Bench trial. Amended Pleadings due by 11/15/2023. Joinder of Parties due by 11/15/2023. Motion to Certify Class due by 01/15/2024. Alternative Dispute Resolution Deadline 05/15/2024. Pltf Expert Report due by 5/15/2024. Deft Expert Report due by 7/15/2024. Discovery due by 11/15/2024. Dispositive Motion Filing due by 12/15/2024. Joint Pretrial Order and Motions in Limine due by 3/14/2025. Docket Call set for 4/4/2025 at 01:30 PM in Courtroom 9A before Judge Alfred H Bennett. Bench Trial set for 4/8/2025 at 09:00 AM in Courtroom 9A before Judge Alfred H Bennett. (Signed by Judge Alfred H Bennett) Parties notified. (JacquelineMata, 4) (Entered: 10/05/2023) |
| 10/17/2023 | 38 | ORDER REFERRING CASE to Magistrate Judge Yvonne Y Ho(Signed by Judge Alfred H Bennett) Parties notified.(JacquelineMata, 4) (Entered: 10/18/2023) |
| 11/15/2023 | 39 | MOTION for Leave to File First Amended and Restated Complaint for Class Action and DamagesMotions referred to Yvonne Y Ho. by Katherine Monson, filed. Motion Docket Date 12/6/2023. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Lemann, Jonathan) (Entered: 11/15/2023) |
| 11/22/2023 | 40 | MEMORANDUM AND RECOMMENDATIONS re 14 MOTION to Dismiss 1 Complaint, *and Memorandum in Support*, 39 MOTION for Leave to File First Amended and Restated Complaint for Class Action and Damages, 25 Joint MOTION to Dismiss *Under Rule 12(b) and* Joint MOTION to Strike *Class Action Allegations* Objections to M&R due by 12/6/2023. (Signed by Magistrate Judge Yvonne Y Ho) Parties notified. (RachelWillborg, 4) (Entered: 11/22/2023) |
| 12/06/2023 | 41 | OBJECTIONS to 40 Memorandum and Recommendations, filed by Katherine Monson. (Attachments: # 1 Exhibit Memo in Support of, # 2 Exhibit amended & restated complaint)(Lemann, Jonathan) (Entered: 12/06/2023) |
| 12/12/2023 | 42 | MOTION to Appear Pro Hac Vice for Ron A. Austin (Fee Paid: $100, receipt number ATXSDC-30923056)Motions referred to Yvonne Y Ho. by Katherine Monson, filed. Motion Docket Date 1/2/2024. (Austin, Ron) (Entered: 12/12/2023) |
| 12/13/2023 | 43 | ORDER granting 42 Motion for Ron Austin to Appear Pro Hac Vice **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here**. (Signed by Judge Alfred H Bennett) Parties notified.(KimberlyPicota, 4) (Entered: 12/13/2023) |
| 12/20/2023 | 44 | RESPONSE to 41 Objections to Memorandum and Recommendations , filed by Tort Network LLC. (Cosse, Clay) (Entered: 12/20/2023) |
| 12/27/2023 | 45 | MOTION for Leave to File Reply Memo in Support of Objection Magistrate Judge's November 22, 2023 Memorandum & Recommendation on Motion to DismissMotions referred to Yvonne Y Ho. by Katherine Monson, filed. Motion Docket Date 1/17/2024. (Attachments: # 1 Proposed Order Order, # 2 Exhibit Reply Memo)(Lemann, Jonathan) (Entered: 12/27/2023) |

4/27/26, 10:29 PM

Case 26-03107   Document 7-63M/ECF LIVE, U.S. District Court. Texas Southern Page 9 of 17

| | | |
|---|---|---|
| 02/23/2024 | 46 | MEMORANDUM AND RECOMMENDATIONS re 14 MOTION to Dismiss 1 Complaint, *and Memorandum in Support*, 39 MOTION for Leave to File First Amended and Restated Complaint for Class Action and Damages, 25 Joint MOTION to Dismiss *Under Rule 12(b) and*Joint MOTION to Strike *Class Action Allegations* Objections to M&R due by 3/8/2024. (Signed by Magistrate Judge Yvonne Y Ho) Parties notified. (RachelWillborg, 4) (Main Document 46 replaced on 3/6/2024) (RachelWillborg, 4). (Entered: 02/23/2024) |
| 02/28/2024 | 47 | NOTICE of Appearance by Jean C. Frizzell; Harris Wells on behalf of James M. McClenny, filed. (Frizzell, Jean) (Entered: 02/28/2024) |
| 03/08/2024 | 48 | OBJECTIONS to 46 Memorandum and Recommendations, filed by Tort Network LLC. (Schenck, David) (Entered: 03/08/2024) |
| 03/08/2024 | 49 | OBJECTIONS to 46 Memorandum and Recommendations, filed by James M. McClenny. (Attachments: # 1 Proposed Order)(Frizzell, Jean) (Entered: 03/08/2024) |
| 03/22/2024 | 50 | RESPONSE *to Tort Network LLC, d/b/a Velawcity's & McClenny's objections to Magistrate Judge's Amended Memorandum & Recommendation*, filed by Katherine Monson. (Lemann, Jonathan) (Entered: 03/22/2024) |
| 03/25/2024 | 51 | ORDER ADOPTING MEMORANDUM AND RECOMMENDATIONS re: 46 Memorandum and Recommendations, 14 MOTION to Dismiss 1 Complaint is DENIED, 39 MOTION for Leave to File First Amended and Restated Complaint for Class Action and Damages is GRANTED, 25 Joint MOTION to Dismiss *Under Rule 12(b) and*Joint MOTION to Strike is DENIED. *Class Action Allegations* (Signed by Judge Alfred H Bennett) Parties notified. (lre4) (Entered: 03/26/2024) |
| 03/28/2024 | 52 | First MOTION for Ron A. Austin & Scott Huete to Appear as Attorney of RecordMotions referred to Yvonne Y Ho. by Katherine Monson, filed. Motion Docket Date 4/18/2024. (Attachments: # 1 Certificate of Service, # 2 Proposed Order Order) (Austin, Ron) (Entered: 03/28/2024) |
| 03/29/2024 | 53 | ORDER regarding 52 Motion for Leave to Appear. (Signed by Magistrate Judge Yvonne Y Ho) Parties notified. (rlw4) (Entered: 03/29/2024) |
| 03/29/2024 | 54 | MOTION to Certify ClassMotions referred to Yvonne Y Ho. by Katherine Monson, filed. Motion Docket Date 4/19/2024. (Attachments: # 1 Continuation Memo in Support of, # 2 Proposed Order order) (Lemann, Jonathan) (Entered: 03/29/2024) |
| 03/29/2024 | 55 | MOTION to Strike *Class Allegations and Memorandum in Support* Motions referred to Yvonne Y Ho. by Tort Network LLC, filed. Motion Docket Date 4/19/2024. (Attachments: # 1 Proposed Order) (Schenck, David) (Entered: 03/29/2024) |
| 04/03/2024 | 56 | First AMENDED COMPLAINT against All Defendants filed by Katherine Monson. (Lemann, Jonathan) (Entered: 04/03/2024) |
| 04/04/2024 | 57 | Ex Parte MOTION for Scott R. Huete to Appear as AttorneyMotions referred to Yvonne Y Ho. by Katherine Monson, filed. Motion Docket Date 4/25/2024. (Attachments: # 1 Proposed Order Proposed Order) (Huete, Scott) (Entered: 04/04/2024) |
| 04/16/2024 | 58 | ORDER granting 57 Motion for Leave to Appear. (Signed by Magistrate Judge Yvonne Y Ho) Parties notified. (rlw4) (Entered: 04/16/2024) |
| 04/16/2024 | 59 | ANSWER to 56 Amended Complaint/Counterclaim/Crossclaim etc. by Tort Network LLC, filed. (Schenck, David) (Entered: 04/16/2024) |
| 04/17/2024 | 60 | ANSWER to 56 Amended Complaint/Counterclaim/Crossclaim etc. with Jury Demand by James M. McClenny, filed. (Frizzell, Jean) (Entered: 04/17/2024) |

| | | |
|---|---|---|
| 04/19/2024 | 61 | RESPONSE in Opposition to 55 MOTION to Strike *Class Allegations and Memorandum in Support*, filed by Katherine Monson. (Lemann, Jonathan) (Entered: 04/19/2024) |
| 04/19/2024 | 62 | RESPONSE in Opposition to 54 MOTION to Certify Class, filed by James M. McClenny. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Proposed Order) (Frizzell, Jean) (Entered: 04/19/2024) |
| 04/29/2024 | 63 | RESPONSE to 54 MOTION to Certify Class filed by Tort Network LLC. (Attachments: # 1 Exhibit A) (Schenck, David) (Entered: 04/29/2024) |
| 05/03/2024 | 64 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM Motions referred to Yvonne Y Ho. by EAJF ESQ Fund LP, Equal Access Justice Fund LP, filed. Motion Docket Date 5/24/2024. (Attachments: # 1 Proposed Order) (Zimmerman, Brian) (Entered: 05/03/2024) |
| 05/03/2024 | 65 | ANSWER to 56 Amended Complaint/Counterclaim/Crossclaim etc. with Jury Demand, CROSSCLAIM against Equal Access Justice Fund LP, EAJF ESQ Fund LP by Equal Access Justice Fund LP, EAJF ESQ Fund LP, filed. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Zimmerman, Brian) (Entered: 05/03/2024) |
| 05/03/2024 | 66 | SUGGESTION OF BANKRUPTCY by Tort Network LLC, filed. (Twiss, Alexandria) (Entered: 05/03/2024) |
| 05/07/2024 | 67 | CERTIFICATE of Conference re: 64 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by EAJF ESQ Fund LP, Equal Access Justice Fund LP, filed. (Zimmerman, Brian) (Entered: 05/07/2024) |
| 05/08/2024 | 68 | ORDER re 66 Suggestion of Bankruptcy : Pursuant to 11 U.S.C. § 362(a)(1), it is ORDERED that this action is STAYED with respect to MMA. It is further ORDERED that the remaining parties advise the Court, no later than May 17, 2024, whether they maintain that the stay with respect to MMA should affect the continuation of this case against other defendants. Any responses to those submissions must be filed by May 31, 2024. (Signed by Magistrate Judge Yvonne Y Ho) Parties notified. (rlw4) (Entered: 05/08/2024) |
| 05/17/2024 | 69 | RESPONSE to 68 Order, *on Automatic Stay*, filed by Katherine Monson. (Couhig, Robert) (Entered: 05/17/2024) |
| 05/17/2024 | 70 | BRIEF *Regarding Effects of MMA Bankruptcy* re: 68 Order, by EAJF ESQ Fund LP, Equal Access Justice Fund LP, filed. (Johnson, Frederick) (Entered: 05/17/2024) |
| 05/17/2024 | 71 | RESPONSE to 68 Order, *on Automatic Stay*, filed by Tort Network LLC. (Attachments: # 1 Exhibit 1) (Schenck, David) (Entered: 05/17/2024) |
| 05/17/2024 | 72 | BRIEF on Application of the Bankruptcy Stay re: 68 Order, by James M. McClenny, filed. (Attachments: # 1 Exhibit A) (Frizzell, Jean) (Entered: 05/17/2024) |
| 05/23/2024 | 73 | NOTICE of Appearance by Lance Christopher Kassab and David Eric Kassab on behalf of Katherine Monson, filed. (Kassab, Lance) (Entered: 05/23/2024) |
| 05/24/2024 | 74 | RESPONSE in Opposition to 64 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , filed by Katherine Monson. (Couhig, Robert) (Entered: 05/24/2024) |
| 05/31/2024 | 75 | RESPONSE *to Defendants' Statement in Response to Order on Automatic Stay*, filed by Katherine Monson. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (Lemann, Jonathan) (Entered: 05/31/2024) |

| | | |
|---|---|---|
| 05/31/2024 | 76 | REPLY *In Support of Their Rule 12 Motion to Dismiss*, filed by EAJF ESQ Fund LP, Equal Access Justice Fund LP. (Attachments: # 1 Proposed Order Proposed Order) (Johnson, Frederick) (Entered: 05/31/2024) |
| 05/31/2024 | 77 | RESPONSE to 69 Response *to Plaintiff's Statement in Response to Order on Automatic Stay*, filed by James M. McClenny. (Frizzell, Jean) (Entered: 05/31/2024) |
| 05/31/2024 | 78 | RESPONSE to 69 Response *To Briefs Regarding Effects of MMA Bankruptcy*, filed by EAJF ESQ Fund LP, Equal Access Justice Fund LP. (Johnson, Frederick) (Entered: 05/31/2024) |
| 06/24/2024 | 79 | ORDER DENYING REQUESTS FOR EXTENSION OF STAY: 71 and 72 . (Signed by Magistrate Judge Yvonne Y Ho) Parties notified. (rlw4) (Entered: 06/24/2024) |
| 07/12/2024 | 80 | MOTION for Extension of Time Defendants Expert Witness deadlineMotions referred to Yvonne Y Ho. by EAJF ESQ Fund LP, Equal Access Justice Fund LP, filed. Motion Docket Date 8/2/2024. (Attachments: # 1 Proposed Order) (Zimmerman, Brian) (Entered: 07/12/2024) |
| 07/15/2024 | 81 | ORDER granting 80 Motion for Extension of Time; Motion-related deadline set re: 80 MOTION for Extension of Time Defendants Expert Witness deadline. It is ORDERED that The Funds' expert witness designation deadline is extended for 60 days until September 13, 2024. (Signed by Magistrate Judge Yvonne Y Ho) Parties notified. (rlw4) (Entered: 07/15/2024) |
| 08/01/2024 | 82 | Unopposed MOTION for Extension of Time to Answer the Equal Access Parties' Cross ClaimMotions referred to Yvonne Y Ho. by James M. McClenny, filed. Motion Docket Date 8/22/2024. (Attachments: # 1 Exhibit A, # 2 Proposed Order) (Frizzell, Jean) (Entered: 08/01/2024) |
| 08/02/2024 | 83 | ORDER granting 82 Motion for Extension of Time. The motion for extension is GRANTED. The Court ORDERS the Clerk of Court to file McClenny's proposed answer (Dkts. 82-1) on the docket. (Signed by Magistrate Judge Yvonne Y Ho) Parties notified. (rlw4) (Entered: 08/02/2024) |
| 08/02/2024 | 84 | Defendant James McClenny's ANSWER to 56 Amended Complaint with Jury Demand, filed. (rlw4) Modified on 8/2/2024 (rlw4). (Main Document 84 replaced on 8/2/2024) (rlw4). (Entered: 08/02/2024) |
| 08/08/2024 | 85 | Mail Returned Undeliverable as to McClenny Moseley & Associates, PLLC re: 81 Order on Motion for Extension of Time, filed. The address was updated and the order was re-noticed. (hem4) (Entered: 08/08/2024) |
| 08/28/2024 | 86 | Mail Returned Undeliverable as to McClenny Moseley & Associates, PLLC re: 83 Order on Motion for Extension of Time,, filed. (fmc2) (Entered: 08/28/2024) |
| 09/13/2024 | 87 | **STRICKEN PER ORDER 88 ** DESIGNATION OF EXPERT WITNESS LIST by EAJF ESQ Fund LP, Equal Access Justice Fund LP, filed. (Johnson, Frederick) Modified on 9/16/2024 (rlw4). (Entered: 09/13/2024) |
| 09/16/2024 | 88 | ORDER STRIKING 87 Designation of Expert Witness List. Discovery material shall not be filed with the clerk. (Signed by Magistrate Judge Yvonne Y Ho) Parties notified. (rlw4) (Entered: 09/16/2024) |
| 09/19/2024 | 89 | MEMORANDUM AND RECOMMENDATIONS re 64 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM . Objections to M&R due by 10/3/2024. (Signed by Magistrate Judge Yvonne Y Ho) Parties notified. (rlw4) (Entered: 09/19/2024) |

| 09/19/2024 | 90 | Mail Returned Undeliverable as to McClenny Moseley & Associates, PLLC re: 88 Order, filed. An updated address could not be found. (cml4) (Entered: 09/20/2024) |
|---|---|---|
| 09/23/2024 | 91 | MOTION to Stay *DISCOVERY IN CONNECTION WITH PLAINTIFFS CLAIMS BROUGHT AGAINST EAJF* Motions referred to Yvonne Y Ho. by EAJF ESQ Fund LP, Equal Access Justice Fund LP, filed. Motion Docket Date 10/15/2024. (Attachments: # 1 Proposed Order) (Zimmerman, Brian) (Entered: 09/23/2024) |
| 09/25/2024 | 92 | ORDER FOR RESPONSE TO MOTION FOR STAY OF DISCOVERY: Because the motion merits expedited treatment, it is ORDERED that Plaintiff Katherine Monson file her response to the motion for stay by October 2, 2024. Absent a timely response, the motion will be deemed unopposed. (Signed by Magistrate Judge Yvonne Y Ho) Parties notified. (rlw4) (Entered: 09/25/2024) |
| 10/01/2024 | 93 | Mail Returned Undeliverable as to McClenny Moseley & Associates, PLLC re: 92 Order,, filed. No updated address found. (dah4) (Entered: 10/01/2024) |
| 10/02/2024 | 94 | RESPONSE in Opposition to 91 MOTION to Stay *DISCOVERY IN CONNECTION WITH PLAINTIFFS CLAIMS BROUGHT AGAINST EAJF*, filed by Katherine Monson. (Attachments: # 1 Exhibit A) (Couhig, Robert) (Entered: 10/02/2024) |
| 10/03/2024 | 95 | ORDER granting 91 Motion to Stay. It is therefore ORDERED that EAJF's motion to stay discovery (Dkt. 91 ) is GRANTED. This stay will terminate automatically if the Court issues an order declining to adopt the Memorandum and Recommendation (Dkt. 89 ) and denying EAJF's motion to dismiss (Dkt. 64 ), either in whole or part. (Signed by Magistrate Judge Yvonne Y Ho) Parties notified. (rlw4) (Entered: 10/03/2024) |
| 10/03/2024 | 96 | OBJECTIONS to 89 Memorandum and Recommendations, filed by Katherine Monson. (Attachments: # 1 Exhibit A) (Lemann, Jonathan) (Entered: 10/03/2024) |
| 10/04/2024 | 97 | **STRICKEN PER ORDER 98 ** MOTION to Quash Notice of Deposition. Motions referred to Yvonne Y Ho. by Tort Network LLC, filed. Motion Docket Date 10/25/2024. (Cosse, Clay) Modified on 10/7/2024 (rlw4). (Entered: 10/04/2024) |
| 10/07/2024 | 98 | ORDER striking 97 Motion to Quash. (Signed by Magistrate Judge Yvonne Y Ho) Parties notified. (rlw4) (Entered: 10/07/2024) |
| 10/07/2024 | 99 | Mail Returned Undeliverable as to John Zachary Moseley re: 83 Order on Motion for Extension of Time,, filed. (jmt1) (Entered: 10/07/2024) |
| 10/07/2024 | 100 | Mail Returned Undeliverable as to John Zachary Moseley re: 79 Order, filed. (jmt1) (Entered: 10/07/2024) |
| 10/07/2024 | 101 | Mail Returned Undeliverable as to John Zachary Moseley re: 88 Order, filed. (jmt1) (Entered: 10/07/2024) |
| 10/07/2024 | 102 | Mail Returned Undeliverable as to John Zachary Moseley re: 81 Order on Motion for Extension of Time,, filed. (jmt1) (Entered: 10/07/2024) |
| 10/07/2024 | 103 | MOTION for David A. Schenck, Clay A. Cosse, and Alexandria Twiss to Withdraw as AttorneyMotions referred to Yvonne Y Ho. by Tort Network LLC, filed. Motion Docket Date 10/28/2024. (Attachments: # 1 Proposed Order) (Cosse, Clay) (Entered: 10/07/2024) |
| 10/08/2024 | 104 | ORDER TO PROVIDE NOTICE re 103 . (Signed by Magistrate Judge Yvonne Y Ho) Parties notified. (rlw4) (Entered: 10/08/2024) |
| 10/10/2024 | 105 | NOTICE *Pursuant to Court Order* by Tort Network LLC, filed. (Attachments: # 1 Exhibit A) (Schenck, David) (Entered: 10/10/2024) |

| 10/10/2024 | 113 | Mail Returned Undeliverable as to McClenny Moseley & Associates, PLLC re: 98 Order on Motion to Quash, filed. An updated address could not be found. (cng4) (Entered: 10/25/2024) |
| 10/10/2024 | 114 | Mail Returned Undeliverable as to McClenny Moseley & Associates, PLLC re: 95 Order on Motion to Stay, filed. An updated address could not be found. (cng4) (Entered: 10/25/2024) |
| 10/15/2024 | 106 | Mail Returned Undeliverable as to John Zachary Moseley re: 81 Order on Motion for Extension of Time,, filed. No updated address found. (dah4) (Entered: 10/15/2024) |
| 10/15/2024 | 107 | Mail Returned Undeliverable as to John Zachary Moseley re: 104 Order, filed. An updated address was not found. (bmn4) (Entered: 10/15/2024) |
| 10/15/2024 | 108 | Mail Returned Undeliverable as to John Zachary Moseley re: 88 Order, filed. No updated address found. (bmn4) (Entered: 10/15/2024) |
| 10/16/2024 | 109 | Mail Returned Undeliverable as to McClenny Moseley & Associates, PLLC re: 104 Order, filed. Updated Address not found. (bmn4) (Entered: 10/16/2024) |
| 10/17/2024 | 110 | RESPONSE to 96 Objections to Memorandum and Recommendations *on Motion to Dismiss*, filed by EAJF ESQ Fund LP, Equal Access Justice Fund LP. (Zimmerman, Brian) (Entered: 10/17/2024) |
| 10/21/2024 | 111 | Mail Returned Undeliverable as to John Zachary Moseley re: 79 Order, filed. (jmt1) (Entered: 10/21/2024) |
| 10/22/2024 | 112 | ORDER SETTING HEARING: Motion Hearing set for 10/29/2024 at 09:00 AM by video before Magistrate Judge Yvonne Y Ho. A Zoom link will be sent to the parties the day before the hearing. (Signed by Magistrate Judge Yvonne Y Ho) Parties notified. (rlw4) (Entered: 10/22/2024) |
| 10/29/2024 | | Minute Entry for proceedings held before Magistrate Judge Yvonne Y Ho. MOTION HEARING held on 10/29/2024. Hearing held, and separate order to be entered. Appearances: Frederick T Johnson, Scott Robbert Huete, Jonathan Percy Lemann, Robert Emmet Couhig, Jr, David J Schenck, Clay A Cosse, Tighe Wilhemly. (ERO: Yes), filed. (rlw4) (Entered: 10/29/2024) |
| 10/29/2024 | 115 | ORDER granting 103 Motion to Withdraw as Attorney. Attorney David J Schenck; Alexandria Marie Twiss; Clay A Cosse and Alexandria Renee Rahn terminated. (Signed by Magistrate Judge Yvonne Y Ho) Parties notified. (rlw4) (Entered: 10/29/2024) |
| 10/29/2024 | 116 | Mail Returned Undeliverable as to McClenny Moseley & Associates, PLLC re: 112 Order,, filed. An updated address could not be found. (hem4) (Entered: 10/29/2024) |
| 11/04/2024 | 117 | Mail Returned Undeliverable as to John Zachary Moseley re: 112 Order,, filed. (hem4) (Entered: 11/04/2024) |
| 11/05/2024 | 118 | Mail Returned Undeliverable as to McClenny Moseley & Associates, PLLC re: 115 Order on Motion to Withdraw as Attorney, filed. (glk4) (Entered: 11/05/2024) |
| 11/07/2024 | 119 | Mail Returned Undeliverable as to John Zachary Moseley re: 115 Order on Motion to Withdraw as Attorney, filed. (agg3) (Entered: 11/08/2024) |
| 11/13/2024 | 120 | Mail Returned Undeliverable as to John Zachary Moseley re: 89 Memorandum and Recommendations, filed. (glk4) (Entered: 11/13/2024) |
| 12/02/2024 | 121 | NOTICE of Appearance by R. Douglas Scott on behalf of Tort Network LLC, filed. (Scott, Robert) (Entered: 12/02/2024) |

| 12/04/2024 | 122 | Mail Returned Undeliverable as to John Zachary Moseley re: 98 Order on Motion to Quash, filed. An updated address could not be found. (gc4) (Entered: 12/04/2024) |
| 12/04/2024 | 123 | Mail Returned Undeliverable as to John Zachary Moseley re: 95 Order on Motion to Stay, filed. An updated address could not be found. (gc4) (Entered: 12/04/2024) |
| 12/04/2024 | 124 | Mail Returned Undeliverable as to John Zachary Moseley re: 92 Order, filed. An updated address could not be found. (gc4) (Entered: 12/04/2024) |
| 12/06/2024 | 125 | ORDER granting 64 Motion to Dismiss for Failure to State a Claim and Plaintiff's claims against the Equal Access Defendants are DISMISSED WITH PREJUDICE. Plaintiff's request for leave to amend her complaint is DENIED. (Signed by Judge Alfred H Bennett) Parties notified. (mmm4)(Signed by Judge Alfred H Bennett) Parties notified. (mmm4) (Entered: 12/06/2024) |
| 12/13/2024 | 126 | Mail Returned Undeliverable as to McClenny Moseley & Associates, PLLC re: 125 Order on Motion to Dismiss for Failure to State a Claim,, filed. (agg3) (Entered: 12/13/2024) |
| 12/15/2024 | 127 | MOTION for Summary Judgment *on Plaintiff's Barratry Claim Against McClenny* Motions referred to Yvonne Y Ho. by James M. McClenny, filed. Motion Docket Date 1/6/2025. (Frizzell, Jean) (Entered: 12/15/2024) |
| 12/16/2024 | 128 | Mail Returned Undeliverable as to McClenny Moseley & Associates, PLLC re: 89 Memorandum and Recommendations. An updated address could not be found., filed. (jm4) (Entered: 12/16/2024) |
| 12/23/2024 | 129 | Mail Returned Undeliverable as to John Zachary Moseley re: 125 Order on Motion to Dismiss for Failure to State a Claim, filed. An updated address could not be found. (gc4) (Entered: 12/23/2024) |
| 01/06/2025 | 130 | RESPONSE in Opposition to 127 MOTION for Summary Judgment *on Plaintiff's Barratry Claim Against McClenny*, filed by Katherine Monson. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Lemann, Jonathan) (Entered: 01/06/2025) |
| 01/07/2025 | 131 | NOTICE of Appearance by Geoffrey Parker on behalf of Tort Network LLC, filed. (Parker, Geoffrey) (Entered: 01/07/2025) |
| 01/13/2025 | 132 | REPLY to 127 MOTION for Summary Judgment *on Plaintiff's Barratry Claim Against McClenny McClenny's Reply iso Motion for Summary Judgment*, filed by James M. McClenny. (Frizzell, Jean) (Entered: 01/13/2025) |
| 01/15/2025 | 133 | NOTICE of Appearance by Jonathan Hilton on behalf of Tort Network LLC, filed. (Hilton, Jonathan) (Entered: 01/15/2025) |
| 01/15/2025 | 134 | MOTION for Status Conference Motions referred to Yvonne Y Ho. by Katherine Monson, filed. Motion Docket Date 2/5/2025. (Attachments: # 1 Proposed Order for status conference) (Lemann, Jonathan) (Entered: 01/15/2025) |
| 01/16/2025 | 135 | ORDER granting 134 Motion for Conference Status Conference set for 1/27/2025 at 11:00 AM by video before Magistrate Judge Yvonne Y Ho. (Signed by Magistrate Judge Yvonne Y Ho) Parties notified. (rlw4) (Entered: 01/16/2025) |
| 01/27/2025 |  | Minute Entry for proceedings held before Magistrate Judge Yvonne Y Ho. STATUS CONFERENCE held on 1/27/2025. Hearing held. Separate order to be entered. Appearances: Robert Emmet Couhig, Jr., and Jonathan Percy Lemann; Jonathan Lawrence Hilton, Harris Yancy Wells, Brian Weil Zimmerman and Frederick T Johnson. (ERO: Yes), filed. (rlw4) (Entered: 01/27/2025) |
| 01/27/2025 | 136 | ORDER STAYING CASE AND TERMINATING MOTIONS: It is therefore ORDERED that all remaining deadlines in this case (Dkt. 37 ) are STAYED until further notice, and |

| | | all pending motions (Dkt. 54 ; Dkt. 127 ) are administratively TERMINATED without prejudice to being reinstated. (Signed by Magistrate Judge Yvonne Y Ho) Parties notified. (rlw4) (Entered: 01/27/2025) |
|---|---|---|
| 01/28/2025 | 137 | Mail Returned Undeliverable as to McClenny Moseley & Associates, PLLC re: 135 Order on Motion for Conference, filed. An updated address could not be found. (gc4) (Entered: 01/28/2025) |
| 01/29/2025 | 138 | AO 435 TRANSCRIPT REQUEST by Tort Network/ Jonathan L. Hilton for Transcript of Status conference, January 27, 2025, Magistrate Judge Yvonne Y. Ho. Expedited (7 days) turnaround requested. Court Reporter/Transcriber: GLR Transcribing Services, filed. (Hilton, Jonathan) Electronically forwarded to GLR on 1/29/2025. Estimated completion date: 2/05/2025. Modified on 1/29/2025 (gc4). (Entered: 01/29/2025) |
| 01/30/2025 | 139 | Mail Returned Undeliverable as to John Zachary Moseley re: 135 Order on Motion for Conference, filed. (dah4) (Entered: 01/30/2025) |
| 02/01/2025 | 140 | TRANSCRIPT re: STATUS CONFERENCE (By Zoom) held on 1-27-25 before Magistrate Judge Yvonne Y Ho. Court Reporter/Transcriber GLR Transcribers. Ordering Party Jonathan L. Hilton. Release of Transcript Restriction set for 5/2/2025., filed. (Reed, Gwendolyn) (Entered: 02/01/2025) |
| 02/01/2025 | 141 | Notice of Filing of Official Transcript re: 140 Transcript,. Parties notified, filed. (SDTX_CMECF_AutoDocket, ) (Entered: 02/01/2025) |
| 02/03/2025 | 142 | Mail Returned Undeliverable as to John Zachary Moseley re: 136 Order, Order Staying Case, filed. An updated address could not be found. (gc4) (Entered: 02/03/2025) |
| 02/04/2025 | 143 | Mail Returned Undeliverable as to McClenny Moseley & Associates, PLLC re: 136 Order,, Order Staying Case,, filed. (Address update not found) (mew4) (Entered: 02/05/2025) |
| 02/06/2025 | 144 | Mail Returned Undeliverable as to McClenny Moseley & Associates, PLLC re: 141 Notice of Filing of Official Transcript, filed. Address updated and notice has been re-noticed. (bmn4) (Entered: 02/10/2025) |
| 02/10/2025 | 145 | Mail Returned Undeliverable as to John Zachary Moseley re: 141 Notice of Filing of Official Transcript, filed. An updated address could not be found. (gc4) (Entered: 02/10/2025) |
| 05/12/2025 | 146 | BRIEF Letter Brief on Pohl v. Cheatham *and Requesting Judgment on the Pleadings* re: 136 Order,, Order Staying Case, by Tort Network LLC, filed. (Attachments: # 1 Exhibit Pohl v. Cheatham) (Hilton, Jonathan) (Entered: 05/12/2025) |
| 05/22/2025 | 147 | BRIEF *Letter Brief* by EAJF ESQ Fund LP, Equal Access Justice Fund LP, filed. (Zimmerman, Brian) (Entered: 05/22/2025) |
| 05/23/2025 | 148 | BRIEF *In Compliance With the Court's January 27, 2025 Order* by James M. McClenny, filed. (Frizzell, Jean) (Entered: 05/23/2025) |
| 05/27/2025 | 149 | ORDER LIFTING STAY AND DIRECTING PLAINTIFF TO SHOW CAUSE: It is therefore ORDERED that the stay entered on January 27, 2025 (Dkt. 136 ) is hereby LIFTED. Pursuant to Fed. R. Civ. P. 56(c), it is further ORDERED that Plaintiff SHOW CAUSE, by June 6, 2025, why the decision in Pohl v. Cheatham does not conclusively defeat her claims. Defendants may file a response - limited to the Pohl v. Cheatham issuebut must do so by June 16, 2025. (Signed by Magistrate Judge Yvonne Y Ho) Parties notified. (rlw4) (Entered: 05/27/2025) |

| 06/06/2025 | 150 | RESPONSE to 149 Order,,, Order Lifting Stay,, , filed by Katherine Monson. (Couhig, Robert) (Entered: 06/06/2025) |
| 06/16/2025 | 151 | RESPONSE to 150 Response *to Plaintiff's Opposition to Order Lifting Stay*, filed by James M. McClenny. (Frizzell, Jean) (Entered: 06/16/2025) |
| 06/24/2025 | 152 | MEMORANDUM AND RECOMMENDATIONS: It is RECOMMENDED that the renewedrequests for dismissal filed by Defendants Tort Network LLC (Dkt. 146 ), EqualAccess Justice Fund and EAJF ESQ Fund LP (Dkt. 147 ), and James McClenny(Dkt. 148 ) be GRANTED, and that Plaintiff Katherine Monson's claims be DISMISSED WITH PREJUDICE.Defendants Equal Access Justice Fund's and EAJF ESQ Fund LP's cross-claims against Tort Network LLC, John Moseley, and James McClenny(Dkt. 65 at 14-23) are still pending. Objections to M&R due by 7/8/2025. (Signed by Magistrate Judge Yvonne Y Ho) Parties notified. (rlw4) (Entered: 06/24/2025) |
| 06/30/2025 | 153 | Mail Returned Undeliverable as to John Zachary Moseley re: 152 Memorandum and Recommendations,,, filed. (dah4) (Entered: 06/30/2025) |
| 07/08/2025 | 154 | OBJECTIONS to 152 Memorandum and Recommendations, filed by Katherine Monson. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Couhig, Robert) (Entered: 07/08/2025) |
| 07/21/2025 | 155 | RESPONSE *IN OPPOSITION TO PLAINTIFFS OBJECTION TO THE MAGISTRATE JUDGES JUNE 24, 2025, MEMORANDUM AND RECOMMENDATION ON MOTIONS TO DISMISS*, filed by Tort Network LLC. (Hilton, Jonathan) (Entered: 07/21/2025) |
| 07/22/2025 | 156 | RESPONSE to 154 Objections to Memorandum and Recommendations, 152 Memorandum and Recommendations,, , filed by James M. McClenny. (Frizzell, Jean) (Entered: 07/22/2025) |
| 08/22/2025 | 157 | Opposed REQUEST for pre-motion conference, filed. (Attachments: # 1 Proposed Order) (Zimmerman, Brian) (Entered: 08/22/2025) |
| 08/26/2025 | 158 | RESPONSE in Opposition to 157 Opposed REQUEST for pre-motion conference, filed by Tort Network LLC. (Hilton, Jonathan) (Entered: 08/26/2025) |
| 09/02/2025 | 159 | REPLY in Support of 157 Opposed REQUEST for pre-motion conference, filed by EAJF ESQ Fund LP, Equal Access Justice Fund LP. (Zimmerman, Brian) (Entered: 09/02/2025) |
| 09/11/2025 | 160 | RESPONSE to 157 Opposed REQUEST for pre-motion conference filed by James M. McClenny. (Frizzell, Jean) (Entered: 09/11/2025) |
| 09/15/2025 | 161 | INITIAL DISCLOSURES by EAJF ESQ Fund LP, Equal Access Justice Fund LP, filed. (Zimmerman, Brian) (Entered: 09/15/2025) |
| 09/17/2025 | 162 | ORDER STRIKING 161 . (Signed by Magistrate Judge Yvonne Y Ho) Parties notified. (rlw4) (Entered: 09/17/2025) |
| 09/18/2025 | 163 | REPLY to Response to 157 Opposed REQUEST for pre-motion conference, filed by EAJF ESQ Fund LP, Equal Access Justice Fund LP. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Zimmerman, Brian) (Entered: 09/18/2025) |
| 09/26/2025 | 164 | MOTION for Leave to File a Sur-Reply, or in the Alternative, Motion to StrikeMotions referred to Yvonne Y Ho. by James M. McClenny, filed. Motion Docket Date 10/17/2025. (Attachments: # 1 Exhibit A, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit B, # 5 Exhibit C) (Frizzell, Jean) (Entered: 09/26/2025) |
| 10/01/2025 | 165 | ORDER ADOPTING MEMORANDUM AND RECOMMENDATIONS re: 152 Memorandum and Recommendations. Plaintiffs' claims against all Defendants are DISMISSED WITH PREJUDICE. EAJF's crossclaims against Tort Network, Moseley, |

| | | |
|---|---|---|
| | | and McClenny remain pending. (Signed by Judge Alfred H Bennett) Parties notified. (lre4) (Entered: 10/03/2025) |
| 10/06/2025 | 166 | Mail Returned Undeliverable as to John Zachary Moseley re: 162 Order, filed. (amp4) (Entered: 10/06/2025) |

<table>
<tr><td colspan="4" align="center"><strong>PACER Service Center</strong></td></tr>
<tr><td colspan="4" align="center"><strong>Transaction Receipt</strong></td></tr>
<tr><td colspan="4" align="center">04/27/2026 22:29:03</td></tr>
<tr><td><strong>PACER Login:</strong></td><td>miriamgoott</td><td><strong>Client Code:</strong></td><td></td></tr>
<tr><td><strong>Description:</strong></td><td>Docket Report</td><td><strong>Search Criteria:</strong></td><td>4:23-cv-00928</td></tr>
<tr><td><strong>Billable Pages:</strong></td><td>14</td><td><strong>Cost:</strong></td><td>1.40</td></tr>
</table>