I do not believe your client is understanding of the roles of the attorneys and who did what. You filed these complaints not the clients.

I filed the complaints on behalf of clients who were sued when they didn't issue a policy and didn't even write business in Louisiana. They wish for the bar to sort out who is ultimately responsible.

William is responsible. We ALL know that.

Claudes name was merely in the signature block. William filed these things. Claude had no part in them. You know that now. Go hard for William, not the innocent people that worked for him, and who left as soon as they discovered what he was doing.

You're asking me to be the judge of everything and I cannot do that. I am not taking evidence and I have no decision making power. I have not even communicated with the bar in a long time regarding anyone. The bar is conducting its investigation and will make its decisions accordingly.

I implore you to talk to your client and have them reconsider, knowing what you know now. This is effecting innocent peoples careers and livelihoods, including myself. Thank you.

Jul 27, 2023 at 2:21 PM

Claude is going to file a memo and attached affidavits in support of it with the Western District, in preparation for his hearing. Please do not post any of this on social media. There are so many innocent people being hurt in this situation.
Thank you.

Thank you!

Aug 5, 2023 at 12:41 PM

I asked you not to post this

Right. I know you did. There are plenty rumors that you and Claude are now together.

We are law partners. I'm not sure who you are hearing rumors from but my personal life is just that. Personal. I'm dealing with trying to start a practice, MMA and I'm going through hell on earth with mike. I also have a custody trial on the 18th.

Well, your personal life has been mentioned in court pleadings.

The judge had been letting mike depose me and in the depo he stopped to harassment and falsifying exhibits

Are you referring to Claude's divorce?

Yes.

A joke. This woman is off her rocker

I'm definitely not posting that.

She claimed I stayed at his apartment after they filed and the best was that on those days I was in NYC

She is toe to toe with mike on crazy

This whole world is crazy.

Yes

And people lie and put lies in court documents. Look at mike. We are about to file contempt for him falsifying records and using them. Then I'm wondering if we have a duty to report him.