Text Message • SMS
Mar 10, 2023 at 12:43 PM

Can you email me the 3/3 transcript, if you have it?

Mar 10, 2023 at 3:46 PM

Thought you would like this.

They are rebuilding the website as we speak.

Mar 16, 2023 at 7:26 PM

:-)

Not Delivered

Not Delivered

Mar 17, 2023 at 10:17 AM

Shelby is a former employee of Apex. She has agreed to speak with you and has a wealth of information. She has a bunch of documents and can describe in detail the instructions the door knockers were given. She didn't feel comfortable about what she was being asked to do and ultimately was fired as a result. She will need some

encouragement as she doesn't want to be in trouble herself over this.

Can you send me any of the docs she gave you?

She has everything in a Dropbox. I'm sure she can give you access.

Okay, thanks

Mar 20, 2023 at 7:44 PM

Sorry I missed your call. Everything ok?

Yep. Have an ex MMA secretary who I need to chat with before turning her over to you. This one works in Houston. :-)

Also wanted to hear about your Ohio weekend.

Ha! Have you been to Ohio?? I will call you tomorrow..

Nope and no desire to.

You're very wise.

Today's conference in Orlando.

I don't have a problem with all felons.

Mar 22, 2023 at 9:19 AM

Mar 22, 2023 at 4:25 PM

Mar 29, 2023 at 5:42 PM

You never call. You never write. I may have another contact to provide you with Re MMA. Will be vetting shortly.

Ha! Thanks!!

Mar 30, 2023 at 9:57 AM

I have someone that you really need to talk to and soon.

Mar 31, 2023 at 10:42 AM

1. I never got any contact info. 2. Are you related to a Hayley Monson in Gonzalez?

I don't think so on Hayley. However, 23 and Me might say otherwise.

New James McClenny law firm.

Apparently the James auto accident took place on October 13, 2022 in Fort Myers.

Mar 31, 2023 at 6:12 PM

It is my understanding that this company has significant ties to MMA. I have not noticed it personally though. Mr. Galloway has been viewing my LinkedIn posts.

Ms. Chapman indicated that there may be ties to Canadian organized crime. I can't make this stuff up.

Apr 19, 2023 at 3:43 PM

I am in trial but I can call you tonight.

I have more details about the Canadian connection.

Global Estimating Services. Witness is Trevor Brill. 303-242-6361. But call me first.

10-4

Apr 20, 2023 at 9:32 AM

When was the case filed in JP against Oakwood?

Apr 20, 2023 at 11:34 AM

It was filed in Calcasieu Parsih on March 31.

Apr 21, 2023 at 3:04 PM

I'm sure you saw that Huye has put his house up for sale.

Yes

Apr 21, 2023 at 6:31 PM

He is doing this in advance of a bankruptcy filing.

In Texas, you have an unlimited homestead protection from creditors.

Apr 24, 2023 at 10:29 AM

I'm still in trial

No worries. Just seeing when you were going to Lake Charles.

Do you have the suit filed against Oakwood Bank?

Yes. I'll email.

Thanks

Apr 25, 2023 at 6:31 PM

Are you still in trial?

Yes, unfortunately. What time are the hearings tomorrow?

Starts at 9 am.

Is it only one hearing?

No. Hearings on numerous State Farm cases in early morning. SF did not issue policies. Insureds ordered to show.

Late morning hearings on MMA's request to intervene to assert liens for attorneys fees.

2:30 hearing for Zack Moseley to give the status on changing firms to Laborde Earles.

Apr 26, 2023 at 7:45 AM

Here is our Canadian connection.

Not Delivered

Apr 26, 2023 at 4:45 PM

I will call you tomorrow, but how did things go today?

Very very good. What's your verdict?

Apr 26, 2023 at 8:31 PM

Too late to talk?

Apr 29, 2023 at 2:46 PM

I don't have to tell you to keep this out of public distribution.

Never mind. It is now public.

Apr 29, 2023 at 7:10 PM

What prompted that? And you know I never distribute anything.

Apr 29, 2023 at 9:11 PM

Nothing. Someone asked me not to make it public but then he made it public. We're totally and always have been 100%. Things come out stupid over texts. My apologies.

May 1, 2023 at 4:41 PM

wwltv.com

May 2, 2023 at 6:08 PM

ldi.la.gov

May 10, 2023 at 3:25 PM

I have officially joined the Bureau!

Hilarious!!!

May 13, 2023 at 8:36 AM

Forwarded from Tyeisha Shackleford (linkedin.com/in/ACoAAA-_FMEBXRyg7CfI_vRNK7d9PEHCZ3xhRKI): Because we got a breakdown signed and the client had been calling to get the payment. We were informed that the IATA accounts(I think that's how you spell it) are frozen and nothing can be removed. Also the 2 HR women Ashley and Kurbey stated that we don't have the cash flow to pay out something right now. Ashley's husband actually has invested interest in the company and has helped Zach out with some financials. I'd suggest people look into who Ashley's husband is and the relationship with him and Zach. (It's just a hint 😉).

This is crazy. Is the IOLTA account frozen or is this just another lie?

Wow!

I think they are just lying.

Forwarded from Tyeisha Shackleford (linkedin.com/in/ACoAAA-_FMEBXRyg7CfI_vRNK7d9PEHCZ3xhRKI):
Well they said it's frozen and Krystal said we have to switch banks now too. But right now, no clients have or can be paid according to the attorneys. And clients are livid.

She sent this to another attorney.

I'm betting that Oakwood wants nothing to do with the firm as Oakwood is also a defendant in one of the lawsuits involving the falsely endorsed check in Lake Charles.

May 13, 2023 at 6:22 PM

These are the people that got fired in Houston so I'm told except for Zach and Kart Ohlsson.

Everyone that Katy sent the invite to was laid off.
Except-
Katy, Brandi, Pat, Emily and Trey
"She (Katy O) really got rid of anybody anybody in the office that had questions about what is going on. They really isn't anything to do there."

May 15, 2023 at 11:22 AM

Was the Tundra blue?

No

Another great willing witness for you fired on Friday. Tyeisha Schakleford. Houston Contracts Manager 832-213-9147

May 15, 2023 at 2:22 PM

Love the threats.

May 16, 2023 at 7:02 AM

May 16, 2023 at 10:40 AM

Cute

May 18, 2023 at 6:29 AM

Another one!!

Daly and Black was another law firm involved in the Franatovich case.

I remember - her attorney used to be an AUSA

This gentleman was the one who did the Disaster Solutions video about MMA filing the 1800 cases.

dalyblack.com

May 19, 2023 at 6:37 AM

You really should have someone here. This law firm works closely with Apex Roofing. The money they are blowing on this is obscene and is just an encouragement to rip off the insurance industry. It is being used as a recruiting tool for door knocking public adjusters to team up with this law firm and funnel them cases.

May 24, 2023 at 11:00 PM

wwltv.com

From tonight's news.

May 25, 2023 at 6:45 AM

!!!!!

I know.

I want that recording.

I know he calls Judge Cain an asshole and me a shithead.

I just boarded a flight from Porto to the Azores.

How dare you!

I'm sure Judge Cain will not appreciate that

Ha!

Are you going to be blowing me up all day with your free texting?

If you want, I'll just drive to Houston and make the arrest for you so you can enjoy your trip.

You're funny

Amazing! I hope y'all have the best time. You deserve it.

May 30, 2023 at 8:22 PM

Keeps getting more interesting. GES owners have given DeSantis a ton of money and got the contract for transporting illegal immigrants out of Florida.

tallahassee.com

Jun 1, 2023 at 7:51 AM

Glad you're holding things down. I hiked Mount Pico...

That's really awesome!

Jun 1, 2023 at 12:06 PM

7700 feet! I'll take the elevator, thanks.

It was straight up and straight down. Totally miserable.

Quite the adventure and accomplishment!

Jun 14, 2023 at 9:16 AM

I'm stuck in traffic!! I've been in the same spot for 45 minutes

Jun 15, 2023 at 8:49 AM

Enjoy the water slides this morning!! Do you recognize this logo?

No. What's that for?

It seems to be a retainer agreement

That an MMA logo?

No

I guess you're not going to tell me who this belongs to.

It's for an MMA "client"

Gotcha

The water slides look bad ass by the way.

Me and a bunch of 6 year olds.

That would be a good group for me - I would have a

chance at being the tallest.

That looks great!

Jun 19, 2023 at 2:11 PM

Will you be in Lake Charles tomorrow?

Yes

Nice. I'm going to drive over starting around 3.

Heading to Houston after

Jun 20, 2023 at 6:35 AM

I made it through the Atchafalaya Basin!

Wow!  You're flying.

Jun 22, 2023 at 6:17 PM

I'll get a copy of the suit from my Houston office tomorrow.

10-4

Jun 22, 2023 at 8:36 PM

Just emailed you a 🎁.

Thank you

Jun 23, 2023 at 10:21 AM





**MMA 4 Year Strategy to Multi-Network Brand Dominance**
prezi.com

Jun 24, 2023 at 10:33 AM

Would you like to talk to the lady that sent me this?

ARS strongly recommended Apex to our bosrd.when our manager said he had another much lower bid, ARS and MMA pushed back hard saying you have to let the construction company do their work. That is on a video meeting with the board and all owners. McClenny was at the table and Nathan Normoyle and  Mike from ARS.

Yes, please

I thought so.

I want that video.

Jun 24, 2023 at 12:21 PM

Don’t call this guy yet. He knows a lot of the intimate ARS/GES details.

Ok

Just spent over an hour speaking with Edna. She has a vacation home as part of a condo complex in Fort Myers. ARS and MMA signed them up by door knocking. She has a ton of good info. She is not part of the condo board and is aggravated. She is the one with the video.

Did she send you the video?

It is in my Dropbox, which I have to look at. Not the best on that.

dropbox.com

She said to watch starting at 1:48. There is a discussion of APEX vs another cheaper roofer. Not sure this is the best. Did not watch it all.

Issues are that ARS gave a bid of almost $20 million. $10 million has been paid and most work has not been done.

ARS is leaving the job now voluntarily.

MMA/ARS signed up the board by door knocking.

Jun 24, 2023 at 2:07 PM

You can now call Scott.

Thanks!

Jun 28, 2023 at 4:12 PM

Jul 3, 2023 at 2:52 PM

esquirebank.com

Jul 13, 2023 at 8:52 AM

Thinking about you and your trial. Can't wait to hear the result and the stories!

Jul 20, 2023 at 6:50 PM

Aug 2, 2023 at 7:20 PM

Y'all look great

Aug 4, 2023 at 6:57 PM

I got this on Teams today as a message.

A relative of Moseley is calling you now to tell you some things. He will not give his name but he wants to talk to you about Mosely and his personal life and the things he is doing. He said he will give you his first name when he talks with you but he cannot give you his last name. Please call him at 727-743-1841. He said he does not know if you are interested or not. He said Moseley's personal life is disgusting with the things he has done.

This number belongs to Zach's wife. It was Zach that tried to call me. Weird.

I will call you in a bit.

Also Katie Aromi is sleeping with Claude Reynaud.

Claude's soon to be ex wife called my office twice today trying to reach out to me.

Aug 5, 2023 at 10:39 AM

What time is the hearing Tuesday?

I'll have to look it up. Multiple staggered hearings.

And I didn't win megamillions.

Finally talked to Claude Reynaud's estranged wife. She had nothing to add other than she wanted me to know that the divorce pleadings included the affair.

I'm looking on Lexis but cannot find the time

Cameron Snowden 10am
Grant Gardiner 11am
Claude Reynaud 1:30pm
Zach Moseley 2:30pm

It's on WDLA Pacer.

Thanks

Sent you the divorce pleadings by email.

Aug 8, 2023 at 3:04 PM

Holy shit! He admitted in open court to owning Equal Access Justice Fund $40 million.

Moseley

Is it over?

Nope.

Call me on your drive home?

But of course.

Aug 8, 2023 at 5:21 PM

Still in court?

Aug 13, 2023 at 1:47 PM

Holy cow, it appears as Velawcity and Moseley are trying to expand into California.

Aug 15, 2023 at 9:31 PM

I wonder why the AG's office chose not to prosecute

Aug 18, 2023 at 3:15 PM

When is the McClenny hearing in the WDLA?

It was July 25.

Badger to me he gave James your contact info.

James has been trying to convince Badger that he didn't know anything.

Interesting

Yep. Amazing how people want to believe their own lies.

Aug 21, 2023 at 10:37 PM

Just sent you some presents via email. Zach's divorce suit

and PCG suit against MMA.

Aug 22, 2023 at 4:03 PM

What do you need from that post?

The comments

I have them.

Can you send them?

I can screenshot.

Thanks

Here they are

Thanks!

I personally know almost all of the commenters if that is of use.

Crazy about Zach divorce and new $9 million suit. PCG broke state law by accepting contingent payments. Part of the second level conspiracy.

Aug 24, 2023 at 10:28 PM

Sorry I missed your call. Tonight was my god daughters' first birthday

So cute! I just dropped my daughter off at Fordham.

Sad and happy?

Yes

Aug 26, 2023 at 12:23 PM

Just sent you some more presents.

Via email.

Sep 5, 2023 at 2:39 PM

Equal Access Justice Fund intervened in WDLA 23-62. They want their money back!

They also filed suit in Harris County on 9/1. Case No. 2023-59211

I did a big post on their filings. And the redactions are easily deleted.

Can you send what you have?

Will do. Might be a little while. It is 30 MB.

Sep 7, 2023 at 4:28 PM

Call you in 5

Sep 14, 2023 at 2:29 PM

William Shinoff would be open to talking to you. 619-964-0073. Was approached by Zach and Velawcity regarding being their local counsel for Maui fires.

Sep 22, 2023 at 4:06 PM

Guess whose house is for sale? Give you a hint. It rhymes with Zach Moseley. Hope this brightens your day and puts a smile on your face.

har.com

And Huey's house is under contract.

Sep 28, 2023 at 7:43 AM

mma-pllc.com

Sep 28, 2023 at 8:10 PM

MMA office manager now works at Houston-based law firm?

Is that like when Prince turned himself into a symbol?

😜

Oct 4, 2023 at 4:53 PM

Hey! I am on my way to Argentina. I will give you a call tomorrow.

No way!! Have fun! Hope you enjoyed my voicemail.

Oct 30, 2023 at 7:36 AM

Velawcity and their ilk must be taken down. We are talking about billions of dollars. It is becoming public.

https://nam02.safelinks.protection.outlook.com/?
url=https%3A%2F%2Fnews.bloomberglaw.com%2Fprod-
uct-liability-and-toxics-law%2Fbogus-claims-threaten-to-
taint-camp-lejeune-toxic-water-
payouts%3Fsource%3Dnewsletter%26item%3Dbody-
link%26region%3Dtext-
section&data=05%7C01%7Cmatthew%40monsonfirm.com
%7C6845892ff8494b1d954008dbd94178a3%7Cd-
b8f3120ee434bc4b6a1cde445838274%7C1%7C0%7C63
8342647468785247%7CUnknown%7CTWFpbGZs-
b3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTi-
I6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sd
ata=RKEEZ6IlfzUQJJxCKTG%2BHF0pN1Y%2BjgiS%2B6%
2BbK%2FN1S%2FI%3D&reserved=0 (https://
nam02.safelinks.protection.outlook.com/?
url=https%3A%2F%2Fnews.bloomberglaw.com%2Fprod-
uct-liability-and-toxics-law%2Fbogus-claims-threaten-to-
taint-camp-lejeune-toxic-water-
payouts%3Fsource%3Dnewsletter%26item%3Dbody-
link%26region%3Dtext-
section&data=05%7C01%7Cmatthew%40monsonfirm.com
%7C6845892ff8494b1d954008dbd94178a3%7Cd-
b8f3120ee434bc4b6a1cde445838274%7C1%7C0%7C63
8342647468785247%7CUnknown%7CTWFpbGZs-
b3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTi-
I6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sd
ata=RKEEZ6IlfzUQJJxCKTG%2BHF0pN1Y%2BjgiS%2B6%
2BbK%2FN1S%2FI%3D&reserved=0)

Nov 1, 2023 at 7:37 AM

Hey! I am in trial this week. I will call you this weekend.

No worries. I just had something so funny to share with

you.

Nov 5, 2023 at 7:55 PM

David Hammer has a segment showing the truth about Apex Roofing tomorrow night at 6 on WWL.

Nov 30, 2023 at 12:28 PM

Dec 5, 2023 at 4:37 PM

E.J. Nacey

Dec 11, 2023 at 2:09 PM

I don't think you sent me the actual recording of Huye from 8/25/22. Can you send that?

8/25/22. Can you send that?

**Monson Huye Recording 7/28/2022**

Dec 11, 2023 at 4:15 PM

Did you see my email with the question about Apex filing claims with insurance companies?

Just responded.

Did you have contact with Steven Ripoll RE the Galindo lawsuit?

I never spoke with him but people in my firm have. I can get it for you.

No, I'm good. Do you think someone talked to him about Galindo? I don't think he even knew the second lawsuit happened

Yes. He confirmed that he didn't know about the lawsuit before it was filed. Allied Trust confirmed with everyone for which we had questions and they were all unanimous.

This happened hundreds of times.

I just forwarded you an email from Steve Badger he sent me yesterday.

Dec 28, 2023 at 12:36 PM

I'm sure you have seen things, but I think the dots have been connected directly to the investment in Velawcity by the court filings. I also think that on January 8th, there could be sworn testimony admitting to illegal activity.

Dec 29, 2023 at 3:14 PM

I can call you in about 45 mins

Cool. Just sent you another present via email.

Jan 1, 2024 at 8:17 AM

**Screenshot 2024-01-01 at 8.16.32 AM**

Chief sales officer of Apex. Supposedly makes around $1 million/ year.

Jan 19, 2024 at 6:40 PM

I assume you saw this in my post from December 2022. Sent by www.poopsenders.com. I'd love to know who paid poopsenders to send this.

Have a great weekend!

Not Delivered

Jan 20, 2024 at 6:24 PM

Brother can you spare $10,000,00?

Not Delivered

Jan 23, 2024 at 8:12 AM

Screenshot 2024-01-23 at 8.12.05 AM

Screenshot 2024-01-23 at 8.12.42 AM

Screenshot 2024-01-23 at 8.13.02 AM

Screenshot 2024-01-23 at 8.13.58 AM

Screenshot 2024-01-23 at 8.14.13 AM

Feb 4, 2024 at 4:26 PM

Go see Steven Badger's LinkedIn. There is a message left by a policyholder who just went crazy on them!

I don't have LinkedIn.

I tried to email a link just now.

The voicemail is incredible.

The lady exploded on the phone.

Feb 11, 2024 at 10:19 AM

linkedin.com

More Velawcity excess.

Feb 14, 2024 at 7:47 PM

**Matthew Monson, Esq. on LinkedIn: The Monson Law Firm - Venzant v. HOAIC MMA Sanctions**
linkedin.com

I got an $8500 Valentine this morning from the Western District.

Feb 21, 2024 at 7:28 AM

**An Update on Zach Moseley**
trishwhitcomb.substack.com

**Where in the World is Zach Moseley?**
trishwhitcomb.substack.com

Feb 22, 2024 at 7:53 AM

Look at this SWOT Analysis. MMA on March 22 of last year.

Look at the bottom right under Threats.

Feb 25, 2024 at 7:33 PM

Just emailed you a long diatribe from a really pissed off German.

Feb 26, 2024 at 8:33 AM

Save me a seat

I'm on the road.

Mar 17, 2024 at 1:03 PM

Happy St Patrick's Day!

You too!

In Harris County, the Hedge Finds have filed a $32 million MSJ.

Mar 22, 2024 at 12:45 PM

You might want to call a witness. Richard Dean Stewart. He goes by Dean.

RichardDeanStewart@gmail.com

936-720-0665

He ran ARS office in Texas.

Thanks. I will call you this afternoon.

Mar 22, 2024 at 4:17 PM

Also Mr Stewart has hired an investigator regarding immigration issues he has.

Ed Rodriguez - 432-741-5680

Apr 1, 2024 at 7:10 AM

**Screenshot 2024-04-01 at 7.10.04 AM**

Phil was with Daly and Black.

Apr 1, 2024 at 3:48 PM

**The_Monson_Law_Firm_MMA_Waiving_Fee_Lien_-Claims_1712004372 2024-04-01 20_46_22.pdf**

BREAKING MMA NEWS!!!!!! MMA Indicates that it is considering filing suits against Daly & Black, P.C. and Galindo Law

On March 29, 2023, in the Ricks v. Imperial Fire Case, MMA filed pleadings indicating on the record that "MMA maintains that there are no EDLA cases in which it intends to intervene or file liens to recover attorney's fees." (Attac...

Apr 5, 2024 at 4:03 PM

?Judge North just stuck it to MMA and the Hedge Funds.

Not Delivered

Apr 9, 2024 at 7:07 PM

I take it you know of the MMA bankruptcy.

Can you email the bankruptcy filing?

The_Monson_Law_Firm_MMA_Bankruptcy_Filing_1712709243 2024-04-10 00_34_15.pdf

Apr 11, 2024 at 9:04 PM

Katy Ohlsson is trying to sell the MMA furniture on Facebook. This is really bad as it is assets that need to be dealt with in the bankruptcy.

Pics?

Screenshot 2024-04-11 at 9.56.55 PM

Screenshot 2024-04-11 at 9.57.18 PM

Screenshot 2024-04-11 at 9.57.35 PM

Screenshot 2024-04-11 at 9.57.53 PM

Screenshot 2024-04-11 at 9.58.10 PM

Screenshot 2024-04-11 at 9.58.27 PM

Screenshot 2024-04-11 at 9.58.43 PM

Screenshot 2024-04-11 at 9.58.57 PM

Screenshot 2024-04-11 at 9.59.13 PM

Screenshot 2024-04-11 at 9.59.32 PM

Screenshot 2024-04-11 at 9.59.54 PM

**Screenshot 2024-04-11 at 10.00.07 PM**

Apr 22, 2024 at 7:57 PM

Don't worry, I broke up the fight. All the kids were bigger than me, but I used my negotiator skills. Have a good night!

You too. Great job bad ass!

Deescalating

Exactly

May 2, 2024 at 2:27 PM

**Screenshot 2024-05-02 at 2.27.21 PM**

Interesting.

May 2, 2024 at 4:50 PM

At the Stones. Call you tomorrow.

May 7, 2024 at 11:50 AM

Who is Cefeny?

I believe she was in charge of intake at MMA. Hates MMA. This was left over on her computer. Fucking gold. Nails everyone who were acting as unlicensed public adjusting companies. I will check on the license status of each. State statute jail time for anyone who facilitates a company practicing public adjusting without a license.

Jul 9, 2024 at 6:21 PM

Just when you thought you've seen it all!

Not Delivered

10-4. I will call you tomorrow.

Aug 8, 2024 at 3:54 PM

The First Baptist Church Lake Charles case is scheduled for trial on August 19th. This was the church MMA signed up the day after the storm. The church was for sale for $2.9 million on the day of the storm. The church was paid $12 million before suit.

Right after filing suit, the Church sold the property and claim to an investor, who is now claiming $40 million.

Aug 19, 2024 at 8:12 AM

IAG is an investment fund that purchased the claims of a company, ClaimPay, that purchased the claims of PCG, who wrote estimates for MMA.

IAG's managing member is an investment fund out of the Cayman Islands.

Not Delivered

Not Delivered

Oct 11, 2024 at 10:45 PM

**Expert hired to help resolve New Orleans archdiocese bankruptcy faces FBI scrutiny**
wwltv.com

FYI. This involves a bureau investigation affecting a Houston bankruptcy Judge.

Just speculation, but I find it interesting that MMA has not lost a single motion in its Houston bankruptcy proceeding.

Nov 10, 2024 at 5:03 PM

The big MMA bankruptcy hearing vs EAJF is on Wednesday- Thursday. I will be there.

10-4

Feb 1, 2025 at 8:45 AM

MMA keeps slipping through the legal cracks!

Not Delivered

Not Delivered

Feb 17, 2025 at 2:17 PM

Are you alive?

Yes! Recovering from New Year's Day and Superbowl. Getting ready for Mardi Gras . .

How are you?

Feb 17, 2025 at 5:23 PM

Hanging in there. MMA is still going hyper aggressive in their bankruptcy case. Suing more and more law firms for MMA's share of fees.

Also, there is a lead generator suing Galindo and Krause and Kinsman for $13,000,000 in unpaid "prescreened potential clients". Appears to be the same scheme for Camp Lejeune. Federal Government money.

$4200 per client and 10,000 clients overall.

Feb 17, 2025 at 8:26 PM

I will call you tomorrow

Thu, Mar 6 at 4:41 PM

ARS GES has rebranded.

Mon, Mar 24 at 5:17 PM

Moseley just sold his house in Houston for $2.975 million.

Tue, Mar 25 at 10:11 AM

MMA's Settlement includes selling off the purchased cases in groups.

Not Delivered

Wed, May 28 at 3:44 PM

Can you send me that expert report when you get a chance?

Sorry. It was in the email as Exhibit 41 to the MSJ.

Not Delivered

Done. It is Exhibit 41 to the MSJ.

Thank you

Fri, Jun 20 at 3:55 PM

**W. Shelby McKenzie - Taylor Porter**

He wrote the Louisiana Insurance Law Treatise and has served as an expert witness before.

Thanks!

They say he is retired but I bet he would come back for this.

Which keeps his conflicts to zero.

Mon, Jun 30 at 11:16 PM

**Screenshot 2025-06-30 at 11.16.40 PM**

Tue, Jul 8 at 8:35 AM

**Governor DeSantis is building "Alligator Alcatraz" with little oversight – and this big campaign donor is set to reap millions from it**
floridatrident.org

Mon, Jul 21 at 6:22 PM

txsb.uscourts.gov

Fri, Aug 22 at 3:06 PM

One of Galindo's attorneys, Michal Harris, was suspended just like Huye on July 3rd by the Louisiana Supreme Court.

Sat, Oct 18 at 11:42 AM

Wed, Oct 29 at 6:08 PM

William Huye is about to get sued in Texas over HVAC shenanigans.

No way

Yep. Just spoke to a nice couple who are so pissed and will likely be filing suit in the next few weeks.

Mon, Nov 3 at 10:17 AM

I had a very interesting conversation last night with Steven Badger. Badger said he spoke to James McClenny, who thinks that he is out of the woods completely on any criminal concerns because he cooperated with the investigators and was out of everything at the firm by the time things went bad. Of course this comes through a filter of Steve. James also indicated through Steve that he

wants to be dismissed from my wife's Class Action. He wants to be dismissed because he is seeking a security clearance to work with contractors overseas (I'm guessing on government-funded rebuilding projects) and that lawsuit is the only thing preventing him obtaining that clearance.

I of course refused the suggestion and explained that James needs to bear the consequences of his actions. Badger tried to indicate that James should be dismissed, as he promised not to work on first-party property claims in the future. I expressed that he was the architect of the biggest insurance and legal fraud in US history. Steve replied "Oh, I already know your elevator pitch" and quickly made an excuse to end the conversation.

**Volume Two - Digital EditionVol. II - Hurricane Hustle: Inside the Rise and Fall of MMA**
triallawyersjournal.com

This article is about to be published in Trial Lawyers Journal - a plaintiff's publication.

Fri, Nov 7 at 4:33 PM

I ran into a Representative of Equal Access Justice Fund in Scottsdale yesterday.

Thu, Nov 27 at 7:06 PM

Happy Thanksgiving 🦃🍽️ I hope you had a great day.

Sun, Nov 30 at 5:28 PM

stpso.revize.com

?!?

Everyone should treat their spouses well.

Fri, Dec 5 at 7:02 PM

txsd.uscourts.gov

I don't have a pacer account

Mon, Jan 19 at 4:56 PM

**26-01-16 Debtor's Notice of 2004 Exam.pdf**
PDF Document · 233 KB

They are seeking my communications with the FBI, LDI and State Police

Not Delivered