iMessage
Mar 9, 2023 at 9:12 AM

Let me know when you get your hands on their Department of insurance response today.

Mar 9, 2023 at 4:35 PM

Anything?

Mar 10, 2023 at 11:08 AM

Check LinkedIn.

Mar 10, 2023 at 3:20 PM

Lol

Looks like they are building site now. Doesn't load correctly.

Site is up.

He's already violating Florida ethical rules by not having a manned office. By appointment only.

Yep.

Poor Heather.

Indeed

Chip is turning them in.

Nice

Mar 15, 2023 at 7:46 AM

She is no longer there.

Imagine that.

I've chatted with her on LinkedIn

Kelley took Katie's job after Katie divorced her husband.

Is Kelly gone also?

I wasn't clear. Kelley took Katie's job at "Michael Brandner Injury Attorneys"

Oh. At her ex husbands firm. Lol. Geez. These people.

Mar 16, 2023 at 6:09 PM

Amazing order.

From this morning.

The firm no longer exists. How can they send out emails like that?

Mar 17, 2023 at 6:07 PM

Quiet day?

Yep. Others are reaching out.

Others?

One lawyer who wishes to remain anonymous apparently has done an investigation into Apex's corporate history and related businesses over the past 10 years. I don't have the results of her work yet.

MMA is still reaching out to insureds. Calling and emailing.

How is that possible? You should post that email.

How does a law firm with no remaining Louisiana licensed attorneys, is barred by federal courts from practicing, does not have a website, has lost one name partner, and has a second name partner having started a new firm, still communicate with clients by email under the law firm name? Hmmm…

I'll post the question in morning with this new FB post by them.

Mar 17, 2023 at 9:36 PM

Crazy.

Mar 18, 2023 at 8:50 AM

Well, I can't post that because their website is McClenny Moseley & Associates again. Hmmmm.

Looks like Zach got some legal advice telling him it was dumb to move forward under just his name. I bet it means bankruptcy filing for MMA coming. Stop all the lawsuits.

True dat.

Love the Eminem reference.

I went with the Bard.

There's no question a lawyer told Zack "what the fuck are you doing putting just your name on a new organization assuming responsibility for this mess?"

Mar 19, 2023 at 10:33 AM

Everybody has a story now

Mar 22, 2023 at 4:12 PM

How did he beat you to this scoop?

He is William Huey's friend who participated and sold people on the mass settlements.

That's disappointing.

Total faker.

Please get it and post it so I can repost yours and not his.

And. I have been at MD Anderson with my brother, who had a procedure on his liver today.

Sorry to hear that. I feel his pain. I am having to fly home early from my place in Mexico right now to get a pacemaker installed on Friday.

Noooo. I'm so sorry.

Posted.

Thanks. Can't wait to read the lawsuit.

Posted.

No attachments yet.

Can you send it here. Thanks.

Yep.

None of it is surprising. And it's probably truthful.

It is truthful but woefully incomplete. Apex required their salespeople to "onboard" each case with MMA and later Hair and Shunnurah.

BTW, a wage and hour lawyer is meeting with a former Apex worker tomorrow.

So many angles.

Bankruptcy by end of next week. They can't litigate all these.

The mortgage industry is focused on paragraph 16.

Not sure I agree. They are cutting deals with local firms to transfer the cases. If they can push off justice, they can collect more money in the short term.

Bankruptcy is inevitable.

We shall see.

Newspaper will be focusing on Apex.

Soon.

Their attempt to distract from their responsibility is going to fall way short.

No surprise they are trying to play victim. Hope docs out there prove otherwise.

Oh yes.

Many former employees went to work for a LA based Apex Roofing.

That separate company is suffering.

And is meeting with the reporter.

Good

Good.

Mar 28, 2023 at 12:37 PM

LA has disappeared from MMA's website. No office. Not on map.

Nice.

You posting?

Go ahead.

No worries. Been saying some prayers for you and the pacemaker.

Thanks. All is good. Ticking normal. Should be good for 30 more years.

Mar 30, 2023 at 10:24 PM

That's right. She connected with me a few weeks ago. I looked her up and figured she used to be an employee there. I sent her a message, but she didn't bite.

Mar 31, 2023 at 7:03 AM

Lol. So I asked him to connect.

Hmmm.....

We are like on Netflix Season Three.

Mar 31, 2023 at 4:24 PM

How did the call go?

No call yet

Apr 1, 2023 at 7:54 AM

Lives in Colorado, practices in a Florida office, and is a Texas rising star.  Huh?

Did Chip ever make his complaint?

Yep.

I don't know. Just sent it to him.

Apr 3, 2023 at 11:47 AM

Still nothing from Pate?

Nope

He just called. He wanted to tell me we would speak later this week when he had more time. He did say that Charger Law is not happening. He has totally severed ties with both of them.  He is doing all he can to save his reputation and

of them. He is doing all he can to save his reputation and move past this. And he will call me in a couple days.

Charger law just got up and running, right?

It never got up and running. It was filed and then apparently James never came through with some promises. So Pate bailed.

Apr 5, 2023 at 9:06 AM

Law 360 needs a couple plaintiffs lawyers to comment on the MMA mess. His angle is “why is everyone, all lawyers and judges on all sides, so up in arms about this situation?”

Text Message • SMS

Law 360 needs a couple plaintiffs lawyers to comment on the MMA mess. His angle is “why is everyone, all lawyers and judges on all sides, so up in arms about this situation?”

iMessage

Austin Marks
Attorney At Law
MorrisBart, LLC
Pan American Life Center
601 Poydras Street, 24th Floor

They are advertising on TV to take the MMA files.

amarks@morrisbart.com

Apr 14, 2023 at 9:42 AM

Lol.

She has to look at you. I blocked her from viewing about two weeks ago. She was viewing me twice a day and refused my connection request.

They have a conflict. They are ethics counsel for Morris Bart. This is really bad for them.

I sent her a request also.

Apr 14, 2023 at 11:51 AM

Got a good post. They are still emailing under William Huey's name.

Was that to a client? What were they asked to sign?

Text Message • SMS
Apr 14, 2023 at 2:41 PM

Was that to a client? What were they asked to sign?

iMessage

Yes and I don't know.

Apr 18, 2023 at 6:23 PM

Really glad to see the focus turning towards Zach.

You going to hearing?

Of course!

So will the press.

Including tv.

Nothing like a good camera in the face.

So what's the purpose of the hearing? Do you know?

To check the status of the deal between them. The court wants it to happen.

However Morris Bart already signed up as many as 500 of them.

And MB already filed a complaint against Laborde Earles.

For contacting their clients through MMA.

Wow. Fun stuff

Apr 21, 2023 at 2:57 PM

Yeah. I'm staying away from that one. Little Nicky's post on that is not cool.

Is he licensed in Texas?

Don't think so.

I wonder what their plan is. I almost feel bad for the guy. He was duped into dreams of riches. He fell for it.

He also planned and coordinated it.

Maybe. Or just did what you as laid out for him without asking Any questions.

Collette mentioned he was in the room when the scheme was concocted.

No surprise. But I still think he was just the LA licensed kid they needed and he saw nothing but $$signs. So he just went along with it. Wrong no doubt. He needs to spill the beans to the authorities and save his own ass.

Let James Zach and Phil take the fall

I think it's time to out Phil as COO and ask some questions.

absolutely. One of these lawsuits needs to start noticing depos.

Apr 21, 2023 at 7:11 PM

At dinner. Can we talk in the morning?

No worries. Have a nice time.

Apr 25, 2023 at 4:02 PM

Any late breaking news before the big day tomorrow?

Apr 25, 2023 at 5:19 PM

And I see on their website, they just lost an associate and one of their administration people

Tomorrow should be a bloody day

Good

Apr 26, 2023 at 6:23 AM

Check out my LinkedIn post this morning.

I suspect you might want to use the information today.

Apr 26, 2023 at 1:15 PM

News?

Still going. About $13,000 in sanctions against Huye. He is unapologetic.

Now onto the Interventions.

Imagine that.

Moseley go to the Huye hearing?

Judge wants the Interventions fully briefed so that the rulings can be referred to regarding future cases.

Yes.

Zach is up next.

Good

We will wait till 2:30 for the noticed time.

Apr 26, 2023 at 5:29 PM

Well?

Posted as comment to my LinkedIn today.

Kyle is the FL guy still employed and very close to Chapman.

I doubt he is still employed given this comment.

It was only till the end of the week anyway.

They know the whole ARS/GES story

I'm seeing if he will talk to me.

FYI. Let's do a zoom call on Monday. 4 of us.

Good for me.

Apr 26, 2023 at 9:46 PM

Go look at my post.

Car accident lawsuit in Lee county.

James and MMA are defendants.

Imagine that. Pates story to me was total bullshit as expected.

Apr 27, 2023 at 8:26 PM

There's a rumor floating around that Zach got picked up today by the FBI. I said I doubt it. But I don't know.

My friend has not heard that.

I didn't think it was legit. But was told "a very reliable source". Lol.

Apr 28, 2023 at 7:14 AM

Just sent the GES suit to the upper echelon at the LDI. It is an unlicensed public adjusting entity. $5,000 for each estimate for the entity. 2 years in jail for each person who either did the estimate or assisted in the unlicensed practice of public adjusting.

Apr 28, 2023 at 12:45 PM

Nice get.

Not worth posting though.

Nope. Rumors all wrong.

Apr 28, 2023 at 2:49 PM

Just head again from the lawyer. Apparently the rumors are not all wrong. Two people catastrophically injured.

Apr 28, 2023 at 8:40 PM

GES shut down and laid off everybody today. 30

employees. I've had three people reach out to me today.

Apr 28, 2023 at 10:03 PM

Interesting. But it was always fake.

Heather Melaas resigned.

Krystal Gage is the only FL licensed attorney. And she got her FL license less than two weeks ago.

I posted about their new venture usattorneys.com

Apr 29, 2023 at 2:06 PM

Between us. I don't have permission to post it yet.

That's awesome. And the day after your post about the lawsuit and mine about the statutory jail time. Coincidence?

Just posted.

The questions I raised were carefully worded based upon a conversation with one of their key employees today.

May 1, 2023 at 4:41 PM

wwltv.com

May 1, 2023 at 8:20 PM

Kevin Williams also just quit MMA.

He was an assistant.

They gotta be online support.

Also NOT POSTABLE Heather Melaas gave her two weeks

Also NOT POSTABLE Heather Meldas gave her two weeks on Friday.

Now only Krystal Gage is FL licensed.

Glad to hear that.

She just got her FL license on April 11, 2023.

That's a short lived venture for them down there.

May 2, 2023 at 5:21 PM

**5-2-23 Donelon Issues 2 Million in Total Fines to McClenny Moseley and Associates for Massive Insurance Fraud Scheme**
ldi.la.gov

Just sent you the actual order by email. You should post it.

Done.

They are awesome!!!!!!

May 2, 2023 at 8:04 PM

**Law firm suspended after flooding Louisiana courts with 'fraudulent' cases**
wwltv.com

May 3, 2023 at 9:21 AM

Lol

May 3, 2023 at 4:57 PM

On a call. News?

Phil is off the Velawcity website.

Any intel why?

Nope.

Cuz he brought huge negative attention to their company no doubt.

May 4, 2023 at 10:48 AM

MMA deleted their LinkedIn page

So has Zach.

Imagine that. Normoyle did also last week after I linked to him.

May 12, 2023 at 2:07 PM

He's trying so hard.

Nick has nothing to do with any of this. He is trying harder than he accuses William of.

Nick has never done anything in court to go against MMA.

In fact, he reached out to my client in order to try to mass settle the claims.

No surprise.

So what's tonight's news?

Heather's departure. It will hit at 5.

Sent an email asking everyone to go to the conference room. Then fired everyone and cut them out of the computer.

No surprise.

It was coming.

Wonder if they filed bankruptcy today. I'll check.

May 13, 2023 at 8:59 AM

MMA is saying they can't pay clients because their IOLTA account is frozen. They are also saying they have to switch banks. I think it's total bullshit because they also say they don't have the cash flow to pay clients.

The former employees are dumping on them big time.

That must be what the signature only delivery was from Oakwood.

Wow.

What is Aromi's story? She has been liking all my posts so I thanked her. She then messaged me. I didn't realize she was also at MMA. She said you two are friends. I don't understand what she says her position was.

I'm betting that Oakwood wants nothing to do with the firm as Oakwood is also a defendant in one of the lawsuits involving the falsely endorsed check in Lake Charles.

Aromi and I are tight. She was never on the pleadings but is an attorney who acted more as a staff manager and client hand holder.

She just opened a new firm with former MMA attorney Claude Reynaud.

Katie keeps up with the former and current employees/ attorneys.

Krystal Gage took down her LinkedIn profile and is supposedly going on maternity leave in a month.

Spoke with Heather, who confirmed that she was not part of the scam and only worked on files. I told her she should get ahead of this in Florida before MMA uses her as a patsy.

Absolutely sage advice.

May 13, 2023 at 6:37 PM

At dinner. Big news?

A Tundra with Texas plates pulled up to the NOLA office today. I'm getting blown up with more details about the firings. Have the firing lists and forwarded them to the appropriate parties.

May 13, 2023 at 8:05 PM

I'll call you tomorrow.

May 15, 2023 at 6:37 PM

IOLTA account allegedly went negative. Ooopps

Imagine that.

Fired employee went into Houston cursing them out.

NOLA not fired employee quit and sent an email insulting

everyone.

Geez. You are getting all kinds of good info.

Drinking out of a fire hose.

They have a closed LinkedIn group.

Colette keeps posting in it.

Fired employees are pissed and are reaching out.

Keep me posted!

May 19, 2023 at 1:16 PM

**Huye_23-0277.global_order**
PDF Document · 259 KB
lasc.org

Good!!!

I guess not happy I mentioned them. Lol.

My understanding is that he is related to Kyle Bosch, the MMA marketing guy who just quit. Garrett I believe is sympathetic to our cause.

May 22, 2023 at 11:03 AM

May 23, 2023 at 3:03 PM

Zach's secretary and head of HR and Galen's Marketing Director!

May 23, 2023 at 7:29 PM

Zach will be on local TV tomorrow night. And maybe Thursday too.

Or at least his voice will.

Wow. Topic?

Got time for a call? It's a lot.

May 24, 2023 at 6:53 AM

Did it air?

No. Supposed to air this evening.

Great!

May 24, 2023 at 10:27 PM

**In secret audio, lawyer accused of fraud lays out plans to keep La. insurance lawsuits going**
wwltv.com

May 25, 2023 at 6:24 AM

The inmates will enjoy a pretty boy with a potty mouth.

May 25, 2023 at 7:28 AM

So who recorded this and who is getting interviewed tonight? Do you know?

I don't know either. Everyone wants that recording and the TV stations' lawyers are involved, telling David Hammer what he can't provide.

I gave him the Rule 7.4 part yesterday morning.

I suspect he will post the whole thing online after tonight.

May 28, 2023 at 1:02 PM

Got confirmation that Huey is trying to be a Texas public adjuster. How do we stop this (if it is true)?

I can do that. I'll reach out to TDI Tuesday.

Katie Aromi provided the information. Says it came from another ex employee, Melanie.

I'll be there tomorrow. I'll be driving in to Lake Charles this

evening.

Great. I arrive at 1130. staying at springhill suites. I'd rather skip it as I know you can handle, but figured I'd better come since I issued the subpoena.

That's cool. There are some other hearings related to MMA's fee liens that are scheduled for tomorrow in front of Judge Kay as well.

Should be interesting. I assume then Zach will show up.

MMA filed no opposition and has no counsel in those cases as well.

I'll sit quietly. This court is your turf. You know the purpose behind the subpoena.

Jun 20, 2023 at 6:41 AM

Will pick you up at 8:15.

Thanks.

Jun 20, 2023 at 8:08 AM

Out front.

2 mins.

In Black Yukon. Uber XL if this lawyer thing doesn't work.

Jun 20, 2023 at 11:06 AM

Good to see you today. When you pull over, can you send me that name. Thanks.

Equal Access to Justice Fund

Jun 20, 2023 at 1:38 PM

Wow. It's a private equity fund. Must be the one where they got their big line of credit I heard so much about.

That is a wow!

Jun 21, 2023 at 9:01 AM

Recording is fascinating.

I stopped at casino on way to airport. Zach was there gambling.

Hilarious

He came and said hello. I almost offered to buy him a beer and say "fill me in Zach".

No way.

I should have. And he would've talked.

He really should.

Do you think James would be willing to work with the FBI?

If he could get a deal, absolutely. He's a fairly smart guy.

He is not going to escape this.

So he really should.

Ye

Yep

He should lawyer up and reach out to them.

It could keep him out of jail as long as he is cooperating.

Agreed. Agent should contact him.

Jun 23, 2023 at 8:13 AM

Kassab sued MMA and Velawcity in Harris County. Posted.

Good



Jul 20, 2023 at 9:32 PM

Is this your case? If so, this guy is nuts.

This is our case and is wrong.

Jul 21, 2023 at 7:29 AM

Is that back on their website? They posted those case examples for a few days and then removed it months ago. Yes, it's the Odessa case. "Awarded". Lol But then vacated by the court.

Exactly.

What a piece of shit.

Yep. Your Normoyle info was interesting. That story is just going to get more interesting. No doubt some slimy deals there.

Yep

I filed the GES complaint with the LA DOI

Lol. Who created that?

It's the best. Someone who knows more than he wants to reveal. He commented on my GES post.

Says James has a deal on the side.

James is adamant he doesn't. But the truth will come out in time if he does.

Yep. Everyone is innocent. Only two people were responsible- Zach and William. I've been hearing that refrain a bunch lately.

That is certainly James' story. I turned over firm to Zach and walked away with nothing.
But that doesn't excuse him from what happened before he left.

The side deal is supposedly for James to receive the benefits of the GES lawsuit.

That just sounds odd to me. But we shall see. I'll have my paralegal check the docket periodically

Jul 26, 2023 at 12:31 PM

Court unsealed documents Re MMA additional suspensions.

Good stuff on my LinkedIn

Very glad to see this unsealed. Really curious about James. He and I are supposed to talk later today. I'll let you know.

I've ordered the transcript.

Someone needs to flip and start cooperating. Sounds like he would be a prime candidate to do so. If not, these court hearings are going to be the least of his problems.

Jul 26, 2023 at 10:12 PM

Can you send me the suspensions document. I thought I saw it on LinkedIn but can't find it now. I'm speaking to James in the morning.

Never mind found it.

Aug 4, 2023 at 7:56 PM

Zach tried to call me today at the office and was pretending he was someone else that had dirt on Zach.

No way.

It's really fucked up.

A relative of Moseley is calling you now to tell you some things. He will not give his name but he wants to talk to you about Mosely and his personal life and the things he is doing. He said he will give you his first name when he talks with you but he cannot give you his last name. Please call him at 727-743-1841. He said he does not know if you are interested or not. He said Moseley's personal life is disgusting with the things he has done.

The number is associated with Zach's wife.

That's crazy. I'd call and just listen.

I did call. It is a special setup to leave a message for them to call back.

Also, Claude Reynaud is getting a divorce. In the divorce pleadings he is accused of having an affair with Katie Aromi. Haven't seen it and won't be posting.

Yikes.

Rumor is that the court in WDLA will be ordering MMA to open a Louisiana IOLTA account and fund it with all the money marked for LA residents.

Edited

Should be about $20 million.

Then the bar disciplinary committee can get to it.

This is going down on the 8th.

Wow. They have $20m in it?

Don't know exactly but that is the word.

Don't know exactly but that is the word.

Judge Cain has the information.

I'll be there August 8th.

Ex employees are appealing their WDLA additional suspensions.

They won't get far.

Aug 5, 2023 at 10:21 AM

They should be an interesting hearing.

Aug 6, 2023 at 12:38 PM

Got the James hearing transcript?

No. I'll work on it on the 8th.

Aug 7, 2023 at 10:48 AM

Tomorrow should be interesting. If I was Zach I'd file for bankruptcy today.

Aug 8, 2023 at 8:11 AM

Keep me posted today.

Aug 8, 2023 at 4:26 PM

Well?

Aug 8, 2023 at 5:52 PM

Don't hold out on me. Fill me in.

Aug 9, 2023 at 8:17 AM

Give me the first name and phone number of the FBI agent. I talked to James last night. I'm speaking to him again later this morning.

Krista Bradford. HOWEVER please be careful. The whole thing can get blown up if we are considered to work as an agent of the government.

I'm just saying I met her at a hearing very briefly. So that's the only reason I know who she is. And I've heard from various people that they are nosing around. That's it.

Aug 10, 2023 at 10:30 AM

On a plane

Court really interested in the bank.  There must be a story there. We keep hearing little tidbits and rumors.

James was so much more involved than what he let on. Make sure you let him know that I'm not going to let him get away with that.

I don't doubt that. We shall see how smart he was in avoiding a paper trail.

But I wouldn't mind him cutting a deal and unloading on Zach and huye.

Aug 10, 2023 at 12:00 PM

So have you figured out the story on the bank?

I think I have a good idea but am always willing to listen to more.

The original bank was chicken shit small.

Then got purchased for a ridiculous premium.

So many rabbit trails.

Heard Nathan Normoyle quit.

Or was forced out.

It would have been days after I filed my DOI complaint.

Naming him.

And GES for public adjusting without a license.

You can't cost a company $10m and expect to keep your job.

Aug 22, 2023 at 12:51 PM

Posted. On the plane to NYC.

Well done.

Aug 24, 2023 at 4:53 PM

Did you see the Order? WDLA orders NO costs or fees on ANY WDLA case or certain others.

Posted.

Aug 24, 2023 at 6:40 PM

Ouch.

I'm imagining that this is not being done in a vacuum.

EDLA and state Supreme Court have to be following suit on this issue.

I don't think that Judge Cain has the authority to issue that

order but he will do what he can get away with.

I was thinking the same thing. The order is very short and completely lacking any legal analysis supporting such radical relief. There has to be more going on

The fix is clearly in. Carriers are begging for guidance and won't reissue check without MMA.

Crazy insurers were still issuing checks to MMA well into 2023. WTF?

Aug 24, 2023 at 8:40 PM

I see he shortened Snowden suspension but not the others.

Aug 26, 2023 at 12:09 PM

Posted

With a shout out.

Aug 26, 2023 at 2:57 PM

Thank you!!

Sep 1, 2023 at 12:36 PM

I just got a call and had a very long conversation with someone I respect a lot on the policyholder side. This person knows Zach and has recently communicated with him. I received a soft nudge that perhaps it was time for you and I to lay off on him. I was told we've won and maybe it's time to stop piling on. Apparently he's not in a good place from a mental health perspective. Hearing that, I said I would not post any reference to MMA for now and that I would mention the concern to you as well. No one wants to see the guy end up like Mostyn ended things. He has two little kids. If prison is in his future, good. It's deserved. But if he is struggling mentally now, I am sympathetic. Just a bug in your ear. I will respect whatever you decide to do.

I understand and I don't want anything to happen like Mostyn. I've been talking about that possibility for months and how that is the furthest thing from what I want.

That being said, if he wants to crawl out of this mess, he should really begin the process of cooperation with the authorities. I'm betting that they would work with him to get to the bottom of this. He will still go to jail but will have the burden of the hunt lifted from him.

Yep. And that day might come. Right now, I'm told the divorce is a huge issue. I understand all financial info will likely see the light of day there.

Thank you.

Sep 5, 2023 at 2:58 PM

Most of the redactions are easily deletable

Lol

20% a year interest rate?

Crazy.

That's how 30 becomes 40.

Sep 6, 2023 at 11:08 AM

Why was James omitted as a defendant?

Great question.

Sep 7, 2023 at 7:28 AM

You mentioned this....



[redacted]

**Insurance Fraud | John Schroder for Governor 2023**
youtu.be

Looks nice. Can't say I had nothing to do with it.

Figured.

And I told Landry a week ago that this was coming.

Missed your call. I'm working out. Will call you later today.

Sep 12, 2023 at 5:08 PM

Call me please.

Sep 22, 2023 at 12:28 PM

I don't think that picture is of James.

Sep 22, 2023 at 4:01 PM

Zach's home is for sale.

And just reposted the video. Got it from another source. Now he can't take it down.

Good. That was an absolutely ridiculous post.

Sep 23, 2023 at 10:18 AM

Nice

Sep 25, 2023 at 5:30 PM

Did Alvendia Kelly take over MMA cases?  Or are their filings all their own?

Likely a combo.

I know they advertised, but Rico Alvendia was mentioned by Zach in the recording.

My guess is that Zach moved a lot to other firms.

Just a guess.

They filed a completely meritless claim against my client. They allege property damage. My client only had a $10,000 BPP policy and paid its limits.

They asked if I could see if I could make it quickly go away without them having to file an answer. If I emailed all the lawyers on the pleading would any of them bother reading it?

I think it's worth a shot.

This is Zach's office manager's profile. She took MMA off of there but still seems to be working with him. Seems like a whole new firm could be in the making as she didn't put an end date.

Oct 26, 2023 at 7:31 AM

Absolutely. This is the worst one ever.

Oct 30, 2023 at 7:33 AM

I've looked everywhere I could for formal proof of Velawcity owning MMA. It truly is the best explanation for the lack of a bankruptcy filing to date.

This is the biggest story in the legal world ever. Purchasing leads in any form is unethical and illegal.

Oct 30, 2023 at 8:40 AM

I may just call James and ask him.

You should. When the call center called me on January 26, they said they were calling on behalf of the “Velawcity Law Firm”.

Nov 10, 2023 at 8:34 AM

I agree with your concerns about the report. But I find it valuable to toss the other side a bone once in a while. Creates credibility and leads to cooperation. Plus, I do believe that some of these Florida based insurance companies are out of control.

No worries on my part. You can expect a million comments and a lot of active discussions. Very good post.

With the weak financial conditions of many of the carriers caused by the explosion of litigation, it became difficult for them to staff up and handle the volume of attacks. No surprise that the quality of adjusting legitimate claims could be challenged.

An interesting chicken or egg situation. Regardless, I thought it was time to toss Quinn a bone.

Nov 21, 2023 at 11:59 AM

Nov 27, 2023 at 5:46 AM

Saw decision. Guess you just refile in state court. Correct?.

Nov 27, 2023 at 8:52 AM

I’m not sure Federal is completely dead yet. Too bad I’m not representing her.

Wouldn’t you rather re-file it and be in Harris County State Court?

After this decision, yes.

Nov 29, 2023 at 11:58 AM

About to get in a conference call. Will call you after.

Sounds good.

Dec 16, 2023 at 11:06 AM

If I was any of those Houston based firms, I would be scared shitless right now and enjoying this holiday season as a free person.

No doubt we will see some arrests in 2024.

L

Dec 29, 2023 at 3:14 PM

A low level MMA attorney just agreed to a 9 month suspension. Posted it.

Glad to see that. It's fair for the underlings for turning a blind eye.

The others should be nervous. Cameron didn't fight and threw himself at the mercy of the tribunal. If they don't follow suit, they will get it worse.

So are they just slowly issuing opinions on each of these as done?

This was a surprise. Cameron filed a Joint Petition for Consent Discipline along with the Office of Disciplinary Counsel.

Smart strategy that I'm not sure that others will follow.

Those will take longer.

Jan 20, 2024 at 6:33 PM

Go see my post. Default Judgment against MMA in PCG lawsuit. Over 10,000,000 including interest.

Finally. Some financial heat.

Feb 3, 2024 at 4:08 PM

**Screenshot 2024-02-03 at 4.08.06 PM**

Ask Chip why is he still paying MMA.

Explain this to me.

MMA and ARS signed up a condo association jointly in

meetings (that are on video). MMA was fired along with ARS. ARS asserts liens on around 20 condo associations in/around Fort Myers. This lady's condo association hires Chip to pick up the pieces. This lady says that they are still paying MMA, who hasn't had a FL licensed attorney for months.

Feb 23, 2024 at 6:02 PM

Congrats on the revised opinion today. Do you want me to post it and give you kudos? Or do you want to post it? Or maybe you already have. Lol.

Thanks. Go ahead!

It certainly keeps the ball in play.

I like how the judge clearly laid out what the court is looking for going forward.

If we survive, there will be a couple of hedge funds that may be added. It is so nice that they have admitted in detail to their participation and ownership of fees related to weather cases.

Mar 1, 2024 at 11:23 AM

We just got a letter of rep in a Texas claim from McClenny. He's still out there swinging.

Wow

Mar 12, 2024 at 8:32 AM

I was surprised to see Phelps take the assignment to begin with. But any idea why they are actually withdrawing?

Yes. I believe they were alerted to the representation by my previous post, which hyperlinked to their firm. I believe they didn't have a direct conflict, but that politically they knew they couldn't be associated.

Many people in London see my posts, so it wouldn't surprise me if they had some conversations.

Makes sense.

Can't say that wasn't my intended result with the hyperlink.

Mar 18, 2024 at 9:20 AM

$36 million? Wow.

The fact that any dumbasses would loan that amount of money to these two kids is amazing. They fucking deserve to lose their money.

I'm more shocked of them paying 200,000 in fees to file a short MSJ.

Collection attorneys would do it for $1,500.

lol. True

Mar 20, 2024 at 11:23 AM

Mar 22, 2024 at 8:36 AM

What does PNR and PNC stand for?

I think potential new client maybe.

Potential new referral.

Met with Garrett Galloway at PLRB. He doesn't have anything nice to say about Daly and Black and ARS.

So did he and his brother leave Daly and Black's fake public adjusting company?

We will find out. I think it was a bad breakup.

Apr 4, 2024 at 9:50 AM

Now that's funny.

It's sad. I spoke personally with Garrett Galloway. We were on the same plane after PLRB. He introduced me to a guy that just left ARS. Supposedly has a ton of documents he saved. I just gave his info to Krista at the FBI.

Apr 5, 2024 at 12:28 PM

Go see my post. North just fucked the hedge funds.

Apr 5, 2024 at 1:34 PM

Good.  They deserve it. Lawsuit between them and Daily and black will be fun to watch.

Yep.

Apr 8, 2024 at 7:16 AM

Posted.

Thanks. Looks like it is taking off!

Apr 8, 2024 at 9:03 AM

It'll probably get around 5000 to 7000 views. The ones that go over 30,000 or even up to 75,000 views all involve roofing contractor issues. Those are the nut cases that make my posts really takeoff.
Thanks for sharing. This is an important topic that we both need to keep driving attention to.

Matt Sheehan is Calsie Boyd's husband. The plot thickens… I expect you'll be revising your post.

Yep. Collette reached out to me.

So what lawsuit was this attached to? Amazing it got disclosed.

Was attached to a Cross Claim by James against MMA seeking defense and indemnity.

Id like to see that.

Apr 9, 2024 at 2:06 PM

Do you have the bankruptcy filing? I'm pulling it now.

Nope. I'm looking in the Southern District of Texas

Don't see it.

I'll forward it.

Got it.

Forgot they changed their name.

Will call you in 5.

Actually, I have a 3 o'clock call. I will call you right after that. Also, I just got off the phone with James. I encourage you to not post anything about him until you and I talk.

Only posting about the firm's bankruptcy.

Thx

Apr 10, 2024 at 10:30 AM

Where did you get that? I don't see it on the docket.

It is not there. A law firm contact whose firm does bankruptcy and banking sent it to me. I'm waiting on a call back from him in order to get the answer to the same question.

Interesting.

May 14, 2024 at 10:25 AM

At doc.  Will call later

May 14, 2024 at 5:08 PM

Hope the Doc went ok for you. Just sent you something via email to make your day.

That's outrageous.

Yep. Been sitting on it for a while now.

I'm not posting but you can have at it.

It's worth posting. I will later this week. I am posting something in the morning about statutory interest in Texas. It will get a lot of attention.

May 29, 2024 at 9:16 AM

**Screenshot 2024-05-29 at 9.15.54 AM.heic**
Image · 54 KB

Good guy?

Yes. But he has a plaintiff friendly governor and legislature

Yes. But he has a plaintiff friendly governor and legislature to deal with.

Jan 5, 2025 at 6:10 PM

I think K and K might have funders that flow through them.

That would make sense. So what are you hearing about Zach these days? Any buzz?

Nothing. It's too quiet.

Text Message • SMS

I'm supposed to talk to James soon about a case. I'll ask him.

iMessage
Jan 7, 2025 at 9:06 AM

I'm eventually tying Galindo and K&K to MMA. I have all three names and logos on an actual contract.

Thu, May 29 at 8:28 AM

Ok.

Got a copy of Zach's depo. Can't post or share.

Blames Russians for the text to my wife.

Depo from what action?

Bankruptcy

Oh wow. That's gotta be a great read.

Says Galindo gave them 5,000 cases.

How is it private if from the bankruptcy?

Galindo used Decibel for the Louisiana storms.

My post today has the MSJ. The depo was only used in parts.

I got a copy under an understanding that I can't share until after the hearing.

When is hearing?

Share when you can. I'll keep it confidential of course.

Post tomorrow is the expert report indicating that they committed a felony.

Mon, Jun 30 at 8:17 AM

We both knew it was just a matter of time before his fraudulent transfers would become exposed. No doubt

fraudulent transfers would become exposed. No doubt there is more. Do you have the asset list that wasn't exhibit to the complaint?

Yeah. I'll get it to you later today.

The divorce pleadings even reveal Zach's alleged girlfriend. The sales rep. from Velawcity.

Oh shit.

We knew the divorce was gonna be ugly. Glad it's not all sealed.

Fri, Oct 3 at 3:33 PM

Just emailed you the transcript. Please don't post or share.

Sun, Oct 5 at 8:51 AM

So what's about to go down with MMA?

The Feds have sent out Victim Notification Letters. It gives the victims access to a website with a login and password in order to receive updates on the case. I hope to get a clean copy soon.

Nice.  Shows they are still engaged.

Yes. They are.

Any info on the forthcoming indictment?

Not yet.

In the bankruptcy, MMA has recovered around $1.5M. However, attorney fee and expert claims against the bankruptcy estate are almost the same amount.

In the state court case by the hedge funds against Zach personally, the bankruptcy stay is currently set to expire in about a month. Of course, it can be extended, but at some point it will go away and Zach will have to declare personal bankruptcy.



In the divorce case, the hedge funds are not backing down

In the divorce case, the hedge funds are not backing down going against Zach's wife.

It has to be hell for Zach. This slow moving train wreck is much worse than if everything happened quickly.

I'm glad it's hell for Zach. He's on my top five list of people in my entire lifetime that I truly disliked. He deserves everything coming to him.

Wed, Nov 19 at 10:29 AM

IMG_7106.jpeg
JPEG Image · 332 KB

Could this get ugly?

Wed, Nov 19 at 12:00 PM

I looked at all the pleadings. They are making a mountain out of a molehill.

Morris Bart is already taking steps to appeal.

Good

Bottom line:

-the case settled

- nobody filed a motion as to whether NFPA belonged on the check

the check

- Judge North issued a sua sponte order that MMA had waived any claims in the EDLA for fees and as such should not be on the check

- MMA wants all settlement communications to see if there was behind the scenes communications that precipitated this order

Knowing how Judge North works, this is a nothing burger and there is likely no problematic communications that will come forward.

He was empowered to do this by the CMO. The EDLA Article III judges will have his back. And I bet the Fifth Circuit will too.

Sat, Jan 24 at 8:40 AM

You might want to look at my post this morning.

I just commented and reposted. That's a great order.
By the way, have you heard anything from the Texas bar about Zach?

Sun, Jan 25 at 9:06 AM

No.

Are they taking action against him?

Who knows. I was thinking about filing a complaint just based upon this recent court decision from the southern District. And asking that if no complaint is pending I would be happy to submit everything that is out there.

Edited

I did not file one in Texas.

The certified questions to the LA Supreme Court may turn out to be a bigger deal, depending on how they are worded. From the decision, it seems like that will be happening soon.

Do you think the Louisiana court will accept them?

I think so given the continuing nature of the disputes

ongoing in Louisiana Federal Court. On Dec. 29, MMA took a mandamus to the Fifth Circuit Court of Appeals against the entire EDLA judges' en banc 2024 order that MMA waived their fees.

Morris Bart suggested some questions to the Court in Nov/Dec last year in the pleadings leading up to Friday's decision.

Generally they set up the idea that the MMA contracts overall would be null and void because they were obtained improperly.

Delivered