United States Bankruptcy Court
Southern District of Texas

**ENTERED**

August 03, 2026

Nathan Ochsner, Clerk

### IN THE UNITED STATES BANKRTUPCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | * | **CASE NO. 24-31596** |
| | * | |
| **MMA LAW FIRM, PLLC,** | * | |
| | * | |
| **Debtor** | * | |
| **MMA LAW FIRM, PLLC,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **VERSUS** | * | |
| | * | |
| **MATTHEW MONSON,** | * | **ADVERSARY NO. 26-03107** |
| **THE MONSON LAW FIRM, LLC** | * | |
| **KATHERINE MONSON,** | * | |
| **ALLIED TRUST INSURANCE** | * | |
| **COMPANY, JAMES J. DONELON III,** | * | |
| **AND DAVID CALDWELL JR.** | * | |
| | * | |
| **Defendants.** | * | **JURY TRIAL DEMANDED** |

### STIPULATION AND ORDER EXTENDING DEADLINE FOR
### DEFENDANTS JAMES J. DONELON III AND DAVID CANDWELL JR.
### TO ANSWER OR OTHERWISE RESPOND TO SECOND AMENDED COMPLAINT

Debtor/Plaintiff MMA Law Firm PLLC ("MMA") filed its Second Amended Complaint on July 4, 2026. (Doc. 28). MMA and Defendants James J. Donelon III and David Caldwell Jr. (collectively, the "Former LDI Officials") hereby stipulate as follows:

The Former LDI Officials shall have through and including Wednesday, September 2, 2026 to answer or otherwise respond to MMA's Second Amended Complaint.

**Signed: Monday, August 03, 2026**

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

Dated: July 31, 2026

Respectfully submitted by,

*/s/ Miriam T. Goott*
Miriam T. Goott
    Texas Bar No. 204048846
**WALKER & PATTERSON, P.C.**
P.O. Box 61301
Houston, Texas 77208
Phone: (713) 956-5577
Email: mgoott@walkerandpatterson.com

*Counsel for Plaintiff,*
*MMA Law Firm, PLLC*

    *- and -*

*/s/ Joshua G. McDiarmid*
Joshua G. McDiarmid
    Texas Bar No. 24090257
David S. Rubin
    (*pro hac vice forthcoming*)
**BUTLER SNOW LLP**
445 North Boulevard, Suite 300
Baton Rouge, Louisiana 70806
Phone: (225) 325-8700
Email: josh.mcdiarmid@butlersnow.com
       david.rubin@butlersnow.com

Roshni Mahendru
    Texas Bar No. 24138224
**BUTLER SNOW LLP**
1400 Lavaca Street, Suite 1000
Austin, Texas 78701
Phone: (737) 802-1800
Email: roshni.mahendru@butlersnow.com

*Counsel for Defendants,*
*James J. Donelon III and David Caldwell Jr.*

## CERTIFICATE OF SERVICE

I certify that on July 31, 2026, a true and correct copy of the foregoing document was served via the CM/ECF system on all counsel of record.

*/s/ Joshua G. McDiarmid*
Joshua G. McDiarmid

101903986.v1

2