**Fill in this information to identify the case:**

Debtor name **MMA Law Firm, PLLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known) **24-31596**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | | Sources of revenue (Check all that apply) | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From | **01/01/2024** (MM / DD / YYYY) | to | Filing date | ☑ Operating a business<br>☐ Other | **$803,956.63** |
| **For prior year:** | From | **01/01/2023** (MM / DD / YYYY) | to | **12/31/2023** (MM / DD / YYYY) | ☑ Operating a business<br>☐ Other | **$12,247,362.23** |
| **For the year before that:** | From | **01/01/2022** (MM / DD / YYYY) | to | **12/31/2022** (MM / DD / YYYY) | ☑ Operating a business<br>☐ Other | **$22,596,895.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer (*Check all that apply*) |
|---|---|---|---|---|
| 3.1. | **American Express** (Creditor's name)<br>**P.O. Box 6031** (Street)<br>**Carol Stream** (City) **IL** (State) **60197** (ZIP Code) | **1-16-24 ($3,980.83)**<br>**1-26-24 ($2,000.00)**<br>**2-2-2024 ($3,000.00)** | **$8,980.83** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Credit card payment** |

Exhibit 1

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.2. | **Chase Credit Card Payment**<br>Creditor's name<br>**P.O. Box 15298**<br>Street<br><br>**Wilmington** **DE** **19850**<br>City State ZIP Code | **3-11-2024 ($5,000.00) 3-15-2024 ($10,000.00 ) 3-22-2024 ($4,675.99) 4-5-2024 ($10,000.00 )** | **$29,675.99** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Credit Card** |
| 3.3. | **Notia Tech**<br>Creditor's name<br>**23707 W. Hardy Rd.**<br>Street<br>**Suite A**<br>**Spring** **TX** **77373**<br>City State ZIP Code | **1-4-24 ($4,124.33) 2-14-2024 ($2,906.51) 4-9-2024 ($1,363.95) 4-9-2024 ($617.03** | **$9,011.82** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| 3.4. | **David Z. Mafrige Interests**<br>Creditor's name<br>**1250 Wood Branch Park Drive**<br>Street<br>**Suite 100**<br>**Houston** **TX** **77079**<br>City State ZIP Code | **1-11-2024 ($6,975.29) 2-8-2024 ($6,975.29) 3-5-2024 ($6,975.29) 4-2-2024 ($3,917.33) 4-2-2024 ($6,975.29)** | **$24,843.20** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Rent and operating ex** |
| 3.5. | **Manning General Contractors**<br>Creditor's name<br>**402 SW Market Street**<br>Street<br><br>**Lees Summit** **MO** **64063**<br>City State ZIP Code | **4-1-2024** | **$25,680.71** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Case Expenses** |
| 3.6. | **State Comptroller**<br>Creditor's name<br>**P.O. Box 149359**<br>Street<br><br>**Austin** **TX** **78714**<br>City State ZIP Code | **1-25-2024** | **$41,270.74** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Franchise taxes** |
| 3.7. | **Bivona Law**<br>Creditor's name<br>**1235 North Loop West, Suite 810**<br>Street<br><br>**Houston** **TX** **77008**<br>City State ZIP Code | **2-2-2024** | **$44,521.87** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other |

Debtor MMA Law Firm, PLLC Case number (if known) 24-31596

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer (Check all that apply) |
|---|---|---|---|---|
| 3.8. | N8 Protect<br>10411 Corporate Drive<br>Pleasant Prairie, WI 53158 | 4-2-2024<br>3-1-2024<br>2-2-2024<br>3-8-2024<br>3-15-2024<br>4-1-2024<br>2-2-2024<br>4-4-2024 | $12,000.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other Hosts/maintains server |
| 3.9. | Porsche Financial<br>One Porsche Drive<br>Atlanta, GA 30354 | $4,503.59 paymet on 1-16-2024, 2-14-2024, and 3-14-2024 | $13,510.77 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other Car Lease |
| 3.10. | Grace Forensic Loss Consultants<br>1389 Stuart St<br>Denver, CO 80204 | 3-1-2024 | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.11. | ADP<br>10200 Sunset Drive<br>Miami, FL 33173 | 1-10-2024 through 4-3-2024 | $272,556.51 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other Medical benefits and p |
| 3.12. | Fidelity<br>P.O. Box 73307<br>Chicago, IL 60673 | 1-19-2024 through 3-26-2024 | $35,532.37 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other 401k benefits for empl |

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **James MCClenny**<br>Insider's name<br>**380 Ridge Lake Scenic Drive**<br>Street<br>**Montgomery** **TX** **77316**<br>City State ZIP Code<br>**Relationship to debtor**<br>**Former partner** | **3-31-2023** | | **Membership Interest Purchase Agreement executed on 3-31-2023 between the Debtor, Prosperity Trade & Investment Group, LLc and James McClenney.** |
| 4.2. | **James McCllenny**<br>Insider's name<br>**380 Ridgelake Scenic Drive**<br>Street<br>**Montgomery** **TX** **77316**<br>City State ZIP Code<br>**Relationship to debtor**<br>**Former partner** | **1-11-2024 ($10,992.00 )**<br>**2-12-2024 ($10,992.00 )**<br>**3-11-2024 ($10,992.00 )** | **$32,976.00** | **American Express payment plan.** |
| 4.3. | **John Zachary Moseley**<br>Insider's name<br>**4018 Meadow Lake Lane**<br>Street<br>**Houston** **TX** **77027**<br>City State ZIP Code<br>**Relationship to debtor**<br>**Managing member** | **2-20-2024 ($50,000.00 )**<br>**4-3-2024 ($54,518.09 )** | **$183,279.46** | **PD = Partner Distribution**<br>**R = Reimbursements**<br>**4-3-24 - $54,518.09 PD and R**<br>**2-20-24 - $50,000.00 PD**<br>**10-11-23 - $15,000.00 PD**<br>**10-10-23 - $15,000.00 PD**<br>**9-25-23 - $15,000.00 PD**<br>**7-21-23 - $1,216.45 R**<br>**7-14-23- 148.92 R**<br>**6-5-23 - $7,396 (Payroll Recon)**<br>**4-28-23 - $25,000.00 PD** |
| 4.4. | **William Huye**<br>Insider's name<br>**601 Sixth Street**<br>Street<br>**New Orleans** **LA** **70115**<br>City State ZIP Code<br>**Relationship to debtor**<br>**Prior managing partner** | | | **05/03/2023 - $25,000.00 (payroll)**<br>**04/25/2023 - $1,743.15 (reimbursement)** |

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.5. | **James McClienney**<br>Insider's name<br>Street<br>City State ZIP Code<br><br>**Relationship to debtor**<br>**Former Partner** | | | **2020 Land Rover** |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | **Gm Financial Leasing**<br>Creditor's name<br>**P.O. Box 78143**<br>Street<br>**Phoenix AZ 85062**<br>City State ZIP Code | **2021 Cadillac Escalade (Account # 7101)** | **11/2023** | |
| 5.2. | **Oakwood Bank**<br>Creditor's name<br>**8411 Preston Road**<br>Street<br>**Suite 600**<br>**Dallas TX 75225**<br>City State ZIP Code | **Ford F250** | **2024** | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Equal Access Justice Fund, LP and EAJF Fund, LP v McClenny Mosely & Assoocaties, et al**<br><br>**Case number**<br>**2023-59211** | **Breach of contract** | **Harris County District Court - 80th**<br>Name<br>Street<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **Balderas Istre v. McClenny Moseley & Associates, PLLC**<br>Case number<br>**4:2022cv03510** | **Employment Descrim** | **txsdc**<br>Name<br>Street<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Morris Bart v. McClenny Moseley**<br>Case number<br>**23-30812** | **4190 - Contract** | **5th Cir.**<br>Name<br>Street<br>City State ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.4. | **Semmes v. MMA Law Firm**<br>Case number<br>**23-30849** | **4110-Insurance** | **5th Circuit Court Of Appeals**<br>Name<br>Street<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Theriot v. MMA Law Firm**<br>Case number<br>**23-30850** | **4110-Insurance** | **Fifth Circuit Court of Appeals**<br>Name<br>Street<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Jones-Bell v. MMA Law Firm**<br>Case number<br>**23-30853** | **4110-Insurance** | **Fifth Circuit Court of Appeals**<br>Name<br>Street<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **McClenny Moseley**<br>Case number<br>**23-30670** | **3890-Statutory Action** | **Fifth Circuit Court of Appeals**<br>Name<br>Street<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.8. | **McClenny Moseley v. Equal Access**<br>Case number<br>**23-30692** | **3890-Statutory Action** | **Fifth Circuit Court of Appeals**<br>Name<br>Street<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **Bowie v. MMA Law Firm**<br>Case number<br>**24-30116** | **4110-Contract** | **Fifth Circuit Court of Appeals**<br>Name<br>Street<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **MMA Law Firm v. Homeowners of America**<br>Case number<br>**24-30175** | **4110-Insurance** | **Fifth Circuit Court of Appeals**<br>Name<br>Street<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | **Volvo Financial Services v. EXP Transportation Solutions, LLC et al**<br>Case number<br>**20-00721** | **Contract/Insurance** | **District Court Western District of Texa**<br>Name<br>Street<br>City State ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.12. | **Townsend v. McClenny Moseley & Associates, PLLC**<br>Case number<br>**22-00006** | **Contract** | **District CouSouthern District of Alabai**<br>Name<br>Street<br>City State ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.13. | **Bowie v. Shelter Mutual Insurance Co et al et al**<br>Case number<br>**22-04071** | **Insurance** | **District Court Western District Louisia**<br>Name<br>Street<br>City State ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.14. | **Ashley v. Liberty Mutual Fire Insurance Co et al**<br>Case number<br>**22-04445** | **Insurance** | **D.C. Western District of Louisiana**<br>Name<br>Street<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15. | **Branch v. Allstate Vehicle & Property Insurance Co et al**<br>Case number<br>**22-4728** | **Insurance** | **D.C. Western District of Louisiana**<br>Name<br>Street<br>City State ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.16. | **McClenney Moseley & Associates, PLLC v. Wells Fargo Bank, N.A.**<br>Case number<br>**22-2980** | **Atty Fees** | **D.C. Eastern District of Louisiana**<br>Name<br>Street<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17. | **Semmes v. Liberty Mutual Fire Insurance Company et al**<br>Case number<br>**22-3494** | **Atty Fees** | **D.C. Western District of Louisiana**<br>Name<br>Street<br>City State ZIP Code | ☐ Pending<br>☑ On appeal<br>☐ Concluded |
| 7.18. | **Wiggins v. GeoVera Specialty Insurance Co**<br>Case number<br>**22-3506** | **Atty Fees** | **D.C. Western District of Louisiana**<br>Name<br>Street<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19. | **Rivera v. Underwriters at Lloyds London**<br>Case number<br>**22-3584** | **Atty Fees** | **D.C. Western District of Louisiana**<br>Name<br>Street<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.20. | **Trahan v. Allstate Vehicle & Property Insurance Co**<br>Case number **22-3604** | **Atty Fees** | **D.C. Western District of Louisiana** | ☐ Pending<br>☑ On appeal<br>☐ Concluded |
| 7.21. | **Jones-Bell v. Imperial Fire & Casualty Insurance Co**<br>Case number **22-3855** | **Atty Fees** | **D.C. Western District of Louisiana** | ☐ Pending<br>☑ On appeal<br>☐ Concluded |
| 7.22. | **Lafleur v. Allstate Vehicle & Property Insurance Co**<br>Case number **22-4257** | **Atty Fees** | **D.C. Western District of Louisiana** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.23. | **McClenny Moseley & Associates, PLLC v. Bank of America, National Association**<br>Case number **22-4672** | **Atty Fees** | **D.C. Eastern District of Louisiana** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.24. | **McClenny Moseley & Associates, PLLC v. GMFS, LLC**<br>Case number **22-4676** | **Atty Fees** | **D.C. Eastern District of Texas** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.25. | **McClenny Moseley & Associates, PLLC v. Pennymac Loan Services LLC**<br>Case number **22-4680** | **Attorney Fees** | **D.C. Eastern District of Louisiana** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.26. | **McClenny Moseley & Associates, PLLC v. Pennymac Loan Services LLC**<br>Case number<br>**22-4692** | **Attorney Fees** | **D.C. Eastern District of Louisiana**<br>Name<br>Street<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.27. | **McClenny Moseley & Associates, PLLC v. Regions Bank**<br>Case number<br>**22-4693** | **Attorney Fees** | **D.C. Eastern District of Louisiana**<br>Name<br>Street<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.28. | **McClenny Moseley & Associates, PLLC v. Rocket Mortgage, LLC**<br>Case number<br>**22-4694** | **Attorney Fees** | **D.C. Eastern District of Louisiana**<br>Name<br>Street<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.29. | **McClenny Moseley & Associates, PLLC v. Rushmore Loan Management Services, LLC**<br>Case number<br>**22-4696** | **Attorney Fees** | **D.C. Eastern District of Louisiana**<br>Name<br>Street<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.30. | **McClenny Moseley & Associates, PLLC v. PHH Mortgage Corporation**<br>Case number<br>**22-4700** | **Attorney Fees** | **D.C. Eastern District of Lousiana**<br>Name<br>Street<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.31. | **McClenny Moseley & Associates, PLLC v. Caliber Home Loans, Inc.**<br>Case number<br>**22-4706** | **Attorney Fees** | **D.C. Eastern District of Louisiana**<br>Name<br>Street<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.32. | **McClenny Moseley & Associates, PLLC v. Carrington Mortgage Services LLC**<br>Case number<br>**22-4707** | **Attorney Fees** | **D.C. Eastern District of Louisiana**<br>Name<br>Street<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.33. | **McClenny Moseley & Associates, PLLC v. Select Portfolio Servicing, Inc.**<br>Case number<br>**22-4708** | **Attorney Fees** | **D.C. Eastern District of Louisiana**<br>Name<br>Street<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.34. | **McClenny Moseley & Associates, PLLC v. Specialized Loan Servicing, LLC**<br>Case number<br>**22-4709** | **Attorney Fees** | **D.C. Eastern District of Lousiana**<br>Name<br>Street<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.35. | **McClenny Moseley & Associates, PLLC v. United Wholesale Mortgage, LLC**<br>Case number<br>**22-4710** | **Attorney Fees** | **D.C. Eastern District of Louisiana**<br>Name<br>Street<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.36. | **McClenny Moseley & Associates, PLLC v. Hancock Whitney Bank**<br>Case number<br>**22-4720** | **Attorney Fees** | **D.C. Eastern District of Louisiana**<br>Name<br>Street<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.37. | **McClenny Moseley & Associates, PLLC v. LoanCare, LLC**<br>Case number<br>**22-4721** | **Attorney Fees** | **D.C. Eastern District of Louisiana**<br>Name<br>Street<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**

**7.38.**
- Case title: **McClenny Moseley & Associates, PLLC v. LoanDepot.com, LLC Residential Lending**
- Case number: **22-4722**
- Nature of case: **Attorney Fees**
- Court or agency's name and address: **D.C. Eastern District of Louisiana**
  - Name / Street / City State ZIP Code: (blank)
- Status of case: ☑ Pending ☐ On appeal ☐ Concluded

**7.39.**
- Case title: **McClenny Moseley & Associates, PLLC v. NewRez LLC**
- Case number: **22-4724**
- Nature of case: **Attorney Fees**
- Court or agency's name and address: **D.C. Eastern District of Lousiana**
  - Name / Street / City State ZIP Code: (blank)
- Status of case: ☑ Pending ☐ On appeal ☐ Concluded

**7.40.**
- Case title: **McClenny Moseley & Associates, PLLC v. Standard Mortgage Corporation**
- Case number: **22-4725**
- Nature of case: **Attorney Fees**
- Court or agency's name and address: **D.C. Eastern District of Louisiana**
  - Name / Street / City State ZIP Code: (blank)
- Status of case: ☑ Pending ☐ On appeal ☐ Concluded

**7.41.**
- Case title: **McClenny Moseley & Associates, PLLC v. M&T Bank Corporation**
- Case number: **22-4732**
- Nature of case: **Attorney Fees**
- Court or agency's name and address: **D.C. Eastern District of Louisiana**
  - Name / Street / City State ZIP Code: (blank)
- Status of case: ☑ Pending ☐ On appeal ☐ Concluded

**7.42.**
- Case title: **McClenny Moseley & Associates, PLLC v. Cenlar FSB**
- Case number: **22-4737**
- Nature of case: **Attorney Fees**
- Court or agency's name and address: **D.C. Eastern District of Louisiana**
  - Name / Street / City State ZIP Code: (blank)
- Status of case: ☑ Pending ☐ On appeal ☐ Concluded

**7.43.**
- Case title: **Carter v. McClenny Moseley & Associates, PLLC et al**
- Case number: **23-949**
- Nature of case: **Fraud**
- Court or agency's name and address: **D.C. Eastern District of Louisiana**
  - Name / Street / City State ZIP Code: (blank)
- Status of case: ☑ Pending ☐ On appeal ☐ Concluded

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.44. | **Sancho et al v. McClenny, Mosely, & Associates, PLLC**<br>Case number **23-994** | **Malpractice** | **D.C. Eastern District of Louisiana**<br>Name<br>Street<br>City State ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.45. | **Morris Bart, L.L.C. v. McClenny Moseley & Associates, PLLC**<br>Case number **23-1453** | **Malpractice** | **D.C. Eastern District of Louisiana**<br>Name<br>Street<br>City State ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.46. | **KIN Interinsurance Network v. Bowers, et al**<br>Case number **23-2316** | **Interpleader** | **D.C. Eastern District of Louisiana**<br>Name<br>Street<br>City State ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.47. | **KIN Interinsurance Network v. Coombs, et al.**<br>Case number **23-2320** | **Interpleader** | **D.C. Eastern District of Louisiana**<br>Name<br>Street<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.48. | **Kin Interinsurance Network v. Patterson, et al**<br>Case number **23-2321** | **Interpleader** | **D.C. Eastern District of Louisiana**<br>Name<br>Street<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.49. | **Ricks v. Imperial Fire and Casualty Insurance Company**<br>Case number **23-2844** | **Insurance/Attorney Fees** | **D.C. Eastern District of Louisiana**<br>Name<br>Street<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.50. | **Coleman v. Allied Trust Insurance Company**<br>Case number<br>**23-5863** | **Insurance/Attorney Fees** | **D.C. Eastern District of Louisiana**<br>Name<br>Street<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.51. | **Wagner v. McClenny Moseley & Associates, PLLC, et al**<br>Case number<br>**23-6901** | **Breach of Contract** | **D.C. Eastern District of Louisiana**<br>Name<br>Street<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.52. | **In re: Zach Moseley**<br>Case number<br>**23-49** | **Sanctions** | **D.C. Western District of Louisiana**<br>Name<br>Street<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.53. | **In Re: McClenny Moseley & Associates P L L C**<br>Case number<br>**23-64** | **Sanctions** | **D.C. Western District of Louisiana**<br>Name<br>Street<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.54. | **In the Matter of Richard William Huye, III**<br>Case number<br>**23-96** | **Sanctions** | **D.C. Eastern District of Louisiana**<br>Name<br>Street<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.55. | **In the Matter of Richard William Huye, III**<br>Case number<br>**23-97** | **Sanctions** | **D.C. Eastern District of Louisiana**<br>Name<br>Street<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Case 24-31596 Document 491 Filed in TXSB on 04/23/24 Page 15 of 36

Debtor MMA Law Firm, PLLC Case number (if known) 24-31596

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.56. | KIN Interinsurance Network v. Coombs, et al.<br>Case number: 23-2319 | Interpleader | D.C. Eastern District of Louisiana | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.57. | Randle v. Allied Trust Insurance Company<br>Case number: 22-942 | Breach of Contract | D.C. Middle District of Louisiana | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.58. | Reed v. State Farm Fire & Casualty Co<br>Case number: 22-944 | Breach of Contract | D.C. Western District of Louisiana | ☐ Pending ☐ On appeal ☑ Concluded |
| 7.59. | Guzzardo v. Allied Trust Insurance Company<br>Case number: 22-945 | Breach of Contract | D.C. Middle District of Louisiana | ☐ Pending ☐ On appeal ☑ Concluded |
| 7.60. | Roussel v. Allied Trust Insurance Company<br>Case number: 22-946 | Breach of Contract | D.C. Middle District of Louisnana | ☐ Pending ☐ On appeal ☑ Concluded |
| 7.61. | Veal v. Allstate Insurance Company<br>Case number: 22-956 | Breach of Contract | D.C. Middle District of Louisiana | ☐ Pending ☐ On appeal ☑ Concluded |

Debtor MMA Law Firm, PLLC
Name
Case number (if known) 24-31596

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.62. | Hicks v. Allied Trust Insurance Company<br>Case number 22-984 | Breach of Contract | D.C. Middle District of Louisiana<br>Name<br>Street<br>City State ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.63. | Titus v. Allstate Indemnity Company<br>Case number 22-990 | Breach of Contract | D.C. Middle District of Louisiana<br>Name<br>Street<br>City State ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.64. | Kling v. State Farm Fire and Casualty Company et al<br>Case number 22-1081 | Breach of Contract | D.C. Middle District of Louisiana<br>Name<br>Street<br>City State ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.65. | Laprairie v. State Farm Fire and Casualty Company et al<br>Case number 22-1095 | Breach of Contract | D.C. Middle District of Louisiana<br>Name<br>Street<br>City State ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.66. | Wiggins v. State Farm Fire and Casualty Company et al<br>Case number 22-1103 | Breach of Contract | D.C. Middle District of Louisiana<br>Name<br>Street<br>City State ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.67. | Reed v. State Farm Fire & Casualty Co et al<br>Case number 22-3395 | Insurance/Breach of Contract | D.C. Western District of Louisiana<br>Name<br>Street<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor MMA Law Firm, PLLC
Name

Case number (if known) 24-31596

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.68. | Armstrong v. Shelter Mutual Insurance Co et al<br>Case number<br>22-3401 | Insurance/Breach of Contract | D.C. Western District of Louisiana<br>Name<br>Street<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.69. | In Re: McClenny Moseley & Associates<br>Case number<br>23-58 | Miscellaneous | D.C. Middle District of Louisiana<br>Name<br>Street<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.70. | In re: McClenny Moseley & Associates P L L C<br>Case number<br>23-62 | Miscellaneous | D.C. Western District of Louisiana<br>Name<br>Street<br>City State ZIP Code | ☐ Pending<br>☑ On appeal<br>☐ Concluded |
| 7.71. | Monson v. McClenny Moseley & Associates, PLLC et al<br>Case number<br>23-928 | Barratry | D.C. Southern District of Texas<br>Name<br>Street<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.72. | Okoronkwo v. McClenny Moseley & Associates, PLLC<br>Case number<br>23-975 | Employment Discrimination | D.C. Southern District of Texas<br>Name<br>Street<br>City State ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.73. | Venzant v. Homeowners of America Insurance Co<br>Case number<br>22-4074 | Breach of Contract | D.C. Western District of Louisiana<br>Name<br>Street<br>City State ZIP Code | ☐ Pending<br>☑ On appeal<br>☐ Concluded |

| # | Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.74. | **Cantale v. United Services Automobile Association**<br>Case number: **22-4346** | **Breach of Contract** | **D.C. Western District of Louisiana**<br>Name<br>Street<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.75. | **Gant v. 21st Century North America Insurance Co**<br>Case number: **22-3226** | **Sanctions** | **D.C. Western District of Louisiana**<br>Name<br>Street<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.76. | **Duplantis v. Underwriters at Lloyds London**<br>Case number: **22-3388** | **Breach of Contract** | **D.C. Western District of Louisiana**<br>Name<br>Street<br>City State ZIP Code | ☐ Pending<br>☑ On appeal<br>☐ Concluded |
| 7.77. | **Huber Thomas L L P v. Bellard et al**<br>Case number: **22-5328** | **Interpleader** | **D.C. Western District of Louisiana**<br>Name<br>Street<br>City State ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.78. | **Allen v. Huye**<br>Case number: **23-1018** | **Fraud** | **D.C. Western District of Louisiana**<br>Name<br>Street<br>City State ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.79. | **MMA Law Firm, PLLC, formerly known as McClenny, Moseley & Associates, PLLC vs. PCG Claims, LLC d/b/a**<br>Case number: **01-24-00217-cv** | **Appeal From 2023-55242 164th Harris County District Court** | **1st Court of Appeals**<br>Name<br>Street<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor MMA Law Firm, PLLC Case number (if known) 24-31596
Name

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.80. | Wayne J. Adams, Bonnie Brown, Claude Britton III, et al. vs. McClenny, Mosley & Associates, James McClenny, Zach Mosley, et al.<br>Case number<br>01-24-00169-cv | Appeal From 2023-38188 125th Harris County District Court | 1st Court of Appeals<br>Name<br>Street<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.81. | ADAMS, WAYNE J v MCCLENNY MOSELEY and ASSOCIATES PLLC<br>Case number<br>202344970 | Barratry | 125th Harris County District Court<br>Name<br>Street<br>City State ZIP Code | ☐ Pending<br>☑ On appeal<br>☐ Concluded |
| 7.82. | ACCESS RESTORATION SERVICES US INC v MCCLENNY MOSELEY and ASSOCIATES PLLC<br>Case number<br>202325422 | Breach of Contract | 270th Harris County District Court<br>Name<br>Street<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.83. | ALDINE INDEPENDENT SCHOOL DISTRICT v MCCLENNY MOSELEY and ASSOCITES PLLC<br>Case number<br>202263780 | Tax Suit | 125th Harris County District Court<br>Name<br>Street<br>City State ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.84. | GLOBAL ESTIMATING SERVICES INC v MCCLENNY MOSELEY and ASSOCIATES PLLC<br>Case number<br>202326243 | Breach of Contract | 133rd Harris County District Court<br>Name<br>Street<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.85. | PCG CLAIMS LLC D/B/A PCG CONSULTING LLC v MCCLENNY MOSELEY and ASSOCIATES PLLC<br>Case number<br>202355242 | Breach of Contract | 164th Harris County District Court<br>Name<br>Street<br>City State ZIP Code | ☐ Pending<br>☑ On appeal<br>☐ Concluded |

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**7.86.**
Case title: **Carter v. McClenney Moseley & Assoc., et al.**
Case number: **20230000821**
Nature of case: **Class Action**
Court or agency's name and address: **Tangipahoa Parish, Division D - Civil**
Name
Street
City State ZIP Code
Status of case:
☑ Pending
☐ On appeal
☐ Concluded

**7.87.**
Case title: **Thomas v. LA Ins. Guaranty Assoc., et al.**
Case number: **846490**
Nature of case: **Torts and Contract**
Court or agency's name and address: **Jefferson Parish, 24th JDC Div: P**
Name
Street
City State ZIP Code
Status of case:
☑ Pending
☐ On appeal
☐ Concluded

**7.88.**
Case title: **Angelos v. PRogressive Property Ins., et al.**
Case number: **725010**
Nature of case: **Damages**
Court or agency's name and address: **East Baton Rouge Parish, Section 30**
Name
Street
City State ZIP Code
Status of case:
☑ Pending
☐ On appeal
☐ Concluded

**7.89.**
Case title: **Mills v. McClenney Moseley & Assoc., et al.**
Case number: **2023-04210**
Nature of case: **Hurricane Suit**
Court or agency's name and address: **Orleans Parish, 13-M**
Name
Street
City State ZIP Code
Status of case:
☑ Pending
☐ On appeal
☐ Concluded

**7.90.**
Case title: **Jones v. Progressive Prop. Ins. Co., et al.**
Case number: **20230002473**
Nature of case: **Hurricane Ida**
Court or agency's name and address: **Tangipahoa Parish, Section A**
Name
Street
City State ZIP Code
Status of case:
☑ Pending
☐ On appeal
☐ Concluded

**7.91.**
Case title: **Williams v. LA Ins. Guaranty Assoc., et al.**
Case number: **2023-07180**
Nature of case: **Hurricane Suit**
Court or agency's name and address: **Orleans Parish, Section 16-A**
Name
Street
City State ZIP Code
Status of case:
☑ Pending
☐ On appeal
☐ Concluded

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.92. | **Dupree v. McClenney Moseley & Assoc., et al.**<br>Case number<br>**645328** | **Damages** | **Caddo Parish, Section C**<br>Name<br>Street<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.93. | **Foster v. Progressive Property Ins. Co., et al.**<br>Case number<br>**845389** | **Torts and Contract** | **Jefferson Parish, 24th JDC Div: M**<br>Name<br>Street<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.94. | **Phillips v. Progressive Prop. Ins. Co., et al.**<br>Case number<br>**2023-10881** | **Other** | **Orleans Parish, Section 8-N**<br>Name<br>Street<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.95. | **Broussard & Dove APLC v. Keller, et al.**<br>Case number<br>**198552** | **Concursus** | **Terrebonne Parish**<br>Name<br>Street<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.96. | **LA Insurance Guaranty Assoc. MMA**<br>Case number<br>**2023-04888** | **Declaratory Judgment** | **Orleans Parish, Section 5-I**<br>Name<br>Street<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.97. | **LA Ins. Guaranty Assoc. v. MMA**<br>Case number<br>**841156** | **Civil; Miscellaneous** | **Jefferson Parish, 24th JDC Div: K**<br>Name<br>Street<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.98. | **Lejeune v. LA Farm Bureau Mutual Ins., et al.**<br>Case number: **111293** | **Damages** | **Vermilion Parish, G1** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Caney Creek FFA**<br>**13470 FM 1485**<br>**CONROE TX 77306**<br>Recipient's relationship to debtor: | **Caney Creek sponsorship** | **8-4-2022** | **$1,000.00** |
| 9.2. | **Leva Patidar Samaj of Houston**<br>**14575 North Freeway**<br>**Houston TX 77090**<br>Recipient's relationship to debtor: | | **10-24-2022** | **$7,500.00** |
| 9.3. | **The Cotton Charitable Foundation**<br>**5443 Katy Hockley Cutoff**<br>**Katy TX 77493**<br>Recipient's relationship to debtor: | **Monetary Donation** | **12-31-2022** | **$2,500.00** |

**Recipient's name and address** | **Description of the gifts or contributions** | **Dates given** | **Value**

9.4. **Houston Bar Association**
Recipient's name
**1800 St. James Place**
Street
**Suite 620**

**Houston** **TX** **77056**
City State ZIP Code

**Recipient's relationship to debtor**

Description of the gifts or contributions: **Sponsorship for chili and pie cookoff**
Dates given: **1-12-2023**
Value: **$4,402.50**

**1-12-2023 $4,000.00**
**1-26-2023 $262.50**
**1-29-2023 $140.00**

**Recipient's name and address** | **Description of the gifts or contributions** | **Dates given** | **Value**

9.5. **Sami Wright Donation - Team USA**
Recipient's name

Street

City State ZIP Code

**Recipient's relationship to debtor**

Description of the gifts or contributions: **Monetary Donation**
Dates given: **3-8-2023**
Value: **$2,700.00**

**Recipient's name and address** | **Description of the gifts or contributions** | **Dates given** | **Value**

9.6. **Louisiana First Fund**
Recipient's name
**P.O. Box 399**
Street

**Broussard** **LA** **70518**
City State ZIP Code

**Recipient's relationship to debtor**

Description of the gifts or contributions: **Landry for Louisiana - monetary donation**
Dates given: **4-4-2023**
Value: **$10,000.00**

**Recipient's name and address** | **Description of the gifts or contributions** | **Dates given** | **Value**

9.7. **Bivona Law Firm**
Recipient's name
**Telemundo Building**
Street
**8th Floor**

**Houston** **TX**
City State ZIP Code

**Recipient's relationship to debtor**
**Sutiemate**

Description of the gifts or contributions: **Gifted: 28 computer monitors, 12 desktop monitors, mini fridge, keyboard, mice, docking stations, chairs, phones and laptops.**
Dates given: **11/2023**
Value: **$900.00**

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Walker & Patterson, P.C.** | | **04/08/2024** | **$60,000.00** |

**Address**

**P.O. Box 61301**
Street

**Houston** **TX** **77208**
City State ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Killingsworth Law Group**<br>Address<br>**118 Exchange Place**<br>Street<br>**Lafayette** **LA** **70503**<br>City State ZIP Code<br>Relationship to debtor<br>**Former employee** | **1st Floor Reception Area: Grey Leather Sofa with matching Chairs, Marble Coffee Table, Glass End Table, Extra-Large Original Abstract Painting; 3 Smart TVs (55") with Wall Mounts; 3 1st Floor 4-piece Office Furniture Sets (Desk, Credenza, 2-drawer File Cabinet, Bookshelf); 2 additional Bookshelves; 1st Floor Breakroom Storage Cabinet; 2nd Floor Large Antique Conference Room Table with 11 Light Tan Leather Chairs; 2 Grey Leather Chairs; 2nd Floor Reception Area Desk with White Leather Desk Chair and 2 Antique Accent Chairs; 2nd Floor Office #1 Light Wood Bookshelf; 6 Monitors; 3 Double Monitor Arm Mounts; 6 HDMI Cords; Misc. wall art.** | **9-9-2023** | **$6,250.00** |

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.2. | **Ashley Zieman**<br>Address<br>**11907 Watercolor Sunset Way**<br>Street<br>**Cypress** **TX** **77433**<br>City State ZIP Code<br>Relationship to debtor<br>**Former Employee** | **Smart TV (8") with wall mount** | **6-18-2023** | |

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.3. | **Sara Tweedy**<br>Address<br>**3021 49th Street**<br>Street<br>**Metairie** **LA** **70001**<br>City State ZIP Code<br>Relationship to debtor<br>**Former employee** | **HP Laptop** | **6-20-2023** | **$350.00** |

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.4. | **Unknown purchasers at garage sale**<br>Address<br>Street<br>City State ZIP Code<br>Relationship to debtor<br>**None** | **SOLD at Garage Sale: 2nd Floor Office White Wooden Wall Accent Table; 2nd Floor Small Wood/Metal Accent Tables; 2 Artificial Potted Plants; 2 Mesh Rolling Desk Chairs; Coffee Percolator** | **3-16-2024** | **$195.00** |

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.5. | **Mod Mafia**<br>Address<br>Street<br>City State ZIP Code<br>Relationship to debtor | **1999 Hummer and funds used to pay Oakwood Bank Loan #305141. Sold for $123,081.69** | **6-2023** | |

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | **516 Heights Blvd** (Street)<br>**Houston** (City) **TX** (State) **77007** (ZIP Code) | From **5-2019** To **5-2021** |
| 14.2. | **1415 Louisiana Street** (Street)<br>**Suite 2900**<br>**Houston** (City) **TX** (State) **77002** (ZIP Code) | From **4-2021** To **1-2023** |
| 14.3. | **1235 North Loop West, Suite 300** (Street)<br>**Houston** (City) **TX** (State) **77008** (ZIP Code) | From **8-2023** To **11-2023** |

Debtor **MMA Law Firm, PLLC**
Name
Case number (if known) **24-31596**

| | Address | Dates of occupancy |
|---|---|---|
| 14.4. | **1820 St. Charles Avenue, Suite 200** (Street)<br>**New Orleans** (City) **LA** (State) **70130** (ZIP Code) | From **9-2022** To **6-2023** |
| 14.5. | **1820 St. Charles Avenue, Suite 110,** (Street)<br>**New Orleans** (City) **LA** (State) **70130** (ZIP Code) | From **10-2021** To **6-2023** |
| 14.6. | **618 East South Street, Suite 500** (Street)<br>**Orlando** (City) **FL** (State) **32801** (ZIP Code) | From ____ To ____ |
| 14.7. | **13350 Metro Parkway, Suite 404** (Street)<br>**Fort Myers** (City) **FL** (State) **33966** (ZIP Code) | From ____ To ____ |
| 14.8. | **101 Lottie Lane, Unit 5,** (Street)<br>**Fairhope** (City) **AL** (State) **36532** (ZIP Code) | From **12-2020** To ____ |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained

**Children's name, social security numbers, medical records, financial accounts**

Does the debtor have a privacy policy about that information?

☑ No.
☐ Yes.

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ☐ No. Go to Part 10.
- ☑ Yes. Does the debtor serve as plan administrator?
  - ☑ No. Go to Part 10.
  - ☐ Yes. Fill in below:

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Oakwood Bank**<br>Name<br>**8411 Preston Road**<br>Street<br>**Suite 600 LB35**<br>**Dallas** **TX** **75225**<br>City State ZIP Code | XXXX- **5 4 8 1** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | **5-5-2023** | **$0.00** |
| 18.2. | **Oakwood Bank**<br>Name<br>**101 Lottie Lane, Unit 5,**<br>Street<br>**Dallas** **TX** **75225**<br>City State ZIP Code | XXXX- **4 4 6 4** | ☐ Checking<br>☐ Savings<br>☑ Money market<br>☐ Brokerage<br>☐ Other | **5-5-2023** | **$0.00** |
| 18.3. | **Oakwood Bank**<br>Name<br>**101 Lottie Lane, Unit 5,**<br>Street<br>**Dallas** **TX** **75225**<br>City State ZIP Code | XXXX- **5 5 7 1** | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☑ Other **IOLTA** | **5-15-2023** | **$0.00** |

Debtor MMA Law Firm, PLLC Case number (if known) 24-31596

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.4. | Oakwood Bank<br>101 Lottie Lane, Unit 5,<br>Dallas TX 75225 | XXXX- r o u p | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | Unknown | $0.00 |
| 18.5. | Oakwood Bank<br>101 Lottie Lane, Unit 5,<br>Dallas TX 75225 | XXXX- r o u p | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | 6-23-2023 | $0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Elmwood Storage Facility<br>1004 S Clearview Pkwy<br>Harahan LA 70123 | Katy Ohlsson<br>Address<br>1253 Orion Ave., Metairie, LA 70005 | Misc. office furniture specifically disclosed in Schedule B and identified as "Located in Storage Unit". | ☑ No<br>☐ Yes |

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **John Zachary Moseley**<br>Name<br>**4018 Meadow Lake Lane**<br>Street<br><br>**Houston TX 77027**<br>City State ZIP Code | **Debtor**<br>**1235 N Loop West, Suite 810**<br>**Houston TX 77008** | **Personal items that belong to Zach Moseley that are located in the Debtor's office: Misc Baseball Hats, Koozies, Socks, Plastic Money Gun, Exercise Dice Game, Misc Legal Books, Misc Novels, Lounge Chair + Footrest, Framed Kanye West Tweets in Golden Frame, Cactus Jack Rug in Golden Frame, Cactus Jack Rug in Golden Frame, Framed Photos, Framed Certificates, Framed Diplomas,**<br>**Misc. ties, shirts, slacks, and jackets, Garment Bags, Framed Photos, eating Pad, Golf Balls, Desk Name Plates**<br>**Las Vegas BLVD Street Sign.** | **$4,306.00** |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes. Provide details below.

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | **Chris Arnold**<br>Name<br>**Unknown**<br>Street<br><br>City State ZIP Code | From **7-18-2022** To **11-21-2022** |
| 26a.2. | **Cody Henderson**<br>Name<br>**Unknown**<br>Street<br><br>City State ZIP Code | From **7-26-2022** To **11-21-2022** |
| 26a.3. | **Robert Higdon**<br>Name<br>**4817 Lido Lane**<br>Street<br><br>**Houston TX 77092**<br>City State ZIP Code | From **6-13-2022** To **2-23-2023** |
| 26a.4. | **Elizabeth Parker**<br>Name<br>**24926 Via Arabella Lane**<br>Street<br><br>**Richmond TX 77406**<br>City State ZIP Code | From **9-4-2022** To **10-13-2023** |

Debtor MMA Law Firm, PLLC Case number (if known) 24-31596
Name

| | Name and address | Dates of service |
|---|---|---|
| 26a.5. | Morgan Weaver Gallacher (Name)<br>2427 Dorrington Street, Unit B (Street)<br>Houston (City) TX (State) 77030 (ZIP Code) | From 11-28-2022 To Current |
| 26a.6. | GAAP Advisor - Derek Kannarr (Name)<br>9806 Mossy Tree Ln. (Street)<br>Houston (City) TX (State) 77064 (ZIP Code) | From 4-2023 To Current |
| 26a.7. | Maddox, Thomson & Associates (Name)<br>2603 Augusta Dr#1400 (Street)<br>Houston (City) TX (State) 77057 (ZIP Code) | From 11-2023 To Current |
| 26a.8. | FinOp - Greg Critchfield (Name)<br>4530 Tennyson Street (Street)<br>Denver (City) CO (State) 80212 (ZIP Code) | From 2-2023 To 6-2023 |
| 26a.9. | Hannis Bourgeois (Name)<br>1254 Del Este Ave (Street)<br>Suite 1101<br>Denham Springs (City) LA (State) 70726 (ZIP Code) | From Uncertain To 5-2023 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1. | GAAP Advisor (Name)<br>9806 Mossy Tree Ln (Street)<br>Houston (City) TX (State) 77064 (ZIP Code) | From 4-2023 To Current |

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

| Name and address | | | Dates of service |
|---|---|---|---|
| 26b.2. **Maddox, Thomson & Associates** (Name)<br>**2603 Augusta Dr#1400** (Street)<br>**Houston** (City) **TX** (State) **77057** (ZIP Code) | | | From **11-2023** To **Current** |
| 26b.3. **FinOp - Greg Critchfield** (Name)<br>**4530 Tennyson Street** (Street)<br>**Denver** (City) **CO** (State) **80212** (ZIP Code) | | | From **2-2023** To **6-2023** |
| 26b.4. **Hannis T. Bourgeois** (Name)<br>**1254 Del Este Ave., Suite 1101** (Street)<br>**Denham Springs** (City) **LA** (State) **70726** (ZIP Code) | | | From **Uncertain** To **May 2023** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **GAAP Advisor, LLC – Derek Kannarr** (Name)<br>**9806 Mossy Tree Ln.** (Street)<br>**Houston** (City) **TX** (State) **77064** (ZIP Code) | |
| 26c.2. **9806 Mossy Tree Ln.** (Name)<br>**2427 Dorrington St., Unit B** (Street)<br>**Houston** (City) **TX** (State) **77030** (ZIP Code) | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No.
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **Ashley Zieman and Kurbey Notgrass** | **7-21-2023** | |

**Name and address of the person who has possession of inventory records**

27.1. **Debtor (inventory of Houston office)**
Name

Street

City State ZIP Code

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **Katy Ohlsson** | **6-5-2023** | |

**Name and address of the person who has possession of inventory records**

27.2. **Debtor (inventory of New Orleans Office)**
Name

Street

City State ZIP Code

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **John Zachary Moseley** | **4018 Meadow Lake Lane<br>Houston, TX 77027** | **Partner** | **100%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **James McClenny** | **380 Ridge Lake Scenic Drive<br>Montgomery, TX 77316** | **50% Partner** | From **5-2016** To **5-2023** |

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **John Zach Moseley**<br>Name<br>**4018 Meadow Lake Lane**<br>Street<br><br>**Houston** City **TX** State **77027** ZIP Code<br><br>**Relationship to debtor**<br>**Partner** | | | |
| 30.2. | **James McClenny**<br>Name<br>**380 Ridge Lake Scenic Drive**<br>Street<br><br>**Montgomery** City **TX** State **77316** ZIP Code<br><br>**Relationship to debtor** | | | **Separation Agreement** |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

Debtor **MMA Law Firm, PLLC** Case number (if known) **24-31596**
Name

## Part 14: Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/23/2024**
MM / DD / YYYY

**X** **/s/ Zach Moseley** Printed name **Zach Moseley**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

- ☑ No
- Yes