United States Bankruptcy Court
Southern District of Texas
ENTERED
September 15, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 24-31596** |
| **MMA LAW FIRM, PLLC,** | § | |
| | § | **CHAPTER 11** |
| **Debtor.** | § | |
| | § | |
| **MMA LAW FIRM, PLLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **ADVERSARY NO. 26-3107** |
| | § | |
| **THE MONSON LAW FIRM, LLC, MATTHEW MONSON, KATHERINE MONSON, ALLIED TRUST INSURANCE COMPANY, JAMES J. DONELON, III, and JAMES DAVID CALDWELL, JR.,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER**
**STRIKING WITNESS AND EXHIBIT LIST**
***Regarding ECF No. 59***

The Witness and Exhibit List filed by Allison D. Byman, Plan Administrator for MMA Law Firm, PLLC, Plaintiff on September 11, 2026 [1] although timely filed, fails to comply General Order 2021-5, paragraph 4. Specifically, **Exhibit No. 33**, described as *Motion to Stay Adversary* on the Witness and Exhibit List, was not attached. Accordingly, it is therefore

**ORDERED**: that

1. The Witness and Exhibit List filed by Allison D. Byman, Plan Administrator for MM A Law Firm, PLLC, Plaintiff on September 11, 2026 [2] is **STRUCK.**

2. Allison D. Byman, Plan Administrator for MM A Law Firm, PLLC, Plaintiff is granted leave to timely file a proper Witness and Exhibit List which complies with General Order 2021-5, paragraph 4 no later than 12:00 noon Central Standard Time Thursday, September 17, 2026 failure of which Allison D. Byman, Plan Administrator for MM A Law Firm, PLLC, Plaintiff will not be permitted to seek leave to amend the Witness and Exhibit List

[1] ECF No. 59.
[2] *Id.*

or use any Witness and Exhibit List at any hearing before this Court as it pertains to the pending "Joint Motion for Stay Pending Writ of Mandamus and Plaintiff's Response in Opposition to the Joint Motion for Stay Pending Writ of Mandamus."[3]

3. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**SIGNED Tuesday, September 15, 2026**

**Eduardo V. Rodriguez**
**Chief United States Bankruptcy Judge**

[3] ECF No. 43 and 54.