**WITNESS AND EXHIBIT LIST**
**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**Houston Division**

**Chief U.S. Bankruptcy Judge: Eduardo V. Rodriguez**

| | |
|---|---|
| **Main Case No:** | 24-31596 |
| **Name of Debtor:** | MMA Law Firm, PLLC |
| **Adversary Case No:** | 26-03107 |
| **Style of Adversary:** | MMA Law Firm, PLLC v. Matthew Monson, The Monson Law Firm, LLC, Katherine Monson, Allied Trust Insurance Company, James J. Donelon III, and James David Caldwell, Jr. |

**State whether this amends or supplements a previously filed Witness & Exhibit list**

| Amends | | Supplements | |
|---|---|---|---|
| Date | ECF No. | Date | ECF No. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | |
|---|---|
| **Hearing/Trial Date:** | September 24, 2026 |
| **Hearing Time:** | 8:30 AM |
| **Party's Name:** | Allison D. Byman, Plan Administrator for MMA Law Firm, PLLC (Plaintiff) |
| **Attorney's Name:** | Miriam T. Goott |
| **Attorney's Phone:** | (713) 956-5577 |

**Nature of Proceeding(s):**

| CM/ECF No. | Matter |
|---|---|
| 43 | Joint Motion for Stay Pending Writ of Mandamus filed by Matthew Monson, Katherine Monson, The Monson Law Firm, LLC, and Allied Trust Insurance Company |
| 54 | Plaintiff's Response in Opposition to the Joint Motion for Stay Pending Writ of Mandamus |
| | |
| | |
| | |
| | |
| | |

**WITNESS LIST**

| | |
|---|---|
| **Lay Witnesses:** | Matthew Monson |
| | Katherine Monson |
| | Corporate representative for Allied Trust Insurance Company |
| | Corporate representative for The Monson Law Firm, LLC |
| | Allison D. Byman, Plan Administrator for MMA Law Firm, PLLC |
| | Miriam T. Goott, Walker & Patterson, P.C. |

| | |
|---|---|
| | |
| **Expert Witnesses:** | |
| | |
| | |
| | |
| **REBUTTAL/IMPEACHMENT WITNESSES** | |
| | |
| **Lay Witnesses:** | |
| | |
| | |
| | |
| | |
| | |
| **Expert Witnesses:** | |
| | |
| | |
| | |
| | |

| | | **FOR COURT USE ONLY** | | |
|---|---|---|---|---|
| **EX. NO.** | **DESCRIPTION** | **OFFERED** | **OBJECTION** | **DISPOSITION** |
| | | | | |
| **1.** | Class Action Complaint filed by Katherine Monson | | | |
| **2.** | Katherine Monson POC | | | |
| **3.** | Order Disallowing Katherine Monson POC | | | |
| **4.** | Objection filed by Katherine Monson | | | |
| **5.** | Notice of Appearance by Richmond for Monson and Monson Law | | | |
| **6.** | Order re 2004 Examination | | | |
| **7.** | Notice of Appeal filed by Monson | | | |
| **8.** | Statement of Issues on Appeal filed by Monson | | | |
| **9.** | Emergency Motion for Stay Pending Appeal | | | |
| **10.** | District Court Order | | | |
| **11.** | Docket Monson 2004 Appeal | | | |
| **12.** | Agreed Order - Monson | | | |
| **13.** | Second Amended Complaint | | | |
| **14.** | Stipulation with Allied | | | |
| **15.** | Motion to Withdraw Reference (Allied) | | | |
| **16.** | Motion to Withdraw Reference (Monson) | | | |
| **17.** | Motion to Transfer Venue | | | |
| **18.** | Defendant's Reply in Support of their Motion to Transfer Venue | | | |
| **19.** | Order Denying Motion to Transfer Venue | | | |
| **20.** | Docket in BK Case | | | |
| **21.** | Petition for Writ of Mandamus | | | |
| **22.** | Response to Mandamus | | | |
| **23.** | Reply to Mandamus | | | |
| **24.** | Surreply to Mandamus | | | |

| | | For Court Use Only | | |
|---|---|---|---|---|
| **Ex. No.** | **Description** | **Offered** | **Objection** | **Disposition** |
| **25.** | Docket (Mandamus) | | | |
| **26.** | Katherine Monson Motion to Dismiss | | | |
| **27.** | Katherine Monson's Brief | | | |
| **28.** | Monson and Monson Law's Motion to Dismiss | | | |
| **29.** | Allied's Motion to Dismiss | | | |
| **30.** | Order Striking Allied's Motion to Dismiss | | | |
| **31.** | Motion to Exceed Page Limit (Monson) | | | |
| **32.** | Agreed Motion to Exceed Page Limit (Allied) | | | |
| **33.** | Order Confirming Plan | | | |
| **34.** | Joint Motion to Stay Adversary | | | |
| **35.** | Emergency Motion to Continue Hearing and Consolidate Hearings | | | |
| | | | | |
| | | | | |
| | | | | |
| **Rebuttal/Impeachment Exhibits** | | | | |
| | | | | |
| **1.** | | | | |
| **2.** | | | | |
| **3.** | | | | |
| **4.** | | | | |
| **5.** | | | | |
| **6.** | | | | |
| **7.** | | | | |
| **8.** | | | | |
| **9.** | | | | |
| **10.** | | | | |